UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Souther:: District of Texas
FILED

MAY 2 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VICENTA CANTU; FELIX R. MUNOZ AND RUTH WEAVER | § § § | |
| Plaintiffs | § § | |
| vs. | § § | Civil Action No. **B-03-096** |
| CAMERON COUNTY and TONY YZAGGUIRE, JR., Tax Assessor-Collector of Cameron County and Director, Cameron County Automobile Crimes Enforcement Task Force, in his individual capacity | § § § § § § § | **JURY TRIAL REQUESTED** |

## CERTIFICATE OF INTERESTED PARTIES

The undersigned counsel of record certifies that the following listed persons have an interest in the outcome of this case.

1.    Plaintiff, Vicenta Cantu

2.    Plaintiff, Felix R. Munoz

3.    Plaintiff, Ruth Weaver

4.    David Lee McGee, Attorney for Plaintiffs

5.    Gay E. Gilson, Attorney for Plaintiffs

6.    Tony Yzaguirre, Defendant

7.    Cameron County, Defendant

Respectfully submitted,


By: _David Lee McGee_
DAVID LEE MCGEE
Law Office of David Lee McGee, P.C.
3827 North 10th Street, Suite 302 A
Plaza 10 Building
McAllen, Texas 78501
SBN 13612550/Fed I.D.5932
Telephone: (956) 687-2010
Facsimile: (956) 687-2937
ATTORNEY    IN    CHARGE    FOR
PLAINTIFFS


GAY E. GILSON
Law Office of Gay E. Gilson
719 South Shoreline, Suite 301A
Corpus Christi, Texas 78401
(361) 887-0552
Facsimile (361) 887-0554
SBN 00784131/Fed.I.D. 16385
CO-COUNSEL FOR PLAINTIFFS


## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served on Defendant with Plaintiff's Original Complaint.

_David Lee McGee_
David Lee McGee


2