4

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| COUNTY: FEDERAL B'VILLE | CASE # B-03-096 | COURT |
| | | Clt. Ref.#         Clt.#    318 |

VICENTA CANTU; FELIX R. MUNOZ AND RUTH WEAVER

VS

CAMERON COUNTY AND TONY YZAGGUIRE, JR., ET AL

The documents came to hand for service on 05/28/03  Time: 10:00:00

Documents received for service:

**FEDERAL SUMMONS; COMPLAINT**

United States District Court
Southern District of Texas
FILED

MAY 2 8 2003

Michael N. Milby
Clerk of Court

The documents were delivered on 05/28/03  Time: 16:48:00

Executed at: 1713 Boca Chica Blvd.
              Brownsville, TX 78520

to the following: **Cameron County, Texas
                   By Delivering To Judge Gilberto Hinojosa**

___✓___ PERSONALLY delivering the document(s) to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____ in person who is sixteen (16) years of age or older, at the above listed address which is the usual place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address.

### AFFIDAVIT

I, Eddie M Gonzalez                        , am over the age of eighteen, and am neither a party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE FACTS SET FORTH ABOVE. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state OR federal jurisdicition, and I have studied and am familiar with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices I am authorized by written order of the court to serve citations and other notices.

Service Fee:_____                    Eddie M Gonzalez
                                          Professional Civil Process Brownsville
Witness Fee Tendered:_____             700 Paredes Ave. Suite 208
                                          Brownsville, Texas 78520

STATE OF TEXAS}
                        VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn stated that he has personal knowledge of the facts set forth in the foregoing affidavit and declared that the facts therein contained are true and correct. Given my hand and seal of office this 28 day of May 2003.

PCP Inv. #R0503 193

NOTARY PUBLIC FOR THE STATE OF TEXAS

JUANITA G. SALDIVAR
MY COMMISSION EXPIRES
February 02, 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of TEXAS- BROWNSVILLE   **ORIGINAL**

VICENTA CANTU; FELIX R. MUNOZ AND
RUTH WEAVER

**SUMMONS IN A CIVIL CASE**

V.

CAMERON COUNTY AND TONY YZAGGUIRE, JR., TAX
ASSESSOR-COLLECTOR OF CAMERON COUNTY AND
DIRECTOR, CAMERON COUNTY AUTOMOBILE CRIMES
ENFORCEMENT TASK FORCE, IN HIS INDIVIDUAL CAPACITY

CASE NUMBER: **B-03-096**

TO: (Name and address of Defendant)

Cameron County, Texas
By Delivering to: COUNTY JUDGE GILBERTO HINOJOSA
964 E. Harrison Street
Brownsville, Texas 78520

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Lee McGee
Law Office of David Lee McGee
701 Park Avenue
Corpus Christi, Texas 78401
(361) 888-6489

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY          MAY 28, 2003
CLERK                     DATE

(By) DEPUTY CLERK