United States District Court
Southern District of Texas
FILED

JUN 1 3 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU, et al. | : | |
| Plaintiffs | : | |
| vs. | : | CIVIL ACTION NO. B-03-096 |
| CAMERON COUNTY, et al. | : | |
| Defendants | : | |

**DEFENDANTS' EMERGENCY UNOPPOSED MOTION TO EXTEND TIME
TO FILE ANSWER AND/OR RESPONSIVE PLEADINGS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **Defendants Cameron County and Tony Yzaguirre, Jr., Tax Assessor-Collector of Cameron County and Director, Cameron County Automobile Crimes Enforcement Task Force, Individually** and files this their Unopposed Emergency Motion to Extend Time to File Answer and/or Responsive Pleadings, and would respectfully show the Court as follows:

I.

Certificate of Conference

Defense counsel has conferred with counsel for Plaintiffs, and there is no opposition to this Motion. Defendants request the court rule immediately so that they will be certain of their deadlines. Local Rule 7.2.

II.

Defendants were served on or about May 28, 2003, making their answer due June 17, 2003. Dkt # 4, 5. Defendants request that the court extend the time to file any answer and/or responsive pleadings and motions under Federal Rule of Civil Procedure 12.

As good cause, Defendants would show the court as follows:

a. The complaint is lengthy (26 pages) and defense counsel need additional time to study it;

b. Owing to defense counsel's trial and vacation schedules, they have had insufficient time to study the complaint;

c. This extension will not require any modification of the existing Scheduling Order Dkt. #3. The Initial Pre-Trial Conference is in October 20, 2003.

III.

Therefore, Defendants pray the Court enlarge the time to file their Answer and/or any responsive pleadings, motions, etc., to Plaintiffs' Original Complaint until June 24, 2003.

WHEREFORE, PREMISES CONSIDERED, Defendants Cameron County and Tony Yzaguirre, Jr., Tax Assessor-Collector of Cameron County and Director, Cameron County Automobile Crimes Enforcement Task Force, individually, pray their motion be submitted immediately and upon considering same, the Court grant the relief requested, and any such further relief to which it may show itself entitled.

Respectfully submitted,

**WILLETTE & GUERRA, L.L.P.**
International Boulevard, Suite 460
3505 Boca Chica Boulevard
Brownsville, TX 78520
(956) 541-1846
(956) 541-1893 (Fax)

By_____
**Charles Willette**
State Bar No. 21509700
Federal ID 1937
**Dino Esparza**
State Bar No. 00795337
Federal ID 22703

Attorneys for Defendant CAMERON COUNTY

ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, Texas 78551-1429
(956) 428-7495
(956) 428-2954 (Fax)

By _*Roger W. Hughes w/permission*_  By: _[signature]_
  **Craig H. Vittitoe**
  State Bar No. 20593900
  Federal ID NO. 18756
  **Roger W. Hughes**
  State Bar No. 10229500
  Federal ID No. 5950

ATTORNEYS FOR DEFENDANT TONY YZAGUIRRE, Assessor-Collector of Cameron County and Direct, Cameron County Automobile Crimes Enforcement Task Force in his Individual Capacity

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of above and foregoing instrument was forwarded to the following counsel of record on this the 13th day of June, 2003.

| | |
|---|---|
| Mr. David Lee McGee<br>LAW OFFICES OF DAVID LEE McGEE, P.C.<br>201 S. 15th, Ste. 204, McAllen (78501)<br>701 Park Avenue<br>Corpus Christi, TX 78401 | Via Facsimile: 512/888-5585<br>& Ordinary Mail |
| Gay E. Gilson<br>LAW OFFICE OF GAY E. GILSON<br>719 South Shoreline, Suite 301A<br>Corpus Christi, TX 78401 | Via Facsimile: 361/887-0554<br>& Ordinary Mail |

_[signature]_ for
_____
Charles Willette