IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**Entered**
JUN 1 6 2003
Michael N. Milby
Clerk of Court

| | |
|---|---|
| VICENTA CANTU, et al. : | |
| Plaintiffs : | |
| vs. : | CIVIL ACTION NO. B-03-096 |
| CAMERON COUNTY, et al. : | |
| Defendants : | |

**ORDER GRANTING DEFENDANTS' EMERGENCY UNOPPOSED MOTION TO EXTEND TIME TO FILE ANSWER AND/OR RESPONSIVE PLEADINGS**

BE IT REMEMBERED on this 13th day of June, 2003, came to be considered Defendants **Cameron County and Tony Yzaguirre, Jr., Tax Assessor-Collector of Cameron County and Director, Cameron County Automobile Crimes Enforcement Task Force, Individually,** and their *Unopposed Emergency Motion to Extend Time to File Answer and/or Responsive Pleadings.* The Court is of the opinion same should be granted.

IT IS THEREFORE ORDERED that Defendants' deadline to file their Answer and/or responsive pleadings, motions, etc., to Plaintiff's Original Complaint is extended until June 24, 2003.

Signed this 13th day of June, 2003, at Brownsville, Texas.

_____
Judge Presiding

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU, et al. | : | |
| Plaintiffs | : | |
| vs. | : | CIVIL ACTION NO. B-03-096 |
| CAMERON COUNTY, et al. | : | |
| Defendants | : | |

**ORDER GRANTING DEFENDANTS' EMERGENCY UNOPPOSED MOTION TO EXTEND TIME TO FILE ANSWER AND/OR RESPONSIVE PLEADINGS**

BE IT REMEMBERED on this 13th day of June, 2003, came to be considered Defendants **Cameron County and Tony Yzaguirre, Jr., Tax Assessor-Collector of Cameron County and Director, Cameron County Automobile Crimes Enforcement Task Force, Individually**, and their *Unopposed Emergency Motion to Extend Time to File Answer and/or Responsive Pleadings*. The Court is of the opinion same should be granted.

IT IS THEREFORE ORDERED that Defendants' deadline to file their Answer and/or responsive pleadings, motions, etc., to Plaintiff's Original Complaint is extended until June 24, 2003.

Signed this 13th day of June, 2003, at Brownsville, Texas.

_____
Judge Presiding