United States District Court
Southern District of Texas
FILED

JUN 1 7 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU; FELIX R. MUNOZ; RUTH WEAVER; DIAMANTINA ALVARADO; AND LINDA GARCIA | § § § § § | |
| Plaintiffs | § § | |
| vs. | § § | Civil Action No. 03-CV-96 |
| CAMERON COUNTY and TONY YZAGUIRRE, JR., Tax Assessor-Collector of Cameron County and Director, Cameron County Automobile Crimes Enforcement Task Force, in his individual capacity | § § § § § § § | **JURY TRIAL REQUESTED** |

**PLAINTIFFS' EMERGENCY MOTION TO ORDER DEFENDANTS
CAMERON COUNTY AND TONY YZAGUIRRE, JR.
TO PRESERVE AND PRODUCE EVIDENCE**

COME NOW, Vicenta Cantu, Felix R. Munoz, Ruth Weaver, Diamantina Alvarado and Linda Garcia, Plaintiffs, and files this their Plaintiffs' Motion for Cameron County and Tony Yzaguirre, Jr. to Produce and Preserve Evidence and in support thereof show as follows:

I.

**NATURE OF THE ACTION**

1. In this action, Plaintiffs allege that Defendants, acting under color of state law, violated their right to freedom of speech and right to freedom of association as guaranteed by the First Amendment to the United States Constitution when each Plaintiff spoke out about matters of public concern and associated with Tax Assessor-Collector employees to speak out about illegalities occurring within the Cameron County Tax Assessor-Collector's Office – specifically, the fact that Defendant Yzaguirre violated Texas laws regarding the processing of vehicle registration papers to

allow fraudulent documents to be accepted by the Cameron County Tax Assessor-Collector's office as a paid "favor" to Defendant Yzaguirre's friends and business associates.

II.

**REASONABLE BELIEF EVIDENCE BEING DISTURBED**

2,   The present lawsuit was filed on May 28, 2003.

3.   Defendant Tony Yzaguirre, Jr. was served with this lawsuit on May 28, 2003.

4.   On the afternoon of May 29, 2003, Plaintiff Vicenta Cantu was in the parking lot of the Cameron County Tax-Assessor Collector Building. (Exhibit 1 - Affidavit of Vicenta Cantu). While in the parking lot, Plaintiff Cantu saw Defendant Yzaguirre's wife, and a young woman, leave the Cameron County Tax-Assessor Collector Building. (Exhibit 1 - Affidavit of Vicenta Cantu). Mrs. Yzaguirre had a dolly which was stacked with boxes which she was taking with her from the Cameron County Tax-Assessor Collector's office to her vehicle. (Exhibit 1 - Affidavit of Vicenta Cantu).

5.   Defendant Yzaguirre has ignored Texas Public Information Act requests made by Plaintiff Cantu for a copy of her employment records with Cameron County. This is in violation of Texas Public Information Act.

6.   Plaintiff Weaver is the former Executive Secretary to Defendant Yzaguirre in his capacity as the Tax Assessor-Collector of Cameron County. In her capacity as Executive Secretary, Ms. Weaver was in charge of maintaining the video surveillance system. The surveillance videotapes are maintained by Defendants for a period of thirty days. (Exhibit 2 - Affidavit of Weaver).

7.   Based upon the facts as witnessed by Vicenta Cantu and the fact that Defendant

Yzaguirre has ignored the requirements of the Texas Public Information Act – which also requires retention of records, Plaintiffs have reasonable belief that evidence relevant to the present case has been or will be disturbed by Defendants. Therefore, Plaintiffs file this Motion asking the Court to Order Defendants Cameron County and Tony Yzaguirre to preserve all documents, videotapes, audiotapes and other tangible things which are relevant to the claims raised in the lawsuit and the defenses which will be plead. Further, Plaintiffs ask the Court to Order Defendants to produce all surveillance videotapes for the last thirty days depicting the Cameron County Tax Assessor-Collector's Building, interior and exterior to Plaintiffs. Plaintiff will be happy to pay a reasonable cost for this request. The Cameron County Tax Assessor-Collector's Office has approximately seventeen video surveillance cameras which are recorded onto videotapes. (Exhibit 2 - Affidavit of Weaver). The videotapes are maintained for thirty days (Exhibit 2 - Affidavit of Weaver). Plaintiffs will be irreparably harmed if these videotapes are destroyed and, if they are destroyed, Plaintiffs argue that they are entitled to an instruction on spoilation of evidence.

8. Defendants are being personally served with a copy of this Motion

## PRAYER

9. Plaintiffs pray that the Court grant this motion and Order Defendants Cameron County and Tony Yzaguirre to preserve all documents, videotapes, audiotapes and other tangible things which are relevant to the claims raised in the lawsuit and the defenses which will be plead. Further, Plaintiffs ask the Court to Order Defendants to produce all surveillance videotapes for the last thirty days depicting the Cameron County Tax Assessor-Collector's Building, interior and exterior to Plaintiffs.

Respectfully submitted,

By: /s/ David Lee McGee
DAVID LEE MCGEE
Law Office of David Lee McGee, P.C.
3827 North 10th Street, Suite 302 A
Plaza 10 Building
McAllen, Texas 78501
SBN 13612550/Fed I.D.5932
Telephone: (956) 687-2010
Facsimile:  (956) 687-2937
ATTORNEY IN CHARGE FOR PLAINTIFFS

GAY E. GILSON
Law Office of Gay E. Gilson
719 South Shoreline, Suite 301A
Corpus Christi, Texas 78401
(361) 887-0552
Facsimile (361) 887-0554
SBN 00784131/Fed.I.D. 16385
CO-COUNSEL FOR PLAINTIFFS

4

## CERTIFICATE OF CONFERENCE

The Defendants in this case have not filed a responsive pleading. Therefore, Plaintiffs are not in a position to confer about this Motion. Plaintiffs will confer with Defendants after a responsive pleading is filed and notify the Court of the result.

_____
David Lee McGee

## CERTIFICATE OF CONFERENCE

I hereby certify that a true and correct copy of this document is being served on the following pursuant to the Federal Rules of Civil Procedure:

Gilberto Hinojosa, Cameron County Judge
Cameron County Courthouse Administrative Building 4th Floor
964 E. Harrison St.
Brownsville, Texas 78520
and
Charles Willette
Willette & Guerra, L.L.P.
International Boulevard, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78520
Attorney for Cameron County

Tony Yzaguirre, Jr.
Cameron County Tax Assessor-Collector
964 East Harrison, 1st Floor
Brownsville, Texas 78520
and
Roger Hughes
Adams & Graham, L.L.P.
222 E. Van Buren St., West Tower
P.O. Drawer 1429
Harlingen, Texas 78551-1429
Attorney for Tony Yzaguirre, Jr.

On this June 17, 2003.

_____
David Lee McGee

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU; FELIX R. MUNOZ; RUTH WEAVER; DIAMANTINA ALVARADO; AND LINDA GARCIA<br><br>Plaintiffs<br><br>vs.<br><br>CAMERON COUNTY and TONY YZAGUIRE, JR., Tax Assessor-Collector of Cameron County and Director, Cameron County Automobile Crimes Enforcement Task Force, in his individual capacity | § § § § § § § § § § § § § § § | Civil Action No. 03-CV-96<br><br>**JURY TRIAL REQUESTED** |

**AFFIDAVIT OF VICENTA CANTU**

Before me, the undersigned authority, personally appeared Vicenta Cantu, who being by me duly sworn, deposed as follows:

"My name is Vicenta Cantu, I am of sound mind, capable of making this affidavit, over the age of twenty-one and personally acquainted with the facts herein stated:

I am a Plaintiff in the above-referenced cause.

On the afternoon of May 29, 2003, I in the parking lot of the Cameron County Tax-Assessor Collector Building. While in the parking lot, I saw Defendant Yzaguirre's wife, and a young woman, leave the Cameron County Tax-Assessor Collector Building. Mrs. Yzaguirre had a dolly which was stacked with boxes which she was taking with her from the Cameron County Tax-Assessor Collector's office to her vehicle.

Defendant Yzaguirre has ignored Texas Public Information Act requests made by me for a copy of my employment records with Cameron County. I believe this is in violation of

Texas Public Information Act.

_[signature]_
Vicenta Cantu

SWORN TO AND SUBSCRIBED before me on June 17, 2003

_[seal: ORALIA C. PEREZ, Notary Public, State of Texas, My Commission Expires 05-10-2004]_

_[signature: Oralia C. Pérez]_
Notary Public, State of Texas

Notary's Printed name: Oralia C Pérez

My commission expires: 5/10/2004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VICENTA CANTU; FELIX R. MUNOZ; §<br>RUTH WEAVER; §<br>DIAMANTINA ALVARADO; AND §<br>LINDA GARCIA §<br>§<br>    Plaintiffs §<br>§<br>vs. §<br>§<br>CAMERON COUNTY and §<br>TONY YZAGUIRE, JR., Tax Assessor- §<br>Collector of Cameron County and Director, §<br>Cameron County Automobile Crimes §<br>Enforcement Task Force, in his §<br>individual capacity § | Civil Action No. 03-CV-96<br><br>**JURY TRIAL REQUESTED** |

### AFFIDAVIT OF RUTH WEAVER

Before me, the undersigned authority, personally appeared Ruth Weaver, who being by me duly sworn, deposed as follows:

"My name is Ruth Weaver, I am of sound mind, capable of making this affidavit, over the age of twenty-one and personally acquainted with the facts herein stated:

I am a Plaintiff in the above-referenced cause.

I am the former Executive Secretary to Defendant Yzaguirre in his capacity as the Tax Assessor-Collector of Cameron County.

In my capacity as Executive Secretary, I was in charge of maintaining the video surveillance system. The surveillance videotapes are maintained by Defendants for a period of thirty days and there are approximately seventeen surveillance video cameras."

_____
Ruth Weaver

SWORN TO AND SUBSCRIBED before me on _June 17, 2003_

_Oralia C. Perez_
Notary Public, State of Texas

Notary's Printed name: Oralia C. Perez

My commission expires: 5/10/2004

**ORALIA C. PEREZ**
Notary Public, State of Texas
My Commission Expires 05-10-2004