IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **VINCENTA CANTU, ET AL.** | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | C.A. No. B-03-96 |
| | § | |
| CAMERON COUNTY AND TONY | § | |
| YZAGUIRE, Tax Assessor-Collector | § | |
| of Cameron County and Director, | § | |
| Cameron County Automobile Crimes | § | |
| Enforcement Task Force, in his | § | |
| individual capacity | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on June 18, 2003, the Court considered Plaintiffs' Emergency Motion to Order Defendants Cameron County and Tony Yzaguirre, Jr. to Preserve and Produce Evidence [Dkt. No. 9]. The Court sets a hearing on this matter for June 19, 2003, at 3:00 p.m.

DONE this 18th day of June 2003, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge