*11*

## Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas   ■ Levesque |
| DATE | 06 — 19 — 03 |
| TIME | ___ a.m. — ___ a.m. |
| | 2:50 p.m. — 3:15 p.m. |
| CIVIL ACTION | B — 03 — 96 |
| STYLE | VICENTA CANTU, ET AL<br>*versus*<br>CAMERON COUNTY, ET AL |

United States District Court
Southern District of Texas
FILED
JUN 19 2003
Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■Emergency Hearing          (Court Reporter: Dora Canizales)

Attorney(s) for Plaintiff(s):   David Lee McGee and Gay Ellen Gilson
Attorney(s) for Defendant(s)    Dino Esparza for Cameron County
                                Roger Hughes and Craig Vittitoe for Yzaguirre

---

Comments:

    Plaintiff's Emergency Motion to Order Def's to Preserve and Produce Evidence (Doc.#9) argued by Mr. McGee. FBI and other law enforcement agencies are currently investigating Defendants. FBI has reason to believe that docs and evidence have gone missing in the past. Fact that boxes were removed day after suit was filed was problematic. And, Defs had not answered request for employment records under Tex Information Act. Finally, Plaintiffs wanted court to order that 17 surveillance tapes be turned over because those tapes would have shown what was lugged out in boxes.

    Mr. Vittitoe argued: Boxes contained other materials relating to def's wife's work for child services. Def did comply with request and he showed that the docs had been sent, albeit to the wrong address. Also, objected to the fact that this motion amounted to an ex parte motion and there was no conference.

    Court held: Plaintiff's Motion (Doc.#9) ***DENIED*** and admonished Plaintiffs that they wasted the Courts' resources by not conferring.