

# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

---

CHARLES WILLETTE, JR.
R. D. "BOBBY" GUERRA*
HUGH P. TOUCHY
EILEEN M. LEEDS
———————
ELIZABETH SANDOVAL CANTU*
ROMAN "DINO" ESPARZA
EDUARDO G. GARZA
AMY LAWLER GONZALES
JORGE A. GREEN
MELANIE A. MOORE
ROBERT PUENTE *
JACQUELINE R. SALINAS*

INTERNATIONAL PLAZA, SUITE 460
3505 BOCA CHICA BOULEVARD
BROWNSVILLE, TEXAS 78521
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*MCALLEN OFFICE:
801 NOLANA, SUITE 320-A
MCALLEN, TEXAS 78504
TELEPHONE: (956) 686-2266
FACSIMILE (956) 686-5913

June 23, 2003

**United States District Court
Southern District of Texas
FILED
JUN 2 3 2003
Michael N. Milby
Clerk of Court**

<u>Via Hand Delivery</u>
Mr. Butch Barbosa
United States District Clerk
Federal Building
600 East Harrison Ste. 101
Brownsville, Texas 78520

Re:   Civil No. B-03-096
      Vicenta Cantu vs. Cameron County et al.
      U.S. District Court
      Southern District of Texas
      Brownsville Division
      <u>Our File No. 03-172   CW/RDE</u>

Dear Mr. Barbosa:

Enclosed herewith for filing with the court in connection with the above referenced matter, please find the one (1) original and two (2) copies of:

1. **Attorney Agreement extending time to file Defendants' responsive pleading to Plaintiffs' First Amended Complaint.**

Please file stamp the front-page copy and return to my office. As noted hereunder, all counsel has been served with the same.

Very Truly Yours,

WILLETTE & GUERRA, L.L.P.

By: _____
    Roman "Dino" Esparza

RDE/mg

Mr. Butch Barbosa
United States District Clerk
June 23, 2003
Page 2


xc:

Mr. David Lee McGee
LAW OFFICES OF DAVID LEE McGEE, P.C.
201 S. 15th, Ste. 204, McAllen (78501)
701 Park Avenue
Corpus Christi, TX 78401

Gay E. Gilson
LAW OFFICE OF GAY E. GILSON
719 South Shoreline, Suite 301A
Corpus Christi, TX 78401

Roger Hughes
ADAMS & GRAHAM L.L.P
222 East Van Buren
P. O. Drawer 1429
Harlingen, Texas 78551

# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR.
R. D. "HOMRY" GUERRA*
HUGH P. TOUCHY
EILEEN M. LEEDS
──────
ELIZABETH SANDOVAL CANTU*
ROMAN "DINO" ESPARZA
EDUARDO G. GARZA
AMY LAWLER GONZALES
JORGE A. GRIEGO
MELANIE A. MOORE
ROBERT PUENTE *
JACQUELINE R. SALINAS*

INTERNATIONAL PLAZA, SUITE 460
3505 BOCA CHICA BOULEVARD
BROWNSVILLE, TEXAS 78521
TELEPHONE (956) 541-1846
FACSIMILE (956) 541-1893

*MCALLEN OFFICE:
801 NOLANA, SUITE 320-A
MCALLEN, TEXAS 78504
TELEPHONE: (956) 686-2266
FACSIMILE (956) 686-5913

June 20, 2003

**Via Facsimile: (956) 687-2937**
Mr. David Lee McGee
LAW OFFICES OF DAVID LEE McGEE, P.C.
201 S. 15th, Ste. 204, McAllen (78501)
701 Park Avenue
Corpus Christi, TX 78401

       Re: Civil No. B-03-096
          Vicenta Cantu vs. Cameron County et al.
          U.S. District Court
          Southern District of Texas
          Brownsville Division
          **Our File No. 03-172 CW/RDE**

Dear Mr. McGee:

  Please allow this letter to confirm our agreement that Defendant Cameron County and Defendant Tony Yzaguirre, Jr., Tax Assessor-Collector of Cameron County and Director, Cameron County Automobile Crimes Enforcement Task Force, in his individual capacity, will file their responsive pleadings on or before July 1, 2003. This letter will be filed with the clerk and will serve as our attorney agreement to extend Defendants' deadline to file a responsive pleading to Plaintiffs' First Amended Complaint.

  If the above does not reflect your understanding of our agreement, please contact us immediately, otherwise, please sign where indicated and return to my office via fax.

              Very Truly Yours,

              WILLETTE & GUERRA, L.L.P.

            By: _____
              Roman "Dino" Esparza
              Attorney for Cameron County

Mr. David McGee
June 20, 2003
Page 2

By: _____
Robert Hughes
Attorney for Tony Yzaguirre, Jr., Tax
Assessor-Collector of Cameron
County and Director, Cameron County
Automobile Crimes Enforcement Task
Force

By: _____
David McGee
Attorney for Vicenta Cantu,
Felix R. Munoz, Ruth Weaver,
Diamantina Alvarado and Linda Garcia

RDE/mg

xc:

Gay E. Gilson
LAW OFFICE OF GAY E. GILSON
719 South Shoreline, Suite 301A
Corpus Christi, TX 78401