

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU; FELIX R. MUNOZ; RUTH WEAVER; DIAMANTINA ALVARADO; AND LINDA GARCIA | § § § § § | **United States District Court Southern District of Texas FILED** JUL 3 1 2003 Michael N. Milby Clerk of Court |
| Plaintiffs | § § | |
| vs. | § § | Civil Action No. 03-CV-96 |
| CAMERON COUNTY and TONY YZAGUIRE, JR., Tax Assessor-Collector of Cameron County and Director, Cameron County Automobile Crimes Enforcement Task Force, in his individual capacity | § § § § § § § § | **JURY TRIAL REQUESTED**<br><br>UNOPPOSED MOTION |

## PLAINTIFFS' UNOPPOSED MOTION TO FILE 7(a) REPLY BY AUGUST 20, 2003

COME NOW, Vicenta Cantu, Felix R. Munoz, Ruth Weaver, Diamantina Alvarado and Linda Garcia, Plaintiffs, and files this their Plaintiffs' Unopposed Motion to File 7(a) Reply and in support thereof show as follows:

I.

1. In this action, Plaintiffs allege that Defendants, acting under color of state law, violated their right to freedom of speech and right to freedom of association as guaranteed by the First Amendment to the United States Constitution when each Plaintiff spoke out about matters of public concern and associated with Tax Assessor-Collector employees to speak out about illegalities occurring within the Cameron County Tax Assessor-Collector's Office – specifically, the fact that Defendant Yzaguirre violated Texas laws regarding the processing of vehicle registration papers to allow fraudulent documents to be accepted by the Cameron County Tax Assessor-Collector's office as a paid "favor" to Defendant Yzaguirre's friends and business associates.

2.   The Defendants filed 12(b)(6) Motions to Dismiss Plaintiffs' Complaint. Alternatively, Defendant Yzaguirre requested that Plaintiffs file a FRCP 7(a) Reply. Plaintiffs filed responses and requested that the Court allow them leave to file a FRCP 7(a) Reply if necessary.

3.   In the interest of judicial economy, Plaintiffs' Counsel proposed to Defense Counsel that the Plaintiffs file a FRCP 7(a) Reply by August 20, 2003 to aid in preparing this case for the Initial Pretrial Conference which is currently scheduled for October 20, 2003. Defense Counsel were unopposed to this proposal and this Motion.

4.   Plaintiffs request that they be allowed to file their FRCP 7(a) Reply by August 20, 2003. This period of time will allow Plaintiffs' Counsel to make arrangements to meet with their clients and to have adequate time to meet with each of the five Plaintiffs. Plaintiffs' Counsel are located in Corpus Christi, Texas and the Plaintiffs reside in the Brownsville area.

### PRAYER

5.   Therefore, Plaintiffs pray that in the interest of judicial economy the Court grant this motion and enter an Order allowing Plaintiffs to file a FRCP 7(a) Reply on or before August 20, 2003.

Respectfully submitted,

By: _____ for
DAVID LEE MCGEE
Law Office of David Lee McGee, P.C.
3827 North 10th Street, Suite 302 A
Plaza 10 Building
McAllen, Texas 78501
SBN 13612550/Fed I.D.5932
Telephone: (956) 687-2010
Facsimile: (956) 687-2937
ATTORNEY IN CHARGE FOR PLAINTIFFS

GAY E. GILSON
Law Office of Gay E. Gilson
719 South Shoreline, Suite 301A
Corpus Christi, Texas 78401
(361) 887-0552
Facsimile (361) 887-0554
SBN 00784131/Fed.I.D. 16385
CO-COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

The undersigned certifies that I have spoken with Roger Hughes, attorney for Tony Yzaguirre, Jr., and Dino Esparza, attorney for Cameron County, and they are both unopposed to this motion and are unopposed to Plaintiffs having until August 20, 2003 to file a FRCP 7(a) Reply.

_____
Gay E. Gilson

## CERTIFICATE OF SERVICE

I certify that a copy of this instrument was served on the following attorney's of record according to the Federal Rules of Civil Procedure:

Craig Vittitoe                                                                 VIA CMRRR
Roger Hughes
Adams & Graham, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429
ATTORNEYS FOR TONY YZAGUIRRE, JR.

Charles Willitte                                                             VIA CMRRR
Roman "Dino" Esparza
Willette & Guerra, L.L.P.
3505 Boca Chica Blvd., Suite 460
Brownsville, Texas 78520
ATTORNEYS FOR CAMERON COUNTY

on this 29th day of July, 2003.

_____
Gay E. Gilson

3