UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| VICENTA CANTU; FELIX R. MUNOZ; RUTH WEAVER; DIAMANTINA ALVARADO; AND LINDA GARCIA<br><br>Plaintiffs<br><br>vs.<br><br>CAMERON COUNTY and TONY YZAGUIRE, JR., Tax Assessor-Collector of Cameron County and Director, Cameron County Automobile Crimes Enforcement Task Force, in his individual capacity | § § § § § § § § § § § § § § § | Civil Action No. 03-CV-96<br><br>**JURY TRIAL REQUESTED** |

### ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO FILE FRCP 7(a) REPLY BY AUGUST 20, 2003

On the __4th__ day of __August__, 2003, the Court considered. Plaintiffs' Unopposed Motion to File FRCP 7(a) Reply by August 20, 2003. After considering the Motion, the Court GRANTS the Motion and ORDERS that the Plaintiffs be allowed leave to file a FRCP 7(a) Reply by August 20, 2003.

SIGNED this __4th__ day __August__, 2003.

_____
PRESIDING JUDGE

4