# SEALED RECORD

DESCRIPTION OF CONTENTS: Plaintiffs' Reply to Deft. Motion to Dismiss for failure to state Claim on Immunity

SEALED BY ORDER OF THE COURT
AND MAY NOT BE OPENED UNLESS
BY ORDER OF THE COURT.

CASE NO. B-03-cv-96
INSTRUMENT NO. #23