# SEALED RECORD

DESCRIPTION OF CONTENTS: As per Court Order dated December 16, 2004, Exhibits 1-28Dkt. No. 23 SEALED

SEALED BY ORDER OF THE COURT
AND MAY NOT BE OPENED UNLESS
BY ORDER OF THE COURT.

CASE NO 1-03-cv-096
INSTRUMENT NO 23 (Exhibits)