UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VICENTA CANTU; FELIX R. MUNOZ; | § | |
| RUTH WEAVER; | § | |
| DIAMANTINA ALVARADO; AND | § | |
| LINDA GARCIA | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| vs. | § | Civil Action No. 03-CV-96 |
| | § | |
| CAMERON COUNTY and | § | **JURY TRIAL REQUESTED** |
| TONY YZAGUIRE, JR., Tax Assessor- | § | |
| Collector of Cameron County and Director, | § | |
| Cameron County Automobile Crimes | § | |
| Enforcement Task Force, in his | § | **UNOPPOSED MOTION** |
| individual capacity | § | |

## PLAINTIFFS' UNOPPOSED MOTION TO SEAL PLAINTIFFS' RULE 7(a) REPLY

COME NOW, Vicenta Cantu, Felix R. Munoz, Ruth Weaver, Diamantina Alvarado and Linda Garcia, Plaintiffs, and respectfully file this Plaintiff's Unopposed Motion to Seal FRCP 7(a) Reply and in support thereof would show the following:

### I.

### NATURE OF THE ACTION

1.      In this action, Plaintiffs allege that Defendants, acting under color of state law, violated their right to freedom of speech and right to freedom of association as guaranteed by the First Amendment to the United States Constitution when each Plaintiff spoke out about matters of public concern and associated with Tax Assessor-Collector employees to speak out about wrongdoing, illegalities and corruption occurring within the Cameron County Tax Assessor-Collector's Office – specifically, the fact that Defendant Yzaguirre, the Cameron County Tax Assessor-Collector and Director of the Cameron County Automobile Crimes Enforcement Task Force, violated Texas laws

regarding the processing of vehicle registration papers to allow fraudulent documents to be accepted

by the Cameron County Tax Assessor-Collector's office as a paid "favor" to Defendant Yzaguirre's

friends and business associates. An employee's speech as an employee qualifies as speech on matters

of public concern, where the speech involves the report of corruption or wrongdoing to authorities.

*Wallace v. Texas Tech. Univ.*, 80 F.3d 1042, 1050 (5th Cir. 1996).

2.      The Defendants filed 12(b)(6)Motions to Dismiss Plaintiffs' Complaint.

Alternatively, Defendant Yzaguirre requested that Plaintiffs file a FRCP 7(a) Reply. Plaintiffs filed

responses and requested that the Court allow them leave to file a FRCP 7(a) Reply if necessary.

3.      In the interest of judicial economy, Plaintiffs' Counsel proposed to Defense Counsel

that the Plaintiffs file a FRCP 7(a) Reply by August 20, 2003 to aid in preparing this case for the

Initial Pretrial Conference which is currently scheduled for October 20, 2003.   Defense Counsel

were unopposed to this proposal and that Motion.

4.      The Court granted the Unopposed Motion for Plaintiffs to file a FRCP 7(a) Reply.

5.      Plaintiffs timely filed their FRCP 7(a) Reply on August 20, 2003.

6.      On September 9, 2003, the undersigned received a letter from Counsel for Defendant

Yzaguirre, Robert Hughes, indicating that it was his opinion that Exhibits 1-24 which were attached

to Plaintiffs' FRCP 7(a) Reply violated the Texas Transportation Code 730. This letter is the first

indication that there were privacy concerns regarding Exhibits 1-24.

7.      The undersigned counsel and Mr. David McGee contacted Mr. Hughes and relayed

to him that the Plaintiffs would agree to have the documents sealed, but that we would not agree to

strike Plaintiffs' FRCP 7(a) Reply.

8.      Plaintiffs file the present motion requesting that Plaintiffs' FRCP 7(a) Reply be

2

sealed in order to alleviate any privacy concerns that may be connected to the Exhibits attached to Plaintiffs' FRCP 7(a) Reply.

9.     It is important to emphasize that the Exhibits attached to Plaintiffs FRCP 7(a) Reply are documents which Plaintiffs contend are a part of their actual "speech" which is the basis of the present lawsuit. In response to Defendants' Motions alleging, in part, that Plaintiffs did not meet their pleading burden, Plaintiffs have made every effort in their FRCP 7(a) Reply to meticulously plead the specifics "as to when there statement or statements were made, to whom they were made, whether they were oral or written, and the content of those statements." *Foley v. University of Houston System*, 324 F.3d 310 (5th Cir. 03/06/2003). Exhibits 1-24 are, in part, literally the Plaintiffs' protected speech made the basis of this lawsuit and are relevant to the factors enumerated in *Foley*.

## PRAYER

10.     WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that their FRCP 7(a) Reply be placed under seal to provide for the privacy of the individuals involved in the transactions at issue upon which Plaintiffs' free speech claims are based in part.

Respectfully submitted,

By: _____ for

DAVID LEE MCGEE
Law Office of David Lee McGee, P.C.
3827 North 10th Street, Suite 302 A
Plaza 10 Building
McAllen, Texas 78501
SBN 13612550/Fed I.D.5932
Telephone: (956) 687-2010
Facsimile: (956) 687-2937
ATTORNEY   IN   CHARGE   FOR
PLAINTIFFS

3

GAY E. GILSON
Law Office of Gay E. Gilson
719 South Shoreline, Suite 301A
Corpus Christi, Texas 78401
(361) 887-0552
Facsimile (361) 887-0554
SBN 00784131/Fed.I.D. 16385
CO-COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

I certify that I have spoken to Roger Hughes about this motion and I left a message for Charles Willette regarding this motion. I certify that both Mr. Hughes and Mr. Willette left me voice messages indicating that they were unopposed to the present Motion to seal the records, but that they both clearly reserve the right to pursue a Motion to have Plaintiffs' FRCP 7(a) pleading struck. Plaintiffs disagree that the FRCP 7(a) Reply should be struck.

Gay E. Gilson

## CERTIFICATE OF SERVICE

I certify that a copy of this instrument was served on the following attorney's of record according to the Federal Rules of Civil Procedure:

Craig Vittitoe/Roger Hughes                    VIA FIRST CLASS MAIL
Adams & Graham, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429
ATTORNEYS FOR TONY YZAGUIRRE, JR.

Charles Willette/Roman "Dino" Esparza          VIA FIRST CLASS MAIL
Willette & Guerra, L.L.P.
3505 Boca Chica Blvd., Suite 460
Brownsville, Texas 78520
ATTORNEYS FOR CAMERON COUNTY

on this September 10, 2003.

Gay E. Gilson

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU; FELIX R. MUNOZ;<br>RUTH WEAVER;<br>DIAMANTINA ALVARADO; AND<br>LINDA GARCIA<br><br>     Plaintiffs<br><br>vs.<br><br>CAMERON COUNTY and<br>TONY YZAGUIRE, JR., Tax Assessor-<br>Collector of Cameron County and Director,<br>Cameron County Automobile Crimes<br>Enforcement Task Force, in his<br>individual capacity | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br><br>Civil Action No. 03-CV-96<br><br>**JURY TRIAL REQUESTED** |

## ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO
## SEAL PLAINTIFFS' RULE 7(a) REPLY

On the _____ day of _____, 2003, the Court considered. Plaintiffs'

Unopposed Motion to Seal Plaintiffs'Rule 7(a) Reply.  After considering the Motion, the Court

GRANTS the Motion and ORDERS that the Plaintiffs FRCP 7(a) Reply be sealed.

SIGNED this _____ day _____, 2003.


_____
PRESIDING JUDGE

5