*30*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VICENTA CANTU; FELIX R. MUNOZ | § | |
| RUTH WEAVER; DIAMANTINA | § | |
| ALVARADO; AND LINDA GARCIA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-096 |
| | § | JURY TRIAL REQUESTED |
| CAMERON COUNTY, AND TONY | § | |
| YZAGUIRRE, JR., TAX ASSESSOR- | § | |
| COLLECTOR OF CAMERON COUNTY | § | |
| AND DIRECTOR, CAMERON COUNTY | § | |
| AUTOMOBILE CRIMES | § | |
| ENFORCEMENT TASK FORCE, IN | § | |
| HIS INDIVIDUAL CAPACITY | § | |

---

## DEFENDANT CAMERON COUNTY'S
## DISCLOSURE OF FINANCIALLY INTERESTED PARTIES

---

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties, Defendant

Cameron County's counsel certifies that the only persons, associations, etc., that are known to this

Defendant to be financially interested in the outcome of this litigation are:

1.    Plaintiff Vicenta Cantu

2.    Plaintiff Felix R. Munoz

3.    Plaintiff Ruth Weaver

4.    Plaintiff Diamantina Alvarado

5.    Plaintiff Linda Garcia

6.    Defendant Cameron County

7.    Defendant Tony Yzagguire, Jr.

Signed on October 1, 2003.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas  78521
Telephone:  (956) 541-1846
Facsimile:  (956) 541-1893

By:_____
　　　　Charles Willette, Jr.
　　　　State Bar No. 21509700
　　　　USDC Adm. No. 1937
　　　　Roman D. Esparza
　　　　State Bar No. 00795337
　　　　Federal ID 22703

Attorneys for Defendant Cameron County

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of above and foregoing instrument was forwarded via certified mail return receipt requested to all counsel of record on October 1, 2003 as follows:

**Via CMRRR 7003 0500 0001 0981 2956**
Mr. Craig Vittitoe
Mr. Roger Hughes
ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, Texas 78551-1429

**Via CMRRR 7003 0500 0001 0981 2963**
Mr. David Lee McGee
LAW OFFICES OF DAVID LEE McGEE, P.C.
701 Park Avenue
Corpus Christi, TX 78401

**Via CMRRR 7002 3150 0002 0965 0893**
Gay E. Gilson
LAW OFFICE OF GAY E. GILSON
719 South Shoreline, Suite 301A
Corpus Christi, TX 78401

Roman D. Esparza