IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 6 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| VICENTA CANTU, et al. | : |
| Plaintiffs | : |
| vs. | : CIVIL ACTION NO. B-03-096 |
| CAMERON COUNTY, et al. | : |
| Defendants | : |

### DEFENDANT YZAGUIRRE'S UNOPPOSED MOTION
### TO EXTEND DEADLINE TO FILE JOINT CASE MANAGEMENT PLAN

NOW COMES Defendant YZAGUIRRE and files his Motion to Extend Deadline to File Joint Case Management Plan, and would show this Court as follows:

### I. Certificate of Conference

The undersigned has conferred with all counsel. The motion is unopposed.

### II. Case Status

The case is currently scheduled for the initial pre-trial conference on October 20, 2003. Under the initial scheduling order, the Joint Case Management/Discovery Plan would be due October 6, 2003.

### III. Issues to Be Ruled

Defendant requests an extension of time to file the Plan until October 10, 2003.

### IV.

An extension of time is needed because counsel for all parties need additional time to discuss a few remaining points and reduce the plan to writing.

Plaintiffs have circulated a draft plan during the week of September 30, 2003, and request time to set up a conference call. Owing to the schedules of defendants' counsel, they have not been available at the same time to confer with Plaintiffs' counsel by weeks' end; however, they have been in contact with Plaintiffs' counsel individually to discuss the plan. However, Plaintiffs' counsel is set to begin trial on October 6, 2003. Therefore, it has become difficult to finalize and sign the plan on the due date.

The parties are relatively confident that they can prepare, sign and file the Plan by October 10, 2003.

WHEREFORE, PREMISES CONSIDERED, Defendant Yzaguirre prays that this motion be taken under submission immediately and upon hearing of same, the court reset the date to submit a joint discovery/case management plan until October 10, 2003, and any other such further relief at law or in equity to which Defendant may show himself entitled.

ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, Texas 78551-1429
(956) 428-7495
(956) 428-2954 (Fax)

By _____
Craig H. Vittitoe
State Bar No. 20598900
Federal ID No. 18756
**Roger W. Hughes**
State Bar No. 10229500
Federal ID No. 5950

Attorneys for *Defendant* TONY YZAGUIRRE, ASSESSOR-COLLECTOR OF CAMERON COUNTY AND DIRECT, CAMERON COUNTY AUTOMOBILE CRIMES ENFORCEMENT TASK FORCE IN HIS INDIVIDUAL CAPACITY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of above and foregoing instrument was forwarded to the following counsel of record on this the 6th day of October, 2003.

| | |
|---|---|
| Mr. David Lee McGee<br>LAW OFFICES OF DAVID LEE McGEE, P.C.<br>201 S. 15th, Ste. 204, McAllen (78501)<br>701 Park Avenue<br>Corpus Christi, TX 78401 | Via Facsimile: 512/888-5585<br>& Ordinary Mail |
| Ms. Gay E. Gilson<br>LAW OFFICE OF GAY E. GILSON<br>719 South Shoreline, Suite 301A<br>Corpus Christi, TX 78401 | Via Facsimile: 361/887-0554<br>& Ordinary Mail |

Mr. Charles Willette
Mr. Roman "Dino" Esparza
**WILLETTE & GUERRA, L.L.P.**
International Boulevard, Suite 460
3505 Boca Chica Boulevard
Brownsville, TX 78520

_____
ROGER W. HUGHES