IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

VICENTA CANTU, et al.          :
                               :
        Plaintiffs             :
                               :
vs.                            :        CIVIL ACTION NO. B-03-096
                               :
CAMERON COUNTY, et al.         :
                               :
        Defendants             :

### ORDER GRANTING DEFENDANT YZAGUIRRE'S
### UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE
### JOINT CASE MANAGEMENT PLAN

BE IT REMEMBERED on this 9 day of October, 2003, came to be considered Defendant Yzaguirre's Unopposed Motion to Extend Deadline to File Joint Case Management Plan and it is the Court's opinion that it should be GRANTED.

THEREFORE, the deadline to submit the Joint Case Management Plan is hereby extended to October 10, 2003.

SIGNED FOR ENTRY this 9 day of October, 2003, at Brownsville, Texas.

_____
Judge Presiding