IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 9 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| VICENTA CANTU, et al. | : |
| Plaintiffs | : |
| vs. | : CIVIL ACTION NO. B-03-096 |
| CAMERON COUNTY, et al. | : |
| Defendants | : |

## DEFENDANT YZAGUIRRE'S MOTION TO STAY DISCOVERY PENDING RULING ON QUALIFIED IMMUNITY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **Defendant Tony Yzaguirre, Jr.,**, and files this his **Motion to Stay Discovery Pending Ruling on Qualified Immunity**, and would respectfully show this Honorable Court as follows:

### I. Certificate of Conference

Counsel for Defendant, Yzaguirre has conferred with opposing counsel. Plaintiffs' counsel is opposed; counsel for Defendant Cameron County is not opposed to this motion.

### II. Procedural Background

Defendant Yzaguirre has filed Motions to Dismiss Based on Qualified Immunity. Dkt # 15, 16. These motions have not been resolved.

Currently, the case is set for the initial pretrial conference on October 20, 2003. The parties are working on the documentation for a Rule 26(f) conference. Consequently, discovery ordinarily would commence shortly and Defendant Yzaguirre would have to provide mandatory Rule 26 disclosures. However, as of yet, the Court has not made a ruling on his Motion to Dismiss Based on Qualified Immunity.

### III. Argument

Until his Motions to Dismiss Based on Qualified Immunity Under FRCP 12(b)(6) are finally resolved, Defendant Yzaguirre is entitled to have discovery stayed. *Schultea v. Wood*, 47 F.3d 1427 95th Cir. 1995). His motions raise only law questions and thus no discovery is needed to resolve them.

### IV.

Therefore, Defendant Yzaguirre requests that all discovery against him be stayed in this case and that he need not make his Rule 26 disclosures until his motions are finally resolved.

WHEREFORE, PREMISES CONSIDERED, Defendant Yzaguirre prays the above motion be set for hearing, upon hearing same, the Court stay discovery as requested until such time as the Court rules on the merits of Defendant's Motions to Dismiss Under Rule 12(b)(6) for qualified immunity.

Respectfully submitted,

By: _____
Craig H. Vittitoe
State Bar No. 20593900
Federal ID NO. 18756
**Roger W. Hughes**
State Bar No. 10229500
Federal ID No. 5950
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
Telephone: (956) 428-7495
Facsimile:  (956) 428-2954

Attorneys for *Defendant* TONY YZAGUIRRE, ASSESSOR-COLLECTOR OF CAMERON COUNTY AND DIRECTOR OF CAMERON COUNTY AUTOMOBILE CRIMES ENFORCEMENT TASK FORCE IN HIS INDIVIDUAL CAPACITY

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of above and foregoing instrument was forwarded to the following counsel of record on this the ____ day of October, 2003.

Ms. Gay E. Gilson                                                      *CM/RRR 7002 2410 0002 3603 8680*
**LAW OFFICE OF GAY E. GILSON**
719 South Shoreline, Suite 301A
Corpus Christi, TX 78401

Mr. David Lee McGee                                                  *Via Ordinary Mail*
**LAW OFFICES OF DAVID LEE McGEE, P.C.**
701 Park Avenue
Corpus Christi, TX 78401

Mr. Charles Willette  
Mr. Roman "Dino" Esparza  
**WILLETTE & GUERRA, L.L.P.**  
3505 Boca Chica Blvd., Suite 460  
Brownsville, TX 78520

*Via Ordinary Mail*

_____  
Roger W. Hughes