37

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VICENTA CANTU; FELIX R. MUNOZ; RUTH WEAVER; DIAMANTINA ALVARADO; AND LINDA GARCIA | § § § § § | |
| Plaintiffs | § § | |
| vs. | § § | Civil Action No. 03-CV-96 |
| CAMERON COUNTY and TONY YZAGUIRE, JR., Tax Assessor-Collector of Cameron County and Director, Cameron County Automobile Crimes Enforcement Task Force, in his individual capacity | § § § § § § § | **JURY TRIAL REQUESTED**<br><br>UNOPPOSED MOTION |

## PLAINTIFFS' UNOPPOSED MOTION TO DESIGNATE GAY E. GILSON AS ATTORNEY IN CHARGE FOR PLAINTIFFS AND DAVID LEE MCGEE AS CO-COUNSEL FOR PLAINTIFFS

COME NOW, Vicenta Cantu, Felix R. Munoz, Ruth Weaver, Diamantina Alvarado and Linda Garcia, Plaintiffs, and files this their Plaintiffs' Unopposed Motion to Designate Gay E. Gilson as Attorney in Charge for Plaintiffs and David Lee McGee as Co-Counsel for Plaintiffs and in support thereof show as follows:

I.

1. Currently, David Lee McGee is designated as Attorney in Charge for Plaintiffs and Gay E. Gilson is designated as Co-Counsel for Plaintiffs.

2. Plaintiffs request that the Court allow Plaintiffs' Counsel to "switch" their designations.

3. Co-Counsel's work on the present case has placed her in a better position to fulfill the role as Attorney-in-Charge for Plaintiffs as defined by the Local Rules of the Southern District

of Texas.

## PRAYER

4.      Plaintiffs pray that Plaintiffs' Unopposed Motion to Designate Gay E. Gilson as

Attorney in Charge for Plaintiffs and David Lee McGee as Co-Counsel for Plaintiffs be granted to

promote the efficiency of this litigation process and so that justice may be served.

Respectfully submitted,

By: _____ for

DAVID LEE MCGEE
Law Office of David Lee McGee, P.C.
3827 North 10th Street, Suite 302 A
Plaza 10 Building
McAllen, Texas 78501
SBN 13612550/Fed I.D.5932
Telephone: (956) 687-2010
Facsimile: (956) 687-2937
ATTORNEY IN CHARGE FOR PLAINTIFFS

GAY E. GILSON
Law Office of Gay E. Gilson
719 South Shoreline, Suite 301A
Corpus Christi, Texas 78401
(361) 887-0552
Facsimile (361) 887-0554
SBN 00784131/Fed.I.D. 16385
CO-COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

The undersigned certifies that I have spoken with Roger Hughes, attorney for Tony Yzaguirre, Jr., and Dino Esparza, attorney for Cameron County, and they are both unopposed to this motion.

_____
Gay E. Gilson

2

## CERTIFICATE OF SERVICE

I certify that a copy of this instrument was served on the following attorney's of record according to the Federal Rules of Civil Procedure:

Craig Vittitoe/Roger Hughes                                    VIA FIRST CLASS MAIL
Adams & Graham, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429
ATTORNEYS FOR TONY YZAGUIRRE, JR.

Charles Willette/Roman "Dino" Esparza                          VIA FIRST CLASS MAIL
Willette & Guerra, L.L.P.
3505 Boca Chica Blvd., Suite 460
Brownsville, Texas 78520
ATTORNEYS FOR CAMERON COUNTY

on this October 13, 2003.

Gay E. Gilson