UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 6 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VICENTA CANTU; FELIX R. MUNOZ, | § | |
| RUTH WEAVER; | § | |
| DIAMANTINA ALVARADO; AND | § | |
| LINDA GARCIA | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| vs. | § | Civil Action No. __B-03-096__ |
| | § | |
| CAMERON COUNTY and | § | |
| TONY YZAGGUIRE, JR., Tax Assessor- | § | JURY TRIAL REQUESTED |
| Collector of Cameron County and Director, | § | |
| Cameron County Automobile Crimes | § | |
| Enforcement Task Force, in his | § | |
| Individual Capacity | § | |

## ATTORNEY VACATION NOTICE

The undersigned, counsel for Plaintiffs, Vicenta Cantu, Felix R. Munoz, Ruth Weaver, Diamantina Alvarado and Linda Garcia, hereby notifies the Court and all counsel and/or parties of record that he will be on vacation on the following dates:

**December 26, 2003 - January 7, 2004**

Please refrain from scheduling any matters in this cause during these dates which would require attendance of counsel, including hearings, depositions, pre-trial or docket control conferences, or the like.

Respectfully submitted,

Law Offices of David Lee McGee, PC
701 Park Avenue
Corpus Christi, Texas 78401
Telephone: (361) 888-6489
Facsimile: (361) 888-5585

By: _David Lee McGee_
David Lee McGee
SBN: 13612550 / FBN: 5932
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of November, 2003, a true and correct copy of the foregoing instrument has been forwarded to the following by via first class mail:

Craig Vittitoe/Roger Hughes   *VIA FIRST CLASS MAIL*
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429

Roman "Dino" Esparza   *VIA FIRST CLASS MAIL*
Willette & Guerra, L.L.P.
3505 Boca Chica Blvd., Suite 460
Brownsville, Texas 78520

_____
David Lee McGee