44

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District
Southern District of
RECEIVED

DEC 1 9 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VICENTA CANTU, et al. | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. B-03-096 |
| | : | |
| CAMERON COUNTY, et al. | : | |
| | : | |
| Defendants | | |

**DEFENDANT YZAGUIRRE'S UNOPPOSED MOTION TO EXTEND TIME
TO FILE INITIAL DISCLOSURES**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **Defendant Tony Yzaguirre, Jr.**, and files this his Unopposed Motion to Extend Time to File Initial Disclosures, and would respectfully show the Court as follows:

I.

Certificate of Conference

Counsel for Defendant Yzaguirre has conferred with counsel for Plaintiffs and Defendant Cameron County.   This Motion is unopposed.

II.

Defendant Yzaguirre has filed motions to dismiss based on qualified immunity (Dkt. #s 15 & 16) and a Motion to Stay Discovery pending a ruling on qualified immunity (Dkt. # 35).  The Court heard oral argument on these matters at the pretrial conference on October 20, 2003, but it has not yet ruled on these motions.

In the report on Rule 26(f) Conference (Dkt. # 36), the parties agree that their initial disclosures would be due on November 10, 2003; Defendant Yzaguirre made this agreement subject to its Motion to Stay Discovery.

After the pretrial hearing, the parties mutually agreed by stipulation to extend the deadline for *all parties* to serve the initial disclosures required by Rule 26(a) to December 19, 2003.

III.

Defendant Yzaguirre moves the Court extend the deadline for *all* parties to file their Rule 26(a) disclosures until twenty (20) days after this Court disposes of his motion to dismiss based on qualified immunity and his motion to stay discovery. Defendant Yzaguirre believes that a stay is appropriate as to him pending a ruling on qualified immunity.

Moreover, until the Court rules on the various motions to dismiss, it is unclear who, if any, will remain a plaintiff or claims will remain in the case. The required disclosures will be more or less extensive depending on the Court' rulings.

WHEREFORE, PREMISES CONSIDERED, Defendant prays the Court extend the deadline for the parties to make their initial Rule 26(a) disclosures until the twentieth day after the Court rules on Defendant Yzaguirre's motions to dismiss based on qualified immunity.

Respectfully submitted,

By: _____
        Roger W. Hughes
        State Bar No. 10229500
        Federal ID No. 5950
        **Craig H. Vittitoe**
        State Bar No. 20593900
        Federal ID NO. 18756

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
(956) 428-7495
(956) 428-2954 (Fax)

ATTORNEYS FOR DEFENDANT TONY YZAGUIRRE, Assessor-Collector of Cameron County and Direct, Cameron County Automobile Crimes Enforcement Task Force in his Individual Capacity

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of above and foregoing instrument was forwarded to the following counsel of record on this the 18th day of December, 2003.

| | |
|---|---|
| Mr. David Lee McGee | Via Facsimile: 512/888-5585 |
| **LAW OFFICES OF DAVID LEE McGEE, P.C.** | & Ordinary Mail |
| 201 S. 15th, Ste. 204, McAllen (78501) | |
| 701 Park Avenue | |
| Corpus Christi, TX 78401 | |

| | |
|---|---|
| Mr. Gay E. Gilson | Via Facsimile: 361/887-0554 |
| **LAW OFFICE OF GAY E. GILSON** | & Ordinary Mail |
| 719 South Shoreline, Suite 301A | |
| Corpus Christi, TX 78401 | |

Mr. Roman "Dino" Esparza                                   *Via Ordinary Mail*
**WILLETTE & GUERRA, L.L.P.**
3505 Boca Chica Blvd., Suite 460
Brownsville, TX 78520

Roger W. Hughes