LAW OFFICES OF
# ADAMS & GRAHAM, L.L.P.

**ROGER HUGHES**
RHughes@adamsgraham.com

222 E. VAN BUREN, WEST TOWER
P. O. DRAWER 1429
HARLINGEN, TEXAS 78551

TEL. (956) 428-7495
FAX (956) 428-2954
adamsgraham.com

December 3, 2003

Mr. Michael Milby, Clerk
**UNITED STATES DISTRICT COURT**
600 East Harrison Room #306
Brownsville, TX 78520-7114

United States District Court
Southern District of Texas
RECEIVED
DEC 0 5 2003
Michael N. Milby, Clerk

Re:   Civil Action No. B-03-096
      **Cantu, et al v. Cameron County, et al.**
      Our File No. Y-80

Dear Mr. Milby:

Pursuant to the Local Rules of Federal Procedure, please find enclosed herewith for filing among the papers in the above referenced cause, the original and one (1) copy of the following:

1.   **Letter of agreement regarding extension to provide initial disclosures.**

You will also find enclosed a copy of the first page of said document(s), which we kindly request you file-mark. and return to our office.

By copy hereof, we are forwarding a copy of same to all counsel of record and interested parties.

Thank you for your time and consideration in this matter.

Sincerely,

ADAMS & GRAHAM, L.L.P.

ROGER W. HUGHES

RWH:fmg
Enclosure(s):  As stated.

Mr. Michael Milby, Clerk
Re:   Civil Action No. B-03-096
December 3, 2003
Page 2


cc:

Ms. Gay E. Gilson
**LAW OFFICE OF GAY E. GILSON**
719 South Shoreline, Suite 301A
Corpus Christi, TX 78401

Mr. David Lee McGee
**LAW OFFICES OF DAVID LEE McGEE, P.C.**
201 S. 15th, Ste. 204, McAllen (78501)
701 Park Avenue
Corpus Christi, TX 78401

Mr. Roman "Dino" Esparza
**WILLETTE & GUERRA, L.L.P.**
3505 Boca Chica Blvd., Suite 460
Brownsville, TX 78520

DEC-03-03 WED 08:47 AM   ADAMS&GRAHAM LLP   FAX N...   P. 02
Case 1:03-cv-00096   Document 45   Filed in TXSD on 01/05/2004   Page 3 of 4
Dec 02 03 10:40a   ADAMS&GRAHAM LLP   DEC 03 '03 08:54AM
SENT BY: LAW OFFICE G E GILSON;   3618870554;   3618870554   PAGE 1/2
ADAMS & GRAHAM, LLP   ATTORNEYS   NOV 25 '03 03:38PM
P.2/3

LAW OFFICES OF
# ADAMS & GRAHAM, L.L.P.

ROGER HUGHES  
RHughes@adamsgraham.com

222 E. Van Buren, West Tower  
P. O. Drawer 1429  
HARLINGEN, TEXAS 78551

TEL. (956) 428-7495  
FAX (956) 428-2954  
adamsgraham.com

November 25, 2003

Ms. Gay E. Gilson   *Via Facsimile: 361/887-0554*
LAW OFFICE OF GAY E. GILSON   *& Ordinary Mail*
719 South Shoreline, Suite 301A
Corpus Christi, TX 78401

Re: Civil Action No. B-03-CV-96; Cantu, et al. v. Cameron County Texas, et al
Our File No. Y-0080

Dear Ms. Gilson:

This letter follows our telephone discussion today. As I understand it, Plaintiffs and Defendant Yzaguirre and Cameron County have extended the time to provide their initial disclosures from November 26, 2003, until December 8, 2003. This is without prejudice to Defendant Yzaguirre's pending motion to stay discovery.

If you agree please sign below and fax to Mr. Esparza to sign. Please also fax me a copy at the same time. If there is a problem, please call.

I look forward to hearing from you shortly.

Sincerely,

ADAMS & GRAHAM, L.L.P.

ROGER W. HUGHES

RWH/CRV:fmg

_____   _____
Gilson, for Plaintiffs   Roman "Dino" Esparza for
GAY E.   Defendant Cameron County

cc:

ADAMS & GRAHAM L.L.P.

ADAMS & GRAHAM, LLP   ATTORNEYS

Mr. Gay E. Gilson
Re:   Cantu, et al. v. Tony Yzaguirre, et al.
November 25, 2003
Page 2


Mr. Roman "Dino" Esparza                              *Via Facsimile: 956/541-1893*
**WILLETTE & GUERRA, L.L.P.**                                  *& Ordinary Mail*
3505 Boca Chica Blvd., Suite 460
Brownsville, TX 78520

Mr. David Lee McGee
**LAW OFFICES OF DAVID LEE McGEE, P.C.**
701 Park Avenue
Corpus Christi, TX 78401