LAW OFFICES OF
# ADAMS & GRAHAM, L.L.P.

**ROGER HUGHES**
RHughes@adamsgraham.com

222 E. VAN BUREN, WEST TOWER
P. O. DRAWER 1429
HARLINGEN, TEXAS 78551

TEL. (956) 428-7495
FAX (956) 428-2954
adamsgraham.com

December 9, 2003

United States District Court
Southern District of Texas
RECEIVED
DEC 1 0 2003
Michael N. Milby, Clerk

Mr. Michael Milby, Clerk
**UNITED STATES DISTRICT COURT**
600 East Harrison Room #306
Brownsville, TX 78520-7114

Re:   Civil Action No. B-03-096
      **Cantu, et al v. Cameron County, et al.**
      Our File No. Y-80

Dear Mr. Milby:

Pursuant to the Local Rules of Federal Procedure, please find enclosed herewith for filing among the papers in the above referenced cause, the original and one (1) copy of the following:

1.   **Letter of agreement regarding second extension to provide initial disclosures.**

You will also find enclosed a copy of the first page of said document(s), which we kindly request you file-mark. and return to our office.

By copy hereof, we are forwarding a copy of same to all counsel of record and interested parties.

Thank you for your time and consideration in this matter.

Sincerely,

ADAMS & GRAHAM, L.L.P.

ROGER W. HUGHES

RWH/img
Enclosure(s): As stated.

Mr. Michael Milby, Clerk
Re:   Civil Action No. B-03-096
December 9, 2003
Page 2


cc:

Ms. Gay E. Gilson
**LAW OFFICE OF GAY E. GILSON**
719 South Shoreline, Suite 301A
Corpus Christi, TX 78401

Mr. David Lee McGee
**LAW OFFICES OF DAVID LEE McGEE, P.C.**
201 S. 15th, Ste. 204, McAllen (78501)
701 Park Avenue
Corpus Christi, TX 78401

Mr. Roman "Dino" Esparza
**WILLETTE & GUERRA, L.L.P.**
3505 Boca Chica Blvd., Suite 460
Brownsville, TX 78520

LAW OFFICES OF
# ADAMS & GRAHAM, L.L.P.

ROGER HUGHES
RHughes@adamsgraham.com

222 E. Van Buren, West Tower
P. O. Drawer 1429
HARLINGEN, TEXAS 78551

Tel. (956) 428-7495
Fax (956) 428-2954
adamsgraham.com

December 5, 2003

Mr. David Lee McGee
LAW OFFICES OF DAVID LEE McGEE, P.C.
701 Park Avenue
Corpus Christi, TX 78401

*Via Facsimile: 361/888-5585*

Re: Civil Action No. B-03-CV-96; Cantu, et al. v. Cameron County, Texas, et al.
Our File No. Y-0080

Dear Mr. McGee:

This letter follows our telephone discussion today. As I understand it, Plaintiffs and Defendants Yzaguirre and Cameron County have agreed to extend the time to provide their initial disclosures from December 8, 2003 to December 19, 2003. This is without prejudice to Defendant Yzaguirre's pending motion to stay discovery.

If you agree, please sign below and fax to Mr. Esparza to sign. Please also fax a copy to me at the same time. If there is a problem, please call.

I look forward to hearing from your shortly.

Sincerely,

ADAMS & GRAHAM, L.L.P.

ROGER W. HUGHES

RWH:jng

_____
David Lee McGee, for Plaintiffs

_____
Roman "Dino" Esparza for
Defendant Cameron County