IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| VICENTA CANTU, et al. | : |
| | : |
| Plaintiffs | : |
| | : |
| vs. | : CIVIL ACTION NO. B-03-096 |
| | : |
| CAMERON COUNTY, et al. | : |
| | : |
| Defendants | |

**ORDER ON DEFENDANT YZAGUIRRE'S UNOPPOSED MOTION
TO EXTEND TIME TO FILE INITIAL DISCLOSURES**

BE IT REMEMBERED that on this 9th day of Jan., 2004, came to be heard Defendant Yzaguirre's Unopposed Motion to Extend Time to File Initial Disclosures and the Court is of the opinion that said Motion is meritorious and is thereby granted.

IT IS THEREFORE ORDERED that the deadline for all parties to make the initial disclosures required by Federal Rule of Civil Procedure 26(a) is extended until the twentieth day after the Court rules on Defendant Yzaguirre's motions to dismiss based on qualified immunity.

SIGNED FOR ENTRY this 9th day of Jan., 2004 in Brownsville, Texas.

_____
JUDGE PRESIDING