

United States District Court
Southern District of Texas
FILED

APR 21 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU, et al. | § § | CIVIL ACTION NO. B-03-096 |
| vs. | § § | |
| CAMERON COUNTY, et al. | § | |

## NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Charles Willette, one of the attorneys in the above styled and numbered cause and notifies the court and all parties of a change of address. Effective immediately, all further correspondence and pleadings should be sent to the following address:

Charles Willette
Willette & Guerra, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520
Telephone: 956-541-1846
Facsimile: 956-541-1893

It is respectfully requested that the Clerk of the Court accordingly revise the Court's records and note this change of address.

Signed on April 21, 2004.


Respectfully Submitted,

WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520
Telephone: 956-541-1846
Facsimile: 956-541-1893

By: _____
Charles Willette
State Bar No. 21509700
USDC No. 1937

## CERTIFICATE OF SERVICE

I hereby certified that on April 21, 2004, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record via certified mail return receipt requested as follows:

Gay E. Gilson
LAW OFFICE OF GAY E. GILSON
719 South Shoreline, Suite 301A
Corpus Christi, TX 78401
*Attorney in Charge for Plaintiffs*

Mr. David Lee McGee
LAW OFFICES OF DAVID LEE McGEE, P.C.
701 Park Avenue
Corpus Christi, TX 78401
*Co-Counsel for Plaintiffs*

Mr. Craig Vittitoe
Mr. Roger Hughes
ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, Texas 78551-1429
*Attorney for Defendant Tony Yzaguirre*

_____
Charles Willette