IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| VICENTA CANTU, ET AL.<br>Plaintiffs | §<br>§<br>§ |
| v. | § C.A. No. B-03-96 |
| | § |
| CAMERON COUNTY AND TONY<br>YZAGUIRE, Tax Assessor-Collector<br>of Cameron County and Director,<br>Cameron County Automobile Crimes<br>Enforcement Task Force, in his<br>individual capacity<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

BE IT REMEMBERED that on December 16, 2004, the Court **ORDERED** the Clerk of the Court to **SEAL** the exhibits contained in Plaintiffs' Rule 7(a) Reply [Dkt. No. 23]. It recently came to the Court's attention that although the Court previously struck these exhibits because of the personal information contained in many of the exhibits, and the Court previously ordered the exhibits removed, they remain accessible in the record. *See* April 1, 2004, order, at p. 28 [Dkt. No. 48].

The Court, therefore, **ORDERS** the Clerk of the Court to **SEAL** the above-mentioned exhibits.

DONE this 16th day of December 2004, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge