UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU; FELIX R. MUNOZ; | § | |
| RUTH WEAVER; | § | |
| DIAMANTINA ALVARADO; AND | § | |
| LINDA GARCIA | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| vs. | § | Civil Action No. 03-CV-96 |
| | § | |
| CAMERON COUNTY and | § | **JURY TRIAL REQUESTED** |
| TONY YZAGUIRE, JR., Tax Assessor- | § | |
| Collector of Cameron County and Director, | § | |
| Cameron County Automobile Crimes | § | |
| Enforcement Task Force, in his | § | UNOPPOSED MOTION |
| individual capacity | § | |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO
## FILE SECOND AMENDED COMPLAINT

COME NOW, Vicenta Cantu, Felix R. Munoz, Ruth Weaver, Diamantina Alvarado and

Linda Garcia, Plaintiffs, and files this their Plaintiffs' Unopposed Motion for Leave to File Second

Amended Complaint and in support thereof show as follows:

I.

1.     Since the inception of this lawsuit, Plaintiffs Alvarado and Munoz allege that

additional adverse employment actions have been taken against them and these Plaintiffs wish to allege

these new adverse actions in their Pleading.  Specifically, Plaintiff Alvarado alleges that she was

offered a job with Defendant contingent on dropping her claims made the basis of this lawsuit and

Plaintiff Munoz alleges that he was illegally demoted and ultimately constructively discharged from

his position with Defendant.

2.     Defendants do not oppose a motion for leave to amend for the sole purpose of

Plaintiffs Alvarado and Munoz to assert the new claims described since their last pleading amendment. However, Defendants do not agree to the underlying facts made the basis of the proposed amendment and reserve the right to contest the allegations in any way permitted.

<b>PRAYER</b>

3.      Therefore, Plaintiffs pray that in the interest of judicial economy the Court grant this motion and enter an Order filing Plaintiffs' Second Amended Complaint which is attached.

Respectfully submitted,


By:_____/S/ Gay E. Gilson
GAY E. GILSON
Law Office of Gay E. Gilson
719 South Shoreline, Suite 301A
Corpus Christi, Texas 78401
(361) 887-0552
Facsimile (361) 887-0554
SBN 00784131/Fed.I.D. 16385
ATTORNEY IN CHARGE FOR PLAINTIFFS

DAVID LEE MCGEE
Law Office of David Lee McGee, P.C.
3827 North 10th Street, Suite 302 A
Plaza 10 Building
McAllen, Texas 78501
SBN 13612550/Fed I.D.5932
Telephone: (956) 687-2010
Facsimile:  (956) 687-2937
CO COUNSEL FOR PLAINTIFFS

<b><u>CERTIFICATE OF CONFERENCE</u></b>

The undersigned certifies that I have spoken with Roger Hughes, attorney for Tony Yzaguirre, Jr., and Dino Esparza, attorney for Cameron County, and they are both unopposed to this motion.

_____/S/ Gay E. Gilson_____
Gay E. Gilson

## CERTIFICATE OF SERVICE

I certify that a copy of this instrument was served on the following attorney's of record according to the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Texas:

Roger Hughes                                    VIA EMAIL THROUGH ELECTRONIC FILING
Adams & Graham, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429
ATTORNEYS FOR TONY YZAGUIRRE, JR.

Mr. Charles Willette                            VIA FIRST CLASS MAIL
Willette & Guerra, L.L.P.
1534 East 6th Street Suite 200
Brownsville, Texas 78520
ATTORNEYS FOR CAMERON COUNTY

on this December 30, 2004.

                                        _____/S/ Gay E. Gilson_____
                                        Gay E. Gilson

3