UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU; FELIX R. MUNOZ; RUTH WEAVER; DIAMANTINA ALVARADO; AND LINDA GARCIA | § § § § § | |
| Plaintiffs | § § | |
| vs. | § § | Civil Action No. 03-CV-96 |
| CAMERON COUNTY and TONY YZAGUIRE, JR., Tax Assessor-Collector of Cameron County and Director, Cameron County Automobile Crimes Enforcement Task Force, in his individual capacity | § § § § § § | **JURY TRIAL REQUESTED** |

**ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO FILE PLAINTIFF'S
SECOND AMENDED COMPLAINT**

On the _____ day of _____, 200__, the Court considered.

Plaintiffs' Unopposed Motion to File Plaintiff's Second Amended Complaint. After considering the Motion, the Court GRANTS the Motion and ORDERS that Plaintiff's Second Amended Complaint be filed..

SIGNED this _____ day _____, 200___.

_____
PRESIDING JUDGE