UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 9 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| VICENTA CANTU; FELIX R. MUNOZ; RUTH WEAVER; DIAMANTINA ALVARADO; AND LINDA GARCIA §§§§§ Plaintiffs §§ vs. § CAMERON COUNTY and TONY YZAGUIRE, JR., Tax Assessor-Collector of Cameron County and Director, Cameron County Automobile Crimes Enforcement Task Force, in his individual capacity §§§§§§§ | Civil Action No. 03-CV-96 **JURY TRIAL REQUESTED** |

### ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT

On the 18th day of January, 2005, the Court considered.

Plaintiffs' Unopposed Motion to File Plaintiff's Second Amended Complaint. After considering the Motion, the Court GRANTS the Motion and ORDERS that Plaintiff's Second Amended Complaint be filed..

SIGNED this 18th day January, 2005.

_____
PRESIDING JUDGE