IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VICENTA CANTU, et al._____Plaintiffs | :<br>:<br>: |
| vs. | :<br>: |
| CAMERON COUNTY, et al._____Defendants | :    CIVIL ACTION NO. B-03-096<br>:<br>:<br>: |

**ORDER GRANTING DEFENDANTS' THIRD MOTION
TO DISMISS NEW CLAIMS OF PLAINTIFFS ALVARADO**

BE IT REMEMBERED that on this __ day of _____, 2005, came to be considered Defendants' Third Motion to Dismiss New Claims of Plaintiffs Alvarado in Plaintiffs' Second Amended Complaint Under Rule 12(b)(6), and Under Qualified Immunity and the Court is of the opinion it should be granted.

IT IS THEREFORE ORDERED that the amount of Alvarado's claims in their Second Amended Complaint concerning an alleged offer of employment conditioned upon dropping the suit.

IT IS FURTHER ORDERED that the claims of Plaintiff Linda Garcia that were dismissed in the Court's March 31, 2004 Order (Dkt. #48) remain dismissed.

SIGNED this ___ day of _____, 2005 at Brownsville, Texas.

_____
JUDGE PRESIDING