LAW OFFICES OF
# ADAMS & GRAHAM, L.L.P.

**ROGER HUGHES**
RHughes@adamsgraham.com

222 E. VAN BUREN, WEST TOWER
P. O. DRAWER 1429
HARLINGEN, TEXAS 78551

TEL. (956) 428-7495
FAX (956) 428-2954
adamsgraham.com

February 1, 2005

Mr. Michael Milby, Clerk                                                                 *Via E-File*
**UNITED STATES DISTRICT COURT**
600 East Harrison Room #306
Brownsville, TX 78520-7114

**Re:    Civil Action No. B-03-096**
         **Cantu, et al v. Cameron County, et al.**
         **Our File No. Y-80**

Dear Mr. Milby:

Pursuant to the Local Rules of Federal Procedure, please find enclosed herewith for filing among the papers in the above referenced cause, the original and one (1) copy of the following:

1. **Defendants' Third Motion to Dismiss New Claims of Plaintiffs Alvarado in Plaintiffs' Second Amended Complaint Under Rule 12(b)(6), and Under Qualified Immunity;**

2. **Order Granting Defendants' Third Motion to Dismiss New Claims of Plaintiff Alvarado; and**

3. **Defendant Yzaguirre's Amended Answer to Plaintiffs' Second Amended Complaint, Rule 7(a) Reply, and Supplement Rule 7(a) Reply.**

By copy hereof, we are forwarding a copy of same to all counsel of record and interested parties.

Thank you for your time and consideration in this matter.

Sincerely,

**ADAMS & GRAHAM, L.L.P.**

/s/ *Roger W. Hughes*
ROGER W. HUGHES

RWH:fmg
Enclosure(s):  As stated.

Mr. Michael Milby, Clerk
Re:   Civil Action No. B-03-096
February 1, 2005
Page 2


cc:

Ms. Gay E. Gilson  *CM/RRR 7003 0500 0002 3732 4956*
**LAW OFFICE OF GAY E. GILSON**
719 South Shoreline, Suite 301A
Corpus Christi, TX 78401

Mr. David Lee McGee  *Via Ordinary Mail*
**LAW OFFICES OF DAVID LEE McGEE, P.C.**
701 Park Avenue
Corpus Christi, TX 78401

Mr. Charles Willette  *Via Ordinary Mail*
**WILLETTE & GUERRA, L.L.P.**
1534 East 6th Street, Suite 200
Brownsville, TX 78520