UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU; FELIX R. MUNOZ; | § | |
| RUTH WEAVER; | § | |
| DIAMANTINA ALVARADO; AND | § | |
| LINDA GARCIA | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| vs. | § | Civil Action No. 03-CV-96 |
| | § | |
| CAMERON COUNTY and | § | **JURY TRIAL REQUESTED** |
| TONY YZAGGUIRE, JR., Tax Assessor- | § | |
| Collector of Cameron County and Director, | § | |
| Cameron County Automobile Crimes | § | |
| Enforcement Task Force, in his | § | |
| individual capacity | § | |

## ORDER DENYING DEFENDANTS' THIRD MOTION TO DISMISS NEW CLAIMS OF PLAINTIFF ALVARADO IN PLAINTIFFS' SECOND AMENDED COMPLAINT UNDER RULE 12(b)(6) AND UNDER QUALIFIED IMMUNITY

On the _____ day of _____, 2005, the Court considered Defendants' Third Motion to Dismiss New Claims of Plaintiff Alvarado in Plaintiffs' Second Amended Complaint under Rule 12(b)(6) and under Qualified Immunity, the Court DENIES THE MOTION AND ORDERS_____

_____

_____

_____

_____

_____

   SIGNED this _____ day _____, 2005.

                   _____
                   PRESIDING JUDGE