LAW OFFICES OF

**ADAMS & GRAHAM, L.L.P.**

**ROGER HUGHES**
RHughes@adamsgraham.com

222 E. VAN BUREN, WEST TOWER
P. O. DRAWER 1429
HARLINGEN, TEXAS 78551

TEL. (956) 428-7495
FAX (956) 428-2954
adamsgraham.com

March 4, 2005

Mr. Michael Milby, Clerk                                                                    *Via E-File*
**UNITED STATES DISTRICT COURT**
600 East Harrison Room #306
Brownsville, TX 78520-7114

**Re:**   **Civil Action No. B-03-096**
         **Cantu, et al v. Cameron County, et al.**
         **Our File No. Y-80**

Dear Mr. Milby:

Please find enclosed herewith for filing among the papers in the above referenced cause, the following:

1.   **Defendants' Reply in Support of Third Motion to Dismiss New Claims of Plaintiff Alvarado in Plaintiffs' Second Amended Complaint Under Rule 12(b)(6), and Under Qualified Immunity;**

By copy hereof, we are forwarding a copy of same to all counsel of record and interested parties.

Thank you for your time and consideration in this matter.

Sincerely,

**ADAMS & GRAHAM, L.L.P.**

/s/ *Roger W. Hughes*
ROGER W. HUGHES

RWH:fmg
Enclosure(s):  As stated.

Mr. Michael Milby, Clerk
Re:   Civil Action No. B-03-096
March 4, 2005
Page 2


cc:

| | |
|---|---|
| Ms. Gay E. Gilson | *CM/RRR 7003 2260 0000 0440 4019* |

**LAW OFFICE OF GAY E. GILSON**
719 South Shoreline, Suite 301A
Corpus Christi, TX 78401

| | |
|---|---|
| Mr. David Lee McGee | *Via Ordinary Mail* |

**LAW OFFICES OF DAVID LEE McGEE, P.C.**
701 Park Avenue
Corpus Christi, TX 78401

| | |
|---|---|
| Mr. Charles Willette | *Via Ordinary Mail* |

**WILLETTE & GUERRA, L.L.P.**
1534 East 6th Street, Suite 200
Brownsville, TX 78520