United States District Court
Southern District of Texas
ENTERED

APR 1 9 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VICENTA CANTU, ET AL. § | |
|     Plaintiffs § | |
| § | |
| v. § | C.A. No. B-03-96 |
| § | |
| CAMERON COUNTY AND TONY § | |
| YZAGUIRE, Tax Assessor-Collector § | |
| of Cameron County and Director, § | |
| Cameron County Automobile Crimes § | |
| Enforcement Task Force, in his § | |
| individual capacity § | |
|     Defendants. § | |

## ORDER

BE IT REMEMBERED that on April 18, 2005, the Court **ORDERED** the parties to submit a joint proposed scheduling order no later than 4:00 p.m. on Monday, April 25, 2005.

DONE this 18th day of April, 2005, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge