United States District Court
Southern District of Texas
FILED

APR 2 1 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU, ET AL,<br>Plaintiffs,<br><br>vs.<br><br>CAMERON COUNTY and TONY YZAGGUIRE, JR., Tax Assessor-Collector of Cameron County and Director, Cameron County Automobile Crimes Enforcement Task Force, in his individual capacity,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. B-03-CV-96<br><br>**JURY TRIAL REQUESTED** |

ENTRY OF APPEARANCE
AND
DESIGNATION OF ATTORNEY IN CHARGE

1. Defendant, Cameron County, designates Richard O. Burst as its attorney in charge, in accordance with local rule four.

2. Richard O. Burst is a member in good standing with the State Bar of Texas and is admitted to practice before this Court.

3. Richard O. Burst's Texas Bar Number is 00785586, his Federal Number is 15515, and his office address, telephone, and fax number are as shown below, above his signature.

4. Richard O. Burst will be responsible for the Defendant Cameron County in this lawsuit and will be the attorney to receive all communications from the Court and from other parties.

5. This entry of appearance is at the direction of the Cameron County Commissioners Court, based on their action during their regular meeting of April 19, 2005.

6. Charles Willette and the firm of Willette & Guerra, L.L.P. remain in the case for Defendant Cameron County as of Counsel.

Respectfully submitted,

CIVIL LEGAL DEPARTMENT
COMMISSIONERS COURT
964 East Harrison Street
Brownsville, Texas 78520
Telephone: (956) 550-1345
Facsimile: (956) 550-1348

BY: ______________________
Richard O. Burst
Attorney In Charge
Texas State Bar No. 00785586
Federal Bar No. 15515

Dylbia L. Jefferies – Vega
Of Counsel
Texas State Bar #00786516
Federal Bar No. 17065

CERTIFICATE OF SERVICE

I, Richard O. Burst do hereby certify that a true and correct copy of the foregoing Entry and Designation has been mailed, certified mail, return receipt requested, or faxed to the following on this 21st day of April, 2005:

Gay E. Gilson
719 Shoreline, Suite 301A
Corpus Christi, Texas 78401
Facsimile (361) 887-0554

Roger Hughes
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429
Facsimile (956) 428 2954

Charles Willette
WILLETTE & GUERRA, L.L.P.
1534 E. 6th Street, Suite 200
Brownsville, Texas 78520
Facsimile (956) 541 1893

______________________
Richard O. Burst