| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Vicenta Cantu, et al §
§
versus §   CIVIL ACTION B-03-096
§
Cameron County, et al. §
§

## Scheduling Order

1. Trial: Estimated time to try: __10__ days.   ☐ Bench  ☒ Jury

2. New parties must be joined by:   __May 23, 2005__

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   __Oct. 21, 2005__

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:   __Feb. 1, 2006__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

**************** The court will provide these dates. ****************

6. Dispositive Motions will be filed by:   _____

7. Joint pretrial order is due:   _____

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   _____

9. Jury Selection is set for 9:00 a.m. on:   _____

The case will remain on standby until tried.

Signed _____, 20___, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

*Counsel, please sign on the back.*

*Scheduling Order--Page Two*

_____  _____
Gay Gilson                 Richard Burst
Counsel for all Plaintiffs  Counsel for Cameron County, Texas

_____
Roger W. Hughes
Counsel for Tony Yzaguirre   Counsel for _____


_____  _____
Counsel for                  Counsel for

*Scheduling Order—Page Two*

_____  _____
Gay Gilson                 Richard Burst
Counsel for all Plaintiffs  Counsel for Cameron County, Texas

_____  _____
Roger W. Hughes            Counsel for_____
Counsel for Tony Yzaguirre


_____  _____
Counsel for_____  Counsel for_____