Law Offices Of

# ADAMS & GRAHAM, L.L.P.

**ROGER HUGHES**
RHughes@adamsgraham.com

222 E. Van Buren, West Tower
P. O. Drawer 1429
Harlingen, Texas 78551

Tel. (956) 428-7495
Fax (956) 428-2954
adamsgraham.com

April 25, 2005

Mr. Michael Milby, Clerk *Via E-File*
**United States District Court**
600 East Harrison Room #306
Brownsville, TX 78520-7114

**Re:** **Civil Action No. B-03-096**
**Cantu, et al v. Cameron County, et al.**
**Our File No. Y-80**

Dear Mr. Milby:

Please find enclosed herewith for filing among the papers in the above referenced cause, the following:

1. **Scheduling Order**

By copy hereof, we are forwarding a copy of same to all counsel of record and interested parties.

Thank you for your time and consideration in this matter.

Sincerely,

**Adams & Graham, L.L.P.**

/s/ *Roger W. Hughes*
ROGER W. HUGHES

RWH:fmg
Enclosure(s):  As stated.

cc:

| | |
|---|---|
| Ms. Gay E. Gilson | *Via Ordinary Mail* |
| Mr. David Lee McGee | *Via Ordinary Mail* |
| Mr. Richard Burst | *Via Ordinary Mail* |