UNITED STATES DISTRICT COURT ★ SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**

**MAY 2 3 2005**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| VICENTA CANTU, et al | § | |
| vs. | § | Civil Action No. B- 03-96 |
| CAMERON COUNTY, et al | § | |

## SCHEDULING ORDER

1. Trial: Estimated time to try: __10__ days.   ☐ Bench  ■ Jury

2. New parties must be joined by:   **5/27/2005**
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   **10/21/2005**

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:   **2/1/2006**
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.*

****************************The Court will provide these dates****************************

6. Dispositive Motions will be filed by:   **3/1/2006**

7. Joint pretrial order is due:   **5/10/2006**

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   **5/24/2006**

9. Jury Selection is set for 9:00 a.m. on:   **6/5/2006**
   *(The case will remain on standby until tried)*

Signed _May 23_____, 2005, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge