UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 8 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| VICENTA CANTU, ET AL, )<br>    Plaintiffs, )<br> )<br>vs. )<br> )<br>CAMERON COUNTY and )<br>TONY YZAGGUIRE, JR., Tax Assessor- )<br>Collector of Cameron County and Director, )<br>Cameron County Automobile Crimes )<br>Enforcement Task Force, in his )<br>individual capacity, )<br>    Defendants. ) | Civil Action No. B-03-CV-96<br><br>**JURY TRIAL REQUESTED** |

## ENTRY OF APPEARANCE
## AND
## DESIGNATION OF ATTORNEY IN CHARGE

1.  Defendant, Tony Yzaguirre, Jr., in his individual capacity, designates Rene B. Gonzalez as his attorney in charge, in accordance with local rule four.

2.  Rene B. Gonzalez is a member in good standing with the State Bar of Texas and is admitted to practice before this Court.

3.  Rene B. Gonzalez's Texas Bar Number is 08131380, his Federal Number is 8649, and his office address, telephone, and fax number are as shown below, above his signature.

4.  Rene B. Gonzalez will be responsible for the Defendant Tony Yzaguirre, Jr., in his individual capacity in this lawsuit and will be the attorney to receive all communications from the Court and from other parties.

5.  This entry of appearance is at the direction and with the consent of the Defendant Tony Yzaguirre, Jr., Individually.

6.  Roger Hughes and the firm of Adams & Graham, L.L.P. remain in the case for Defendant

Tony Yzaguirre, Jr., Individually, as of Counsel.

                                          Respectfully submitted,

                                          ARMANDO R. VILLALOBOS
                                          CAMERON COUNTY (DISTRICT) ATTORNEY
                                          974 East Harrison Street
                                          Brownsville, Texas  78520
                                          Telephone:  (956) 544-0849
                                          Facsimile:  (956) 544-0869

                                          BY: _____
                                          Rene B. Gonzalez
                                          Attorney In Charge
                                          Texas State Bar No. 00785586
                                          Federal Bar No. 8649

## CERTIFICATE OF SERVICE

I, Rene B. Gonzalez do hereby certify that a true and correct copy of the foregoing Entry and Designation has been mailed, certified mail, return receipt requested, or faxed to the following on this 8th day of June, 2005:

Gay E. Gilson
719 Shoreline, Suite 301A
Corpus Christi, Texas 78401
Facsimile (361) 887-0554

Richard O. Burst
Cameron County Civil Legal Department
964 East Harrison Street
Brownsville, Texas 78520

Roger Hughes
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429
Facsimile (956) 428 2954

Charles Willette
WILLETTE & GUERRA, L.L.P.
1534 E. 6th Street, Suite 200
Brownsville, Texas 78520
Facsimile (956) 541 1893

_____
Rene B. Gonzalez