United States District Court
Southern District of Texas
FILED

JUN 1 0 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VICENTA CANTU, ET. AL, § <br> Plaintiffs, § <br> § <br> vs. § <br> § <br> CAMERON COUNTY and § <br> TONY YZAGUIRRE, JR., Tax Assessor- § <br> Collector of Cameron County and Director § <br> Cameron County Automobile Crimes § <br> Enforcement Task Force, in his § <br> individual capacity § <br> Defendants, § | Civil Action No. B-03-CV-96 |

## CAMERON COUNTY'S CERTIFICATE OF DISCLOSURE

Defendant, Cameron County, certifies that it served the initial disclosures on Plaintiff, Vicenta Cantu, Felix Muñoz, Ruth Weaver, Diamantina Alvarado and Linda Garcia, on June 10, 2005, as required by Federal Rule of Civil Procedure Rule 26 (a)(1).

Respectfully submitted,

CIVIL LEGAL DEPARTMENT
COMMISSIONERS' COURT
964 East Harrison Street
Brownsville, Texas 78520
Telephone:   (956) 550-1345
Facsimile:   (956) 550-1348

BY: _____
Richard O. Burst
Attorney In Charge
Texas State Bar #00785586

Dylbia L. Jefferies-Vega
Of Counsel
Texas State Bar #00786516

## CERTIFICATE OF SERVICE

I, Richard O. Burst, do hereby certify that a true and correct copy of the foregoing instrument was served on the opposing counsel on the 10th day of June, 2005.

**Fax: (361) 888-5585**
David Lee McGee, Attorney at Law
LAW OFFICE OF DAVID LEE MCGEE
701 Park Avenue
Corpus Christi, Texas 78401

**Fax: (361) 887-0554**
Gay E. Gilson, Attorney at Law
LAW OFFICE OF GAY E. GILSON
719 Shoreline, Suite 301A
Corpus Christi, Texas 78401

**Fax: (956) 544-0869**
Rene Gonzalez, Assistant District Attorney
CAMERON COUNTY DISTRICT ATTORNEYS OFFICE
974 East Harrison Street
Brownsville, Texas 78520

Richard O. Burst