United States District Court
Southern District of Texas
FILED

JUN 1 3 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VICENTA CANTU, ET. AL, § <br> Plaintiffs, § <br> § <br> vs. § <br> § <br> CAMERON COUNTY and § <br> TONY YZAGUIRRE, JR., Tax Assessor- § <br> Collector of Cameron County and Director § <br> Cameron County Automobile Crimes § <br> Enforcement Task Force, in his § <br> individual capacity § <br> Defendants, § | Civil Action No. B-03-CV-96 |

### CERTIFICATE OF DISCLOSURE OF DEFENDANT
### TONY YZAGUIRRE, JR., IN HIS INDIVIDUAL CAPACITY

Defendant, Tony Yzaguirre, Jr. in his individual capacity, certifies that he served the initial disclosures on Plaintiff, Vicenta Cantu, Felix Muñoz, Ruth Weaver, Diamantina Alvarado and Linda Garcia, on June 13, 2005, as required by Federal Rule of Civil Procedure Rule 26 (a)(1).

Respectfully submitted,

ARMANDO R. VILLALOBOS
CAMERON COUNTY (DISTRICT) ATTORNEY
974 East Harrison Street
Brownsville, Texas 78520
Telephone: (956) 544-0849
Facsimile: (956) 544-0869

BY: _____
Rene B. Gonzalez
Attorney In Charge
Texas State Bar No. 08131380
Federal Bar No. 8649

## CERTIFICATE OF SERVICE

I, Rene B. Gonzalez, do hereby certify that a true and correct copy of the foregoing Entry and Designation has been mailed, certified mail, return receipt requested, or faxed to the following on this ‎13th day of June, 2005:

Gay E. Gilson
719 Shoreline, Suite 301A
Corpus Christi, Texas 78401
Facsimile (361) 887-0554

Richard O. Burst
Cameron County Civil Legal Department
964 East Harrison Street
Brownsville, Texas 78520

Roger Hughes
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429
Facsimile (956) 428 2954

Charles Willette
WILLETTE & GUERRA, L.L.P.
1534 E. 6th Street, Suite 200
Brownsville, Texas 78520
Facsimile (956) 541 1893

_____
Rene B. Gonzalez