UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 3 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VICENTA CANTU, ET AL, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No. B-03-CV-96 |
| | ) | |
| CAMERON COUNTY and | ) | **JURY TRIAL REQUESTED** |
| TONY YZAGGUIRE, JR., Tax Assessor- | ) | |
| Collector of Cameron County and Director, | ) | |
| Cameron County Automobile Crimes | ) | |
| Enforcement Task Force, in his | ) | |
| individual capacity, | ) | |
| Defendants. | ) | |

AMENDED ENTRY OF APPEARANCE
AND
DESIGNATION OF ATTORNEY IN CHARGE

1.      Defendant, Tony Yzaguirre, Jr., in his individual capacity, designates Rene B. Gonzalez
as his attorney in charge, in accordance with local rule four.

2.      Rene B. Gonzalez is a member in good standing with the State Bar of Texas and is
admitted to practice before this Court.

3.      Rene B. Gonzalez's Texas Bar Number is 08131380, his Federal Number is 8649, and his
office address, telephone, and fax number are as shown below, above his signature.

4.      Rene B. Gonzalez will be responsible for the Defendant Tony Yzaguirre, Jr., in his
individual capacity in this lawsuit and will be the attorney to receive all communications from
the Court and from other parties.

5.      This entry of appearance is at the direction and with the consent of the Defendant Tony
Yzaguirre, Jr., Individually.

6.      Roger Hughes and the firm of Adams & Graham, L.L.P. remain in the case for Defendant

Tony Yzaguirre, Jr., Individually, as of Counsel.

Respectfully submitted,

ARMANDO R. VILLALOBOS
CAMERON COUNTY (DISTRICT) ATTORNEY
974 East Harrison Street
Brownsville, Texas 78520
Telephone: (956) 544-0849
Facsimile: (956) 544-0869

BY: _____
Rene B. Gonzalez
Attorney In Charge
Texas State Bar No. 08131380
Federal Bar No. 8649

## CERTIFICATE OF SERVICE

I, Rene B. Gonzalez do hereby certify that a true and correct copy of the foregoing Entry and Designation has been mailed, certified mail, return receipt requested, or faxed to the following on this ___13th___ day of June, 2005:

Gay E. Gilson
719 Shoreline, Suite 301A
Corpus Christi, Texas 78401
Facsimile (361) 887-0554

Richard O. Burst
Cameron County Civil Legal Department
964 East Harrison Street
Brownsville, Texas 78520

Roger Hughes
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429
Facsimile (956) 428 2954

Charles Willette
WILLETTE & GUERRA, L.L.P.
1534 E. 6th Street, Suite 200
Brownsville, Texas 78520
Facsimile (956) 541 1893

Rene B. Gonzalez