IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU, et al.<br>Plaintiffs | :<br>:<br>: | |
| vs. | : | CIVIL ACTION NO. B-03-096 |
| CAMERON COUNTY, et al.<br>Defendants | :<br>:<br>:<br>: | |

**UNOPPOSED MOTION TO SUBSTITUTE COUNSEL
BY DEFENDANT YZAGUIRRE**

TO THE SAID HONORABLE COURT:

COMES NOW Defendant Tony Yzaguirre, Jr. and files this Unopposed Motion to Substitute Counsel by Defendant Yzaguirre, Jr. and would show this honorable court as follows:

### I. Certificate of Conference

Counsel for Defendant Yzaguirre has conferred with counsel for Plaintiffs and the Co-Defendant. The motion is not opposed.

### II.

Due to reorganization within the District Attorney's office, Defendant desires to substitute Richard "Rick" Bilbie for Rene B. Gonzalez counsel.

### III.

Richard "Rick" Bilbie's Texas Bar Number is 02313500, his Federal Number is 2239 and his office address, telephone and fax number shown below.

Wherefore, premises considered, Defendant Yzaguirre prays that this request be granted and that Richard "Rick" Bilbie of the Cameron County District Attorney's Office be substituted for Attorney Rene B. Gonzalez.

Respectfully submitted,

By: /s/ *Richard Bilbie*
    **Richard "Rick" Bilbie**
    State Bar No. 02313500
    Federal ID No. 2239
    **CAMERON COUNTY D.A.'S OFFICE**
    974 E. Harrison, 2nd Floor
    Brownsville, Texas 78520
    Phone: (956) 544-0849; Fax: (956) 544-0869


By: /s/ *Roger W. Hughes*
    **Roger W. Hughes**
    State Bar No. 10229500
    Federal ID No. 5950
    **ADAMS & GRAHAM, L.L.P.**
    P. O. Drawer 1429
    Harlingen, Texas 78551-1429
    Phone: (956) 428-7495; Fax: (956) 428-2954

Attorneys For Defendant TONY YZAGUIRRE, JR., Tax Assessor-Collector of Cameron County and Director of Cameron County Automobile Crimes Enforcement Task Force in his Individual Capacity

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of above and foregoing instrument was forwarded to the following counsel of record on this the 3rd day of October, 2005.

Ms. Gay E. Gilson                                                       *CM/RRR 7004 2890 0000 7881 6422*
**LAW OFFICE OF GAY E. GILSON**
719 South Shoreline, Suite 301A
Corpus Christi, TX 78401

Mr. David Lee McGee                                                      *Via Ordinary Mail*
**LAW OFFICES OF DAVID LEE McGEE, P.C.**
701 Park Avenue
Corpus Christi, TX 78401

| | |
|---|---|
| Mr. Richard O. Burst<br>**CAMERON COUNTY CIVIL LEGAL DEPARTMENT**<br>964 East Harrison Street<br>Brownsville, TX 78520 | *Via Ordinary Mail* |
| Mr. Charles Willette<br>**WILLETTE & GUERRA, L.L.P.**<br>1534 E. 6th Str., Suite 200<br>Brownsville, TX 78520 | *Via Ordinary Mail* |
| Mr. René B. González<br>Assistant District Attorney<br>974 East Harrison Street<br>Brownsville, TX 78520 | *Via Ordinary Mail* |

                                                 /s/ *Roger W. Hughes*
                                                 Roger W. Hughes