IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VICENTA CANTU, et al. :<br>　　Plaintiffs : <br> : <br>vs. : <br> : <br>CAMERON COUNTY, et al. : <br>　　Defendants : <br> : | CIVIL ACTION NO. B-03-096 |

**ORDER ON UNOPPOSED MOTION TO SUBSTITUTE COUNSEL
BY DEFENDANT YZAGUIRRE**

　　BE IT REMEMBERED that on this ___ day of _____, 2005 came to be heard Unopposed Motion to Substitute Counsel by Defendant Yzaguirre and the Court is of the opinion it should be granted.

　　IT IS THEREFORE ORDERED that Attorney Rick Bilbie will be substituted as counsel in the place of Rene B. Gonzalez.

　　SIGNED this ___ day of _____, 2005, at Brownsville, Texas.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JUDGE PRESIDING