United States District Court
Southern District of Texas
ENTERED

OCT 1 1 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

VICENTA CANTU, et al.          :
    Plaintiffs          :
            :
vs.          :          CIVIL ACTION NO. B-03-096
            :
CAMERON COUNTY, et al.          :
    Defendants          :
            :

---

## ORDER ON UNOPPOSED MOTION TO SUBSTITUTE COUNSEL
## BY DEFENDANT YZAGUIRRE

    BE IT REMEMBERED that on this 11 day of October 2005 came to be heard Unopposed Motion to Substitute Counsel by Defendant Yzaguirre and the Court is of the opinion it should be granted.

    IT IS THEREFORE ORDERED that Attorney Rick Bilbie will be substituted as counsel in the place of Rene B. Gonzalez.

    SIGNED this 11 day of October 2005, at Brownsville, Texas.

_____
JUDGE PRESIDING