UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU; FELIX R. MUNOZ; RUTH WEAVER; DIAMANTINA ALVARADO; AND LINDA GARCIA | § § § § § | |
| Plaintiffs | § § | |
| vs. | § § | Civil Action No. 03-CV-96 |
| CAMERON COUNTY and TONY YZAGUIRE, JR., Tax Assessor-Collector of Cameron County and Director, Cameron County Automobile Crimes Enforcement Task Force, in his individual capacity | § § § § § § § | **JURY TRIAL REQUESTED** |

## PLAINTIFFS' DESIGNATION OF EXPERTS

Pursuant to FRCP 26(a)(2) and the Court's Order, Plaintiff designates the following persons as persons who may be asked to give expert testimony in this case. These persons are not "retained" experts and, therefore, no reports are available.

Plaintiff identifies herein all persons identified by any Plaintiff and/or Defendant in response to any discovery request or disclosure to provide expert testimony in this case. All persons identified may be called upon to give an expert opinion based upon their knowledge and experience relevant to the claims made the basis of this lawsuit.

Any Plaintiff may call their medical provider to provide expert testimony regarding injury received as a result of the incidents made the basis of this lawsuit; need for medical care, reason for medical care and cost of said medical care.

>Further, Plaintiff retains the right to supplement this expert designation. Plaintiff further hereby designates any person identified by either Plaintiff or Defendant may be called upon to provide expert testimony at the time of trial.

UMS Unidad Medica Sandoval and the custodian of records

Analisis Clinicos

Q.F.B. Celia Carrera Martinez

Ej. Estacion Sandoval Mpio. De H. Matamoros, Tam.

Tel: 847-21-15

Provided medical services to Vicenta Cantu for damages she sustained as a result of the facts made the basis of this lawsuit. May be called to provide expert testimony. A copy of Ms. Cantu's medical records have been provided through disclosures.

Dr. Gustavo M. Rivero Aragon and his custodians of records

Universidad Autonoma De Guerrero

Domicilio Concocido S/N

Estacion Sandoval

H. Matamoros, Tamps

Tel: 868 847-2115

Provided medical services to Vicenta Cantu for damages she sustained as a result of the facts made the basis of this lawsuit. May be called to provide expert testimony. A copy of Ms. Cantu's medical records have been provided through disclosures.

Jose Estrella, Physician

Ave • Espana #151

Col. Buena Vista

Matamoros, Mexico

17-87-15

Provided medical services to Diamantina Alvarado for damages she sustained as a result of the facts made the basis of this lawsuit.  Maybe called to provide expert testimony.

David Lee McGee

Law Offices of David Lee McGee

701 Park Ave.

Corpus Christi, Texas 78401

(361) 888-6489

Plaintiffs' attorney.  Has knowledge of reasonable and necessary attorney's fees in regard to the prosecution of Plaintiff's claims made the basis of this lawsuit.  Will testify as an expert to such if necessary.

Gay E. Gilson

Law Office of Gay E. Gilson

719 South Shoreline, Suite 301A

Corpus Christi, Texas 78401

(361) 887-0552

Plaintiff's attorney. Has knowledge of reasonable and necessary attorney's fees in regard to the prosecution of Plaintiff's claims made the basis of this lawsuit. Will testify as an expert to such if necessary.

Respectfully submitted,

By:  /s/ Gay E. Gilson
GAY E. GILSON
Law Office of Gay E. Gilson
719 South Shoreline, Suite 301A
Corpus Christi, Texas 78401
(361) 887-0552
Facsimile (361) 887-0554
SBN 00784131/Fed.I.D. 16385
ATTORNEY IN CHARGE FOR PLAINTIFFS

DAVID LEE MCGEE
Law Office of David Lee McGee, P.C.
3827 North 10th Street, Suite 302 A
Plaza 10 Building
McAllen, Texas 78501
SBN 13612550/Fed I.D.5932
Telephone: (956) 687-2010
Facsimile:  (956) 687-2937
CO-COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

      I certify that a copy of this instrument was served on the following attorney's of record according to the Federal Rules of Civil Procedure:

Rene B. Gonzalez
Cameron County (District) Attorney
974 East Harrison Street
Brownsville, Texas 78520

Richard O. Burst
Civil Legal Department
964 East Harrison Street
Brownsville, Texas 78520

Mr. Roger Hughes
Adams & Graham, L.L.P.
222 E Van Buren West Tower
Harlingen, Texas 78550

by first class U.S. mail on this October 21, 2005.

                                                  /s/ Gay E. Gilson
                                                    Gay E. Gilson