| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

VICENTA CANTU, ET AL §
§
versus § CIVIL ACTION NO. B-03-96
§
CAMERON COUNTY, TEXAS, ET AL §

United States District Court
Southern District of Texas
ENTERED
OCT 24 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## Order Re-Setting Docket Call

1. The docket call and final pretrial conference
   has been reset for 1:30 p.m. on:                      **May 30, 2006**

2. Jury selection remains set for 9:00 a.m. on:         **June 5, 2006**
   *The case will remain on standby until tried.*

All other deadlines in the Court's Scheduling Order of May 23, 2005 remain in full force and effect.

Signed *October 24*, 2005 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge