# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

Richard L Bilbie
Attorney at Law
2202 S Bus 77
Ste G
Harlingen TX 78550

United States Courts
Southern District of Texas
FILED

OCT 27 2005

Michael N. Milby, Clerk

Case: 1:03-cv-00096   Instrument: 76   (1 pages)
Date: Oct 12, 2005
Control: 051019026
FAX number: 956-440-1183 fax   (2 Total pages including cover sheet)
Notice: The attached order has been entered.

You could have received this notice faster by e-mail,
and
You can serve other parties through the court's electronic filing system.

Electronic Noticing and Filing is authorized in Civil, Criminal and Bankruptcy Cases.

Read more about it at www.txs.uscourts.gov under CM/ECF - Electronic Filing,
and
Register on-line for a training class to receive your user privileges.

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices. For questions, please call (713) 250-5768.

**RETURN TO WRITER**

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

OCT 27 2005

Michael N. Milby, Clerk





Hasler

$00.370
Mailed From 77002
10/17/2005
US POSTAGE