IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU, et al. | : | |
|     Plaintiffs | : | |
| | : | |
| vs. | : | |
| | : | CIVIL ACTION NO. B-03-096 |
| CAMERON COUNTY, et al. | : | |
|     Defendants | : | |
| | : | |

## ORDER GRANTING DEFENDANTS' MOTION TO SEVER AND TO ENTER FINAL JUDGMENT ON PLAINTIFF GARCIA'S CLAIMS

BE IT REMEMBERED that on this ___ day of _____, 2005, came to be considered Defendants' Motion to Sever Plaintiff Garcia's Claims and to Enter Final Judgment on Plaintiff Garcia's Claims and the Court is if the opinion that said motion should be granted.

IT IS THEREFORE ORDERED that the claims of Plaintiff Linda Garcia against Defendants Cameron County and Tony Yzaguirre, Jr. are hereby severed into a separate lawsuit. The Court finds that it has made a final disposition of Plaintiff Garcia's claims against Defendants and there is no just reason for delaying entry of a final judgment on her claims.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff Garcia against Defendants Cameron County and Tony Yzaguirre, Jr. are hereby dismissed under Rule 12(b)(6) as more fully set out in the Court's Memorandum and Order of March 31, 2004 (Dkt. #48).

SIGNED FOR ENTRY on this ___ day of _____, 2006 at Brownsville, Texas.

                                                                            JUDGE PRESIDING