LAW OFFICES OF

# ADAMS & GRAHAM, L.L.P.

**ROGER HUGHES**
RHughes@adamsgraham.com

222 E. VAN BUREN, WEST TOWER
P. O. DRAWER 1429
HARLINGEN, TEXAS 78551

TEL. (956) 428-7495
FAX (956) 428-2954
adamsgraham.com

December 7, 2005

Mr. Michael Milby, Clerk                                                                 *Via E-File*
**UNITED STATES DISTRICT COURT**
600 East Harrison Room #306
Brownsville, TX 78520-7114

**Re:**     Civil Action No. B-03-096
         Cantu, et al v. Cameron County, et al.
         Our File No. Y-80

Dear Mr. Milby:

Please find enclosed herewith for filing among the papers in the above referenced cause, the following:

1. **Defendants' Motion to Sever Plaintiff Garcia's Claims and to Enter Final Judgment on Plaintiff Garcia's Claim and Proposed Order.**

By copy hereof, we are forwarding a copy of same to all counsel of record and interested parties.

Thank you for your kind courtesies.

Sincerely,

**ADAMS & GRAHAM, L.L.P.**

/s/ *Roger W. Hughes*
ROGER W. HUGHES

RWH:fmg
Enclosure(s): As stated.

Mr. Michael Milby, Clerk
Re:     Civil Action No. B-03-096
December 7, 2005
Page 2


cc:

| | |
|---|---|
| Ms. Gay E. Gilson<br>**LAW OFFICE OF GAY E. GILSON**<br>719 South Shoreline, Suite 301A<br>Corpus Christi, TX 78401 | *CM/RRR 7004 2890 0000 7881 7023* |
| Mr. David Lee McGee<br>**LAW OFFICES OF DAVID LEE McGEE, P.C.**<br>201 S. 15th, Ste. 204, McAllen (78501)<br>701 Park Avenue<br>Corpus Christi, TX 78401 | *Via Ordinary Mail* |
| Mr. Richard O. Burst<br>**CAMERON COUNTY CIVIL LEGAL DEPARTMENT**<br>964 East Harrison Street<br>Brownsville, TX 78520 | *Via Ordinary Mail* |
| Mr. Charles Willette<br>**WILLETTE & GUERRA, L.L.P.**<br>1534 E. 6th Street, suite 200<br>Brownsville, TX 78520 | *Via Ordinary Mail* |
| Mr. Richard Bilbie<br>Assistant District Attorney<br>974 East Harrison Street<br>Brownsville, TX 78520 | *Via Ordinary Mail* |