CIVIL ACTION NO. B-03-096

DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO
PROVIDE ADEQUATE RULE 26 DISCLOSURES

# EXHIBIT 1

LAW OFFICE OF GAY E. GILSON
719 SOUTH SHORELINE, SUITE 301A
CORPUS CHRISTI, TEXAS 78401
(361) 887-0552
FAX: (361) 887-0554
EMAIL: gegilson@gilsonlaw.com

June 13, 2005

Rene B. Gonzalez                                          Via First Class Mail
Cameron County (District) Attorney
974 East Harrison Street
Brownsville, Texas 78520
Attorney for Tony Yzaguirre, Jr.

Richard O. Burst                                          Via First Class Mail
Civil Legal Department
964 East Harrison Street
Brownsville, Texas 78520
Attorney for Cameron County

Re:    Vicenta Cantu, et al v. Cameron County, et al; Cause No. 03-CV-96; In the Southern District of
       Texas, Brownsville Division

Dear Mr. Gonzalez and Mr. Burst:

Enclosed please find Plaintiffs' First Supplemental Initial Disclosures.

If you have any questions, do not hesitate to call.

Sincerely,

Law Office of Gay E. Gilson

By: _____
    Gay E. Gilson

enclosures

cc:    Mr. David Lee McGee

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU; FELIX R. MUNOZ; | § | |
| RUTH WEAVER; | § | |
| DIAMANTINA ALVARADO; AND | § | |
| LINDA GARCIA | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| vs. | § | Civil Action No. 03-CV-96 |
| | § | |
| CAMERON COUNTY and | § | JURY TRIAL REQUESTED |
| TONY YZAGUIRRE, JR., Tax Assessor- | § | |
| Collector of Cameron County and Director, | § | |
| Cameron County Automobile Crimes | § | |
| Enforcement Task Force, in his | § | |
| individual capacity | § | |

PLAINTIFF'S FIRST SUPPLEMENTAL INITIAL DISCLOSURES

        Pursuant to the Federal Rule of Civil Procedure 26(a), Plaintiff provides the following
information:

(A)    The name and, if known, the address and telephone number of each individual likely to have
       discoverable information relevant to disputed facts alleged with particularity in the pleadings,
       identifying the subjects of the information:

Vicenta Cantu
c/o Law Office of Gay E. Gilson
719 S. Shoreline, Suite 301A
Corpus Christi, Texas 78401
(361) 887-0552
Plaintiff in this case. Has knowledge of the claims, facts and damages as specified in complaint.

Felix R. Munoz
c/o Law Office of Gay E. Gilson
719 S. Shoreline, Suite 301A
Corpus Christi, Texas 78401
(361) 887-0552
Plaintiff in this case. Has knowledge of the claims, facts and damages as specified in complaint.

---

Ruth Weaver
c/o Law Office of Gay E. Gilson
719 S. Shoreline, Suite 301A
Corpus Christi, Texas 78401
(361) 887-0552
Plaintiff in this case. Has knowledge of the claims, facts and damages as specified in complaint.

Diamantina Alvarado
c/o Law Office of Gay E. Gilson
719 S. Shoreline, Suite 301A
Corpus Christi, Texas 78401
(361) 887-0552
Plaintiff in this case. Has knowledge of the claims, facts and damages as specified in complaint.

Linda Garcia
c/o Law Office of Gay E. Gilson
719 S. Shoreline, Suite 301A
Corpus Christi, Texas 78401
(361) 887-0552
Has knowledge of the claims, facts and damages as specified in complaint.

Tony Yzaguirre, Jr.
Cameron County Tax Assessor-Collector
964 E. Harrison
Brownsville, Texas
(956) 544-0800
Defendant in this case. Has knowledge of the claims, facts and damages as specified in the
complaint.

David Lee McGee
Law Offices of David Lee McGee
3827 N. 10th Street, Suite 302-B
McAllen, Texas 78501
(956) 687-2010
Attorney for Plaintiffs. Has knowledge of reasonable and necessary attorney's fees in this case.
May testify as an expert on this subject.

Gay E. Gilson
Law Office of Gay E. Gilson
719 S. Shoreline, Suite 301A
Corpus Christi, Texas 78401
(361) 887-0552
Attorney for Plaintiffs. Has knowledge of reasonable and necessary attorney's fees in this case.
May testify as an expert on this subject.

2

---

Mr. Charles Willette
Mr. Roman "Dino" Esparza
Willette & Guerra, L.L.P.
1534 East 6th St., Suite 200
Brownsville, Texas 78520
(956) 541-1846

Mr. Craig Vittitoe
Mr. Roger Hughes
Adams & Graham, L.L.P.
222 E. Van Buren West Tower
Harlingen, Texas 78550
(956) 428-7495

Cameron County Automobile Crimes Enforcement Task Force, its supervisors, directors,
employees and contractors. Has knowledge of the facts made the basis of this lawsuit as alleged
in Plaintiffs' pleadings, motions and responses.

Texas Automobile Theft Prevention Authority, its employees, managers, and custodians of
records
4000 Jackson Avenue
Austin, Texas 78731
Telephone: (512) 374-5101
Has knowledge of the facts as alleged in detail in Plaintiffs' pleadings, motions and responses.

Texas Department of Transportation, Texas Motor Vehicle Enforcement Division
125 F. 11th St.
Austin, Texas 78701-2483
Has knowledge of the facts as alleged in detail in Plaintiffs' pleadings, motions and responses.

Dillards Department Store, its supervisors, managers and employees
1248 N Expwy 83
Brownsville, TX 78520
(956) 546-4581
Diamantina Alvarado's employer. May have knowledge of Plaintiff's claims and damages made
the basis of this lawsuit.

Jesse Garcia, Jr.
Chief Deputy - Administration
Cameron County 031 / PH
P. O. Box 952, Brownsville, TX 78522-0952
964 E. Harrison, 1st Floor, Brownsville, TX , TX 78520
Tel : 956.544.0804
Has knowledge of the facts and damages as specified in Plaintiff's pleadings.

3

Joe Mireles
Chief of Investigation
ATPA
P. O. Box 952, Brownsville, TX 78522-0952
964 E. Harrison, 1st Floor, Brownsville, TX , TX 78520
Tel : 956.544.0804
Has knowledge of the facts and damages as specified in Plaintiff's pleadings.

David E. Montoya,
Executive Director
Texas Board of Tax Professional Examiners
333 Guadalupe
Tower 2, Suite 520
Austin, Texas 78701-3942
Has knowledge of the facts and damages as specified in Plaintiff's pleadings

Enrique Barrera, Sr.
2800 FM 802 Apt.2085
Brownsville, Texas 78521
One of the notaries made the basis of this lawsuit.

Enrique Barrera, Jr.
174 Hagger
Brownsville, Texas 78521
One of the notaries made the basis of this lawsuit.

Moises Leonel Torres
1543 Codorniz Dr.
Brownsville, Texas 75526
(956) 546-4130
One of the notaries made the basis of this lawsuit.

Mark Garcia
1879 Royal Oak
Brownsville, Texas 78520
Nearest relative of Moises Torres

Torres Insurance
Southmost Rd
Brownsville, Texas 78521
Moises Torres' employer.

4

Cameron County District Attorney's Office and its employees, attorneys, supervisors and custodians of records
974 East Harrison Street
Brownsville, Texas 78520
Has knowledge of the criminal charge brought against the notaries made the basis of this lawsuit.

Cameron County Attorney's Office and its employees, attorneys, supervisors and custodians of records
974 East Harrison Street
Brownsville, Texas 78520
Has knowledge of the criminal charge brought against the notaries made the basis of this lawsuit.

Ismael Hinojosa
Cameron County District Attorney's Office
974 East Harrison Street
Brownsville, Texas 78520
Has knowledge of the criminal charge brought against the notaries made the basis of this lawsuit.

Michael LePore
U.S. Customs Service
1800 Paredes Line Road
Brownsville, Texas 7521
(956) 542-7831
Witness for the prosecution regarding charges brought against the notaries made the basis of this lawsuit.

Trip Felton
Internal Revenue Service
1036 E. Levee
Brownsville, Texas
(956) 986-2232
Witness for the prosecution regarding charges brought against the notaries made the basis of this lawsuit.

Becky Beck
Custodian of Records
Texas Department of Transportation
7901 North I35
Austin, Texas 78761-5726
Witness for the prosecution regarding charges brought against the notaries made the basis of this lawsuit.

5

Lupita DeLeon
One of the notaries made the basis of this lawsuit.

Rene Medrano
Texas Department of Transportation and its custodians of records
600 W. Expwy 83
Pharr, Texas 78577
(956) 781-3291
Has knowledge of the criminal charges brought against Estella Guerra.

Reynaldo G. Garza, III
Law Offices of Ernesto Gamez, Jr., P.C.
777 East Harrison Street
Brownsville, Texas 78520
Attorney for Estella Guerra. Has knowledge of criminal charges brought against her.

Estella Guerra
1385 E. 9th St.
Brownsville, Texas 78520
One of the notaries made the basis of this lawsuit.

Carlos Torres
6552 Tepeyac
Brownsville, Texas 78521
(956) 831-7606
One of the notaries made the basis of this lawsuit. .

Irene Machuca
1604 Beush Dr.
Pasadena, Texas
(713) 534-7764
Has knowledge of the criminal charges brought against Carlos Torres made the basis of this lawsuit.

Francisco Rios
27100 Paloma Bvld.
Harlingen, Texas 78552
Has knowledge of the criminal charges brought against Carlos Torres made the basis of this lawsuit.

6

Darleen Bertelsen
6900 Coffeeport Rd. Ste 404
Brownsville, Texas 78521
(956) 831-9855
Has knowledge of the criminal charges brought against Carlos Torres made the basis of this lawsuit.

Estela D. Coello
55 San Agustin
Brownsville, Texas 78521
Has knowledge of the criminal charges brought against Carlos Torres made the basis of this lawsuit.

Shelco Walton
1000 Dalton Lane
Austin, Texas 78741
(512) 385-3126
Has knowledge of the criminal charges brought against Carlos Torres made the basis of this lawsuit.

Ricardo Hinojosa
4731 Camino Verde
Brownsville, Texas 78521
(956) 968-1511
Has knowledge of the criminal charges brought against Carlos Torres made the basis of this lawsuit.

Israel Perez
875 Quail Hollow
Weslaco, Texas
(956) 778-9570
Has knowledge of the criminal charges brought against Carlos Torres made the basis of this lawsuit.

Jeffrey Chen
Assistant County & District Atty.
Cameron County District Attorney
974 E. Harrison Street
Brownsville, Texas 78520
(956) 544-0849

7

David A. Coronado
Assistant County & District Atty.
Cameron County District Attorney
974 E. Harrison Street
Brownsville, Texas 78520
(956) 544-0849
Has knowledge of the prosecution of the notaries made the basis of this lawsuit.

Yolanda de Leon
Assistant County & District Atty.
Cameron County District Attorney
974 E. Harrison Street
Brownsville, Texas 78520
(956) 544-0849

Rebecca Cabrera
5073 Camelia Lane
Brownsville, Texas
(956) 504-2153
Has knowledge of the criminal charges brought against Irma Torres made the basis of this lawsuit.

Mireya Gutierrez
1858 Crooks Court
Grand Prairie, Texas 75051
(972) 266-9448
Has knowledge of the criminal charges brought against Irma Torres made the basis of this lawsuit.

Peter M. Zavaletta
The Zavaletta Law Firm
603 E. St. Charles St.
Brownsville, Texas 78520
(956) 546-5567
Represented Irma Torres.  Has knowledge of the criminal charges brought against Irma Torres.

Migdalia Lopez
197th Judicial District
Cameron County
Brownsville, Texas
Has knowledge of the criminal charges brought against the notaries in this case.

8

Fred Kowalski
902 E. Madison St.
Brownsville, Texas
Attorney for Erique Barreda, Sr.
Has knowledge of the criminal charges brought against him.

Irma Torres
1543 Cordorniz Dr.
Brownsville, Texas 78526
Criminal charges were filed against Irma Torres which are made the basis of this lawsuit.

Julio Hernandez
Cameron County Tax Assessor-Collector
Cameron County 031 / PH
P. O. Box 952, Brownsville, TX 78522-0952
964 E. Harrison, 1st Floor, Brownsville, TX , TX 78520
Tel : 956.544.0804
Has knowledge as stated in the affidavit of Ruth Weaver which was attached to Plaintiffs' Supplemental FRCP 7(a) Reply to Defendants' Motion to Dismiss for Failure to State a Claim and on Immunity.

David Robledo
Brownsville Herald
1135 E. Van Buren
Brownsville, Texas 78520
(956) 542-430
Wrote a story in the Brownsville Herald relevant to the present case. "Notary publics jailed on forgery charges.

Texas Ethics Commission, its agents, employees, custodians of records
201 East 14th St., 10th Floor
P.O. Box 12070
Austin, Texas 78711-2070
(512) 463-5800
Has knowledge and records relevant to Tony Yzaguirre's violation of Ethics Commission regulations.

Richard Burst
Cameron County Attorney
974 E. Harrison St.
Brownsville, Texas
(956) 425-6043
Has knowledge of Felix Munoz' reprimand in or about September 2004.  May have knowledge of related facts.

9

Mark A. Yates
Cameron County Auditor
P.O. Box 3846
Brownsville, TX 78521
Phone: (956) 544-0822
Cameron County Auditor.  Has knowledge as specified in Plaintiff's Complaint and knowledge of Felix Munoz' reprimand and discipline.

Javier Gutierrez
Rt 3 Box 173 C
Harlingen, Texas 78552
May have knowledge of improper title transactions made the basis of this lawsuit.

First National Bank and its custodians of records
1010 S. Expressway 83
Harlingen, Texas 78550
May have knowledge of improper title transactions made the basis of this lawsuit.

Los Fresnos Police and its custodians of records
200 N Brazil St
Los Fresnos, Texas 78566
Phone: (956)233-4473
May have knowledge of improper title transactions made the basis of this lawsuit.

Gilberto R. Logoria
Los Fresnos Police
200 N Brazil St
Los Fresnos, Texas 78566
Phone: (956)233-4473
May have knowledge of improper title transactions made the basis of this lawsuit.

Joe A. Mireles
Cameron County Tax Assessor-Collector
964 E. Harrison
Brownsville, Texas
(956) 544-0800
Has knowledge of the facts and damages as specified in the complaint and discovery products.

Randall Reed Ford and its custodians of records
19000 Eastex Freeway
Humble, Texas
(281) 446-9171
May have knowledge of improper title transactions made the basis of this lawsuit.

10

Jose L. Aguilar
Reynosa, Tamps
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Luis Aguilar
Aguilar Auto Sale and his custodians of records
1318 E. Tyler
Lafayette, LA 70509
May have knowledge of improper title transactions made the basis of this lawsuit.

Texas Department of Transportation and its custodians of records
Vehicle Titles & Registration
TXDOT
4000 Jackson
Austin, Texas 78779-0001
May have knowledge of improper title transactions made the basis of this lawsuit.

Tula Taylor
Texas Department of Transportation
Vehicle Titles & Registration
TXDOT
4000 Jackson
Austin, Texas 78779-0001
May have knowledge of improper title transactions made the basis of this lawsuit.

Esthel Z Valdez
Rt 5 Box 471-D
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

State of Louisiana
Department of Public Safety - Office of Motor Vehicles and its custodians of records
P.O. Box 64886
Baton Rouge, LA 70896
or 7979 Independence Blvd.
Baton Rouge, LA 70806
May have knowledge of improper title transactions made the basis of this lawsuit.

Charles S. Cornwell
411 Oregon Trail
Lafayette, LA 70506
May have knowledge of improper title transactions made the basis of this lawsuit.

11

Robles Auto Repairs #2
1935 W. Hwy 77
San Benito, Texas 78586
(956) 399-1916
May have knowledge of improper title transactions made the basis of this lawsuit.

Copart St. Farm Josie
P.O. Box 500
Greenwell Springs, LA 70739
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Luis Aguilar and his custodians of records
670 Rio San Juan
Livingston LA 70754
or 2215 Quince Apt. MC-23
McAllen, Texas 78501
May have knowledge of improper title transactions made the basis of this lawsuit.

Ignacio Villarreal and his custodians of records
670 Rio San Juan
Livingston LA 70754
or 2215 Quince Apt. MC-23
McAllen, Texas 78501
May have knowledge of improper title transactions made the basis of this lawsuit.

Laura Elena Valdez
28248 Nelson Dr.
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

R. Garza Motors and its custodians of records
4345 Southmost Rd.
Brownsville, Texas 78521
(956) 546-8750
May have knowledge of improper title transactions made the basis of this lawsuit.

State of Arkansas
Office of Motor Vehicle and its custodians of records
Ragland Building
7th & Battery Streets, Room 2042
Little Rock, Arkansas 72201
501-682-4692
May have knowledge of improper title transactions made the basis of this lawsuit.

12

Car Brokers and its custodians of records
6515 Warden Rd
Sherwood, AR 72120
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Mireles Jr.
3518 Memorial
Harlingen, Texas 78552
May have knowledge of improper title transactions made the basis of this lawsuit.

City Financial and its custodians of records
P.O. Box 531405
Harlingen, Texas 78553
May have knowledge of improper title transactions made the basis of this lawsuit.

J&M Motor Sales and its custodians of records
1717 S. Expressway
Harlingen, Texas 78552
May have knowledge of improper title transactions made the basis of this lawsuit.

Jorge Garza
J&M Motor Sales
1717 S. Expressway
Harlingen, Texas 78552
May have knowledge of improper title transactions made the basis of this lawsuit.

Steve Nacol Used Cars
1204 W. Main
Laporte, Texas 77571
May have knowledge of improper title transactions made the basis of this lawsuit.

Venancio Ortiz
122 S. Brownell
Laporte, Texas 77571
May have knowledge of improper title transactions made the basis of this lawsuit.

Carlos Orenday
2875 E. 14th St.
Brownsville, Texas 78521
(956) 550-9002
May have knowledge of improper title transactions made the basis of this lawsuit.

13

L.E. Gunnels and his custodians of records
Gunnels Interest Inc.
7115 Airport Blvd.
Houston, Texas 77061
(713) 847-9586
May have knowledge of improper title transactions made the basis of this lawsuit.

Alfronso Garcia
1511 Ebano
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

Charlies Used Car Sales and its custodian of records
2875 E. 14th St.
Brownsville Texas 78521
(956) 550-9002
May have knowledge of improper title transactions made the basis of this lawsuit.

State of Mississippi
Motor Vehicle Commission
P.O. Box 16873
Jackson, MS 39236-0873
or
1755 Lelia Drive, Suite 200
Jackson, MS 39216
(601) 987-3995
May have knowledge of improper title transactions made the basis of this lawsuit.

Robert E. Czachor
5212 Woodstone Rd.
Brandon, MS 39042
May have knowledge of improper title transactions made the basis of this lawsuit.

Members First Federal Credit Union
P.O. Box 16366
Louisville, KY 40256
May have knowledge of improper title transactions made the basis of this lawsuit.
Hector Martinez
292 Kings HWY
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

14

Junior's Used Cars and its custodians of records
1735 Lincoln
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Hibernia National Bank and its custodians of records
P.O. Box 61007
New Orleans, LA 70161
May have knowledge of improper title transactions made the basis of this lawsuit.

Mark W. Kirby
77480 Paul Stein Rd.
Covington, LA 70433
May have knowledge of improper title transactions made the basis of this lawsuit.

Freeman Auto Sales, Inc. and its custodians of records
2914 25th Ave
Gulfport, MS
May have knowledge of improper title transactions made the basis of this lawsuit.

Central Auto Sales and its custodians of records
18185 Florida
Baton Rouge, LA
May have knowledge of improper title transactions made the basis of this lawsuit.

Junior's Used Cars and its custodians of records
1735 Lincoln
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Causeway Chrysler Center and its custodians of records
3999 Hwy 190
Covington, Louisiana 70433
May have knowledge of improper title transactions made the basis of this lawsuit.

Casimiro Pulido
1601 Haverd Ford Blvd.
Harlingen, Texas 78552
May have knowledge of improper title transactions made the basis of this lawsuit.

Diane J. Meche
114 James St.
Sunset, LA 70584
May have knowledge of improper title transactions made the basis of this lawsuit.

15

Sterling Automotive Group and its custodians of records
P. O. Box 1388
Opelousas, LA 70570
May have knowledge of improper title transactions made the basis of this lawsuit.

Emerald Coast Auto Sales and its custodians of records
535 Pass Rd.
Gulfport, MS 39907
May have knowledge of improper title transactions made the basis of this lawsuit.

Gerardo Leal
3023 Huntington Ct.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Ramirez Used Cars and its custodians of records
5215 Southmost Rd.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Jack Alexander Inc. and its custodians of records
2403 W. Frank Ave.
Lufkin, Tx 75904
May have knowledge of improper title transactions made the basis of this lawsuit.

First Bank & Trust
P.O. Box 151510
Lufkin, Texas 75915
May have knowledge of improper title transactions made the basis of this lawsuit.

Jesus Cruz
2911 Morrow
Waco, Texas 76707
May have knowledge of improper title transactions made the basis of this lawsuit.

Tipton Motors Inc.
3840 Expressway
Brownsville, Texas 78526
(956) 350-5600
May have knowledge of improper title transactions made the basis of this lawsuit.

16

Javier Rodriguez
34 Otila Dr.
Or
5827 Ricky Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Southmost Auto Service and its custodians of records
4942 Southmost
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Edmundo Aguilar
1708 Florenct St.
Arlington, Texas 76010
May have knowledge of improper title transactions made the basis of this lawsuit.

Earl Hyles Auto Sales and its custodians of records
2009 E. Abram
Arlington, Texas 76010
May have knowledge of improper title transactions made the basis of this lawsuit.

Sergio Reyes
2681 Cottage Drive
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Clayton Coaliron
13480 3rd Street
Splendora, Texas 77372
May have knowledge of improper title transactions made the basis of this lawsuit.

Ford Motor Credit Company and its custodians of records
P.O. Box 105704
Atlanta, GA 30348
May have knowledge of improper title transactions made the basis of this lawsuit.

Leticia Porras Garcia
7331 St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

17

Expressway Motors and its custodians of records
1110 W. Expwy 83
Weslaco, Texas 78596
(956) 969-6377
May have knowledge of improper title transactions made the basis of this lawsuit.

Sergio Reyes
Rafael Solis
#1101 Col Aurora
Matamoros, Tamps Mexico
May have knowledge of improper title transactions made the basis of this lawsuit.

Delia Cordova
Enrique Juarez
2764 E. Avenue
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Tony Rivas, Jr.
934 S.W. 29th
Oklahoma City, OK 73109
May have knowledge of improper title transactions made the basis of this lawsuit.

Eldorado Motors Inc. and its custodians of records
701 NW 5th St.
Oklahoma City, OK 73102-1603
May have knowledge of improper title transactions made the basis of this lawsuit.

Noe Infante
65 Shelly Ct.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Summit Wholesalers and its custodians of records
3501 E. Central Tx. Expressway
Killeen, Texas 76543
May have knowledge of improper title transactions made the basis of this lawsuit.

Kenneth A. Eichmann
4222 Broken Arrow Dr.
Harker Heights, Texas 76548
May have knowledge of improper title transactions made the basis of this lawsuit.

18

Luz Antonio
Norma Gonzalez
14674 Johnson Lane
Harlingen, Texas 78552
May have knowledge of improper title transactions made the basis of this lawsuit.

Lotus Auto Sales and its custodians of records
1904 E. 13th St.
Brownsville, Texas
May have knowledge of improper title transactions made the basis of this lawsuit.

Jackie or Shelia Lawson
19969 Bay Village Rd.
Cherry Valley, AR 72324
May have knowledge of improper title transactions made the basis of this lawsuit.

The Bank of Harrisburg and its custodians of records
P.O. Box 17
Harrisburg, AR 72432
May have knowledge of improper title transactions made the basis of this lawsuit.

Agustin Ortiz
2722 Granada
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Robert A. Keating
110 Tuscon Dr.
Duncanville, Texas 75116
May have knowledge of improper title transactions made the basis of this lawsuit.

Jorge Anotio Ruvalcaba
6272 Tepepan Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Smith Sales and its custodians of records
Opelousas, LA 70570
May have knowledge of improper title transactions made the basis of this lawsuit.

Albert D. Robichaux
1015 John Avenue
Opelousas, LA 70570
May have knowledge of improper title transactions made the basis of this lawsuit.

19

Isauro Garza
725 Olmito
Brownsville, Texas
May have knowledge of improper title transactions made the basis of this lawsuit.

Brannon Motors Inc. and its custodians of records
Marshall, Texas
May have knowledge of improper title transactions made the basis of this lawsuit.

Gulf Finance Co. and its custodians of records
P.O. Box 8435
Shreveport, LA 71148
May have knowledge of improper title transactions made the basis of this lawsuit.

Michael Lee
143 East Reba
Ringgold, LA 71068
May have knowledge of improper title transactions made the basis of this lawsuit.

Estela M. Sotelo
474 Linda Lane
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Ernesto Garcia
565 N. Illinois
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Josefina Barron
1548 E. Harrison
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Neal's Auto Sales and its custodians of records
Lufkin, Texas 75901
May have knowledge of improper title transactions made the basis of this lawsuit.

Mary C. Wiggen
148 S. Dowlen Apt. 615
Beaumont, Texas 77707
May have knowledge of improper title transactions made the basis of this lawsuit.

20

Mobil Oil Federal Credit Union
P.O. Box 2234
Beaumont, Texas 77704-2234
May have knowledge of improper title transactions made the basis of this lawsuit.

Virginia H. Carmona
54 Linda Lane
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

T&J Motors Inc. and its custodians of records
420 Post Oak Rd.
Sulphur, LA 70663
May have knowledge of improper title transactions made the basis of this lawsuit.

American Security Bank and its custodians of records
126 E. Main St.
Ville Platte, LA 70586
May have knowledge of improper title transactions made the basis of this lawsuit.

Janie J. Fee
51 Ed Fee Rd.
Glenmora, LA 71433
May have knowledge of improper title transactions made the basis of this lawsuit.

Mike Pedersen
L.C. Auto Auction and its custodians of records
2435 Broad St.
Lake Charles, LA 70601
(337) 433-8664
May have knowledge of improper title transactions made the basis of this lawsuit.

Isauro Garza
7110 Olmito St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Auto Brokers and its custodians of records
W. Monroe, LA 71291
May have knowledge of improper title transactions made the basis of this lawsuit.

21

Potlitch Federal Credit Union and its custodians of records
P.O. Box 479
Warren, AR 71671
May have knowledge of improper title transactions made the basis of this lawsuit.

Billie Simpson
601 South Main
Warren, AR 71671
May have knowledge of improper title transactions made the basis of this lawsuit.

Andres Angeles
3113 Rene Ave
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Enterprise Car Sales and its custodians of records
14900 Gulf Frwy
Houston, Texas 77034
May have knowledge of improper title transactions made the basis of this lawsuit.

Kevin Womack and his custodian of records
Car Sale Accounting Supervisor
Enterprise Leasing Company of Houston
9430 Old Katy Rd. #250
Houston, Texas 77055
(713) 467-1700
May have knowledge of improper title transactions made the basis of this lawsuit.

Linda Hoover
Enterprise Leasing Company of Houston
9430 Old Katy Rd. #250
Houston, Texas 77055
(713) 467-1700
May have knowledge of improper title transactions made the basis of this lawsuit.

Patricia A. Tollett
697 Davis Rd.
League City, Texas 77573
May have knowledge of improper title transactions made the basis of this lawsuit.

22

Ibis Rivera
608 E. West 6th Street
Los Fresnos, Texas 78066
Enterprise Leasing Company of Houston
9430 Old Katy Rd. #250
Houston, Texas 77055
(713) 467-1700
May have knowledge of improper title transactions made the basis of this lawsuit.

Interstate Wholesale and its custodians of records
7025 Paredes Line Rd.
Brownsville, Texas 78521
(956) 982-7816
May have knowledge of improper title transactions made the basis of this lawsuit.

Joan C. Guidry
15323 Wentworth Ct.
Baton Rouge, LA
May have knowledge of improper title transactions made the basis of this lawsuit.

Mark Garcia
55 W. Aldrin St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Gum Ridge Auto Sales and its custodians of records
4961 Hwy 1
Marksville, LA 71351
May have knowledge of improper title transactions made the basis of this lawsuit.

Corey D. McGlory
144 Forest Jacob Lane
Marksville, LA 71351
May have knowledge of improper title transactions made the basis of this lawsuit.

Belmaro Guzman
4214 Southmost Rd.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Wells Fargo and its custodians of records
P.O. Box 2219
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

23

Sosa's Used Cars and its custodians of records
4204 Southmost
Brownsville, Texas 78521
(210) 546-2661
May have knowledge of improper title transactions made the basis of this lawsuit.

Dean Woods
Rt. 9 Box 217 B
Harlingen, Texas 78552
May have knowledge of improper title transactions made the basis of this lawsuit.

Reynaldo Cisneros
Erlinda Cisneros
665 Calder
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Abraham Rodriguez
9550 Military Hwy
Brownsville, Texas 78520-0000
May have knowledge of improper title transactions made the basis of this lawsuit.

Valley Federal Credit Union and its custodians of records
P.O. Box 4700
Brownsville, Texas 78523
May have knowledge of improper title transactions made the basis of this lawsuit.

Billy Martin
150 Jordan Creek Rd.
Collinsville, Texas 76233
May have knowledge of improper title transactions made the basis of this lawsuit.

Ashely Isaac
1121 South F. St.
Harlingen, Texas 78550
May have knowledge of improper title transactions made the basis of this lawsuit.

Perla Cristina Hernandez
102 Jackson
Laguna Heights
Port Isabel, Texas
(956) 943-6773
May have knowledge of improper title transactions made the basis of this lawsuit.

24

Alejandro Mejia
102 Jackson
Laguna Heights
Port Isabel, Texas
(956) 943-6773
May have knowledge of improper title transactions made the basis of this lawsuit.

J&M Motor Sales and its custodians of records
1717 S. Expressway
Brownsville, Texas
May have knowledge of improper title transactions made the basis of this lawsuit.

Jorge Garza
J&M Motor Sales and its custodians of records
1717 S. Expressway
Brownsville, Texas
May have knowledge of improper title transactions made the basis of this lawsuit.

Perla C. Hernandez
P.O. Box 13257
Port Isabel, Texas 78578
May have knowledge of improper title transactions made the basis of this lawsuit.

Maria Elena Gamez
184 Tudela St.
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Tomas C. Torres
P.O. Box 9102
Port Isabel, Texas 78578
May have knowledge of improper title transactions made the basis of this lawsuit.

A&F Auto Sales and its custodians of records
6723 Griggs
Houston, Texas 77023
May have knowledge of improper title transactions made the basis of this lawsuit.

Doyle Cummins
10300 Wilcrest No. 2401
Houston, Texas 77099-2867
May have knowledge of improper title transactions made the basis of this lawsuit.

25

Union Fidelity Federal Credit Union and its custodians of records
1415 North Loop W.
Suite 110
Houston, Texas 77005
May have knowledge of improper title transactions made the basis of this lawsuit.

Estela D. Coello
55 San Agustin
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Keith Bertelson & Darleen Bertelson Re. Trust
6900 Coffeeport Rd. Ste 404
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Abraham Perez
134 E. 8 St. Apt. 1
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

J. C. Motors and its custodians of records
2876 14th
Brownsville, Texas 78321
May have knowledge of improper title transactions made the basis of this lawsuit.

V&L Conoco
1302 S. Commercial
Harrisonville, MO 64701
May have knowledge of improper title transactions made the basis of this lawsuit.

Gabriel S. Carilleja
1642 Sahara Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Mark Dennington
Stonewall, LA 71078
May have knowledge of improper title transactions made the basis of this lawsuit.

E. Humphrey Motors Inc. and its custodians of records
1615 East Texas St.
Bossier City, LA 71111
May have knowledge of improper title transactions made the basis of this lawsuit.

26

Josie Garcia
55 W. Aldrin Ct.
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Denise Garcia
55 W. Aldrin Ct.
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Isela Garza
4204 Castor
Houston, Texas 77033
May have knowledge of improper title transactions made the basis of this lawsuit.

Plaza Motors Inc and its custodians of records
P.O. Box 802583
Houston, Texas 77280-2583
May have knowledge of improper title transactions made the basis of this lawsuit.

Rosalind Gutierrez
95 Poinciana Dr. #121
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Gloria Hernandez, Manager
Popular Motors Inc and its custodians of records
1842 Wirt Rd.
Houston, Texas 77055
(713) 973-3903

Gilberto Hinojosa
County Judge
Cameron County
964 E. Harrison St.
Brownsville, Texas 78520
(956) 544-0830
Has knowledge of the facts as specified in the complaint and discovery.

Leonor Lisbeth Salazar
1635 Tyler St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

27

McDaniel Brother
11830 Cr Hawn
Dallas, Texas 75253
May have knowledge of improper title transactions made the basis of this lawsuit.

Fidel Bernardo Torres
Box 34567 Rt 321
Los Fresnos, Texas 78566
May have knowledge of improper title transactions made the basis of this lawsuit.

Javier Zarzarua Rodriguez
1855 Wirt 171
Houston, Texas 77055
May have knowledge of improper title transactions made the basis of this lawsuit.

Luis Banda
2551 Roosevelt St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Emeterio Ramirez
Ramirez Used Cars and its custodians of records
5215 Southmost Rd.
Brownsville, Texas 78521
(956) 544-5114
May have knowledge of improper title transactions made the basis of this lawsuit.

Frances Marx
P.O. Box 76525
Evant, Texas 76525
May have knowledge of improper title transactions made the basis of this lawsuit.

Johnny Marsh Motor Co., Inc. and its custodians of records
P.O. Box 220
Goldthwaite, Texas 76844
May have knowledge of improper title transactions made the basis of this lawsuit.

Island Cabs and its custodians of records
5310 Box
Port Isabel, Texas 78578
May have knowledge of improper title transactions made the basis of this lawsuit.

28

Greater Houston Transportation
1406 Hays
Houston, Texas 77009
May have knowledge of improper title transactions made the basis of this lawsuit.

Terah F. Woodley
Sheralyn Y. Woodley
215 San Diego Ave.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Arturo's Used Cars and its custodians of records
1442 International Blvd.
Brownsville, Texas 78520
(956) 541-5962
May have knowledge of improper title transactions made the basis of this lawsuit.

Becky Zoch
2009 Willow St.
Grand Prairie, Texas 75050
May have knowledge of improper title transactions made the basis of this lawsuit.

Goodson Aura, Inc. and its custodians of records
1750 Airport Frwy
Irving, Texas 75062
May have knowledge of improper title transactions made the basis of this lawsuit.

David Gibbs
339 Culbertson Rd.
Moultrie, GA 31768-1789
May have knowledge of improper title transactions made the basis of this lawsuit.

Suntrust and its custodians of records
P.O. Box 305053
Nashville, TN 37230-5053
May have knowledge of improper title transactions made the basis of this lawsuit.

Central Auto Sales, Inc. Of Bataon Rouge and its custodians of records
13185 Florida Blvd.
Baton Rouge, LA 70815
272-8048
May have knowledge of improper title transactions made the basis of this lawsuit.

29

Juniors Used Cars and its custodians of records
1732 Line
Brownsville, Texas
May have knowledge of improper title transactions made the basis of this lawsuit.

Susana Fernandez
4615 Palacio Real
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

First Street Auto Sales and its custodians of records
905 E. Cesar Chavez St.
Austin, Texas 78702
May have knowledge of improper title transactions made the basis of this lawsuit.

Ichele L. Phelan
8302 Wayburn Dr.
Austin, Texas 78757
May have knowledge of improper title transactions made the basis of this lawsuit.

Alicia Lerma
1949 E. Polk St.
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

J.C. Motors and its custodians of records
2876 E. 14th St.
Brownsville, Texas 78520
(956) 546-9258
May have knowledge of improper title transactions made the basis of this lawsuit.

Charles Barker, Jr.
114 S. High
Butler, MO 64730
May have knowledge of improper title transactions made the basis of this lawsuit.

Delia Villarreal
2549 Jaime Circle
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

30

Sosa's Used Cars and its custodians of records
4204 Southmost Rd.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Jimmie A. Morgan
1004 Stephen Dr.
Killeen, Texas 76542
May have knowledge of improper title transactions made the basis of this lawsuit.

Robert Lerma
1404 Tesoro
Rancho Viejo, Texas 78575
May have knowledge of improper title transactions made the basis of this lawsuit.

Brian T. Mesenbrink
HCR 1 Box 20-A
Del Rio, Texas 78840
May have knowledge of improper title transactions made the basis of this lawsuit.

Robert's Auto Sales and its custodians of records
5212 Military Pkwy
Dallas, Texas 75227
May have knowledge of improper title transactions made the basis of this lawsuit.

Norrand Leo Garza
1615 West Hwy 77 Apt 124
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose P. Quezada
2001 Crestmont
Corpus Christi, Texas 78418
May have knowledge of improper title transactions made the basis of this lawsuit.

Leticia Porras Garcia
7331 Lohr St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

31

Joshua Zapata
Cameron County Automobile Crimes Enforcement Task Force
Office of the Tax Assessor-Collector
964 East Harrison, 1st Floor
Brownsville, Texas 78520
(956) 574-8163
May have knowledge of improper title transactions made the basis of this lawsuit.

Lisa Adyer
G&S Auto Sales and its custodians of records
8510 Old Galveston Road
Houston, Texas 77034
(713) 943-8602
May have knowledge of improper title transactions made the basis of this lawsuit.

Clayton Coaliron
13480 3rd Street
Splendora, Texas 77372
May have knowledge of improper title transactions made the basis of this lawsuit.

Lt. Javier Pena
Cameron County Automobile Crimes Enforcement Task Force
Office of the Tax Assessor-Collector
964 East Harrison, 1st Floor
Brownsville, Texas 78520
(956) 574-8163
May have knowledge of improper title transactions made the basis of this lawsuit.

Adalberto Bennett, Investigator
Cameron County Automobile Crimes Enforcement Task Force
Office of the Tax Assessor-Collector
964 East Harrison, 1st Floor
Brownsville, Texas 78520
(956) 574-8163
May have knowledge of improper title transactions made the basis of this lawsuit.

Marizol Sifuentes, Titles and Registration Data Analyst
Cameron County Automobile Crimes Enforcement Task Force
Office of the Tax Assessor-Collector
964 East Harrison, 1st Floor
Brownsville, Texas 78520
(956) 574-8163
May have knowledge of improper title transactions made the basis of this lawsuit.

32

Santos De La Garza, Jr.
401 Jose Marti Unit 206
Brownsville, Texas 78521
Cameron County Automobile Crimes Enforcement Task Force
Office of the Tax Assessor-Collector
964 East Harrison, 1st Floor
Brownsville, Texas 78520
(956) 574-8163
May have knowledge of improper title transactions made the basis of this lawsuit.

Maria De Los Angeles Noyola
1945 Madison
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Rosa Maria Garza
Alejandro Garza
Rt 10 Box 140
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

David Olverg
GT Motors and its custodians of records
1251 E. Exprwy 83
San Benito, Texas 78586
(956) 361-9202
May have knowledge of improper title transactions made the basis of this lawsuit.

Rodolfo Chapa, Jr.
Yasmin Y. Chapa
RR 11 Box 746
Edinburg, Texas 78539
May have knowledge of improper title transactions made the basis of this lawsuit.

Maria De La luz Moncada
2153 El Cauce
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Jenkins & Sons Inc and its custodians of records
2615 E. Lancaster
Ft. Worth, Texas 76103
May have knowledge of improper title transactions made the basis of this lawsuit.

33

Kiandosh N. Sobhanian
316 Woodhurst Pl
Coppell, Texas 75019
May have knowledge of improper title transactions made the basis of this lawsuit.

Gregorio Cantu
4615 Central Circle
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Benchis Motors and its custodians of records
P.O. Box 1039
Chandler, Texas 75758
May have knowledge of improper title transactions made the basis of this lawsuit.

Wendell W. Gibson
P.O. Box 961
Halleville, Texas 75650
May have knowledge of improper title transactions made the basis of this lawsuit.

Gerardo Gonzalez
1141 Dukle Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Mario Solis Used Cars and its custodians of records
1024 McDavitt
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Scarlett Fritz
1951 Old FM 306 #712
New Braunfels, Texas 78130
May have knowledge of improper title transactions made the basis of this lawsuit.

Hilaria Cardenas
188 El Valle Drive
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Vista Cars & Trucks and its custodians of records
8224 North Freeway
Houston, Texas 77037
May have knowledge of improper title transactions made the basis of this lawsuit.

34

Oscar M. Garza
Cecilia A. Garza
111 Blalock 81
Houston, Texas 77055
May have knowledge of improper title transactions made the basis of this lawsuit.

Maria Lambarri
Navarra 104
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Central H/S and its custodians of records
1385 Florida Blue
Baton Rouge, LA 70815
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Maria Canales
932 E. Van Buren
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose L. Judito
1007 Francis
Pasadena, Texas 77506
May have knowledge of improper title transactions made the basis of this lawsuit.

Francisco A. Rios
27100 Paloma Blvd.
Harlingen, Texas 78552
May have knowledge of improper title transactions made the basis of this lawsuit.

Select Cars and its custodians of records
5009 Indiana
S.O. Houston, Texas 77587
May have knowledge of improper title transactions made the basis of this lawsuit.

Justino M. Manzano
3703 Kaplan Dr.
Pasadena, Texas 77503
May have knowledge of improper title transactions made the basis of this lawsuit.

35

Rosa Elvia De Leon
238 Grunjeno
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

V.I.P. Auto Sales and its custodians of records
5936 Philips Hwy
JKSV, FL 32216
May have knowledge of improper title transactions made the basis of this lawsuit.

Automotive Rentals Inc
655 Blanding Bvld
Orange Park, FL 32073-5059
May have knowledge of improper title transactions made the basis of this lawsuit.

Tony Yzaguirre, Jr.
1305 Honeydale
Brownsville, Texas 78523
May have knowledge of improper title transactions made the basis of this lawsuit.

Mario Solis Used Cars and its custodians of records
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Bexar County 9332
224 Dwyer
San Antonio, Texas 78204
May have knowledge of improper title transactions made the basis of this lawsuit.

Josefa Gonzalez
755 San James
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Sosa's Used Cars and its custodians of records
4204 Southmost Rd.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Viola Martinez
P.O. Box 277
Raymondville, Texas 78580
May have knowledge of improper title transactions made the basis of this lawsuit.

36

Jaime Isaias Vasquez
1729 W. Elizabeth No. 2
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Saturn of Houston Gulf Fwy
11901 Gulf Freeway
Houston, Texas 77034
May have knowledge of improper title transactions made the basis of this lawsuit.

Ralph Zaragoza
4414 McKinney
Houston, Texas 77023
May have knowledge of improper title transactions made the basis of this lawsuit.

Israel Gutierrez
614 Hortencia Blvd.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Nora Hilda Martinez
3042 La Plaza
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

International Cargo Express and its custodians of records
P.O. Box 3694
Brownsville, Texas 78523
May have knowledge of improper title transactions made the basis of this lawsuit.

Alberto Javier Hernandez
1900 FM Rd 802 #C-9
Brownsville, Texas 78523
May have knowledge of improper title transactions made the basis of this lawsuit.

Rafael E. Solis
1504 Mockingbird Ln
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Mario Solis Used Cars and its custodians of records
1024 McDavitt
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

37

Claire Dewey
6830 Country Haven
San Antonio, Texas 78240
May have knowledge of improper title transactions made the basis of this lawsuit.

Eduardo Cuevas
101 N. Milan
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

GT Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
(956) 361-9202
May have knowledge of improper title transactions made the basis of this lawsuit.

Richard DeLeon Jr. and Cynthia W. DeLeon
4040 Parliament Drive 234
Alexandria, LA 71303
May have knowledge of improper title transactions made the basis of this lawsuit.

Javier Rodriguez
175 Cameron Ave
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Morris L. Cavett
Linda Cavett
809 Marigold
Cedar Hill, Texas 75104
May have knowledge of improper title transactions made the basis of this lawsuit.

Sergio Trevino
GT Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
(956) 361-9202
May have knowledge of improper title transactions made the basis of this lawsuit.

38

Alex Flores
GT Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
(956) 361-9202
May have knowledge of improper title transactions made the basis of this lawsuit.

Flora A. Cavazos
325 N. Dakota Ave.
Brownsville, Texas 78521
GT Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
(956) 361-9202
May have knowledge of improper title transactions made the basis of this lawsuit.

Mario Solis Used Cars and its custodians of records
1024 McDavitt
Brownsville, Texas 78521
GT Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
(956) 361-9202
May have knowledge of improper title transactions made the basis of this lawsuit.

Tony P. Sanchez
Guadalupe D. Sanchez
10547 Kinder Hook
San Antonio, Texas 78245
GT Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
(956) 361-9202
May have knowledge of improper title transactions made the basis of this lawsuit.

Estela O. Solis
2425 E. 30th St.
Brownsville, Texas 78521
GT Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
(956) 361-9202
May have knowledge of improper title transactions made the basis of this lawsuit.

39

Luis Zaragoza
1406 West Harris
Pasadena, Texas 77506
GT Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
(956) 361-9202
May have knowledge of improper title transactions made the basis of this lawsuit.

Vehicle Titles and Registration Division
Texas Department of Transportation
its employees, managers, supervisors, contractors and custodians of records
Austin, Texas 78779-0001
GT Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
(956) 361-9202
May have knowledge of improper title transactions made the basis of this lawsuit.

Transouth Financial and its custodians of records
2001 Bench St. Suite 700
Ft. Worth, Texas 77034
GT Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
(956) 361-9202
May have knowledge of improper title transactions made the basis of this lawsuit.

Aurora B. Deanda
864 John Ave.
Brownsville, Texas 78521
GT Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
(956) 361-9202
May have knowledge of improper title transactions made the basis of this lawsuit.

Guillermo Vasquez
Star Rte Bx 11
M. Granville NY 12849
May have knowledge of improper title transactions made the basis of this lawsuit.

Florencia Estrada
1587 Monterrey Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

State Farm Insurance and its custodians of records
7010 Champions Plaza Drive
Houston, Texas 77069
May have knowledge of improper title transactions made the basis of this lawsuit.

Donald W. Wood
Janice N. Wood
19543 Cypress Moss
Katy, Texas 77449
May have knowledge of improper title transactions made the basis of this lawsuit.

Joe Strunz
Federal Bureau of Investigation
1700 Paredes Line Rd
Brownsville, 78521
(956) 546-6922
Investigated improper title transactions and related issues made the basis of this lawsuit.

Rick Canales
845 E. Harrison
Brownsville, Texas 78520
Has knowledge of the criminal charges brought against the notaries made the basis of this lawsuit.

Benjamin Euresti, Jr.
Judge of the 107th Judicial District
Cameron County
Brownsville, Texas
Has knowledge of the criminal charges brought against the notaries made the basis of this lawsuit.

Maria C. Ramirez
148 Bates St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

40

41

Alma Rosa Sandavol
2725 Naranjo St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Coastal Bank
3302 Boca Chica Blvd.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

G.T. Motors
1251 Est. Expressway 83
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

David Almaguer
4914 Eloy St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Danielle Ericka Cole
9 Skipton Circle
Ft. Myers, Florida 33905
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose A. Cepeda
28 Cela Ave.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

FRW Auto Sales, Inc.
Roswell, Georgia
May have knowledge of improper title transactions made the basis of this lawsuit.

Juan Trevino
15 Bates St.
Brownsville, Texas
May have knowledge of improper title transactions made the basis of this lawsuit.

Dill Motors
Ardmore, Oklahoma
May have knowledge of improper title transactions made the basis of this lawsuit.

Carlos Garza Perez
c/o 4735 Southmost Rd. B
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Classic Auto Sales
Donna, Texas 78537
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Angel Villarreal Jr.
4976 Paseo Del Rey
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

E&E Auto Sales
6075 Southmost Rd.
Brownsville, Texas 78521
(956) 554-3298
May have knowledge of improper title transactions made the basis of this lawsuit.

Maria DeLa LuzGarza
5896 Lourdes Blvd.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Ramiro Pelaez
POB 189
Greeneville, TN 37744
May have knowledge of improper title transactions made the basis of this lawsuit.

Iglesia De Dios
El Salvador
POB 1747
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

Cardoza Used Cars and its custodians of records
9365 US Hwy 281
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

42

43

Genoveva E. Rodriguez
2304 S. Indiana
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Crown Motor Co. And its custodians of records
3301 S. Gen. Buici
Temple, Texas 76504-6332
May have knowledge of improper title transactions made the basis of this lawsuit.

Javier Garcin
4008 N. Expressway Lot 40
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Guadalupe Sosa Jr.
1235 Taft Apt. 5
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Jessica Jimenez
14400 Hwy 59 North #1413
Humble, Texas 77936
May have knowledge of improper title transactions made the basis of this lawsuit.

Lilia Rodriguez
4648 Deo Juvante Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Bill Phillips Auto Sales. Inc. And its custodians of records
5867 Hwy 90 W
Theodore, AL. 36582
May have knowledge of improper title transactions made the basis of this lawsuit.

Billy Bendolph Jr.
853 S. Broad St.
Mobile, Al 36605
May have knowledge of improper title transactions made the basis of this lawsuit.

44

Eleazar Villafranca
454 Milpa Verde
Brownsville, Texas 78521
or 438 Pedernales
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Max & Lorene Lafferty
Seymour, IN 47274
May have knowledge of improper title transactions made the basis of this lawsuit.

Hector Armando Barron
124 Carlton
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Carmax
3100 SPUR 482
Irving, Texas 75062
May have knowledge of improper title transactions made the basis of this lawsuit.

Robin Taliancich
43 Alan A Dale
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

David Taliancich
216 Westover Dr. Apt. 6-F
Hattiesburg, MS 3902
May have knowledge of improper title transactions made the basis of this lawsuit.

Raul Gonzalez
9431 Divisadero Rod
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Marlin B. Raley
603 Judy Lane
Copperas Cove, Texas 76522
May have knowledge of improper title transactions made the basis of this lawsuit.

45

Braulio Segovia
3065 Stanolind
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Morva
558 Villa Verde
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Mark Anthony Munoz
1605 Russell
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Honda of Clear Lake and its custodians of records
Webster, Texas 77598
May have knowledge of improper title transactions made the basis of this lawsuit.

Ramon Pena
2325 Tulipan
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Americas Car Mart, Inc. And its custodians of records
740 Rageline
Joplin, MO 64801
May have knowledge of improper title transactions made the basis of this lawsuit.

Omar O Martinez
2821 Cottage Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Martinez
855 US 6W Lot 7C
Ligonier, IN 46767
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Ambrosio Garcin
2401 Magdalena
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

46

LTD Auto Sales
1327 E. Kearney Spfd.
Springfield, MO 65803-1605
May have knowledge of improper title transactions made the basis of this lawsuit.

Justino Tello
718 E. Van Buren
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Eloina M. Gonzalez
116 N. 10th St. 2
De Kalb, IL. 60115
May have knowledge of improper title transactions made the basis of this lawsuit.

Luceros Car Center and its custodians of records
1801 W Harrison
Harlingen, Texas 78550
May have knowledge of improper title transactions made the basis of this lawsuit.

Cameron County J8156 and its custodians of records
964 E. Harrison
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Marylou G. Urbina
2119 E. Harrison
Harlingen, Texas 78550
May have knowledge of improper title transactions made the basis of this lawsuit.

Eugene-Vaughn Ford Sales, Inc. And its custodians of records
POB 430
Marked Tree, AR 72365
May have knowledge of improper title transactions made the basis of this lawsuit.

Juan Francisco Salinas
525 San Pedro Lane
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Charlie's Used Cars and its custodians of records
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

47

Ana Maria Casiano
1224 E. 14th St. D
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Ronald A. Ougel, Jr.
P.O. Box 1365
Coldsprings, Texas 77331
May have knowledge of improper title transactions made the basis of this lawsuit.

Roberto Gonzalez
386 Mango Line
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Cox Used Cars
2801 Highway 1650
Graham, Texas 76450
May have knowledge of improper title transactions made the basis of this lawsuit.

Digna V. Arizmendi
9301 Rincon Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Pro-Quip Sales and its custodians of records
1350 W. US Hwy 84
Fairfield, Texas 75840
May have knowledge of improper title transactions made the basis of this lawsuit.

Maria Maribel Ramos
1965 Del Prado St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Tony Evans - Darphenia Evans
651 Watwick
Ducanville, Texas 75137
May have knowledge of improper title transactions made the basis of this lawsuit.

Rodolfo Olivarez
1951 Turqueza Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

48

Higinio Jose Carrillo
5490 Proctor St.
Detroit, MI 48210
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Alberto Hernandez
4695 Espada Grande Ave
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Cedars Motors and its custodians of records
62 NW 27 Ave.
Miami, Florida
May have knowledge of improper title transactions made the basis of this lawsuit.

Alejandro C. Martinez
1659 Sahara Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Allstate Inc. Co.
POB 578
Alamo, Texas 78516
May have knowledge of improper title transactions made the basis of this lawsuit.

Jesus Martin Rivas
1534 Southmost Rd. Apt. 1
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose A. Guerra
1101 Cental Blvd 8
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Juan N. Guerra
24 Heather St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Francisco Rangel
3301 Coffee Port #22
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

49

Taylor Auto Credit and its custodians of records
Taylor, Texas 76574
May have knowledge of improper title transactions made the basis of this lawsuit.

George Guzman
318 Hortencia
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Sherral A. Gomez
Ricardo Gomez, Jr.
1203 7th St.
Corpus Christi, Texas 78404
May have knowledge of improper title transactions made the basis of this lawsuit.

Ernesto Geraldo Aguirre
518 E. Polk
Harlingen, Texas 78550
May have knowledge of improper title transactions made the basis of this lawsuit.

Gumercindo Botello
1918 Montana
Harlingen, Texas 78550
May have knowledge of improper title transactions made the basis of this lawsuit.
Araceli Altamirano
67 McKenzie Lot 17
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Miguel DeLaCerda Jr.
654 Santa Cruz Ct.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Crown Auto Sales and its custodians of records
11837 W. Montgomery
Houston, Texas 77086
May have knowledge of improper title transactions made the basis of this lawsuit.

Hector Hugo Hernandez
3512 Warwick Glen
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

50

Gunnels Used Cars and its custodians of records
Houston, Texas 77087
May have knowledge of improper title transactions made the basis of this lawsuit.

Richard Stanely Jones Jr.
28842 Morning Glory Ct.
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

Jack Earl Ellis
505 Rd. S. 22 ½ San Antonio Circle
Alamo, Texas 78516
May have knowledge of improper title transactions made the basis of this lawsuit.

Giovanni Daniel Ramos
304 Paredes Drive Apt. D
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Laura Diprimio
5773 Woodway Dr. Apt 273
Houston, Texas 77057
May have knowledge of improper title transactions made the basis of this lawsuit.

Roberto Sanchez
1084 Pasadero Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Javier/Rosie Masiel
1703 White Stone Dr.
Bryan, Texas
May have knowledge of improper title transactions made the basis of this lawsuit.

Carlos E. Trevino
3694 Valle Escondido
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Robert L. Prepejchal
129 Applewood St.
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

51

Juan Manuel Salinas
5260 Guillen
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Interstate Auto Wholesale and its custodians of records
7025 Paredes Line Rd.
Brownsville, Texas 78521
(956) 982-7816
May have knowledge of improper title transactions made the basis of this lawsuit.

Florencio Rodriguez
2415 Jaime Circle
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Gabrino Vega
1552 Gessner 121
Houston, Texas 77080
May have knowledge of improper title transactions made the basis of this lawsuit.

Julia Robledo
724 E. 5th Street
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Albert Marieta
3529 N. Beneva Rd. Apt. C
Sarasota, FL 34232-4608
May have knowledge of improper title transactions made the basis of this lawsuit.

Miguel A. Abarca
412 Ciruela Lane
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Steven R. Allen
2621 Southerland A206
Dallas, Texas 75203
May have knowledge of improper title transactions made the basis of this lawsuit.

E E Auto Sales and its custodians of records
6075 Southmost Rd.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Ortiz Auto Sales and its custodians of records
4335 Southmost Road.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Teresa De Jesus Rincon
116 York St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

S&S Truck Sales & Equip and its custodians of records
6595 N. Expressway
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Enrique Barreda
174 Hagger Dr
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose de Jesus Mandonado
413 E. Tyler
Harlingen, Texas 78550
May have knowledge of improper title transactions made the basis of this lawsuit.

J C Motors and its custodians of records
2876 E. 14th
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Vicente R. Roden
6922 Lagua De Palmas
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Gelacio Torres
13010 Apple Glen
Houston, Texas 77072-3102
May have knowledge of improper title transactions made the basis of this lawsuit.

Maria De Lourdes Silva
2482 Sunny Sky Road Lot 32
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Javier Francisco Torres
222 1st St.
Montgomery, MN 56069
May have knowledge of improper title transactions made the basis of this lawsuit.

Raymundo Jose Arellano
Mayra S. Arellano
2001 Heron Ave.
McAllen, Texas 78504
May have knowledge of improper title transactions made the basis of this lawsuit.

Jesus Escandon
223 C. Royal Palm
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Shelton Breaux
510 Third St.
Jennings, LA 70546
May have knowledge of improper title transactions made the basis of this lawsuit.

Juana Pintor Rojas
427 Medina St.
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Brownsville Police Department and its custodian of records
600 E. Jackson St.
Brownsville, Texas 78520
(956) 548-7131
May have knowledge of improper title transactions made the basis of this lawsuit.

Marcos Noe Garza
313 San Cristobal
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Walter J. Pilisko
8204 Tonkinese Dr.
Round Rock, Texas 78681
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Alvarado
717 West Right
Harlingen, Texas 78550
May have knowledge of improper title transactions made the basis of this lawsuit.

Manuel Mejia
219 Citrus Dr.
Orange Grove, CA 93646
May have knowledge of improper title transactions made the basis of this lawsuit.

Santos Daniel Monjaraz
POB 889
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

G.T. Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

Jesus Roman
2605 Rancho Viejo Ave.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Jesus Diaz
4641 La Sater Rd. Lot 67
Mesquite, Texas 75181
May have knowledge of improper title transactions made the basis of this lawsuit.

Marisa Vega
14 W Madison
Brownsville, Texas s78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Roger Beasley Suzuki South and its custodians of records
5432 SIH 35
Austin, Texas 78745
May have knowledge of improper title transactions made the basis of this lawsuit.

San Juana Gomez
2501 Sunny Sky
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Freedom Auto Sales and its custodians of records
49 Greensboro Hwy
Watkinsville, Georgia
May have knowledge of improper title transactions made the basis of this lawsuit.

Juan De Dios Lopez
2737 Florencia Ave.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Robert Scott
1155 Paredes Line Rd. No. 1508
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Iliana V. Nevarez
9175 Boca Chica
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Martinez Used Cars and its custodians of records
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Juan Ochoa Jr.
805 Del Prado Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

James Dickens
1547 N. Reagan Apt. 53
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Alvarado
717 West Right
Harlingen, Texas 78550
May have knowledge of improper title transactions made the basis of this lawsuit.

Oscar Lopez
6442 Meadow Rd.
Norcross, GA 30092-0000
May have knowledge of improper title transactions made the basis of this lawsuit.

Emilio Covarrubias
27935 FM 803
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

Norman Bartel
5034 Boca Chica Blvd. Lot 53
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Miguel F. Villarreal
2571 Rockwell Dr. Apt. 3
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose E. Vasquez
4078 E. Lancaster
Ft. Worth, Texas 76103
May have knowledge of improper title transactions made the basis of this lawsuit.

Felipe Soto
POB 656
Combes, Texas 78535
May have knowledge of improper title transactions made the basis of this lawsuit.

Cristina Moreno
380 Dulce St.
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Maricela Urbina
1230 Ebano
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

Ricardo Hinojosa
4731 Camino Verde
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

56

57

Allstate Central Salvage and its custodians of records
Unit 1017
1000 Dalton
Austin, Texas 78742

Weston Bonner Pool
22802 El Kana Deane Lane
Katy, Texas 77449
May have knowledge of improper title transactions made the basis of this lawsuit.

Nora I. Sanchez
7086 Cerro De Oro
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Julie A. Eakin
908 Renfro
White Settlement, Texas 76108
May have knowledge of improper title transactions made the basis of this lawsuit.

Hilario Romero
4415 Pine Lane
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Downtown Motor Company and its custodians of records
14462 Dedeaux Rd.
Gulfport, MS 3905
May have knowledge of improper title transactions made the basis of this lawsuit.

Maria Lydia Lopez
512 Vermillion Road
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Veronica Tovar
728 Florence Lane
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Lawrence S. Graham
Frances E. Graham
438 Ernest Drive
Marshall, Texas 75670
May have knowledge of improper title transactions made the basis of this lawsuit.

Maria E. Hernandez
662 Saint James St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Lauterback Motors and its custodians of records
208 N. Pecan
Arlington, Texas 76011
May have knowledge of improper title transactions made the basis of this lawsuit.

Sandra Errisuriz
231 Fresno
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

VIP Finance and its custodians of records
801 East Division
Arlington, Texas 76011
May have knowledge of improper title transactions made the basis of this lawsuit.

Phinehas Harris
1659 Green Briar
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Charles Gulotta
Rt 3 Box 755
Greenville, MS 38701
May have knowledge of improper title transactions made the basis of this lawsuit.

Rodolfo Sarmiento
RR 4 Box 301 21
Weslaco, Texas 78596
May have knowledge of improper title transactions made the basis of this lawsuit.

58

59

J&G Auto Sales and its custodians of records
423 S. Bedford St.
Georgetown, DC 19947
May have knowledge of improper title transactions made the basis of this lawsuit.

Abraham Garcia
1572 La Posada
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

International Ruby Auto Sales and its custoidans of records
3813 Harrisburg
Houston, Texas 77003
May have knowledge of improper title transactions made the basis of this lawsuit.

Paul Henry Gonzalez
6141 Dockberry Rd
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Tex Mex Cold Storage Inc. And its custodians of records
6665 E. 14th St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Rodolfo Sarmiento
RR 4 Box 301 21
Weslaco, Texas 78596
May have knowledge of improper title transactions made the basis of this lawsuit.

Georgetown Auto Sales and its custodians of records
Georgetown, DC 19947
May have knowledge of improper title transactions made the basis of this lawsuit.

Roberto Sanchez
1084 Pasadero Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Cen-Tex Auto Sales and its custodians of records
Bryan, Texas 77803
May have knowledge of improper title transactions made the basis of this lawsuit.

60

Maria L. Sanchez
35 San Agustin
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Valley Star Truck Sales and its custodians of records
6377 N. 77 Expressway
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Luis Sias
34410 Bingley Rd
Los Fresnos, Texas 78566
May have knowledge of improper title transactions made the basis of this lawsuit.

Corado Sanchez Jr.
230 Dawn Ave
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

Elvia Luiton
176 Denise Ave.
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

Junior Compton Motors and its custodians of records
1900 Mathis Mill Rd
Albertville, AL 35951
May have knowledge of improper title transactions made the basis of this lawsuit.

Marcelo Guerra
64 San Francisco
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Rene Lopez
114 Haggar Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose G. Cisneros Jr.
361 Cedarelm Crossings
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

61

Eduardo Reyes
2152 S. Oklahoma
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Alejandro Gonzales
300 ½ S. Vine St.
Commerce, OK 74339-2213
May have knowledge of improper title transactions made the basis of this lawsuit.

Claudia Hernandez
RR 1 Box 94 F
La Feria, Texas 78559
May have knowledge of improper title transactions made the basis of this lawsuit.

Elizabeth Isassi
5810 Paso Real
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Mery Ellen Bilokury
Carlos F. Rodriguez
3524 25th St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Joe Costello
704 E. Front
Tyler, Texas 75702-8324
May have knowledge of improper title transactions made the basis of this lawsuit.

Juan Jose Hinojosa
4855 Austin Rd
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Manual S. Martinez
819 Havenway Rd
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

62

Ann Bertha De La Cruz
4645 McKenzie Rd
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Gunnels Interest Inc. And its custodians of records
6750A Gulf Frwy
Houston, Texas 77087
May have knowledge of improper title transactions made the basis of this lawsuit.

Alfredo Ambriz
1145 Sandy Lane
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Specialty Motor Cars
7667 Sonoma
May have knowledge of improper title transactions made the basis of this lawsuit.

Luis Alberto Lezama
3185 Southmost Rd
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Paul C. Ralston
POB 792533
San Antonio, Texas 78279
May have knowledge of improper title transactions made the basis of this lawsuit.

Lezama Lumber Company
3185 Southermost Rd
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Lawrence HHpauir
2814 Oleander Dr.
Pasadena, Texas 77503
May have knowledge of improper title transactions made the basis of this lawsuit.

Sergio Garcia
498 Yvonne Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

63

Bernardino Castro
2784 Carolina
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Lidia Cisneros
6613 Simon Place
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Hector Sanchez
24310 Mountain View
Bonita Springs, Florida 34135-8859
May have knowledge of improper title transactions made the basis of this lawsuit.

Victor Diaz
1814 Taxco
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Joshua L. Fairchild
Stephanie Tilton
14501 Empanada Dr. #1417
Houston, Texas 77083
May have knowledge of improper title transactions made the basis of this lawsuit.

Ismael D. Olivarez
N. Olmito Rd.
POB 133
Rio Hondo, Texas 78583
May have knowledge of improper title transactions made the basis of this lawsuit.

Albert Archuleta
24 Lake View Lane
Huntsville, Texas 77340
May have knowledge of improper title transactions made the basis of this lawsuit.

Francisco L. Flores
145 Portway
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

64

Sosa's Used Cars
4204 Southmost Rd.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Salvador Castillo
9133 Vallehermoso
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Andrew Arbour
4805 Cark St.
Santa Fe, Texas 77517
May have knowledge of improper title transactions made the basis of this lawsuit.

Raul L. Gracia
6207 Jennifer
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Q Vo Auto Sales
3805 N. Southmost Rd.
Brownsville, Texas
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose A. Reyna
3375 McAllen Rd. 203
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Esmeralda Villarreal
49 Joymar Dr. #5
Saint Cloud, MN 56301-9460
May have knowledge of improper title transactions made the basis of this lawsuit.

Maria G. Rios
6962 Laguna De Palmas
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Tomas Alfredo Herrera
3435 Gardenia St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

65

Haris Auto
Fayetteville, AR 72702
May have knowledge of improper title transactions made the basis of this lawsuit.

Alfredo Villarreal Jr.
2304 Shidler
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Juanita Y Castaneda
462 Diaz St.
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

Richard Jenkin's Auto Sales
2609 Hwy 175
Seagull, Texas 75199
May have knowledge of improper title transactions made the basis of this lawsuit.

Luis Nieto
3531 FM 802
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Gary C. Smith
Baton Rouge, LA
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Ernesto Gracia
646 La Quinta Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Pedro Mendoza
6500 Dockberry Rd.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Cruz Elias Jr.
6705 Tolowood Cr
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

66

Juan Poy
9553 Pelon Rd
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Mark A. Draleaus
245 Duncan Road
New Johnsville, TN 37134
May have knowledge of improper title transactions made the basis of this lawsuit.

Alma Sandoval
36813 Montalvo Sub
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

Charlie's Used Cars and its custodians of records
14th Street
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Ruben S. Alvarado
467 San Cristobal
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Anthony Rico
825 San Pedro Lane
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Juanita Gonzalez
2205 Rockwell Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Darrel W. Sterling
Baton Rouge, LA
May have knowledge of improper title transactions made the basis of this lawsuit.

Veronica Barocio
3054 E. 21st
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

67

George Garcia
3504 E. 27th St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Jesus V. Gonzalez
223 Sweet Rose
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

CMW Motors and its custodians of records
217 W. Verterans Memorial Blvd.
Killeen, Texas 76541
May have knowledge of improper title transactions made the basis of this lawsuit.

Alfredo Aviles
7410 Villa Pancho Apt. C
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Alex Auto Sales and its custodians of records
1101 Wayside
Houston, Texas 77020
May have knowledge of improper title transactions made the basis of this lawsuit.

Elique DeLaFuente
105 W. Madison
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Joe A. Ponce
3023 Woodcreek Lane #209
Houston, Texas 77073-0000
May have knowledge of improper title transactions made the basis of this lawsuit.

Antonio Guzman
2480 Jaime Circle
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Phil Wilgus
1075 Bowles Rd.
Gilmer, Texas 75644
May have knowledge of improper title transactions made the basis of this lawsuit.

68

Sarita B. Abrego
23 Ash
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Irma Quintero
Box 78091
Lafferia, Texas 78559
May have knowledge of improper title transactions made the basis of this lawsuit.

Beningna Rojas Roquis
145 Fresno
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Albert Davila Jr.
5485 Boca Chica Blvd.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

West Liberty Auto Sales and its custodians of records
West Liberty, IA
May have knowledge of improper title transactions made the basis of this lawsuit.

Mario Gregoria Garcia
35059 Leal Rd.
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

Diana Sanders
1100 Sims
Jonesboro, AR 72401
May have knowledge of improper title transactions made the basis of this lawsuit.

Dionicio Mendoza Jr.
C/o 1659 Sahara Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Rick/Michael Manrtose Mann
4855 SW Sit6 Rd 116
Bluffton, IN 46714
May have knowledge of improper title transactions made the basis of this lawsuit.

69

Domingo Estrada
172 Kleberg
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Miguel Gomez
18 Lakeview
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Venancio Gonzalez
64 San Eugenio
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Tampa Machinery Auction Inc. And its custodians of records
POB 291069
Tampa, FL 33687
May have knowledge of improper title transactions made the basis of this lawsuit.

Primitivo Chapa
Rt. 27 Box 283
Mission, Texas 78572
May have knowledge of improper title transactions made the basis of this lawsuit.

Rickey Dearmon
17155 A Hwy 26W
Lucedale, MS 39452
May have knowledge of improper title transactions made the basis of this lawsuit.

Rebecca Carrera
5073 Cumellia Lane
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

State Farm Ins. Co. And its custodians of records
505 Idlewild Rd.
Grand Prarie, Texas 75051
May have knowledge of improper title transactions made the basis of this lawsuit.

Roberto Santillana
1554 W. St. Francis
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

70

Rood Rounner Motor Co. And tis custodians of records
Tulsa, OK 74101-1159
May have knowledge of improper title transactions made the basis of this lawsuit.

Merced Cantu III
POB 1847
Port Isabel, Texas 78578
May have knowledge of improper title transactions made the basis of this lawsuit.

Felipe or Jesus Zamora
POB 1500
Port Isabel, Texas 78578
May have knowledge of improper title transactions made the basis of this lawsuit.

Sandra E. Valenzuela
663 N. Dakota Ave.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Gilberto Garza
Fremont, OH 48420
May have knowledge of improper title transactions made the basis of this lawsuit.

Adriana Esther Vela
1803 Apollo Ave.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Roberto Herrera Jr.
11043 Southmost Rd.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Leticia Garcia
1854 Oasis Drive
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Lovens Auto Sales
Alexandria, IN
May have knowledge of improper title transactions made the basis of this lawsuit.

71

Francisco Leija Jr.
6039 Tecate Dr.
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Mario Sanchez
824 Milpa Verde St.
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Miguel Roque
100 Gonales 523
Port Isabel, Texas 78578
May have knowledge of improper title transactions made the basis of this lawsuit.

Gildardo Escalon
2702 8th Ave. S.
Fort Dodge, IA
May have knowledge of improper title transactions made the basis of this lawsuit.

Franco Bautista
924 E. Strenger Lot 18
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

Burnice Newman
Linda Carlise
Arkansas
May have knowledge of improper title transactions made the basis of this lawsuit.

Ricardo Bilbao
3717 E. 23rd St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Apolinar Lopez
300 Eaton
Romeoville, IL 60441
May have knowledge of improper title transactions made the basis of this lawsuit.

Ernesto Olvera
1445 E. Adams St. 117
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

72

Cental A/S
Baton Rouge, LA
May have knowledge of improper title transactions made the basis of this lawsuit.

Martha Alicia Chavez
1875 Cleveland
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Klean Kars
Breau, LA
May have knowledge of improper title transactions made the basis of this lawsuit.

Armando Escamilla
37 Olds Ebony Parkway
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Alfredo Jimenez
4779 Mona Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

CJ Franks Auto Sales and its custodians of records
Mansfield, OH
May have knowledge of improper title transactions made the basis of this lawsuit.

Mario Ramirez
2685 Lima
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Bass Motors
Shreveport, LA
May have knowledge of improper title transactions made the basis of this lawsuit.

Guillermo Perez
132 Cowan Terrace
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

73

Clower Motor Inc.
640 E. Front St.
Arlington, VA 26011
May have knowledge of improper title transactions made the basis of this lawsuit.

Martin Yado
3133 N. Buckingham Ct.
Brownsville, Texas 78526
May have knowledge of improper title transactions made the basis of this lawsuit.

Roxane McKay
R3 Box 155A
Harmony, MN 55939
May have knowledge of improper title transactions made the basis of this lawsuit.

Mercedes H. Pecero
15 Lovell Ct
Brownsville, Texas
May have knowledge of improper title transactions made the basis of this lawsuit.

Ramon Auto Sales and its custodians of records
3785 Southmost
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Segundo Lopez
34 Oro Circle
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Brasher Motor Co. Of Weimer, Inc. And its custodians of records
Weimer, Texas
May have knowledge of improper title transactions made the basis of this lawsuit.

Maria De Lourdes Gamboa
356 Winchell
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

Yvette A. Weiland
POB 253
Geneva, IN 46740-0253
May have knowledge of improper title transactions made the basis of this lawsuit.

74

Jose A. Martinez
405 Willow Lane
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Netos Auto Sales and its custodians of records
1067 S. Expressway
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Ramon Arriaga
824 Jenny Cir B
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Barnett Sthubs Ford and its custodians of records
Franklin, Georgia
May have knowledge of improper title transactions made the basis of this lawsuit.

Cesar Gustavo Barrera
2755 El Granero
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Conrad Guthrie
4002 Postwood Dr.
Spring, Texas 77388
May have knowledge of improper title transactions made the basis of this lawsuit.

Miguel Vasquez
320 Red Rose St.
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Gerald T. Flanagan
4006 Windsor Dr.
Deer Park, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Daniel Vasquez
110 Kleberg
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

75

Omro Auto Sales and its custodians of records
Omro, WI 54963
May have knowledge of improper title transactions made the basis of this lawsuit.

Alfredo Ramirez
6936 Vivero Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Ron Carter Ford Inc. And its custodians of records
FM 528
Alvin, Texas 77511
May have knowledge of improper title transactions made the basis of this lawsuit.

Irma Celia Garcia
2734 Florencia Ave.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Second Hand Motors and its custodians of records
Garland, Texas 75042
May have knowledge of improper title transactions made the basis of this lawsuit.

Veronica Velez
1900 E. Elizabeth Street
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Stephen & Brenda King
Buford, GA 30519
May have knowledge of improper title transactions made the basis of this lawsuit.

Kristopher Armstrong
906 N. 26th
Harlingen, Texas 78550
May have knowledge of improper title transactions made the basis of this lawsuit.

Charlene Townsend
4444 Broadmook Rd.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Manuel Garcia
2620 Dennis CMR Park
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Big John Motor Co. And its custodians of records
Fort Worth, Texas 76117
May have knowledge of improper title transactions made the basis of this lawsuit.

Roberto Santillana Jr.
125 Portway
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Maribel Escalera
174 Meboc Cr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Leo Martinez
POB 1512 Old Dallas Rd
Los Fresnos, Texas 78566
May have knowledge of improper title transactions made the basis of this lawsuit.

Esther Betancourt
924 East Stenger 57
San Benito, Texas 78578
May have knowledge of improper title transactions made the basis of this lawsuit.

Juan Martin Rangel
2111 S. Indiana
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Regal Automotive and its custodians of records
Houston, Texas 77063
May have knowledge of improper title transactions made the basis of this lawsuit.

Maria Guadalupe Acevedo
240 North Booham
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

76

77

Loganville Auto Auction and its custodians of records
Loganville, GA
May have knowledge of improper title transactions made the basis of this lawsuit.

Byron Joe Harmon
9 Cela Ave. Apt 7
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Clifford Allen Carroll
Marilyn Rose Carroll
612 2nd Street
Radford, VA 24141-1432
May have knowledge of improper title transactions made the basis of this lawsuit.

Sonia Castano
234 Southmost Rd
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

UMS Unidad Medica Sandoval and the custodian of records
Analisis Clinicos
Q.F.B. Celia Carrera Martinez
Ej. Estacion Sandoval Mpio. De H. Matamoros, Tam.
Tel: 847-21-15
Provided medical services to Vicenta Cantu for damages she sustained as a result of the facts made the basis of this lawsuit. May be called to provide expert testimony.

Dr. Gustavo M. Rivero Aragon and his custodians of records
Universidad Autonoma De Guerrero
Domicilio Conocoido S/N
Estacion Sandoval
H. Matamoros, Tamps
Tel: 868 847-2115
Provided medical services to Vicenta Cantu for damages she sustained as a result of the facts made the basis of this lawsuit. May be called to provide expert testimony.

Plaintiffs designate all persons and experts designated by any party to this lawsuit. Plaintiff may call additional witnesses as rebuttal witnesses.

(B)    A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings.

A copy of the listed documents are attached (those in bold were provided in Plaintiff's Initial Disclosures which were mailed to Defendants on October 4, 2004):

1 .............. Certified Copies of the District Clerk's Files Regarding Notary Defendants
2 ...................................... Brownsville Herald Article Regarding Notaries
3 .............................. Brownsville Herald Article Regarding Enrique Barreda, Sr.
4 . Texas Ethics Commission Order and Agreed Resolution Regarding Tony Yzaguirre, Jr.
5 .. Texas Ethics Commission Order and Agreed Resolution Regarding Gilberto Hinojosa
6 ................................... PACER Docket Sheet for Enrique Barreda, Sr.
7 ................................... Public Data Criminal Report for Eniel Barreda
8 ................................ Public Data Criminal Report for Enrique Barreda, Sr.

The following documents are being produced herewith unless otherwise indicated:

9 ......................... Title Application Receipts and Related Documents
10 ....................... Affidavit of Ruth Waiver dated August 2, 2002
11 ................ Memo from Tony Yzaguirre dated 02/28/03
12 ...................... Letter regarding Grievance of Felix R. Munoz dated 09/22/04
13 .............. Written Reprimand by Felix Munox of Elida Barbosa dated 8/10/04
14 ............................... Grievance of Felix R. Munoz 09/16/04
15 ......... Job Description for Chief Deputy of Operations Tax Assessor/Collector's Office
16 .................... Reprimand of Felix Munoz by Tony Yzaguirre, Jr. Dated 09/07/04
17 .. Memo from Tony Yzaguirre, Jr. To Felix Munox ordering Munoz to assist Barbosa
18 ...................... Personnel Policies Manuel of Cameron County, Texas
19 ......................... Affidavit of Felix Munoz dated August 3, 2002
20 ................ Memo from Tony Yzaguirre, Jr. To Office Personnel dated 06/26/03
21 ......... Documents produced by Cameron County in regard to Public Information Request
22 ......... Personnel file of Vicenta Cantu provided to her on April 2, 2003
      *Please contact Plaintiffs' counsel to make arrangements to see and/or obtain copy
23 ......................... Personnel file of Diamantina Alvarado
      *Please contact Plaintiffs' counsel to make arrangements to see and/or obtain copy
24 ................... Records obtained through Public Information Act Request
from the Texas Department of Transportation regarding Cameron County Auto Task Force
      *Please contact Plaintiffs' counsel to make arrangements to see and/or obtain copy
25 ......................... Write-up of Eniel Barreda
26 ...................... 3 pages - 2 bills of sale and purchaser information
27 ...................... 06/20/03 Public Information Act Request
28 ...................... Forced Resignation of Felix Munoz dated 11/12/04
29 ...................... Letter from Diamantina Alvarado to Gilberto Hinojosa

78

79

30 .................................... Grievance and related documents of Felix Munoz
31 ..................... 10/04/04 letter from Tony Yzaguirre to Felix Munoz w/attachments
32 ..................... Correspondence regarding Public Information Act request to view videotapes
33 ......... Public Information Act correspondence and related documents - Manual Villarreal
34 ..................... 10/12/04 Letter from Gilson to Hinojosa and Yzaguirre
35 ..................... Memo from Yzaguirre to Munoz ordering him to assist Barbosa
36 ..................... Medical Records for Vicenta Cantu
37 ..................... Texas Public Information Act Request from Vicenta Cantu dated 3/31/03
38 ..................... Correspondence from TDOT to Gilson dated 03/24/03
39 ..................... Correspondence from Gilson to TXDOT dated 04/15/03
40 ..................... Letter of Termination to Vicenta Cantu dated 05/17/02
41 ..................... Personnel Policies Manual of Cameron County, Texas
        *Please contact Plaintiffs' counsel to make arrangements to see and/or obtain copy
42 ..................... Letter from TXDOT to Gilson dated 04/03/03
43 ..................... 03/18/03 Letter from Gilson to TXDOT

(C)    A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

Response:

Plaintiffs seeks damages in the form of:

1.    Compensatory damages;
2.    Actual damages;
3.    Exemplary and/or Punitive damages as allowed by law;
4.    Front pay;
5.    Back pay;
6.    Pre-judgment interest;
7.    Post-judgment interest;
8.    Loss of past earnings;
9.    Loss of future earnings;
10.   Loss of retirement/other benefits;
11.   Future mental anguish and emotional distress;
12.   Past mental anguish and emotional distress;
13.   Attorneys' fees and court costs as allowed by law;
14.   Injunctive and equitable relief;
15.   Defendants be ordered to refrain from any retaliatory actions against Plaintiffs; and
16.   Such other relief as Plaintiffs may show themselves justly entitled to by law or equity.

80

Plaintiff must conduct discovery to be able to respond to this request more specifically.

D.    For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Response:    Not applicable.

Law Office of Gay E. Gilson
719 South Shoreline, Suite 301A
Corpus Christi, Texas 78401
Telephone: (361) 887-0552
Facsimile: (361) 887-0554

By: _____
GAY E. GILSON
SBN 00784131/Fed.I.D. 16385
ATTORNEY IN CHARGE FOR
PLAINTIFFS

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served on the Defendants' counsel of record:

Rene B. Gonzalez                                          Via First Class Mail
Cameron County (District) Attorney
974 East Harrison Street
Brownsville, Texas 78520
Attorney for Tony Yzaguirre, Jr.

Richard O. Burst                                         Via First Class Mail
Civil Legal Department
964 East Harrison Street
Brownsville, Texas 78520
Attorney for Ameron County

pursuant to the Federal Rules of Civil Procedure on this June 13, 2005.

_____
Gay E. Gilson

81

CIVIL ACTION NO. B-03-096

DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO
PROVIDE ADEQUATE RULE 26 DISCLOSURES

# EXHIBIT 2

LAW OFFICES OF

# ADAMS & GRAHAM, L.L.P.

**ROGER HUGHES**
RHughes@adamsgraham.com

222 E. VAN BUREN, WEST TOWER
P. O. DRAWER 1429
HARLINGEN, TEXAS 78551

TEL. (956) 428-7495
FAX (956) 428-2954
adamsgraham.com

October 6, 2005

Mr. Gay E. Gilson
**LAW OFFICE OF GAY E. GILSON**
719 South Shoreline, Suite 301A
Corpus Christi, TX 78401

*Via Facsimile: 361/887-0554*

**Re:    Cause No. B-03-CV-96, Cantu, et al. v. Cameron County, Texas, et al.**
**Our File No. Y-0080**

Dear Ms. Gilson:

I write in order to ask you to supplement Plaintiffs' Initial Disclosure concerning the subject matter of the persons with knowledge. After studying them, it is Defendants' opinion that the identification of persons with the potential knowledge and the subject matter of their relevant information is inadequate.

First, in several cases, only a business entity is identified (e.g., Texas Department of Transportation, Dillard's Department Store, the Texas Ethics Commission etc.). No specific person is identified and the subject matter of their relevant knowledge is very vague.

Next, pages 10-78 of your supplemental initial disclosures contain the names of over 400 individuals spread across several states, and describing the subject matter of their testimony as "may have knowledge of improper title transactions . . .". Is our position that the purpose of disclosures under Rule 26(a)(1)(A) is to minimize the expenditure and time and money and to facilitate the beginning of discovery. Providing a laundry list of undifferentiated witnesses, giving only a generic disclosure for each one fails to satisfy the rule.

Therefore, pursuant to Rules 26 and 37, we ask that you supplement within ten days after receipt of this letter.

I look forward to hearing from at your earliest opportunity.

Mr. Gay E. Gilson
Re:     Cause No. B-03-CV-96
October 6, 2005
Page 2


Sincerely,

ADAMS & GRAHAM, L.L.P.


ROGER W. HUGHES

RWH/fmg

cc:
Mr. Richard Burst
CAMERON COUNTY ATTORNEY
964 E. Harrison
Brownsville, TX 78520

Mr. Charles Willette, Jr.
WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Suite 200
Brownsville TX 78520

CIVIL ACTION NO. B-03-096

DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO
PROVIDE ADEQUATE RULE 26 DISCLOSURES

# EXHIBIT 3

## Roger W. Hughes

| | |
|---|---|
| **From:** | Roger W. Hughes [RHughes@adamsgraham.com] |
| **Sent:** | Tuesday, October 18, 2005 9:38 AM |
| **To:** | 'Gay Gilson' |
| **Cc:** | Richard Burst (Rburst@co.cameron.tx.us); rlbilbie@co.cameron.tx.us; Heather Scott |

**Subject:** Cantu v. Yzaguirre

I have spoken with co-counsel. They wish Plaintiffs to supplement the description for the list of persons with knowledge.

As far as documents for Disclosure you wish to review, I have told that Willette's firm has them. I wish to check to be sure before I tell you come; don't wish you to make a wasted trip. I will try to call today or tomorrow.

Roger W. Hughes
Adams & Graham, LLP
222 E. Van Buren
PO Drawer 1429
Harlingen, TX 78551-1429
Phone: 956/428-7495
Fax: 956/428-2954

--
No virus found in this outgoing message.
Checked by AVG Anti-Virus.
Version: 7.0.344 / Virus Database: 267.12.2/140 - Release Date: 10/18/2005

12/6/2005

CIVIL ACTION NO. B-03-096

DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO
PROVIDE ADEQUATE RULE 26 DISCLOSURES

# EXHIBIT 4

# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR.
R. D. "BOBBY" GUERRA*
EILEEN M. LEEDS

ELIZABETH S. CANTU*
ANALISA FIGUEROA
JOE HERNANDEZ*
MELANIE A. MOORE
ROBERT PUENTE *
HEATHER SCOTT

1534 EAST 6TH STREET, SUITE 200
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 541-1846
FACSIMILE:  (956) 541-1893

*MCALLEN OFFICE:
801 WEST NOLANA, SUITE 320
MCALLEN, TEXAS  78504
TELEPHONE: (956) 686-2266
FACSIMILE (956) 686-5913

November 4, 2005

*Via Facsimile: (361)887-0554*
Ms. Gay E. Gilson
**LAW OFFICE OF GAY E. GILSON**
719 South Shoreline, Suite 301A
Corpus Christi, TX 78401

> Re:     Civil No. B-03-096
> Vicenta Cantu vs. Cameron County, et al.
> U.S. District Court
> Southern District of Texas
> Brownsville Division
> **Our File No. 03-172   CW/HS**

Dear Ms. Gilson:

I am writing in order to ask you to voluntarily amend Plaintiffs' Designation of Experts and to supplement Plaintiffs' Initial Disclosures concerning the subject matter of the persons with knowledge.

In Plaintiffs' Designation of Experts, you have globally identified as non-retained testifying experts "all persons identified by any Plaintiff and/or Defendant in response to any discovery request or disclosure to provide expert testimony in this case." You further state that "all persons identified may be called upon to give an expert opinion based upon their knowledge and experience relevant to the claims made the basis of this lawsuit."

This global designation of non-retained testifying experts does not provide Defendants with fair notice as to who the Plaintiffs' experts may be. It is simply unreasonable for you to designate the more than 500 fact witnesses you have named in Plaintiffs' Initial Disclosures as non-retained testifying experts. Just because an individual has been classified as a non-retained testifying expert does not mean that the individual meets the qualifications necessary to be considered an expert under FRE 702.

Ms. Gay Gilson
**LAW OFFICE OF GAY E. GILSON**
November 7, 2005
Page 2

At this time, we would ask that you please clarify Plaintiffs' Designation of Experts by identifying exactly who you expect to call upon as experts in this case and setting forth their qualifications to be an expert under FRE 702, the subject of their testimony, and the substance of their opinion. The medical providers and attorneys listed in Plaintiffs' Designation of Experts do not require any additional information.

Please amend Plaintiffs' Designation of Experts within one week upon receipt of this letter. Pursuant to FRCP 26, we are entitled to this requested information, and we are asking you to provide us with this information voluntarily by amending Plaintiffs' Designation of Experts. However, should you fail to voluntarily amend Plaintiffs' Designation of Experts, we will secure this information in the form of Interrogatories pursuant to FRCP 26(a)(5), and we may consider filing a motion asking the court to impose the requirement of a written expert report on the individuals identified who will provide opinions under FRE 702.

In addition, please allow this letter to serve as a second request to supplement Plaintiffs' Initial Disclosures concerning the subject matter of the persons with knowledge. After studying them, it is Defendants' opinion that the identification of more than 500 persons with potential knowledge and the subject matter of their relevant information is voluminous, overly burdensome and amounts to harassment. Further, the subject matter of their relevant information is too broad and does not provide Defendants with the specific subject matter so as to give reasonable notice as to the information such persons may have concerning the Plaintiffs' claims made the basis of this lawsuit. Consequently, without a more reasonable number of witnesses being designated with more specific information given as to their knowledge, Defendants would have to depose over 500 witnesses. Should you fail to voluntarily supplement Plaintiffs' Initial Disclosures concerning the subject matter of persons with knowledge, we will have no alternative but to file a motion to compel disclosure of this information and for appropriate sanctions pursuant to FRCP 37.

Should you have any questions or concerns, please do not hesitate to contact us.

Very Truly Yours,

WILLETTE & GUERRA, L.L.P.

By: _____
          Charles Willette, Jr.
          Attorney for Cameron County

CIVIL ACTION NO. B-03-096

DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO
PROVIDE ADEQUATE RULE 26 DISCLOSURES

# EXHIBIT 5

## Roger W. Hughes

**From:** Roger W. Hughes [RHughes@adamsgraham.com]
**Sent:** Monday, November 07, 2005 5:03 PM
**To:** gegilson@gilsonlaw.com
**Cc:** 'rburst@co.cameron.tx.us'; 'Charles Willette'; 'Heather Scott'
**Subject:** Cantu v. Cameron County/Yzaguiree

This follows up our conference last week about some discovery matters.

First, we all can meet on Nov 21, '05, at Willette's office in Brownsville to review each other Rule 26 documents. Willette's office is now one block from federal courthouse. They have said they will let you use their copy machine.

Second, I have discussed supplementing the witness information descriptions in your Rule 26 disclosures, and we cannot give you until the Interrogatories are due to supplement the disclosures. My people want the information ASAP so we figure out what discovery is really necessary. I am instructed press forward on a motion to supplement I do not have a supplement shortly.

Roger W. Hughes
Adams & Graham, LLP
222 E. Van Buren
PO Drawer 1429
Harlingen, TX 78551-1429
Phone: 956/428-7495
Fax: 956/428-2954

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message is confidential, intended for named recipient(s) and may contain information that is privileged, attorney work product, or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution, or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this e-mail from your computer. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or
other applicable privilege. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.1.362 / Virus Database: 267.12.8/162 - Release Date: 11/5/2005

CIVIL ACTION NO. B-03-096

DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO
PROVIDE ADEQUATE RULE 26 DISCLOSURES

# EXHIBIT 6

# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR.
R. D. "BOBBY" GUERRA*
EILEEN M. LEEDS

ELIZABETH S. CANTU*
ANALISA FIGUEROA
JOE HERNANDEZ*
MELANIE A. MOORE
ROBERT PUENTE *
HEATHER SCOTT

1534 EAST 6TH STREET, SUITE 200
BROWNSVILLE, TEXAS  78520
TELEPHONE: (956) 541-1846
FACSIMILE:  (956) 541-1893

*MCALLEN OFFICE:
801 WEST NOLANA, SUITE 320
MCALLEN, TEXAS  78504
TELEPHONE: (956) 686-2266
FACSIMILE (956) 686-5913

November 7, 2005

*Via Facsimile: (361)887-0554*
Ms. Gay E. Gilson
**LAW OFFICE OF GAY E. GILSON**
719 South Shoreline, Suite 301A
Corpus Christi, TX 78401

Re:    Civil No. B-03-096
       Vicenta Cantu vs. Cameron County, et al.
       U.S. District Court
       Southern District of Texas
       Brownsville Division
       **Our File No. 03-172  CW/HS**

Dear Ms. Gilson:

I am writing in order to ask you to voluntarily amend Plaintiffs' Designation of Experts and to supplement Plaintiffs' Initial Disclosures concerning the subject matter of the persons with knowledge.

In Plaintiffs' Designation of Experts, you have globally identified as non-retained testifying experts "all persons identified by any Plaintiff and/or Defendant in response to any discovery request or disclosure to provide expert testimony in this case." You further state that "all persons identified may be called upon to give an expert opinion based upon their knowledge and experience relevant to the claims made the basis of this lawsuit."

This global designation of non-retained testifying experts does not provide Defendants with fair notice as to who the Plaintiffs' experts may be. It is simply unreasonable for you to designate the more than 500 fact witnesses you have named in Plaintiffs' Initial Disclosures as non-retained testifying experts. Just because an individual has been classified as a non-retained testifying expert does not mean that the individual meets the qualifications necessary to be considered an expert under FRE 702.

Ms. Gay Gilson
**LAW OFFICE OF GAY E. GILSON**
November 7, 2005
Page 2

At this time, we would ask that you please clarify Plaintiffs' Designation of Experts by identifying exactly who you expect to call upon as experts in this case and setting forth their qualifications to be an expert under FRE 702, the subject of their testimony, and the substance of their opinion. The medical providers and attorneys listed in Plaintiffs' Designation of Experts do not require any additional information.

Please amend Plaintiffs' Designation of Experts within one week upon receipt of this letter. Pursuant to FRCP 26, we are entitled to this requested information, and we are asking you to provide us with this information voluntarily by amending Plaintiffs' Designation of Experts. However, should you fail to voluntarily amend Plaintiffs' Designation of Experts, we will secure this information in the form of Interrogatories pursuant to FRCP 26(a)(5), and we may consider filing a motion asking the court to impose the requirement of a written expert report on the individuals identified who will provide opinions under FRE 702.

In addition, please allow this letter to serve as a second request to supplement Plaintiffs' Initial Disclosures concerning the subject matter of the persons with knowledge. After studying them, it is Defendants' opinion that the identification of more than 500 persons with potential knowledge and the subject matter of their relevant information is voluminous, overly burdensome and amounts to harassment. Further, the subject matter of their relevant information is too broad and does not provide Defendants with the specific subject matter so as to give reasonable notice as to the information such persons may have concerning the Plaintiffs' claims made the basis of this lawsuit. Consequently, without a more reasonable number of witnesses being designated with more specific information given as to their knowledge, Defendants would have to depose over 500 witnesses. Should you fail to voluntarily supplement Plaintiffs' Initial Disclosures concerning the subject matter of persons with knowledge, we will have no alternative but to file a motion to compel disclosure of this information and for appropriate sanctions pursuant to FRCP 37.

Should you have any questions or concerns, please do not hesitate to contact us.

Very Truly Yours,

WILLETTE & GUERRA, L.L.P.

By: _Charles Willette, Jr._ w/p+S
Charles Willette, Jr.
Attorney for Cameron County

CIVIL ACTION NO. B-03-096

DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO
PROVIDE ADEQUATE RULE 26 DISCLOSURES

# EXHIBIT 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

VICENTA CANTU; FELIX R. MUNOZ;  §
RUTH WEAVER;                    §
DIAMANTINA ALVARADO; AND        §
LINDA GARCIA                    §
                                §
        Plaintiffs              §
                                §
vs.                             §    Civil Action No. 03-CV-96
                                §
CAMERON COUNTY and              §    JURY TRIAL REQUESTED
TONY YZAGUIRE, JR., Tax Assessor-  §
Collector of Cameron County and Director,  §
Cameron County Automobile Crimes  §
Enforcement Task Force, in his  §
individual capacity             §

VICENTA CANTU'S RESPONSES TO DEFENDANT'S INTERROGATORIES

Now comes Plaintiff and provides the following responses to Defendant's interrogatories.

Respectfully submitted,

By: _Gay E. Gilson_
GAY E. GILSON
Law Office of Gay E. Gilson
719 South Shoreline, Suite 301A
Corpus Christi, Texas 78401
(361) 887-0552
Facsimile (361) 887-0554
SBN 00784131/Fed.I.D. 16385
ATTORNEY IN CHARGE FOR PLAINTIFFS

1

---

DAVID LEE MCGEE
Law Office of David Lee McGee, P.C.
3827 North 10th Street, Suite 302 A
Plaza 10 Building
McAllen, Texas 78501
SBN 13612550/Fed I.D.5932
Telephone: (956) 687-2010
Facsimile: (956) 687-2937
CO COUNSEL FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I certify that a copy of this instrument was served on the following attorney's of record according to the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Texas:

Roger Hughes
Adams & Graham, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429

Mr. Charles Willette
Willette & Guerra, L.L.P.
1534 East 6th Street Suite 200
Brownsville, Texas 78520

on this December 2, 2005.

_Gay E. Gilson_
Gay E. Gilson

2

---

1.    Please identify yourself by supplying your full name, current address, telephone number, social security number and date of birth.

ANSWER:    Vicenta B. Cantu
           3192 La Plaza Dr.
           Brownsville, Texas 78521
           (956) 455-2633
           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
           12/15/1964

2.    Please list for each place of your employment since leaving employment the Cameron County Tax Assessor giving the following information:

      a)    name and address of your employer;
      b)    the date that you commenced working for such employer and the date that you left; and
      c)    your position and compensation.

ANSWER:

      a)    Southern Texas Title Company
            717 N. Expressway
            Brownsville, Texas 78520
      b)    I started working there approximately November 3, 2003 and I am still working there.
      c)    Typist making $1,400.00/month.

3.    Please identify each physician, chiropractor, doctor of osteopathy, psychiatrist, psychologist, hospital or clinic who has examined, treated you or with whom you have consulted, or to whom you have gone for any reason for a period of since January 1, 1998, by giving the name, address and telephone number of each such healthcare provider; and describe the reason for treatment.

ANSWER:    UMS Unidad Medica Sandoval and the custodian of records
           Analisis Clinicos
           Q.F.B. Celia Carrera Martinez
           Ej. Estacion Sandoval Mpio. De H. Matamoros, Tam.
           Tel: 847-21-15
           Provided medical services to Vicenta Cantu for damages she sustained as a result of the facts made the basis of this lawsuit. May be called to provide expert testimony.

           Dr. Gustavo M. Rivero Aragon and his custodians of records
           Universidad Autonoma De Guerrero

3

---

           Domicilio Concocido S/N
           Estacion Sandoval
           H. Matamoros, Tamps
           Tel: 868 847-2115
           Provided medical services to Vicenta Cantu for damages she sustained as a result of the facts made the basis of this lawsuit. May be called to provide expert testimony.

           Dr. Gale Thomas Downey
           Austin Dr. Ass.
           1867 North Shore Dr.
           San Benito, Texas
           (512) 305-7030

4.    Please identify each physician, chiropractor, doctor of osteopathy, psychiatrist, psychologist, hospital or clinic who has examined, treated you or with whom you have consulted by reason of your consortium claim which forms the basis of this lawsuit by giving the name, address and telephone number of each such healthcare provider; and the condition or reason for treatment.

ANSWER:

           Dr. Gustavo M. Rivero Aragon and his custodians of records
           Universidad Autonoma De Guerrero
           Domicilio Concocido S/N
           Estacion Sandoval
           H. Matamoros, Tamps
           Tel: 868 847-2115
           Provided medical services to Vicenta Cantu for damages she sustained as a result of the facts made the basis of this lawsuit. May be called to provide expert testimony.

           Dr. Gale Thomas Downey
           Austin Dr. Ass.
           1867 North Shore Dr.
           San Benito, Texas
           (512) 305-7030

5.    Heave you ever been arrested, indicted for, plead guilty to or been found guilty of any crime? If so, please state when and where and the nature of the charge.

ANSWER:    No.

6.    Have you ever been a party to a lawsuit prior the present suit? If so, please state the nature of the suit, the court in which said suit took place in, including the complete style.

4

the cause of action, whether you were Plaintiff or Defendant, the date each such suit was filed and the final disposition of said suit.

ANSWER:   No.

7.   Please state and describe your legal contentions and the factual basis for those contentions pertaining to your claim that:

    a.   Defendant accepted money or favors from any person or business to process fraudulent or improper vehicle registrations, title applications, or title transfers, stating the names and addresses of such persons, the amounts of money and the favors.

    b.   Defendant Yzaguirre gave "special treatment" to anyone in the processing of vehicle registrations, title transfer, or title transfers, or title applications, stating the names and addresses of such persons and describing each individual actual act of special/preferential treatment.

    c.   Defendant Yzaguirre engaged in unprofessional, corrupt or unlawful activity, describing each act and when it occurred and stating the names of the persons present or involved.

ANSWER:   I incorporate by reference as if full set-out herein, the paragraphs which pertain to me in Plaintiffs' live pleading and in all 7a Replys.  These pleadings are detailed and explain the basis of my claims.

8.   Please state and describe your legal contentions and the factual basis for those contentions pertaining to your claim that on any occasion you told Defendants or any third party that Defendant Yzaguirre did any illegal, improper, or corrupt act.  For each occasion of speech, give the names and addresses of all present, the date of such speech activities, and state exactly what you said.

ANSWER:   I incorporate by reference as if full set-out herein, the paragraphs which pertain to me in Plaintiffs' live pleading and in all 7a Replys.  These pleadings are detailed and explain the basis of my claims.

9.   Please state and describe your legal contentions and the factual basis for those contentions pertaining to your claim that you made complaints to the Texas Department of Transportion or any other law enforcement agency concerning any complaint about Defendant Yzaguirre's acts or omissions.  For each occasion, give the names and addresses the persons to whom Plaintiff Cantu complained, the date of such speech activities, and state exactly what you said.

5

ANSWER:   I incorporate by reference as if full set-out herein, the paragraphs which pertain to me in Plaintiffs' live pleading and in all 7a Replys.  These pleadings are detailed and explain the basis of my claims.

10.   Please state and describe your legal contentions and the factual basis for those contentions pertaining to your claim that you were part of any association to speak out about alleged improprieties, encourage others to do so, or discuss same.  Describe when and how the association began and who were its members.

ANSWER:   I incorporate by reference as if full set-out herein, the paragraphs which pertain to me in Plaintiffs' live pleading and in all 7a Replys.  These pleadings are detailed and explain the basis of my claims.

11.   Identify specifically each vehicle registration, title transfer application, or title application you claim was fraudulent or improper that should have been rejected or questioned.  For each instances, describe the reasons it was fraudulent or improper, the persons involved in the underlying sale or transfer, and how Defendant Yzaguirre knew of the alleged fraud or impropriety.

ANSWER:   I cannot recall every specific fraudulent or improper transaction that I witnessed while working for Defendants.  I have identified as many as I can in the 7a Reply.  I incorporate by reference as if full set-out herein, the paragraphs which pertain to me in Plaintiffs' live pleading and in all 7a Replys.  These pleadings are detailed and explain the basis of my claims.

12.   For each person identified by you in your disclosures, provide a description of the relevant facts known to that person.

ANSWER:   Vicenta Cantu
c/o Law Office of Gay E. Gilson
719 S. Shoreline, Suite 301A
Corpus Christi, Texas 78401
(361) 887-0552
Plaintiff in this case.  Has knowledge of the claims, facts and damages as specified in complaint.

Felix R. Munoz
c/o Law Office of Gay E. Gilson
719 S. Shoreline, Suite 301A
Corpus Christi, Texas 78401
(361) 887-0552
Plaintiff in this case.  Has knowledge of the claims, facts and damages as specified in complaint.

6

Ruth Weaver
c/o Law Office of Gay E. Gilson
719 S. Shoreline, Suite 301A
Corpus Christi, Texas 78401
(361) 887-0552
Plaintiff in this case.  Has knowledge of the claims, facts and damages as specified in complaint.

Diamantina Alvarado
c/o Law Office of Gay E. Gilson
719 S. Shoreline, Suite 301A
Corpus Christi, Texas 78401
(361) 887-0552
Plaintiff in this case.  Has knowledge of the claims, facts and damages as specified in complaint.

Linda Garcia
c/o Law Office of Gay E. Gilson
719 S. Shoreline, Suite 301A
Corpus Christi, Texas 78401
(361) 887-0552
Has knowledge of the claims, facts and damages as specified in complaint.

Tony Yzaguirre, Jr.
Cameron County Tax Assessor-Collector
964 E. Harrison
Brownsville, Texas
(956) 544-0800
Defendant in this case.  Has knowledge of the claims, facts and damages as specified in the complaint.

David Lee McGee
Law Offices of David Lee McGee
3827 N. 10th Street, Suite 302-B
McAllen, Texas 78501
(956) 687-2010
Attorney for Plaintiffs.  Has knowledge of reasonable and necessary attorney's fees in this case.  May testify as an expert on this subject.

Gay E. Gilson
Law Office of Gay E. Gilson
719 S. Shoreline, Suite 301A
Corpus Christi, Texas 78401
(361) 887-0552
Attorney for Plaintiffs.  Has knowledge of reasonable and necessary attorney's fees in this case.

7

May testify as an expert on this subject.
Mr. Charles Willette
Mr. Roman "Dino" Esparza
Willette & Guerra, L.L.P.
1534 East 6th St., Suite 200
Brownsville, Texas 78520
(956) 541-1846

Mr. Craig Vittitoe
Mr. Roger Hughes
Adams & Graham, L.L.P.
222 E Van Buren West Tower
Harlingen, Texas 78550
(956) 428-7495

Cameron County Automobile Crimes Enforcement Task Force, its supervisors, directors, employees and contractors.  Has knowledge of the facts made the basis of this lawsuit as alleged in Plaintiffs' pleadings, motions and responses.

Texas Automobile Theft Prevention Authority, its employees, managers, and custodians of records
4000 Jackson Avenue
Austin, Texas 78731
Telephone: (512) 374-5101
Has knowledge of the facts as alleged in detail in Plaintiffs' pleadings, motions and responses.

Texas Department of Transportation, Texas Motor Vehicle Enforcement Division
125 E. 11th St.
Austin, Texas 78701-2483
Has knowledge of the facts as alleged in detail in Plaintiffs' pleadings, motions and responses.

Dillards Department Store, its supervisors, managers and employees
1248 N Expwy 83
Brownsville, TX 78520
(956) 546-4581
Diamantina Alvarado's employer.  May have knowledge of Plaintiff's claims and damages made the basis of this lawsuit.

Jesse Garcia, Jr.
Chief Deputy - Administration
Cameron County 031 / PH
P. O. Box 952, Brownsville, TX 78522-0952
964 E. Harrison, 1st Floor, Brownsville, TX , TX 78520

8

Tel : 956.544.0804
Has knowledge of the facts and damages as specified in Plaintiff's pleadings.

Joe Mireles
Chief of Investigation
ATPA
P. O. Box 952, Brownsville, TX 78522-0952
964 E. Harrison, 1st Floor, Brownsville, TX , TX 78520
Tel : 956.544.0804
Has knowledge of the facts and damages as specified in Plaintiff's pleadings.

David E. Montoya,
Executive Director
Texas Board of Tax Professional Examiners
333 Guadalupe
Tower 2, Suite 520
Austin, Texas 78701-3942
Has knowledge of the facts and damages as specified in Plaintiff's pleadings

Enrique Barrera, Sr.
2800 FM 802 Apt.2085
Brownsville, Texas 78521
One of the notaries made the basis of this lawsuit.

Enrique Barrera, Jr.
174 Hagger
Brownsville, Texas 78521
One of the notaries made the basis of this lawsuit.

Moises Leonel Torres
1543 Codorniz Dr.
Brownsville, Texas 75526
(956) 546-4130
One of the notaries made the basis of this lawsuit.

Mark Garcia
1879 Royal Oak
Brownsville, Texas 78520
Nearest relative of Moises Torres

Torres Insurance
Southmost Rd
Brownsville, Texas 78521

9

Moises Torres' employer.

Cameron County District Attorney's Office and its employees, attorneys, supervisors and custodians of records
974 East Harrison Street
Brownsville, Texas 78520
Has knowledge of the criminal charge brought against the notaries made the basis of this lawsuit.

Cameron County Attorney's Office and its employees, attorneys, supervisors and custodians of records
974 East Harrison Street
Brownsville, Texas 78520
Has knowledge of the criminal charge brought against the notaries made the basis of this lawsuit.

Ismael Hinojosa
Cameron County District Attorney's Office
974 East Harrison Street
Brownsville, Texas 78520
Has knowledge of the criminal charge brought against the notaries made the basis of this lawsuit.

Michael LePore
U.S. Customs Service
1800 Paredes Line Road
Brownsville, Texas 7521
(956) 542-7831
Witness for the prosecution regarding charges brought against the notaries made the basis of this lawsuit.

Trip Felton
Internal Revenue Service
1036 E. Levee
Brownsville, Texas
(956) 986-2232
Witness for the prosecution regarding charges brought against the notaries made the basis of this lawsuit.

Becky Beck
Custodian of Records
Texas Department of Transportation
7901 North I35
Austin, Texas 78761-5726
Witness for the prosecution regarding charges brought against the notaries made the basis of this lawsuit.

10

Lupita DeLeon
One of the notaries made the basis of this lawsuit.

Rene Medrano
Texas Department of Transportation and its custodians of records
600 W. Expwy 83
Pharr, Texas 78577
(956) 781-3291
Has knowledge of the criminal charges brought against Estella Guerra.

Reynaldo G. Garza, III
Law Offices of Ernesto Gamez, Jr., P.C.
777 East Harrison Street
Brownsville, Texas 78520
Attorney for Estella Guerra.  Has knowledge of criminal charges brought against her.

Estella Guerra
1385 E. 9th St.
Brownsville, Texas 78520
One of the notaries made the basis of this lawsuit.

Carlos Torres
6552 Tepeyac
Brownsville, Texas 78521
(956) 831-7606
One of the notaries made the basis of this lawsuit.  .

Irene Machuca
1604 Beush Dr.
Pasadena, Texas
(713) 534-7764
Has knowledge of the criminal charges brought against Carlos Torres made the basis of this lawsuit.

Francisco Rios
27100 Paloma Bvld.
Harlingen, Texas 78552
Has knowledge of the criminal charges brought against Carlos Torres made the basis of this lawsuit.

Darleen Bertelsen
6900 Coffeeport Rd. Ste 404
Brownsville, Texas 78521

11

(956) 831-9855
Has knowledge of the criminal charges brought against Carlos Torres made the basis of this lawsuit.

Estela D. Coello
55 San Agustin
Brownsville, Texas 78521
Has knowledge of the criminal charges brought against Carlos Torres made the basis of this lawsuit.

Shelco Walton
1000 Dalton Lane
Austin, Texas 78741
(512) 385-3126
Has knowledge of the criminal charges brought against Carlos Torres made the basis of this lawsuit.

Ricardo Hinojosa
4731 Camino Verde
Brownsville, Texas 78521
(956) 968-1511
Has knowledge of the criminal charges brought against Carlos Torres made the basis of this lawsuit.

Israel Perez
875 Quail Hollow
Weslaco, Texas
(956) 778-9570
Has knowledge of the criminal charges brought against Carlos Torres made the basis of this lawsuit.

Jeffrey Chen
Assistant County & District Atty.
Cameron County District Attorney
974 E. Harrison Street
Brownsville, Texas 78520
(956) 544-0849

David A. Coronado
Assistant County & District Atty.
Cameron County District Attorney
974 E. Harrison Street
Brownsville, Texas 78520

12

(956) 544-0849
Has knowledge of the prosecution of the notaries made the basis of this lawsuit.

Yolanda de Leon
Assistant County & District Atty.
Cameron County District Attorney
974 E. Harrison Street
Brownsville, Texas 78520
(956) 544-0849

Rebecca Cabrera
5073 Camelia Lane
Brownsville, Texas
(956) 504-2153
Has knowledge of the criminal charges brought against Irma Torres made the basis of this lawsuit.

Mireya Gutierrez
1858 Crooks Court
Grand Prairie, Texas 75051
(972) 266-9448
Has knowledge of the criminal charges brought against Irma Torres made the basis of this lawsuit.

Peter M. Zavaletta
The Zavaletta Law Firm
603 E. St. Charles St.
Brownsville, Texas 78520
(956) 546-5567
Represented Irma Torres. Has knowledge of the criminal charges brought against Irma Torres.

Migdalia Lopez
197th Judicial District
Cameron County
Brownsville, Texas
Has knowledge of the criminal charges brought against the notaries in this case.

Fred Kowalski
902 E. Madison St.
Brownsville, Texas
Attorney for Erique Barreda, Sr.
Has knowledge of the criminal charges brought against him.

13

Irma Torres
1543 Cordemiz Dr.
Brownsville, Texas 78526
Criminal charges were filed against Irma Torres which are made the basis of this lawsuit.

Julio Hernandez
Cameron County Tax Assessor-Collector
Cameron County 031 / PH
P. O. Box 952, Brownsville, TX 78522-0952
964 E. Harrison, 1st Floor, Brownsville, TX , TX 78520
Tel : 956.544.0804
Has knowledge as stated in the affidavit of Ruth Weaver which was attached to Plaintiffs' Supplemental FRCP 7(a) Reply to Defendants' Motion to Dismiss for Failure to State a Claim and on Immunity.

David Robledo
Brownsville Herald
1135 E. Van Buren
Brownsville, Texas 78520
(956) 542-430
Wrote a story in the Brownsville Herald relevant to the present case, "Notary publics jailed on forgery charges.

Texas Ethics Commission, its agents, employees, custodians of records
201 East 14th St., 10th Floor
P.O. Box 12070
Austin, Texas 78711-2070
(512) 463-5800
Has knowledge and records relevant to Tony Yzaguirre's violation of Ethics Commission regulations.

Richard Burst
Cameron County Attorney
974 E. Harrison St.
Brownsville, Texas
(956) 425-6043
Has knowledge of Felix Munoz' reprimand in or about September 2004. May have knowledge of related facts.

Mark A. Yates
Cameron County Auditor
P.O. Box 3846
Brownsville, TX 78521

14

Phone: (956) 544-0822
Cameron County Auditor. Has knowledge as specified in Plaintiff's Complaint and knowledge of Felix Munoz' reprimand and discipline.

Javier Gutierrez
Rt 3 Box 173 C
Harlingen, Texas 78552
May have knowledge of improper title transactions made the basis of this lawsuit.

First National Bank and its custodians of records
1010 S. Expressway 83
Harlingen, Texas 78550
May have knowledge of improper title transactions made the basis of this lawsuit.

Los Fresnos Police and its custodians of records
200 N Brazil St
Los Fresnos, Texas 78566
Phone: (956)233-4473
May have knowledge of improper title transactions made the basis of this lawsuit.

Gilberto R. Logorin
Los Fresnos Police
200 N Brazil St
Los Fresnos, Texas 78566
Phone: (956)233-4473
May have knowledge of improper title transactions made the basis of this lawsuit.

Joe A. Mireles
Cameron County Tax Assessor-Collector
964 E. Harrison
Brownsville, Texas
(956) 544-0800
Has knowledge of the facts and damages as specified in the complaint and discovery products.

Randall Reed Ford and its custodians of records
19000 Eastex Freeway
Humble, Texas
(281) 446-9171
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose L. Aguilar
Reynosa, Tamps
May have knowledge of improper title transactions made the basis of this lawsuit.

15

Jose Luis Aguilar
Aguilar Auto Sale and his custodians of records
1318 E. Tyler
Lafayette, LA 70509
May have knowledge of improper title transactions made the basis of this lawsuit.

Texas Department of Transportation and its custodians of records
Vehicle Titles & Registration
TXDOT
4000 Jackson
Austin, Texas 78779-0001
May have knowledge of improper title transactions made the basis of this lawsuit.

Tula Taylor
Texas Department of Transportation
Vehicle Titles & Registration
TXDOT
4000 Jackson
Austin, Texas 78779-0001
May have knowledge of improper title transactions made the basis of this lawsuit.

Eshel Z Valdez
Rt 5 Box 471-D
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

State of Louisiana
Department of Public Safety - Office of Motor Vehicles and its custodians of records
P.O. Box 64886
Baton Rouge, LA 70896
or 7979 Independence Blvd.
Baton Rouge, LA 70806
May have knowledge of improper title transactions made the basis of this lawsuit.

Charles S. Conwell
411 Oregon Trail
Lafayette, LA 70506
May have knowledge of improper title transactions made the basis of this lawsuit.

Robles Auto Repairs #2
1935 W. Hwy 77
San Benito, Texas 78586
(956) 399-1916

16

May have knowledge of improper title transactions made the basis of this lawsuit.

Copart St. Farm Josie
P.O. Box 500
Greenwell Springs, LA 70739
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Luis Aguilar and his custodians of records
670 Rio San Juan
Livingston LA 70754
or 2215 Quince Apt. MC-23
McAllen, Texas 78501
May have knowledge of improper title transactions made the basis of this lawsuit.

Ignacio Villarreal and his custodians of records
670 Rio San Juan
Livingston LA 70754
or 2215 Quince Apt. MC-23
McAllen, Texas 78501
May have knowledge of improper title transactions made the basis of this lawsuit.

Laura Elena Valdez
28248 Nelson Dr.
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

R. Garza Motors and its custodians of records
4345 Southmost Rd.
Brownsville, Texas 78521
(956) 546-8750
May have knowledge of improper title transactions made the basis of this lawsuit.

State of Arkansas
Office of Motor Vehicle and its custodians of records
Ragland Building
7th & Battery Streets, Room 2042
Little Rock, Arkansas 72201
501-682-4692
May have knowledge of improper title transactions made the basis of this lawsuit.

Car Brokers and its custodians of records
6515 Warden Rd
Sherwood, AR 72120

17

Jose Mireles Jr.
3518 Memorial
Harlingen, Texas 78552
May have knowledge of improper title transactions made the basis of this lawsuit.

City Financial and its custodians of records
P.O. Box 531405
Harlingen, Texas 78553
May have knowledge of improper title transactions made the basis of this lawsuit.

J&M Motor Sales and its custodians of records
1717 S. Expressway
Harlingen, Texas 78552
May have knowledge of improper title transactions made the basis of this lawsuit.

Jorge Garza
J&M Motor Sales
1717 S. Expressway
Harlingen, Texas 78552
May have knowledge of improper title transactions made the basis of this lawsuit.

Steve Nacol Used Cars
1204 W. Main
Laporte, Texas 77571
May have knowledge of improper title transactions made the basis of this lawsuit.

Venancio Ortiz
122 S. Brownell
Laporte, Texas 77571
May have knowledge of improper title transactions made the basis of this lawsuit.

Carlos Orenday
2875 E. 14th St.
Brownsville, Texas 78521
(956) 550-9002
May have knowledge of improper title transactions made the basis of this lawsuit.

L.E. Gunnels and his custodians of records
Gunnels Interest Inc.
7115 Airport Blvd.
Houston, Texas 77061

18

(713) 847-9586
May have knowledge of improper title transactions made the basis of this lawsuit.

Alfonso Garcia
1511 Ebano
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

Charlies Used Car Sales and its custodian of records
2875 E. 14th St.
Brownsville Texas 78521
(956) 550-9002
May have knowledge of improper title transactions made the basis of this lawsuit.

State of Mississippi
Motor Vehicle Commission
P.O. Box 16873
Jackson, MS 39236-0873
or
1755 Lelia Drive, Suite 200
Jackson, MS 39216
(601) 987-3995
May have knowledge of improper title transactions made the basis of this lawsuit.

Robert E. Czachor
5212 Woodstone Rd.
Brandon, MS 39042
May have knowledge of improper title transactions made the basis of this lawsuit.

Members First Federal Credit Union
P.O. Box 16366
Louisville, KY 40256
May have knowledge of improper title transactions made the basis of this lawsuit.
Hector Martinez
292 Kings HWY
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Junior's Used Cars and its custodians of records
1735 Lincoln
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

19

Hibernia National Bank and its custodians of records
P.O. Box 61007
New Orleans, LA 70161
May have knowledge of improper title transactions made the basis of this lawsuit.

Mark W. Kirby
77480 Paul Stein Rd.
Covington, LA 70433
May have knowledge of improper title transactions made the basis of this lawsuit.

Freeman Auto Sales, Inc. and its custodians of records
2914 25th Ave
Gulfport, MS
May have knowledge of improper title transactions made the basis of this lawsuit.

Central Auto Sales and its custodians of records
18185 Florida
Baton Rouge, LA
May have knowledge of improper title transactions made the basis of this lawsuit.

Junior's Used Cars and its custodians of records
1735 Lincoln
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Causeway Chrysler Center and its custodians of records
3999 Hwy 190
Covington, Louisiana 70433
May have knowledge of improper title transactions made the basis of this lawsuit.

Casimiro Pulido
1601 Haverd Ford Blvd.
Harlingen, Texas 78552
May have knowledge of improper title transactions made the basis of this lawsuit.

Diane J. Meche
114 James St.
Sunset, LA 70584
May have knowledge of improper title transactions made the basis of this lawsuit.

Sterling Automotive Group and its custodians of records
P.O. Box 1388
Opelousas, LA 70570

20

May have knowledge of improper title transactions made the basis of this lawsuit.

Emerald Coast Auto Sales and its custodians of records
535 Pass Rd.
Gulfport, MS 39907
May have knowledge of improper title transactions made the basis of this lawsuit.

Gerardo Leal
3023 Huntington Ct.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Ramirez Used Cars and its custodians of records
5215 Southmost Rd.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Jack Alexander Inc. and its custodians of records
2403 W. Frank Ave.
Lufkin, Tx 75904
May have knowledge of improper title transactions made the basis of this lawsuit.

First Bank & Trust
P.O. Box 151510
Lufkin, Texas 75915
May have knowledge of improper title transactions made the basis of this lawsuit.

Jesus Cruz
2911 Morrow
Waco, Texas 76707
May have knowledge of improper title transactions made the basis of this lawsuit.

Tipton Motors Inc.
3840 Expressway
Brownsville, Texas 78526
(956) 350-5600
May have knowledge of improper title transactions made the basis of this lawsuit.

Javier Rodriguez
34 Oitla Dr.
Or
5827 Ricky Dr.
Brownsville, Texas 78521

21

May have knowledge of improper title transactions made the basis of this lawsuit.

Southmost Auto Service and its custodians of records
4942 Southmost
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Edmundo Aguilar
1708 Florenct St.
Arlington, Texas 76010
May have knowledge of improper title transactions made the basis of this lawsuit.

Earl Hyles Auto Sales and its custodians of records
2009 E. Abram
Arlington, Texas 76010
May have knowledge of improper title transactions made the basis of this lawsuit.

Sergio Reyes
2681 Cottage Drive
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Clayton Coaliron
13480 3rd Street
Splendora, Texas 77372
May have knowledge of improper title transactions made the basis of this lawsuit.

Ford Motor Credit Company and its custodians of records
P.O. Box 105704
Atlanta, GA 30348
May have knowledge of improper title transactions made the basis of this lawsuit.

Leticia Porras Garcia
7331 St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Expressway Motors and its custodians of records
1110 W. Expwy 83
Weslaco, Texas 78596
(956) 969-6377
May have knowledge of improper title transactions made the basis of this lawsuit.

22

Sergio Reyes
Rafael Solis
#1101 Col Aurora
Matamoras, Tamps Mexico
May have knowledge of improper title transactions made the basis of this lawsuit.

Delia Cordova
Enrique Juarez
2764 E. Avenue
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Tony Rivas, Jr.
934 S. W. 29th
Oklahoma City, OK 73109
May have knowledge of improper title transactions made the basis of this lawsuit.

Eldorado Motors Inc. and its custodians of records
701 NW 5th St.
Oklahoma City, OK 73102-1603
May have knowledge of improper title transactions made the basis of this lawsuit.

Noe Infante
65 Shelly Ct.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Summit Wholesalers and its custodians of records
3501 E. Central Tx. Expressway
Killeen, Texas 76543
May have knowledge of improper title transactions made the basis of this lawsuit.

Kenneth A. Eichmann
4222 Broken Arrow Dr.
Harker Heights, Texas 76548
May have knowledge of improper title transactions made the basis of this lawsuit.

Luz Antonio
Norma Gonzalez
14674 Johnson Lane
Harlingen, Texas 78552
May have knowledge of improper title transactions made the basis of this lawsuit.

23

Lotus Auto Sales and its custodians of records
1904 E. 13th St.
Brownsville, Texas
May have knowledge of improper title transactions made the basis of this lawsuit.

Jackie or Shelia Lawson
19969 Bay Village Rd.
Cherry Valley, AR 72324
May have knowledge of improper title transactions made the basis of this lawsuit.

The Bank of Harrisburg and its custodians of records
P.O. Box 17
Harrisburg, AR 72432
May have knowledge of improper title transactions made the basis of this lawsuit.

Agustin Ortiz
2722 Granada
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Robert A. Keating
110 Tuscon Dr.
Duncanville, Texas 75116
May have knowledge of improper title transactions made the basis of this lawsuit.

Jorge Anotio Ruvalcaba
6272 Tepepan Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Smith Sales and its custodians of records
Opelousas, LA 70570
May have knowledge of improper title transactions made the basis of this lawsuit.

Albert D. Robichaux
1015 John Avenue
Opelousas, LA 70570
May have knowledge of improper title transactions made the basis of this lawsuit.

Isauro Garza
725 Olmito
Brownsville, Texas
May have knowledge of improper title transactions made the basis of this lawsuit.

24

Brannon Motors Inc. and its custodians of records
Marshall, Texas
May have knowledge of improper title transactions made the basis of this lawsuit.

Gulf Finance Co. and its custodians of records
P.O. Box 8435
Shreveport, LA 71148
May have knowledge of improper title transactions made the basis of this lawsuit.

Michael Lee
143 East Reba
Ringgold, LA 71068
May have knowledge of improper title transactions made the basis of this lawsuit.

Estela M. Sotelo
474 Linda Lane
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Ernesto Garcia
565 N. Illinois
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Josefina Barron
1548 E. Harrison
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Neal's Auto Sales and its custodians of records
Lufkin, Texas 75901
May have knowledge of improper title transactions made the basis of this lawsuit.

Mary C. Wiggen
148 S. Dowlen Apt. 615
Beaumont, Texas 77707
May have knowledge of improper title transactions made the basis of this lawsuit.

Mobil Oil Federal Credit Union
P.O. Box 2234
Beaumont, Texas 77704-2234
May have knowledge of improper title transactions made the basis of this lawsuit.

25

Virginia H. Carmona
54 Linda Lane
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

T&J Motors Inc. and its custodians of records
420 Post Oak Rd.
Sulphur, LA 70663
May have knowledge of improper title transactions made the basis of this lawsuit.

American Security Bank and its custodians of records
126 E. Main St.
Ville Platte, LA 70586
May have knowledge of improper title transactions made the basis of this lawsuit.

Janie J. Fee
51 Ed Fee Rd.
Glenmora, LA 71433
May have knowledge of improper title transactions made the basis of this lawsuit.

Mike Pedersen
L.C. Auto Auction and its custodians of records
2435 Broad St.
Lake Charles, LA 70601
(337) 433-8664
May have knowledge of improper title transactions made the basis of this lawsuit.

Isauro Garza
7110 Olmito St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Auto Brokers and its custodians of records
W. Monroe, LA 71291
May have knowledge of improper title transactions made the basis of this lawsuit.

Poltich Federal Credit Union and its custodians of records
P.O. Box 479
Warren, AR 71671
May have knowledge of improper title transactions made the basis of this lawsuit.

Billie Simpson
601 South Main

26

Warren, AR 71671
May have knowledge of improper title transactions made the basis of this lawsuit.

Andres Angeles
3113 Rene Ave
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Enterprise Car Sales and its custodians of records
14900 Gulf Frwy
Houston, Texas 77034
May have knowledge of improper title transactions made the basis of this lawsuit.

Kevin Womack and his custodian of records
Car Sale Accounting Supervisor
Enterprise Leasing Company of Houston
9430 Old Katy Rd. #250
Houston, Texas 77055
(713) 467-1700
May have knowledge of improper title transactions made the basis of this lawsuit.

Linda Hoover
Enterprise Leasing Company of Houston
9430 Old Katy Rd. #250
Houston, Texas 77055
(713) 467-1700
May have knowledge of improper title transactions made the basis of this lawsuit.

Patricia A. Tollett
697 Davis Rd.
League City, Texas 77573
May have knowledge of improper title transactions made the basis of this lawsuit.

Ibis Rivera
608 B. West 6th Street
Los Fresnos, Texas 78066
Enterprise Leasing Company of Houston
9430 Old Katy Rd. #250
Houston, Texas 77055
(713) 467-1700
May have knowledge of improper title transactions made the basis of this lawsuit.

Interstate Wholesale and its custodians of records

27

7025 Paredes Line Rd.
Brownsville, Texas 78521
(956) 982-7816
May have knowledge of improper title transactions made the basis of this lawsuit.

Joan C. Guidry
15323 Wentworth Ct.
Baton Rouge, LA
May have knowledge of improper title transactions made the basis of this lawsuit.

Mark Garcia
55 W. Aldrin St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Gum Ridge Auto Sales and its custodians of records
4961 Hwy 1
Marksville, LA 71351
May have knowledge of improper title transactions made the basis of this lawsuit.

Corey D. McGlory
144 Forest Jacob Lane
Marksville, LA 71351
May have knowledge of improper title transactions made the basis of this lawsuit.

Bulmaro Guzman
4214 Southmost Rd.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Wells Fargo and its custodians of records
P.O. Box 2219
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Sosa's Used Cars and its custodians of records
4204 Southmost
Brownsville, Texas 78521
(210) 546-2661
May have knowledge of improper title transactions made the basis of this lawsuit.

Dean Woods
Rt. 9 Box 217 B

28

Harlingen, Texas 78552
May have knowledge of improper title transactions made the basis of this lawsuit.

Reynaldo Cisneros
Erlinda Cisneros
665 Calder
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Abraham Rodriguez
9550 Military Hwy
Brownsville, Texas 78520-0000
May have knowledge of improper title transactions made the basis of this lawsuit.

Valley Federal Credit Union and its custodians of records
P.O. Box 4700
Brownsville, Texas 78523
May have knowledge of improper title transactions made the basis of this lawsuit.

Billy Martin
150 Jordan Creek Rd.
Collinsville, Texas 76233
May have knowledge of improper title transactions made the basis of this lawsuit.

Ashely Isaac
1121 South F St.
Harlingen, Texas 78550
May have knowledge of improper title transactions made the basis of this lawsuit.

Perla Cristina Hernandez
102 Jackson
Laguna Heights
Port Isabel, Texas
(956) 943-6773
May have knowledge of improper title transactions made the basis of this lawsuit.

Alejandro Mejia
102 Jackson
Laguna Heights
Port Isabel, Texas
(956) 943-6773
May have knowledge of improper title transactions made the basis of this lawsuit.

29

J&M Motor Sales and its custodians of records
1717 S. Expressway
Brownsville, Texas
May have knowledge of improper title transactions made the basis of this lawsuit.

Jorge Garza
J&M Motor Sales and its custodians of records
1717 S. Expressway
Brownsville, Texas
May have knowledge of improper title transactions made the basis of this lawsuit.

Perla C. Hernandez
P.O. Box 13257
Port Isabel, Texas 78578
May have knowledge of improper title transactions made the basis of this lawsuit.

Maria Elena Gamez
184 Tudela St.
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Tomas C. Torres
P.O. Box 9102
Port Isabel, Texas 78578
May have knowledge of improper title transactions made the basis of this lawsuit.

A&F Auto Sales and its custodians of records
6723 Griggs
Houston, Texas 77023
May have knowledge of improper title transactions made the basis of this lawsuit.

Doyle Cummins
10300 Wilcrest No. 2401
Houston, Texas 77099-2867
May have knowledge of improper title transactions made the basis of this lawsuit.

Union Fidelity Federal Credit Union and its custodians of records
1415 North Loop W.
Suite 110
Houston, Texas 77005
May have knowledge of improper title transactions made the basis of this lawsuit.

30

Estela D. Coello
55 San Agustin
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Keith Bertelson & Darleen Bertelson Re. Trust
6900 Coffeeport Rd. Ste 404
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Abraham Perez
134 E. 8 St. Apt. 1
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

J. C. Motors and its custodians of records
2876 14th
Brownsville, Texas 78321
May have knowledge of improper title transactions made the basis of this lawsuit.

V&L Conoco
1302 S. Commercial
Harrisonville, MO 64701
May have knowledge of improper title transactions made the basis of this lawsuit.

Gabriel S. Carilleja
1642 Sahara Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Mark Dennington
Stonewall, LA 71078
May have knowledge of improper title transactions made the basis of this lawsuit.

E. Humphrey Motors Inc. and its custodians of records
1615 East Texas St.
Bossier City, LA 71111
May have knowledge of improper title transactions made the basis of this lawsuit.

Josie Garcia
55 W. Aldrin Ct.
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

31

Denise Garcia
55 W. Aldrin Ct.
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Isela Garza
4204 Castor
Houston, Texas 77033
May have knowledge of improper title transactions made the basis of this lawsuit.

Plaza Motors Inc and its custodians of records
P.O. Box 802583
Houston, Texas 77280-2583
May have knowledge of improper title transactions made the basis of this lawsuit.

Rosalind Gutierrez
95 Poinciana Dr. #121
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Gloria Hernandez, Manager
Popular Motors Inc and its custodians of records
1842 Wirt Rd.
Houston, Texas 77055
(713) 973-3903

Gilberto Hinojosa
County Judge
Cameron County
964 E. Harrison St.
Brownsville, Texas 78520
(956) 544-0830
Has knowledge of the facts as specified in the complaint and discovery.

Leonor Lisbeth Salazar
1635 Tyler St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

McDaniel Brother
11430 CF Hawn
Dallas, Texas 75253
May have knowledge of improper title transactions made the basis of this lawsuit.

32

Fidel Bernardo Torres
Box 34567 Rt 321
Los Fresnos, Texas 78566
May have knowledge of improper title transactions made the basis of this lawsuit.

Javier Zazzarus Rodriguez
1855 Wirt 171
Houston, Texas 77055
May have knowledge of improper title transactions made the basis of this lawsuit.

Luis Banda
2551 Roosevelt St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Emeterio Ramirez
Ramirez Used Cars and its custodians of records
5215 Southmost Rd.
Brownsville, Texas 78521
(956) 544-5114
May have knowledge of improper title transactions made the basis of this lawsuit.

Frances Marx
P.O. Box 76525
Evant, Texas 76525
May have knowledge of improper title transactions made the basis of this lawsuit.

Johnny Marsh Motor Co., Inc. and its custodians of records
P.O. Box 220
Goldthwaite, Texas 76844
May have knowledge of improper title transactions made the basis of this lawsuit.

Island Cabs and its custodians of records
5310 Box
Port Isabel, Texas 78578
May have knowledge of improper title transactions made the basis of this lawsuit.

Greater Houston Transportation
1406 Hays
Houston, Texas 77009
May have knowledge of improper title transactions made the basis of this lawsuit.

Terah F. Woodley

33

Sheralyn Y. Woodley
215 San Diego Ave.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Arturo's Used Cars and its custodians of records
1442 International Blvd.
Brownsville, Texas 78520
(956) 541-5962
May have knowledge of improper title transactions made the basis of this lawsuit.

Becky Zoch
2009 Willow St.
Grand Prairie, Texas 75050
May have knowledge of improper title transactions made the basis of this lawsuit.

Goodson Aura, Inc. and its custodians of records
1750 Airport Frwy
Irving, Texas 75062
May have knowledge of improper title transactions made the basis of this lawsuit.

David Gibbs
339 Culbertson Rd.
Moultrie, GA 31768-1789
May have knowledge of improper title transactions made the basis of this lawsuit.

Suntrust and its custodians of records
P.O. Box 305053
Nashville, TN 37230-5053
May have knowledge of improper title transactions made the basis of this lawsuit.

Central Auto Sales, Inc. Of Bataon Rouge and its custodians of records
13185 Florida Blvd.
Baton Rouge, LA 70815
272-8048
May have knowledge of improper title transactions made the basis of this lawsuit.

Juniors Used Cars and its custodians of records
1732 Line
Brownsville, Texas
May have knowledge of improper title transactions made the basis of this lawsuit.

Susana Fernandez

34

4615 Palacio Real
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

First Street Auto Sales and its custodians of records
905 E. Cesar Chavez St.
Austin, Texas 78702
May have knowledge of improper title transactions made the basis of this lawsuit.

Ichele L. Phelan
8302 Wayburn Dr.
Austin, Texas 78757
May have knowledge of improper title transactions made the basis of this lawsuit.

Alicia Lerma
1949 E. Polk St.
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

J.C. Motors and its custodians of records
2876 E. 14ᵗʰ St.
Brownsville, Texas 78520
(956) 546-9258
May have knowledge of improper title transactions made the basis of this lawsuit.

Charles Barker, Jr.
114 S. High
Butler, MO 64730
May have knowledge of improper title transactions made the basis of this lawsuit.

Delia Villarreal
2549 Jaime Circle
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Sosa's Used Cars and its custodians of records
4204 Southmost Rd.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Jimmie A. Morgan
1004 Stephen Dr.
Killeen, Texas 76542

35

May have knowledge of improper title transactions made the basis of this lawsuit.

Robert Lerma
1404 Tesoro
Rancho Viejo, Texas 78575
May have knowledge of improper title transactions made the basis of this lawsuit.

Brian T. Mesenbrink
HCR 1 Box 20-A
Del Rio, Texas 78840
May have knowledge of improper title transactions made the basis of this lawsuit.

Robert's Auto Sales and its custodians of records
5212 Military Pkwy
Dallas, Texas 75227
May have knowledge of improper title transactions made the basis of this lawsuit.

Norrand Leo Garza
1615 West Hwy 77 Apt 124
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose P. Quezada
2001 Crestmont
Corpus Christi, Texas 78418
May have knowledge of improper title transactions made the basis of this lawsuit.

Leticia Porras Garcia
7331 Lohr St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Joshua Zapata
Cameron County Automobile Crimes Enforcement Task Force
Office of the Tax Assessor-Collector
964 East Harrison, 1ˢᵗ Floor
Brownsville, Texas 78520
(956) 574-8163
May have knowledge of improper title transactions made the basis of this lawsuit.

Lisa Adyer
G&S Auto Sales and its custodians of records
8510 Old Galveston Road

36

Houston, Texas 77034
(713) 943-8602
May have knowledge of improper title transactions made the basis of this lawsuit.

Clayton Coaliron
13480 3rd Street
Splendora, Texas 77372
May have knowledge of improper title transactions made the basis of this lawsuit.

Lt. Javier Pena
Cameron County Automobile Crimes Enforcement Task Force
Office of the Tax Assessor-Collector
964 East Harrison, 1st Floor
Brownsville, Texas 78520
(956) 574-8163
May have knowledge of improper title transactions made the basis of this lawsuit.

Adalberto Bennett, Investigator
Cameron County Automobile Crimes Enforcement Task Force
Office of the Tax Assessor-Collector
964 East Harrison, 1st Floor
Brownsville, Texas 78520
(956) 574-8163
May have knowledge of improper title transactions made the basis of this lawsuit.

Marizol Sifuentes, Titles and Registration Data Analyst
Cameron County Automobile Crimes Enforcement Task Force
Office of the Tax Assessor-Collector
964 East Harrison, 1st Floor
Brownsville, Texas 78520
(956) 574-8163
May have knowledge of improper title transactions made the basis of this lawsuit.

Santos De La Garza, Jr.
401 Jose Marti Unit 206
Brownsville, Texas 78521
Cameron County Automobile Crimes Enforcement Task Force
Office of the Tax Assessor-Collector
964 East Harrison, 1st Floor
Brownsville, Texas 78520
(956) 574-8163
May have knowledge of improper title transactions made the basis of this lawsuit.

37

Maria De Los Angeles Noyola
1945 Madison
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Rosa Maria Garza
Alejandro Garza
Rt 10 Box 140
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

David Olverg
GT Motors and its custodians of records
1251 E. Exprwy 83
San Benito, Texas 78586
(956) 361-9202
May have knowledge of improper title transactions made the basis of this lawsuit.

Rodolfo Chapa, Jr.
Yasmin Y. Chapa
RR 11 Box 746
Edinburg, Texas 78539
May have knowledge of improper title transactions made the basis of this lawsuit.

Maria De La luz Moncada
2153 El Cauce
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Jenkins & Sons Inc and its custodians of records
2615 E. Lancaster
Ft. Worth, Texas 76103
May have knowledge of improper title transactions made the basis of this lawsuit.

Kiandosh N. Sobhanian
316 Woodhurst Pl
Coppell, Texas 75019
May have knowledge of improper title transactions made the basis of this lawsuit.

Gregorio Cantu
4615 Central Circle
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

38

Benchis Motors and its custodians of records
P.O. Box 1039
Chandler, Texas 75758
May have knowledge of improper title transactions made the basis of this lawsuit.

Wendell W. Gibson
P.O. Box 961
Hallsville, Texas 75650
May have knowledge of improper title transactions made the basis of this lawsuit.

Gerardo Gonzalez
1141 Dukle Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Mario Solis Used Cars and its custodians of records
1024 McDavitt
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Scarlett Fritz
1951 Old FM 306 #712
New Braunfels, Texas 78130
May have knowledge of improper title transactions made the basis of this lawsuit.

Hilaria Cardenas
188 El Valle Drive
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Vista Cars & Trucks and its custodians of records
8224 North Freeway
Houston, Texas 77037
May have knowledge of improper title transactions made the basis of this lawsuit.

Oscar M. Garza
Cecilia A. Garza
111 Blalock 81
Houston, Texas 77055
May have knowledge of improper title transactions made the basis of this lawsuit.

Maria Lambarri
Navarra 104

39

Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Central H/S and its custodians of records
1385 Florida Blue
Baton Rouge, LA 70815
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Maria Canales
932 E. Van Buren
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose L. Judito
1007 Francis
Pasadena, Texas 77506
May have knowledge of improper title transactions made the basis of this lawsuit.

Francisco A. Rios
27100 Paloma Blvd.
Harlingen, Texas 78552
May have knowledge of improper title transactions made the basis of this lawsuit.

Select Cars and its custodians of records
5009 Indiana
S.O. Houston, Texas 77587
May have knowledge of improper title transactions made the basis of this lawsuit.

Justino M. Manzano
3703 Kaplan Dr.
Pasadena, Texas 77503
May have knowledge of improper title transactions made the basis of this lawsuit.

Rosa Elvia De Leon
238 Granjeno
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

V.I.P. Auto Sales and its custodians of records
5936 Philips Hwy
JKSV, FL 32216
May have knowledge of improper title transactions made the basis of this lawsuit.

40

Automotive Rentals Inc
655 Blanding Blvd
Orange Park, FL 32073-5059
May have knowledge of improper title transactions made the basis of this lawsuit.

Tony Yzaguirre, Jr.
1305 Honeydale
Brownsville, Texas 78523
May have knowledge of improper title transactions made the basis of this lawsuit.

Mario Solis Used Cars and its custodians of records
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Bexar County 9332
224 Dwyer
San Antonio, Texas 78204
May have knowledge of improper title transactions made the basis of this lawsuit.

Josefa Gonzalez
755 San James
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Sosa's Used Cars and its custodians of records
4204 Southmost Rd.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Viola Martinez
P.O. Box 277
Raymondville, Texas 78580
May have knowledge of improper title transactions made the basis of this lawsuit.

Jaime Isaias Vasquez
1729 W. Elizabeth No. 2
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Saturn of Houston Gulf Fwy
11901 Gulf Freeway
Houston, Texas 77034
May have knowledge of improper title transactions made the basis of this lawsuit.

41

Ralph Zaragoza
4414 McKinney
Houston, Texas 77023
May have knowledge of improper title transactions made the basis of this lawsuit.

Israel Gutierrez
614 Hortencia Blvd.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Nora Hilda Martinez
3042 La Plaza
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

International Cargo Express and its custodians of records
P.O. Box 3694
Brownsville, Texas 78523
May have knowledge of improper title transactions made the basis of this lawsuit.

Alberto Javier Hernandez
1900 FM Rd 802 #C-9
Brownsville, Texas 78523
May have knowledge of improper title transactions made the basis of this lawsuit.

Rafael E. Solis
1504 Mockingbird Ln
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Mario Solis Used Cars and its custodians of records
1024 McDavitt
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Claire Dewey
6830 Country Haven
San Antonio, Texas 78240
May have knowledge of improper title transactions made the basis of this lawsuit.

Eduardo Cuevas
101 N. Milan
San Benito, Texas 78586

42

May have knowledge of improper title transactions made the basis of this lawsuit.

GT Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
(956) 361-9202
May have knowledge of improper title transactions made the basis of this lawsuit.

Richard DeLeon Jr. and Cynthia W. DeLeon
4040 Parliament Drive 234
Alexandria, LA 71303
May have knowledge of improper title transactions made the basis of this lawsuit.

Javier Rodriguez
175 Cameron Ave
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Morris L. Cavett
Linda Cavett
809 Marigold
Cedar Hill, Texas 75104
May have knowledge of improper title transactions made the basis of this lawsuit.

Sergio Trevino
GT Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
(956) 361-9202
May have knowledge of improper title transactions made the basis of this lawsuit.

Alex Flores
GT Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
(956) 361-9202
May have knowledge of improper title transactions made the basis of this lawsuit.

Flora A. Cavazos
325 N. Dakota Ave.
Brownsville, Texas 78521
GT Motors and its custodians of records
1251 E. Expressway 83

43

San Benito, Texas 78586
(956) 361-9202
May have knowledge of improper title transactions made the basis of this lawsuit.

Mario Solis Used Cars and its custodians of records
1024 McDavitt
Brownsville, Texas 78521
GT Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
(956) 361-9202
May have knowledge of improper title transactions made the basis of this lawsuit.

Tony P. Sanchez
Guadalupe D. Sanchez
10547 Kinder Hook
San Antonio, Texas 78245
GT Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
(956) 361-9202
May have knowledge of improper title transactions made the basis of this lawsuit.

Estela O. Solis
2425 E. 30th St.
Brownsville, Texas 78521
GT Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
(956) 361-9202
May have knowledge of improper title transactions made the basis of this lawsuit.

Luis Zaragoza
1406 West Harris
Pasadena, Texas 77506
GT Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
(956) 361-9202
May have knowledge of improper title transactions made the basis of this lawsuit.

Vehicle Titles and Registration Division
Texas Department of Transportation

44

its employees, managers, supervisors, contractors and custodians of records
Austin, Texas 78779-0001
GT Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
(956) 361-9202
May have knowledge of improper title transactions made the basis of this lawsuit.

Transouth Financial and its custodians of records
2001 Beach St. Suite 700
Ft. Worth, Texas 77034
GT Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
(956) 361-9202
May have knowledge of improper title transactions made the basis of this lawsuit.

Aurora B. Deanda
864 John Ave.
Brownsville, Texas 78521
GT Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
(956) 361-9202
May have knowledge of improper title transactions made the basis of this lawsuit.

Guillermo Vasquez
Star Rte Bx 11
M. Granville NY 12849
May have knowledge of improper title transactions made the basis of this lawsuit.

Florencia Estrada
1587 Monterrey Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

State Farm Insurance and its custodians of records
7010 Champions Plaza Drive
Houston, Texas 77069
May have knowledge of improper title transactions made the basis of this lawsuit.

Donald W. Wood
Janice N. Wood

45

19543 Cypress Moss
Katy, Texas 77449
May have knowledge of improper title transactions made the basis of this lawsuit.

Joe Stranz
Federal Bureau of Investigation
1700 Paredes Line Rd
Brownsville, 78521
(956) 546-6922
Investigated improper title transactions and related issues made the basis of this lawsuit.

Rick Canales
845 E. Harrison
Brownsville, Texas 78520
Has knowledge of the criminal charges brought against the notaries made the basis of this lawsuit.

Benjamin Euresti, Jr.
Judge of the 107th Judicial District
Cameron County
Brownsville, Texas
Has knowledge of the criminal charges brought against the notaries made the basis of this lawsuit.

Maria C. Ramirez
148 Bates St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Alma Rosa Sandoval
2725 Naranjo St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Coastal Bank
3302 Boca Chica Blvd.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

G.T. Motors
1251 Est. Expressway 83
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

46

David Alreaguer
4914 Eloy St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Danielle Ericka Cole
9 Skipion Circle
Ft. Myers, Florida 33905
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose A. Cepeda
28 Cela Ave.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

FRW Auto Sales, Inc.
Roswell, Georgia
May have knowledge of improper title transactions made the basis of this lawsuit.

Juan Trevino
15 Bates St.
Brownsville, Texas
May have knowledge of improper title transactions made the basis of this lawsuit.

Dill Motors
Ardmore, Oklahoma
May have knowledge of improper title transactions made the basis of this lawsuit.

Carlos Garza Perez
c/o 4735 Southmost Rd. B
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Classic Auto Sales
Donna, Texas 78537
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Angel Villarreal Jr.
4976 Paseo Del Rey
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

E&E Auto Sales

47

6075 Southmost Rd.
Brownsville, Texas 78521
(956) 554-3298
May have knowledge of improper title transactions made the basis of this lawsuit.

Maria DeLa LuzGarza
5896 Lourdes Blvd.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Ramiro Pelaez
POB 189
Greeveville, TN 37744
May have knowledge of improper title transactions made the basis of this lawsuit.

Iglecia De Dios
El Salvador
POB 1747
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

Cardoza Used Cars and its custodians of records
9365 US Hwy 281
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Genoveva E. Rodriguez
2304 S. Indiana
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Crown Motor Co. And its custodians of records
3301 S. Gen. Buici
Temple, Texas 76504-6332
May have knowledge of improper title transactions made the basis of this lawsuit.

Javier Garcia
4008 N. Expressway Lot 40
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Guadalupe Sosa Jr.
1235 Taft Apt. 5

48

Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Jessica Jimenez
14400 Hwy 59 North #1413
Humble, Texas 77936
May have knowledge of improper title transactions made the basis of this lawsuit.

Lilia Rodriguez
4648 Deo Juvante Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Bill Phillips Auto Sales, Inc. And its custodians of records
5867 Hwy 90 W
Theodore, AL 36582
May have knowledge of improper title transactions made the basis of this lawsuit.

Billy Bendolph Jr.
853 S. Broad St.
Mobile, Al 36605
May have knowledge of improper title transactions made the basis of this lawsuit.

Eleazar Villafranca
454 Milpa Verde
Brownsville, Texas 78521
or 438 Pedernales
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Max & Lorene Lafferty
Seymour, IN 47274
May have knowledge of improper title transactions made the basis of this lawsuit.

Hector Armando Barron
124 Carlton
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Carmax
3100 SPUR 482
Irving, Texas 75062
May have knowledge of improper title transactions made the basis of this lawsuit.

49

Robin Taliancich
43 Alan A Dale
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

David Taliancich
216 Westover Dr. Apt. 6-F
Hattiesburg, MS 3902
May have knowledge of improper title transactions made the basis of this lawsuit.

Raul Gonzalez
9431 Divisadero Rod
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Marlin B. Raley
603 Judy Lane
Copperas Cove, Texas 76522
May have knowledge of improper title transactions made the basis of this lawsuit.

Braulio Segovia
3065 Stanolind
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Morva
558 Villa Verde
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Mark Anthony Munoz
1605 Russell
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Honda of Clear Lake and its custodians of records
Webster, Texas 77598
May have knowledge of improper title transactions made the basis of this lawsuit.

Ramon Pena
2325 Tulipan
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

50

Americas Car Mart, Inc. And its custodians of records
740 Rageline
Joplin, MO 64801
May have knowledge of improper title transactions made the basis of this lawsuit.

Omar O Martinez
2821 Cottage Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Martinez
855 US 6W Lot 7C
Ligonier, IN 46767
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Ambrosio Garcia
2401 Magdalena
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

LTD Auto Sales
1327 E. Kearney Spfd.
Springfield, MO 65803-1605
May have knowledge of improper title transactions made the basis of this lawsuit.

Justino Tello
718 E. Van Buren
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Eloina M. Gonzalez
116 N. 10th St. 2
De Kalb, IL 60115
May have knowledge of improper title transactions made the basis of this lawsuit.

Luceros Car Center and its custodians of records
1801 W Harrison
Harlingen, Texas 78550
May have knowledge of improper title transactions made the basis of this lawsuit.

Cameron County J8156 and its custodians of records
964 E. Harrison
Brownsville, Texas 78520

51

May have knowledge of improper title transactions made the basis of this lawsuit.

Marylou G. Urbina
2119 E. Harrison
Harlingen, Texas 78550
May have knowledge of improper title transactions made the basis of this lawsuit.

Eugene-Vaughn Ford Sales, Inc. and its custodians of records
POB 430
Marked Tree, AR 72365
May have knowledge of improper title transactions made the basis of this lawsuit.

Juan Francisco Salinas
525 San Pedro Lane
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Charlie's Used Cars and its custodians of records
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Ana Maria Casiano
1224 E. 14th St. D
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Ronald A. Ougel, Jr.
P.O. Box 1365
Coldsprings, Texas 77331
May have knowledge of improper title transactions made the basis of this lawsuit.

Roberto Gonzalez
386 Mango Line
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Cox Used Cars
2801 Highway 1650
Graham, Texas 76450
May have knowledge of improper title transactions made the basis of this lawsuit.

Digna V. Arizmendi
9301 Rincon Dr.

52

Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Pro-Quip Sales and its custodians of records
1350 W. US Hwy 84
Fairfield, Texas 75840
May have knowledge of improper title transactions made the basis of this lawsuit.

Maria Maribel Ramos
1965 Del Prado St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Tony Evans - Darphenia Evans
651 Watwick
Ducanville, Texas 75137
May have knowledge of improper title transactions made the basis of this lawsuit.

Rodolfo Olivarez
1951 Turqueza Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Higinio Jose Carrillo
5490 Proctor St.
Detroit, MI 48210
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Alberto Hernandez
4695 Espada Grande Ave
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Cedars Motors and its custodians of records
62 NW 27 Ave.
Miami, Florida
May have knowledge of improper title transactions made the basis of this lawsuit.

Alejandro C. Martinez
1659 Sahara Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Allstate Inc. Co.
POB 578
Alamo, Texas 78516
May have knowledge of improper title transactions made the basis of this lawsuit.

Jesus Martin Rivas
1534 Southmost Rd. Apt. 1
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose A. Guerra
1101 Cental Blvd 8
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Juan N. Guerra
24 Heather St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Francisco Rangel
3301 Coffee Port #22
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Taylor Auto Credit and its custodians of records
Taylor, Texas 76574
May have knowledge of improper title transactions made the basis of this lawsuit.

George Guzman
318 Hortencia
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Sherral A. Gomez
Ricardo Gomez, Jr.
1203 7th St.
Corpus Christi, Texas 78404
May have knowledge of improper title transactions made the basis of this lawsuit.

Ernesto Geraldo Aguirre
518 E. Polk
Harlingen, Texas 78550

May have knowledge of improper title transactions made the basis of this lawsuit.

Gumercindo Botello
1918 Montana
Harlingen, Texas 78550
May have knowledge of improper title transactions made the basis of this lawsuit.
Araceli Altamirano
67 McKenzie Lot 17
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Miguel DeLaCerda Jr.
654 Santa Cruz Ct.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Crown Auto Sales and its custodians of records
11837 W. Montgomery
Houston, Texas 77086
May have knowledge of improper title transactions made the basis of this lawsuit.

Hector Hugo Hernandez
3512 Warwick Glen
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Gunnels Used Cars and its custodians of records
Houston, Texas 77087
May have knowledge of improper title transactions made the basis of this lawsuit.

Richard Stanely Jones Jr.
28842 Morning Glory Ct.
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

Jack Earl Ellis
505 Rd. S. 22 ½ San Antonio Circle
Alamo, Texas 78516
May have knowledge of improper title transactions made the basis of this lawsuit.

Giovanni Daniel Ramos
304 Paredes Drive Apt. D
Brownsville, Texas 78521

May have knowledge of improper title transactions made the basis of this lawsuit.

Laura Diprimio
5773 Woodway Dr. Apt 273
Houston, Texas 77057
May have knowledge of improper title transactions made the basis of this lawsuit.

Roberto Sanchez
1084 Pasadero Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Javier/Roxie Masiel
1703 White Stone Dr.
Bryan, Texas
May have knowledge of improper title transactions made the basis of this lawsuit.

Carlos E. Trevino
3694 Valle Escondido
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Robert L. Prepejchal
129 Applewood St.
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Juan Manuel Salinas
5260 Guillen
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Interstate Auto Wholesale and its custodians of records
7025 Paredes Line Rd.
Brownsville, Texas 78521
(956) 982-7816
May have knowledge of improper title transactions made the basis of this lawsuit.

Florencio Rodriguez
2415 Jaime Circle
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Gabrino Vega
1552 Gessner 121
Houston, Texas 77080
May have knowledge of improper title transactions made the basis of this lawsuit.

Julia Robledo
724 E. 5th Street
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Albert Marieta
3529 N. Beneva Rd. Apt. C
Sarasota, FL 34232-4608
May have knowledge of improper title transactions made the basis of this lawsuit.

Miguel A. Abarca
412 Ciruela Lane
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Steven R. Allen
2621 Southerland A206
Dallas, Texas 75203
May have knowledge of improper title transactions made the basis of this lawsuit.

E E Auto Sales and its custodians of records
6075 Southmost Rd.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Ortiz Auto Sales and its custodians of records
4335 Southmost Road.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Teresa De Jesus Rincon
116 York St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

S&S Truck Sales & Equip and its custodians of records
6595 N. Expressway
Brownsville, Texas 78521

57

Enrique Barreda
174 Hugger Dr
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose de Jesus Maedonado
413 E. Tyler
Harlingen, Texas 78550
May have knowledge of improper title transactions made the basis of this lawsuit.

J C Motors and its custodians of records
2876 E. 14th
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Vicente R. Rodea
6922 Lagua De Palmas
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Gelacio Torres
13010 Apple Glen
Houston, Texas 77072-3102
May have knowledge of improper title transactions made the basis of this lawsuit.

Maria De Lourdes Silva
2482 Sunny Sky Road Lot 32
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Javier Francisco Torres
222 1st St.
Montgomery, MN 56069
May have knowledge of improper title transactions made the basis of this lawsuit.

Raymundo Jose Arellano
Mayra S. Arellano
2001 Heron Ave.
McAllen, Texas 78504
May have knowledge of improper title transactions made the basis of this lawsuit.

58

Jesus Escandon
223 C. Royal Palm
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Shelton Breaux
510 Third St.
Jennings, LA 70546
May have knowledge of improper title transactions made the basis of this lawsuit.

Juana Pintor Rojas
427 Medina St.
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Brownsville Police Department and its custodian of records
600 E. Jackson St.
Brownsville, Texas 78520
(956) 548-7131
May have knowledge of improper title transactions made the basis of this lawsuit.

Marcos Noe Garza
313 San Cristobal
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Walter J. Pilisko
8204 Tonkinese Dr.
Round Rock, Texas 78681
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Alvarado
717 West Right
Harlingen, Texas 78550
May have knowledge of improper title transactions made the basis of this lawsuit.

Manuel Mejia
219 Citrus Dr.
Orange Grove, CA 93646
May have knowledge of improper title transactions made the basis of this lawsuit.

Santos Daniel Monjaraz
POB 889

59

San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

G.T. Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

Jesus Roman
2605 Rancho Viejo Ave.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Jesus Diaz
4641 La Sater Rd. Lot 67
Mesquite, Texas 75181
May have knowledge of improper title transactions made the basis of this lawsuit.

Marisa Vega
14 W Madison
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Roger Beasley Suzuki South and its custodians of records
5432 SIH 35
Austin, Texas 78745
May have knowledge of improper title transactions made the basis of this lawsuit.

San Juana Gomez
2501 Sunny Sky
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Freedom Auto Sales and its custodians of records
49 Greensboro Hwy
Watkinsville, Georgia
May have knowledge of improper title transactions made the basis of this lawsuit.

Juan De Dios Lopez
2737 Florencia Ave.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

60

Robert Scott
1155 Paredes Line Rd. No. 1508
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Iliana V. Nevarez
9175 Boca Chica
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Martinez Used Cars and its custodians of records
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Juan Ochoa Jr.
805 Del Prado Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

James Dickens
1547 N. Reagan Apt. 53
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Alvarado
717 West Right
Harlingen, Texas 78550
May have knowledge of improper title transactions made the basis of this lawsuit.

Oscar Lopez
6442 Meadow Rd.
Norcross, GA 30092-0000
May have knowledge of improper title transactions made the basis of this lawsuit.

Emilio Covarrubias
27935 FM 803
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

Norman Bartel
5034 Boca Chica Blvd. Lot 53
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

61

Miguel F. Villarreal
2571 Rockwell Dr. Apt. 3
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose E. Vasquez
4078 E. Lancaster
Ft. Worth, Texas 76103
May have knowledge of improper title transactions made the basis of this lawsuit.

Felipe Soto
POB 656
Combes, Texas 78535
May have knowledge of improper title transactions made the basis of this lawsuit.

Cristina Moreno
380 Dulce St.
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Maricela Urbina
1230 Ebano
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

Ricardo Hinojosa
4731 Camino Verde
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Allstate Central Salvage and its custodians of records
Unit 1017
1000 Dalton
Austin, Texas 78742

Weston Bonner Pool
22802 El Kana Deane Lane
Katy, Texas 77449
May have knowledge of improper title transactions made the basis of this lawsuit.

Nora I. Sanchez
7086 Cerro De Oro
Brownsville, Texas 78521

62

May have knowledge of improper title transactions made the basis of this lawsuit.

Julie A. Eakin
908 Renfro
White Settlement, Texas 76108
May have knowledge of improper title transactions made the basis of this lawsuit.

Hilario Romero
4415 Pine Lane
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Downtown Motor Company and its custodians of records
14462 Dedeaux Rd.
Gulfport, MS 3905
May have knowledge of improper title transactions made the basis of this lawsuit.

Maria Lydia Lopez
512 Vermillion Road
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Veronica Tovar
728 Florence Lane
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Lawrence S. Graham
Frances E. Graham
438 Ernest Drive
Marshall, Texas 75670
May have knowledge of improper title transactions made the basis of this lawsuit.

Maria E. Hernandez
662 Saint James St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Lauterback Motors and its custodians of records
208 N. Pecan
Arlington, Texas 76011
May have knowledge of improper title transactions made the basis of this lawsuit.

63

Sandra Errisuriz
231 Fresno
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

VIP Finance and its custodians of records
801 East Division
Arlington, Texas 76011
May have knowledge of improper title transactions made the basis of this lawsuit.

Phinehas Harris
1659 Green Briar
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Charles Gulotta
Rt 3 Box 755
Greenville, MS 38701
May have knowledge of improper title transactions made the basis of this lawsuit.

Rodolfo Sarmiento
RR 4 Box 301 21
Weslaco, Texas 78596
May have knowledge of improper title transactions made the basis of this lawsuit.

J&G Auto Sales and its custodians of records
423 S. Bedford St.
Georgetown, DC 19947
May have knowledge of improper title transactions made the basis of this lawsuit.

Abraham Garcia
1572 La Posada
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

International Ruby Auto Sales and its custodians of records
3813 Harrisburg
Houston, Texas 77003
May have knowledge of improper title transactions made the basis of this lawsuit.

Paul Henry Gonzalez
6141 Dockberry Rd
Brownsville, Texas 78521

64

May have knowledge of improper title transactions made the basis of this lawsuit.

Tex Mex Cold Storage Inc. And its custodians of records
6665 E. 14th St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Rodolfo Sarmiento
RR 4 Box 301 21
Weslaco, Texas 78596
May have knowledge of improper title transactions made the basis of this lawsuit.

Georgetown Auto Sales and its custodians of records
Georgetown, DC 19947
May have knowledge of improper title transactions made the basis of this lawsuit.

Roberto Sanchez
1084 Pasadero Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Cen-Tex Auto Sales and its custodians of records
Bryan, Texas 77803
May have knowledge of improper title transactions made the basis of this lawsuit.

Maria L. Sanchez
35 San Agustin
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Valley Star Truck Sales and its custodians of records
6377 N. 77 Expressway
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Luis Sias
34410 Bingley Rd
Los Fresnos, Texas 78566
May have knowledge of improper title transactions made the basis of this lawsuit.

Corado Sanchez Jr.
230 Dawn Ave
San Benito, Texas 78586

May have knowledge of improper title transactions made the basis of this lawsuit.

Elvia Luiton
176 Denise Ave.
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

Junior Compton Motors and its custodians of records
1900 Mathis Mill Rd
Albertville, AL 35951
May have knowledge of improper title transactions made the basis of this lawsuit.

Marcelo Guerra
64 San Francisco
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Rene Lopez
114 Haggar Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose G. Cisneros Jr.
361 Cedarelm Crossings
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Eduardo Reyes
2152 S. Oklahoma
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Alejandro Gonzales
300 ½ S. Vine St.
Commerce, OK 74339-2213
May have knowledge of improper title transactions made the basis of this lawsuit.

Claudia Hernandez
RR 1 Box 94 F
La Feria, Texas 78559
May have knowledge of improper title transactions made the basis of this lawsuit.

Elizabeth Isassi

5810 Paso Real
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Mery Ellen Bilokury
Carlos F. Rodriguez
3524 25th St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Joe Costello
704 E. Front
Tyler, Texas 75702-8324
May have knowledge of improper title transactions made the basis of this lawsuit.

Juan Jose Hinojosa
4855 Austin Rd
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Manual S. Martinez
819 Havenway Rd
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Ana Bertha De La Cruz
4645 McKenzie Rd
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Gunnels Interest Inc. And its custodians of records
6750A Gulf Frwy
Houston, Texas 77087
May have knowledge of improper title transactions made the basis of this lawsuit.

Alfredo Ambriz
1145 Sandy Lane
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Specialty Motor Cars
7667 Sonoma
May have knowledge of improper title transactions made the basis of this lawsuit.

Luis Alberto Lezama
3185 Southmost Rd
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Paul C. Ralston
POB 792533
San Antonio, Texas 78279
May have knowledge of improper title transactions made the basis of this lawsuit.

Lezama Lumber Company
3185 Southermost Rd
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Lawrence Hffpauir
2814 Oleander Dr.
Pasadena, Texas 77503
May have knowledge of improper title transactions made the basis of this lawsuit.

Sergio Garcia
498 Yvonne Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Bernardino Castro
2784 Carolina
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Lidiu Cisneros
6613 Simon Place
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Hector Sanchez
24310 Mountain View
Bonita Springs, Florida 34135-8859
May have knowledge of improper title transactions made the basis of this lawsuit.

Victor Diaz
1814 Taxco
Brownsville, Texas 78521

May have knowledge of improper title transactions made the basis of this lawsuit.

Joshua L. Fairchild
Stephanie Tilton
14501 Empanada Dr. #1417
Houston, Texas 77083
May have knowledge of improper title transactions made the basis of this lawsuit.

Ismael D. Olivarez
N. Olmito Rd.
POB 133
Rio Hondo, Texas 78583
May have knowledge of improper title transactions made the basis of this lawsuit.

Albert Archuleta
24 Lake View Lane
Huntsville, Texas 77340
May have knowledge of improper title transactions made the basis of this lawsuit.

Francisco L. Flores
145 Portway
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Sosa's Used Cars
4204 Southmost Rd.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Salvador Castillo
9133 Vallehermoso
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Andrew Arbour
4805 Cark St.
Santa Fe, Texas 77517
May have knowledge of improper title transactions made the basis of this lawsuit.

Raul L. Gracia
6207 Jennifer
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Q Vo Auto Sales
3805 N. Southmost Rd.
Brownsville, Texas
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose A. Reyna
3375 McAllen Rd. 203
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Esmeralda Villarreal
49 Joymar Dr. #5
Saint Cloud, MN 56301-9460
May have knowledge of improper title transactions made the basis of this lawsuit.

Maria G. Rios
6962 Laguna De Palmas
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Tomas Alfredo Herrera
3435 Gardenia St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Haris Auto
Fayetteville, AR 72702
May have knowledge of improper title transactions made the basis of this lawsuit.

Alfredo Villarreal Jr.
2304 Shidler
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Juanita Y Castaneda
462 Diaz St.
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

Richard Jenkin's Auto Sales
2609 Hwy 175
Seagull, Texas 75199
May have knowledge of improper title transactions made the basis of this lawsuit.

69

70

Luis Nieto
3531 FM 802
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Gary C. Smith
Baton Rouge, LA
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Ernesto Gracia
646 La Quinta Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Pedro Mendoza
6500 Dockberry Rd.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Cruz Elias Jr.
6705 Tolowood Cr
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Juan Poy
9553 Pelon Rd
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Mark A. Draleaus
245 Duncan Road
New Johnsville, TN 37134
May have knowledge of improper title transactions made the basis of this lawsuit.

Alma Sandoval
36813 Montalvo Sub
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

Charlie's Used Cars and its custodians of records
14th Street
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Ruben S. Alvarado
467 San Cristobal
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Anthony Rico
825 San Pedro Lane
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Juanita Gonzalez
2205 Rockwell Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Darrel W. Sterling
Baton Rouge, LA
May have knowledge of improper title transactions made the basis of this lawsuit.

Veronica Barocio
3054 E. 21st
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

George Garcia
3504 E. 27th St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Jesus V. Gonzalez
223 Sweet Rose
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

CMW Motors and its custodians of records
217 W. Verterans Memorial Blvd.
Killeen, Texas 76541
May have knowledge of improper title transactions made the basis of this lawsuit.

Alfredo Aviles
7410 Villa Pancho Apt. C
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

71

72

Alex Auto Sales and its custodians of records
1101 Wayside
Houston, Texas 77020
May have knowledge of improper title transactions made the basis of this lawsuit.

Elique DeLaFuente
105 W. Madison
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Joe A. Ponce
3023 Woodcreek Lane #209
Houston, Texas 77073-0000
May have knowledge of improper title transactions made the basis of this lawsuit.

Antonio Guzman
2480 Jaime Circle
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Phil Wilgus
1075 Bowles Rd.
Gilmer, Texas 75644
May have knowledge of improper title transactions made the basis of this lawsuit.

Sarita B. Abrego
23 Ash
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Irma Quintero
Box 78091
Lafferia, Texas 78559
May have knowledge of improper title transactions made the basis of this lawsuit.

Beningna Rojas Roquis
145 Fresno
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Albert Davila Jr.
5485 Boca Chica Blvd.
Brownsville, Texas 78521

73

May have knowledge of improper title transactions made the basis of this lawsuit.

West Liberty Auto Sales and its custodians of records
West Liberty, IA
May have knowledge of improper title transactions made the basis of this lawsuit.

Maria Gregoria Garcia
35059 Leal Rd.
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

Diana Sanders
1100 Sims
Jonesboro, AR 72401
May have knowledge of improper title transactions made the basis of this lawsuit.

Dionicio Mendoza Jr.
C/o 1659 Sahara Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Rick/Michael Marirose Mann
4855 SW Sit6 Rd 116
Bluffton, IN 46714
May have knowledge of improper title transactions made the basis of this lawsuit.

Domingo Estrada
172 Kleberg
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Miguel Gomez
18 Lakeview
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Venancio Gonzalez
64 San Eugenio
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Tampa Machinery Auction Inc. And its custodians of records
POB 291069

74

Tampa, FL 33687
May have knowledge of improper title transactions made the basis of this lawsuit.

Primitivo Chapa
Rt. 27 Box 283
Mission, Texas 78572
May have knowledge of improper title transactions made the basis of this lawsuit.

Rickey Dearmon
17155 A Hwy 26W
Lucedale, MS 39452
May have knowledge of improper title transactions made the basis of this lawsuit.

Rebecca Carrera
5073 Camellia Lane
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

State Farm Ins. Co. And its custodians of records
505 Idlewild Rd.
Grand Prarie, Texas 75051
May have knowledge of improper title transactions made the basis of this lawsuit.

Roberto Santillana
1554 W. St. Francis
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Road Rounner Motor Co. And tix custodians of records
Tulsa, OK 74101-1159
May have knowledge of improper title transactions made the basis of this lawsuit.

Merced Cantu III
POB 1847
Port Isabel, Texas 78578
May have knowledge of improper title transactions made the basis of this lawsuit.

Felipe or Jesus Zamora
POB 1500
Port Isabel, Texas 78578
May have knowledge of improper title transactions made the basis of this lawsuit.

Sandra E. Valenzuela

75

663 N. Dakota Ave.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Gilberto Garza
Fremont, OH 48420
May have knowledge of improper title transactions made the basis of this lawsuit.

Adriana Esther Vela
1803 Apollo Ave.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Roberto Herrera Jr.
11043 Southmost Rd.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Leticia Garcia
1854 Oasis Drive
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Lovens Auto Sales
Alexandria, IN
May have knowledge of improper title transactions made the basis of this lawsuit.

Francisco Leija Jr.
6039 Tecate Dr.
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Mario Sanchez
824 Milpa Verde St.
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Miguel Roque
100 Gonales 523
Port Isabel, Texas 78578
May have knowledge of improper title transactions made the basis of this lawsuit.

Gildardo Escalon

76

2702 8th Ave. S.
Fort Dodge, IA
May have knowledge of improper title transactions made the basis of this lawsuit.

Franco Bautista
924 E. Strenger Lot 18
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

Burnice Newman
Linda Carlisle
Arkansas
May have knowledge of improper title transactions made the basis of this lawsuit.

Ricardo Bilbao
3717 E. 23rd St.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Apolinar Lopez
300 Eaton
Romeoville, IL 60441
May have knowledge of improper title transactions made the basis of this lawsuit.

Ernesto Olvera
1445 E. Adams St. 117
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Cental A/S
Baton Rouge, LA
May have knowledge of improper title transactions made the basis of this lawsuit.

Martha Alicia Chavez
1875 Cleveland
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Klean Kars
Breau, LA
May have knowledge of improper title transactions made the basis of this lawsuit.

Armando Escamilla

77

37 Olds Ebony Parkway
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Alfredo Jimenez
4779 Mona Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

CJ Franks Auto Sales and its custodians of records
Mansfield, OH
May have knowledge of improper title transactions made the basis of this lawsuit.

Mario Ramirez
2685 Lima
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Bess Motors
Shreveport, LA
May have knowledge of improper title transactions made the basis of this lawsuit.

Guillermo Perez
132 Cowan Terrace
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Clower Motor Inc.
640 E. Front St.
Arlington, VA 26011
May have knowledge of improper title transactions made the basis of this lawsuit.

Martin Yado
3133 N. Buckingham Ct.
Brownsville, Texas 78526
May have knowledge of improper title transactions made the basis of this lawsuit.

Roxane McKay
R3 Box 155A
Harmony, MN 55939
May have knowledge of improper title transactions made the basis of this lawsuit.

Mercedes H. Pecero

78

15 Lovell Ct
Brownsville, Texas
May have knowledge of improper title transactions made the basis of this lawsuit.

Ramon Auto Sales and its custodians of records
3785 Southmost
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Segundo Lopez
34 Oro Circle
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Brusher Motor Co. Of Weimer, Inc. And its custodians of records
Weimer, Texas
May have knowledge of improper title transactions made the basis of this lawsuit.

Maria De Lourdes Gamboa
356 Winchell
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

Yvette A. Weiland
POB 253
Geneva, IN 46740-0253
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose A. Martinez
405 Willow Lane
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Netos Auto Sales and its custodians of records
1067 S. Expressway
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Ramon Arriaga
824 Jenny Cir B
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

79

Barnett Sthubs Ford and its custodians of records
Franklin, Georgia
May have knowledge of improper title transactions made the basis of this lawsuit.

Cesar Gustavo Barrera
2755 El Granero
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Conrad Guthrie
4002 Postwood Dr.
Spring, Texas 77388
May have knowledge of improper title transactions made the basis of this lawsuit.

Miguel Vasquez
320 Red Rose St.
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Gerald T. Flanagan
4006 Windsor Dr.
Deer Park, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Daniel Vasquez
110 Kleberg
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Omro Auto Sales and its custodians of records
Omro, WI 54963
May have knowledge of improper title transactions made the basis of this lawsuit.

Alfredo Ramirez
6936 Vivero Dr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Ron Carter Ford Inc. And its custodians of records
FM 528
Alvin, Texas 77511
May have knowledge of improper title transactions made the basis of this lawsuit.

80

Irma Celia Garcia
2734 Florencia Ave.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Second Hand Motors and its custodians of records
Garland, Texas 75042
May have knowledge of improper title transactions made the basis of this lawsuit.

Veronica Velez
1900 E. Elizabeth Street
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Stephen & Brenda King
Buford, GA 30519
May have knowledge of improper title transactions made the basis of this lawsuit.

Kristopher Armstrong
906 N. 26th
Harlingen, Texas 78550
May have knowledge of improper title transactions made the basis of this lawsuit.

Charlene Townsend
4444 Broadmook Rd.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Manuel Garcia
2620 Dennis CMR Park
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Big John Motor Co. And its custodians of records
Fort Worth, Texas 76117
May have knowledge of improper title transactions made the basis of this lawsuit.

Roberto Santillana Jr.
125 Portway
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Maribel Escalera

81

174 Mebec Cr.
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Lee Martinez
POB 1512 Old Dallas Rd
Los Fresnos, Texas 78566
May have knowledge of improper title transactions made the basis of this lawsuit.

Esther Betancourt
924 East Stenger 57
San Benito, Texas 78578
May have knowledge of improper title transactions made the basis of this lawsuit.

Juan Martin Rangel
2111 S. Indiana
Brownsville, Texas 78521
May have knowledge of improper title transactions made the basis of this lawsuit.

Regal Automotive and its custodians of records
Houston, Texas 77063
May have knowledge of improper title transactions made the basis of this lawsuit.

Maria Guadalupe Acevedo
240 North Bonham
San Benito, Texas 78586
May have knowledge of improper title transactions made the basis of this lawsuit.

Loganville Auto Auction and its custodians of records
Loganville, GA
May have knowledge of improper title transactions made the basis of this lawsuit.

Byron Joe Harmon
9 Cela Ave. Apt 7
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

Clifford Allen Carroll
Marilyn Rose Carroll
612 2nd Street
Radford, VA 24141-1432
May have knowledge of improper title transactions made the basis of this lawsuit.

82

Sonia Castano
234 Southmost Rd
Brownsville, Texas 78520
May have knowledge of improper title transactions made the basis of this lawsuit.

UMS Unidad Medica Sandoval and the custodian of records
Analisis Clinicos
Q.F.B. Celia Carrera Martinez
Ej. Estacion Sandoval Mpio. De H. Matamoros, Tam.
Tel: 847-21-15
Provided medical services to Vicenta Cantu for damages she sustained as a result of the facts
made the basis of this lawsuit.  May be called to provide expert testimony.

Dr. Gustavo M. Rivero Aragon and his custodians of records
Universidad Autonoma De Guerrero
Domicilio Conocido S/N
Estacion Sandoval
H. Matamoros, Tamps
Tel: 868 847-2115
Provided medical services to Vicenta Cantu for damages she sustained as a result of the facts
made the basis of this lawsuit.  May be called to provide expert testimony.

Elena Garza
Plaintiff Cantu's sister
(956) 542-8099
Has knowledge of Plaintiff's damages - emotional distress.

Rolando Mancillas
Cameron County Park Ranger - South Padre Island
(956) 371-5999

Maz Martinez
(956) 983-7270

13.    Please give the name, address and telephone number of each person with knowledge of
        relevant facts who has given a witness statement.

ANSWER:    No person with knowledge of relevant facts has given a witness statement to my
                attorney.

14.    State the amounts of money you claim in your Prayer for Relief for each type of monetary
        damage (e.g. compensatory damages, actual damages, punitive damages, front pay, back
        pay, loss of past and future earnest, lost of retirement/other benefits, and mental anguish);

83

state each element separately.

ANSWER:    I will the amount of damages for such things as mental anguish, emotional
                distress, hurt, shame and humiliation to the jury to decide.  Also, I leave the
                amount of punitive damages to the jury.  I need to conduct further discovery in
                order to determine damages related to pay and other benefits.

84

**AFFIDAVIT OF Vicenta Cantu**

STATE OF TEXAS §

§

COUNTY OF NUECES §

BEFORE ME, the undersigned authority, on this day personally appeared Vicenta Cantu after being by me duly sworn did upon his oath depose and say:

"I am the Plaintiff in the above styled and numbered cause, and I have read the foregoing answers to Interrogatories propounded by the Defendant and state that the same are true and correct."

_____
Vicenta Cantu

SWORN TO AND SUBSCRIBED BEFORE ME by the said Plaintiff, Vicenta Cantu, on this
01- Dec. 2005 to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

MY COMMISSION EXPIRES: 1/25/09