LAW OFFICES OF

# ADAMS & GRAHAM, L.L.P.

**ROGER HUGHES**
RHughes@adamsgraham.com

222 E. VAN BUREN, WEST TOWER
P. O. DRAWER 1429
HARLINGEN, TEXAS 78551

TEL. (956) 428-7495
FAX (956) 428-2954
adamsgraham.com

December 8, 2005

Mr. Michael Milby, Clerk                                                                                     *Via E-File*
**UNITED STATES DISTRICT COURT**
600 East Harrison Room #306
Brownsville, TX 78520-7114

**Re:    Civil Action No. B-03-096**
       **Cantu, et al v. Cameron County, et al.**
       **Our File No. Y-80**

Dear Mr. Milby:

Please find enclosed herewith for filing among the papers in the above referenced cause, the following:

1.   **Defendants' Motion to Compel Plaintiffs to Provide Adequate Rule 26 Disclosures; and Proposed Order.**

By copy hereof, we are forwarding a copy of same to all counsel of record and interested parties.

Thank you for your kind courtesies.

Sincerely,

**ADAMS & GRAHAM, L.L.P.**

/s/ *Roger W. Hughes*
ROGER W. HUGHES

RWH:fmg
Enclosure(s):  As stated.

Mr. Michael Milby, Clerk
Re:   Civil Action No. B-03-096
December 8, 2005
Page 2


cc:

Ms. Gay E. Gilson *CM/RRR 7004 2890 0000 7881 7030*
**LAW OFFICE OF GAY E. GILSON**
719 South Shoreline, Suite 301A
Corpus Christi, TX 78401

Mr. David Lee McGee *Via Ordinary Mail*
**LAW OFFICES OF DAVID LEE McGEE, P.C.**
201 S. 15th, Ste. 204, McAllen (78501)
701 Park Avenue
Corpus Christi, TX 78401

Mr. Richard O. Burst *Via Ordinary Mail*
**CAMERON COUNTY CIVIL LEGAL DEPARTMENT**
964 East Harrison Street
Brownsville, TX 78520

Mr. Charles Willette *Via Ordinary Mail*
**WILLETTE & GUERRA, L.L.P.**
1534 E. 6th Street, suite 200
Brownsville, TX 78520

Mr. Richard Bilbie *Via Ordinary Mail*
Assistant District Attorney
974 East Harrison Street
Brownsville, TX 78520