United States District Court
Southern District of Texas
ENTERED

DEC 1 3 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU, ET AL. § | | |
| Plaintiffs § | | |
| § | | |
| v. § | C.A. No. B-03-96 | |
| § | | |
| CAMERON COUNTY AND TONY § | | |
| YZAGUIRRE, Tax Assessor-Collector § | | |
| of Cameron County and Director, § | | |
| Cameron County Automobile Crimes § | | |
| Enforcement Task Force, in his § | | |
| individual capacity § | | |
| Defendants. § | | |

## ORDER

BE IT REMEMBERED that on December 12, 2005, the Court considered Defendants' Motion to Sever Plaintiff Garcia's Claims and to Enter Final Judgment on Plaintiff Garcia's Claim [Dkt. No. 81]. Previously, the Court dismissed all of Plaintiff Garcia's claims under Federal Rule of Civil Procedure 12(b)(6) [Dkt. No. 48].

A court may direct the entry of a final judgment against one party when multiple parties are involved only "upon an express determination that there is no just reason for delay and upon express direction for the entry of judgment." Fed. R. Civ. P. 54(b). See *Kelly v. Lee's Old Fashioned Hamburgers, Inc.*, 908 F.2d 1218, 1220 (5th Cir. 1990); *Gray v. Beverly Enterprises-Mississippi, Inc.*, 390 F.3d 400, 403-404 (5th Cir. 2004). This Court's dismissal of all of Plaintiff Garcia's claims shall serve as final judgment against Garcia under Rule 54(b). There is no just reason for delay of the entry of judgment. Therefore, pursuant to Rule 54(b), the Court **ORDERS** entry of final judgment with regards to all claims brought by Plaintiff Garcia.

DONE this 12th day of December 2005, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge