IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
DEC 1 3 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| VICENTA CANTU, et al. | : | |
| Plaintiffs | : | |
| vs. | : | CIVIL ACTION NO. B-03-096 |
| CAMERON COUNTY, et al. | : | |
| Defendants | : | |

### ORDER GRANTING DEFENDANTS' MOTION TO COMPEL
### PLAINTIFFS TO PROVIDE ADEQUATE RULE 26 DISCLOSURES

BE IT REMEMBERED that on this 2 day of December 2005, came to be considered Defendants' Motion to Compel Plaintiffs to Provide Adequate Rule 26 Disclosures and the Court is if the opinion that same should be granted.

IT IS THEREFORE ORDERED that within fifteen (15) days after the entry of this order, Plaintiffs shall file a supplemental Rule 26(a) Disclosures which shall (1) provide sufficient detailed description of the knowledge each witness possesses and as to which claims that witness's knowledge relates so that Defendants may determine what discovery is necessary, and (2) specify which persons they reasonably anticipate calling to testify at trial.

SIGNED FOR ENTRY on this 12 day of December 2005 in Brownsville, Texas.

_____
JUDGE PRESIDING