IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU, et al. | § | |
| | § | CIVIL ACTION NO. B-03-096 |
| vs. | § | |
| | § | |
| CAMERON COUNTY, et al. | § | |

**ORDER GRANTING DEFENDANTS'
MOTION TO EXCLUDE PLAINTIFFS' EXPERT WITNESSES**

BE IT REMEMBERED that on this _____ day of _____, 2006 came to be considered Defendants' Motion to Exclude Plaintiffs' Expert Witnesses and the Court is of the opinion that same should be granted.

IT IS THEREFORE ORDERED that all of Plaintiffs' non-retained testifying expert witnesses identified in Plaintiffs' Designation of Experts be excluded, with the exception of the expert witnesses identified as Plaintiffs' medical providers and attorneys.

IT IS FURTHER ORDERED that within fifteen (15) days after the entry of this order, Plaintiffs shall file an amended Designation of Experts which shall (1) identify exactly who Plaintiffs expect to call upon as experts in this case, and (2) set forth their qualifications to be an expert under Rule 702 of the Federal Rules of Evidence, the subject of their testimony, and the substance of their opinion.

SIGNED FOR ENTRY on this _____ day of _____, 2006 in Brownsville, Texas.

_____
United States District Judge