
03-172

# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR.
R. D. "BOBBY" GUERRA*
EILEEN M. LEEDS

ELIZABETH S. CANTU*
ANALISA FIGUEROA
JOE HERNANDEZ*
MELANIE A. MOORE
ROBERT PUENTE *
HEATHER SCOTT

1534 EAST 6TH STREET, SUITE 200
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*MCALLEN OFFICE:
801 WEST NOLANA, SUITE 320
MCALLEN, TEXAS 78504
TELEPHONE: (956) 686-2266
FACSIMILE (956) 686-5913

November 7, 2005

*Via Facsimile: (361)887-0554*
Ms. Gay E. Gilson
**LAW OFFICE OF GAY E. GILSON**
719 South Shoreline, Suite 301A
Corpus Christi, TX 78401

Re:   Civil No. B-03-096
      Vicenta Cantu vs. Cameron County, et al.
      U.S. District Court
      Southern District of Texas
      Brownsville Division
      **Our File No. 03-172   CW/HS**

Dear Ms. Gilson:

I am writing in order to ask you to voluntarily amend Plaintiffs' Designation of Experts and to supplement Plaintiffs' Initial Disclosures concerning the subject matter of the persons with knowledge.

In Plaintiffs' Designation of Experts, you have globally identified as non-retained testifying experts "all persons identified by any Plaintiff and/or Defendant in response to any discovery request or disclosure to provide expert testimony in this case." You further state that "all persons identified may be called upon to give an expert opinion based upon their knowledge and experience relevant to the claims made the basis of this lawsuit."

This global designation of non-retained testifying experts does not provide Defendants with fair notice as to who the Plaintiffs' experts may be. It is simply unreasonable for you to designate the more than 500 fact witnesses you have named in Plaintiffs' Initial Disclosures as non-retained testifying experts. Just because an individual has been classified as a non-retained testifying expert does not mean that the individual meets the qualifications necessary to be considered an expert under FRE 702.


EXHIBIT 2

Ms. Gay Gilson
**LAW OFFICE OF GAY E. GILSON**
November 7, 2005
Page 2

At this time, we would ask that you please clarify Plaintiffs' Designation of Experts by identifying exactly who you expect to call upon as experts in this case and setting forth their qualifications to be an expert under FRE 702, the subject of their testimony, and the substance of their opinion. The medical providers and attorneys listed in Plaintiffs' Designation of Experts do not require any additional information.

Please amend Plaintiffs' Designation of Experts within one week upon receipt of this letter. Pursuant to FRCP 26, we are entitled to this requested information, and we are asking you to provide us with this information voluntarily by amending Plaintiffs' Designation of Experts. However, should you fail to voluntarily amend Plaintiffs' Designation of Experts, we will secure this information in the form of Interrogatories pursuant to FRCP 26(a)(5), and we may consider filing a motion asking the court to impose the requirement of a written expert report on the individuals identified who will provide opinions under FRE 702.

In addition, please allow this letter to serve as a second request to supplement Plaintiffs' Initial Disclosures concerning the subject matter of the persons with knowledge. After studying them, it is Defendants' opinion that the identification of more than 500 persons with potential knowledge and the subject matter of their relevant information is voluminous, overly burdensome and amounts to harassment. Further, the subject matter of their relevant information is too broad and does not provide Defendants with the specific subject matter so as to give reasonable notice as to the information such persons may have concerning the Plaintiffs' claims made the basis of this lawsuit. Consequently, without a more reasonable number of witnesses being designated with more specific information given as to their knowledge, Defendants would have to depose over 500 witnesses. Should you fail to voluntarily supplement Plaintiffs' Initial Disclosures concerning the subject matter of persons with knowledge, we will have no alternative but to file a motion to compel disclosure of this information and for appropriate sanctions pursuant to FRCP 37.

Should you have any questions or concerns, please do not hesitate to contact us.

Very Truly Yours,

WILLETTE & GUERRA, L.L.P.

By: _Charles Willette, Jr._ w/p HS
Charles Willette, Jr.
Attorney for Cameron County

Ms. Gay Gilson
**LAW OFFICE OF GAY E. GILSON**
November 7, 2005
Page 3

xc:

*Via U.S. Regular Mail*
Mr. Roger Hughes
**ADAMS & GRAHAM, L.L.P.**
222 E. Van Buren
P.O. Drawer 1429
Harlingen, TX 78551-1429

*Via U.S. Regular Mail*
Mr. Richard Burst
**CAMERON COUNTY LEGAL DIVISION**
964 E. Harrison Street
Brownsville, TX 78520

*Via U.S. Regular Mail*
Mr. Richard Bilbie
**CAMERON COUNTY DISTRICT ATTORNEY'S OFFICE**
974 E. Harrison Street, 2nd Floor
Brownsville, TX 78520

```
***********************************************************************
*                      TRANSACTION REPORT                              *
*                                          NOV-07-2005 MON 04:59 PM    *
*                                                                      *
*   FOR:  Willette & Guerra Bro.Tx    9565411823                       *
*----------------------------------------------------------------------*
*   SEND                                                               *
*   DATE    START      RECEIVER        TX TIME  PAGES TYPE   NOTE   M# DP *
*----------------------------------------------------------------------*
*   NOV-07  04:58 PM   13619870554     1'03"    4     FAX TX  OK    529 *
*----------------------------------------------------------------------*
*                                  TOTAL :      1M 3S  PAGES:  4       *
***********************************************************************
```

# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR.
R. D. "BOBBY" GUERRA *
EILEEN M. LEEDS

ANALISA FIGUEROA
JOE HERNANDEZ *
MELANIE L. MOORE
ROBERT PUENTE *
JUAN ROCHA *
HEATHER SCOTT

1534 EAST 6TH STREET, SUITE 200
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*MCALLEN OFFICE:
801 NOLANA, SUITE 320
MCALLEN, TEXAS 78504
TELEPHONE: (956) 686-2066
FACSIMILE: (956) 686-5910

### FAX COVER SHEET

| | | | |
|---|---|---|---|
| DATE: | November 7, 2005 | OUR FILE NO: 03-172 | FAX NO.: (361) 887-0554 |
| FROM: | Heather Scott | TO: Ms. Gay Gilson | OF: Law Office of Gay Gilson |

Re: **Vicenta Cantu vs. Cameron County, et al**

NOTE: If any of these fax copies are illegible, or you do not receive the same number of pages as stated above, please contact us immediately.

Transmitted By: **Claudia Flores**
Number of pages (Including this sheet): ___4___

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY-PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA US POSTAL SERVICE.