# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

**UNITED STATES COURTS**.gov
**SOUTHERN DISTRICT OF TEXAS**
**FILED**

DEC 2 3 2005

**MICHAEL N. MILBY, CLERK OF COURT**

Richard L Bilbie
Attorney at Law
2202 S Bus 77
Ste G
Harlingen  TX  78550

---

Case: 1:03-cv-00096    Instrument: 84    (1 pages)
Date: Dec 13, 2005
Control: 051219761
FAX number: 956-440-1183 fax    (2 Total pages including cover sheet)
Notice: The attached order has been entered.

---

You could have received this notice faster by e-mail,
                and
You can serve other parties through the court's electronic filing system.

Electronic Noticing and Filing is authorized in Civil, Criminal and Bankruptcy Cases.

Read more about it at www.txs.uscourts.gov under CM/ECF - Electronic Filing,
                and
Register on-line for a training class to receive your user privileges.

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.  For questions, please call (713) 250-5768.



CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

RETURNED TO SENDER

FORWARDING TIME EXPIRED



Hasler

US POSTAGE
$00.37