# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

Richard L Bilbie
Attorney at Law
2202 S Bus 77
Ste G
Harlingen  TX  78550

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

DEC 2 3 2005

MICHAEL N. MILBY, CLERK OF COURT

---

Case: 1:03-cv-00096   Instrument: 83   (1 pages)
Date: Dec 13, 2005
Control: 051219755
FAX number: 956-440-1183 fax   (2 Total pages including cover sheet)
Notice: The attached order has been entered.

---

You could have received this notice faster by e-mail,
             and
You can serve other parties through the court's electronic filing system.

Electronic Noticing and Filing is authorized in Civil, Criminal and Bankruptcy Cases.

Read more about it at www.txs.uscourts.gov under CM/ECF - Electronic Filing,
             and
Register on-line for a training class to receive your user privileges.


If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.  For questions, please call (713) 250-5768.




