UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU; FELIX R. MUNOZ; | § | |
| RUTH WEAVER; | § | |
| DIAMANTINA ALVARADO; AND | § | |
| LINDA GARCIA | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| vs. | § | Civil Action No. 03-CV-96 |
| | § | |
| CAMERON COUNTY and | § | **JURY TRIAL REQUESTED** |
| TONY YZAGUIRE, JR., Tax Assessor- | § | |
| Collector of Cameron County and Director, | § | |
| Cameron County Automobile Crimes | § | |
| Enforcement Task Force, in his | § | |
| individual capacity | § | |

## PLAINTIFF'S IDENTIFICATION OF POTENTIAL WITNESSES

Pursuant to the Court's order, Plaintiffs identify the following persons as anticipated

witnesses at the trial of this case.  Some of the individuals are identified, but may not be called to

testify.  It is too early to make some of the determinations as much of the discovery in this case is

not complete.  Plaintiffs ask that they be allowed to designate additional trial witnesses as discovery

continues and to streamline this list considerably.  There are numerous witnesses identified for the

purpose of supporting the fact that Plaintiffs exercised First Amendment Speech and the fact that

speech was made in good faith. However, Plaintiff does not anticipate calling every witness who has

knowledge of this subject. But Plaintiffs do want to retain the ability to call any of these individuals

at the time of trial as a witness. Plaintiffs may provide a more detailed and narrow witness list as

discovery is completed.  Separate from this document, Plaintiffs have supplemented 26 a disclosures

and provided additional detailed information, including additional documentation, identifying

persons with relevant knowledge of information relevant to the claims, damages and/or defenses to this case.

Vicenta Cantu

c/o Law Office of Gay E. Gilson

719 S. Shoreline, Suite 301A

Corpus Christi, Texas 78401

(361) 887-0552

Plaintiff in this case.  Will testify about the claims, facts and damages as specified in complaint.


Felix R. Munoz

c/o Law Office of Gay E. Gilson

719 S. Shoreline, Suite 301A

Corpus Christi, Texas 78401

(361) 887-0552

Plaintiff in this case.  Will testify about the claims, facts and damages as specified in complaint.


Ruth Weaver

c/o Law Office of Gay E. Gilson

719 S. Shoreline, Suite 301A

Corpus Christi, Texas 78401

(361) 887-0552

Plaintiff in this case.  Will testify about the claims, facts and damages as specified in complaint.

Diamantina Alvarado

c/o Law Office of Gay E. Gilson

719 S. Shoreline, Suite 301A

Corpus Christi, Texas 78401

(361) 887-0552

Plaintiff in this case.  Will testify about the claims, facts and damages as specified in complaint.


Tony Yzaguirre, Jr.

Cameron County Tax Assessor-Collector

964 E. Harrison

Brownsville, Texas

(956) 544-0800

Defendant in this case.  Anticipated that he will testify regarding his version of the events made the basis of this lawsuit; Plaintiff's terminations, demotions and transfers and possibly Plaintiff's damages. He may be asked to testify about other matters.  Discovery continues at this time.


David Lee McGee

Law Offices of David Lee McGee

3827 N. 10th Street, Suite 302-B

McAllen, Texas 78501

(956) 687-2010

Attorney for Plaintiffs.   Has knowledge of reasonable and necessary attorney's fees in this case.

May testify as an expert on this subject.

Gay E. Gilson

Law Office of Gay E. Gilson

719 S. Shoreline, Suite 301A

Corpus Christi, Texas 78401

(361) 887-0552

Attorney for Plaintiffs.   Has knowledge of reasonable and necessary attorney's fees in this case.

May testify as an expert on this subject.

Mr. Charles Willette

Willette & Guerra, L.L.P.

1534 East 6th St., Suite 200

Brownsville, Texas 78520

(956) 541-1846

Attorney for Defendant.  May have knowledge of reasonable and necessary attorney's fees in this case.

Mr. Craig Vittitoe

Mr. Roger Hughes

Adams & Graham, L.L.P.

222 E Van Buren West Tower

Harlingen, Texas 78550

(956) 428-7495

Attorney for Defendant.  May have knowledge of reasonable and necessary attorney's fees in this case.


Cameron County Automobile Crimes Enforcement Task Force, its supervisors, directors, employees and contractors.  Has knowledge of the facts made the basis of this lawsuit as alleged in Plaintiffs' pleadings, motions and responses.  Discovery continues and it is difficult to ascertain prior to the conclusion of discovery which employees may testify.


Texas Automobile Theft Prevention Authority, its employees, managers, and custodians of records

4000 Jackson Avenue

Austin, Texas 78731

Telephone: (512) 374-5101

At this time, it is undetermined if any employee from this agency may testify.  Discovery continues.


Texas Department of Transportation, Texas Motor Vehicle Enforcement Division

125 E. 11th St.

Austin, Texas 78701-2483

At this time, it is undetermined if any employee from this agency may testify.  Discovery

continues.

Dillards Department Store, its supervisors, managers and employees

1248 N Expwy 83

Brownsville, TX 78520

(956) 546-4581

At this time, it is undetermined if any employee from this agency may testify.  Discovery

continues.

Jesse Garcia, Jr.

Chief Deputy - Administration

Cameron County 031 / PH

P. O. Box 952, Brownsville, TX 78522-0952

964 E. Harrison, 1st Floor, Brownsville, TX , TX 78520

Tel : 956.544.0804

Plaintiffs anticipate that this individual will testify at the time of trial as they should have

knowledge of facts relevant to his position with Cameron County.

Joe Mireles

Chief of Investigation

ATPA

P. O. Box 952, Brownsville, TX 78522-0952

964 E. Harrison, 1st Floor, Brownsville, TX , TX 78520

Tel : 956.544.0804

Plaintiffs anticipate that this individual will testify at the time of trial as they should have

knowledge of facts relevant to his position with Cameron County.


David E. Montoya,

Executive Director

Texas Board of Tax Professional Examiners

333 Guadalupe

Tower 2, Suite 520

Austin, Texas 78701-3942

It is not anticipated that this individual will testify at this time.  However, as evidence develops,

Plaintiffs may desire to call Mr. Montoya as a witness.


Enrique Barreda, Sr.

2800 FM 802 Apt.2085

Brownsville, Texas 78521

Plaintiffs anticipate calling Enrique Barreda, Sr.as a witness at the time of trial as he is one of the

notaries at issue.


Enrique Barrera, Jr.

174 Hagger

Brownsville, Texas 78521

Plaintiffs anticipate calling Enrique Barrera, Jr. as witness at the time of trial as he is one of the

notaries at issue.

Moises Leonel Torres

1543 Codorniz Dr.

Brownsville, Texas 75526

(956) 546-4130

Plaintiffs anticipate calling Moises Leonel Torres as a witness at the time of trial as he is one of

the notaries at issue.

Mark Garcia

1879 Royal Oak

Brownsville, Texas 78520

It is not anticipated that this individual will testify at this time.  However, as evidence develops,

Plaintiffs may desire to call this individual as a witness.

Torres Insurance, its employees, owners, managers and custodians of records

Southmost Rd

Brownsville, Texas 78521

It is not anticipated that this individual will testify at this time.  However, as evidence develops,

Plaintiffs may desire to call some of the individuals as a witness.

Cameron County District Attorney's Office and its employees, attorneys, supervisors and custodians of records

974 East Harrison Street

Brownsville, Texas 78520

Plaintiffs anticipate that they may call some employees of this entity as a witness relevant to the prosecution of the notaries.

Cameron County Attorney's Office and its employees, attorneys, supervisors and custodians of records

974 East Harrison Street

Brownsville, Texas 78520

Plaintiffs anticipate that they may call some employees of this entity as a witness relevant to the prosecution of the notaries.

Ismael Hinojosa

Cameron County District Attorney's Office

974 East Harrison Street

Brownsville, Texas 78520

Plaintiffs may call this individual relevant to the prosecution of the notaries

Michael LePore

U.S. Customs Service

1800 Paredes Line Road

Brownsville, Texas 7521

(956) 542-7831

Plaintiffs anticipate calling this witness for both liability and damage issues.


Trip Felton

Internal Revenue Service

1036 E. Levee

Brownsville, Texas

(956) 986-2232

Plaintiffs anticipate calling this witness relevant to liability and possibly damages.


Becky Beck

Custodian of Records

Texas Department of Transportation

7901 North I35

Austin, Texas 78761-5726

Plaintiffs may call this individual as a witness as this person was identified as a witness in the

notary criminal cases by Cameron jCounty.

Lupita DeLeon

c/o Cameron County Tax Assessor-Collector's Office

Brownsville, Texas

It is anticipated that Plaintiffs will call Lupita DeLeon as a witness.  Discovery continues.

Rene Medrano

Texas Department of Transportation and its custodians of records

600 W. Expwy 83

Pharr, Texas 78577

(956) 781-3291

It is undetermined whether or not Plaintiffs will call Rene Medrano as a witness.  Discovery continues.

Reynaldo G. Garza, III

Law Offices of Ernesto Gamez, Jr., P.C.

777 East Harrison Street

Brownsville, Texas 78520

It is not anticipated that Plaintiffs will call this witness.  However, discovery continues.

Estella Guerra

1385 E. 9th St.

Brownsville, Texas 78520

Plaintiffs anticipate calling Estella Guerra as a witness as she is a notary at issue.

Carlos Torres

6552 Tepeyac

Brownsville, Texas 78521

(956) 831-7606

Plaintiffs anticipate calling Carlos Torres as he is a notary at issue.

Irene Machuca

1604 Beush Dr.

Pasadena, Texas

(713) 534-7764

Plaintiff may call Irene Machuca to testify.  Identified by Defendant Cameron County in the

criminal file as someone who had knowledge of those charges brought against the notaries.

Francisco Rios

27100 Paloma Bvld.

Harlingen, Texas 78552

Has knowledge of the criminal charges brought against Carlos Torres made the basis of this

lawsuit.  Identified by Defendant Cameron County in the criminal file as someone who had knowledge of those charges.  Plaintiffs may call this individual to testify.


Darleen Bertelsen

6900 Coffeeport Rd. Ste 404

Brownsville, Texas 78521

(956) 831-9855

Has knowledge of the criminal charges brought against Carlos Torres made the basis of this lawsuit.   Identified by Defendant Cameron County in the criminal file as someone who had knowledge of those charges. Plaintiffs may call this individual to testify.


Estela D. Coello

55 San Agustin

Brownsville, Texas 78521

Has knowledge of the criminal charges brought against Carlos Torres made the basis of this lawsuit.   Identified by Defendant Cameron County in the criminal file as someone who had knowledge of those charges. Plaintiffs may call this individual to testify.  Discovery continues.

Sheleo Walton

1000 Dalton Lane

Austin, Texas 78741

(512) 385-3126

Has knowledge of the criminal charges brought against Carlos Torres made the basis of this

lawsuit.  Identified by Defendant Cameron County in the criminal file as someone who had

knowledge of those charges. Plaintiffs may call this individual to testify.  Discovery continues.


Ricardo Hinojosa

4731 Camino Verde

Brownsville, Texas 78521

(956) 968-1511

Has knowledge of the criminal charges brought against Carlos Torres made the basis of this

lawsuit.   Identified by Defendant Cameron County in the criminal file as someone who had

knowledge of those charges. Plaintiffs may call this individual to testify.  Discovery continues.


Israel Perez

875 Quail Hollow

Weslaco, Texas

(956) 778-9570

Has knowledge of the criminal charges brought against Carlos Torres made the basis of this

lawsuit.   Identified by Defendant Cameron County in the criminal file as someone who had

knowledge of those charges. Plaintiffs may call this individual to testify.  Discovery continues.

Jeffrey Chen

Assistant County & District Atty.

Cameron County District Attorney

974 E. Harrison Street

Brownsville, Texas 78520

(956) 544-0849

Has knowledge of the criminal charges brought against the notaries.  A copy of the criminal files

have been provided to Defendants.Plaintiffs may call this individual to testify.  Discovery

continues.

David A. Coronado

Assistant County & District Atty.

Cameron County District Attorney

974 E. Harrison Street

Brownsville, Texas 78520

(956) 544-0849

Has knowledge of the prosecution of the notaries made the basis of this lawsuit.  A copy of the

criminal files have been provided to Defendants. Plaintiffs may call this individual to testify.

Discovery continues.

Yolanda de Leon

Assistant County & District Atty.

Cameron County District Attorney

974 E. Harrison Street

Brownsville, Texas 78520

(956) 544-0849

Has knowledge of the prosecution of the notaries made the basis of this lawsuit.  A copy of the

criminal files have been provided to Defendants. Plaintiffs may call this individual to testify.

Discovery continues.


Rebecca Cabrera

5073 Camelia Lane

Brownsville, Texas

(956) 504-2153

Has knowledge of the criminal charges brought against Irma Torres made the basis of this

lawsuit. Identified by Defendant Cameron County in the criminal file as someone who had

knowledge of those charges. Plaintiffs may call this individual to testify.  Discovery continues.


Mireya Gutierrez

1858 Crooks Court

Grand Prairie, Texas 75051

(972) 266-9448

Has knowledge of the criminal charges brought against Irma Torres made the basis of this lawsuit. Identified by Defendant Cameron County in the criminal file as someone who had knowledge of those charges. Plaintiffs may call this individual to testify. Discovery continues.

Peter M. Zavaletta

The Zavaletta Law Firm

603 E. St. Charles St.

Brownsville, Texas 78520

(956) 546-5567

It is not anticipated that Mr. Zavaletta will be called to testify.

Migdalia Lopez

197th Judicial District

Cameron County

Brownsville, Texas

It is not anticipated that Migdalia Lopez will be called to testify.

Fred Kowalski

902 E. Madison St.

Brownsville, Texas

It is not anticipated that Fred Kowalski will be called to testify.

Irma Torres

1543 Cordorniz Dr.

Brownsville, Texas 78526

It is anticipated that Irma Torres will be called to testify as she is one of hte noatries at issue.


Julio Hernandez

Cameron County Tax Assessor-Collector

Cameron County 031 / PH

P. O. Box 952, Brownsville, TX 78522-0952

964 E. Harrison, 1st Floor, Brownsville, TX , TX 78520

Tel : 956.544.0804

Has knowledge as stated in the affidavit of Ruth Weaver which was attached to Plaintiffs'

Supplemental FRCP 7(a) Reply to Defendants' Motion to Dismiss for Failure to State a Claim

and on Immunity. Regarding Transaction I.D.: 03110136550154532 Plaintiff Cantu instructed

Julio Hernandez to hold the paperwork and set-up an appointment for the title holder to meet

with either Plaintiff Cantu or one of the investigators with the Cameron County Auto Crimes

Task Force.  Within minutes of Plaintiff Cantu's instructions to Julio Hernandez, Defendant

Yzaguirre called Plaintiff Cantu and asked her why she had instructed Mr. Hernandez to hold the

title.  Plaintiff Cantu explained that the title had passed through the Cameron County Auto

Crimes Task Force approximately six months ago and that it had been stamped sold for export.

Defendant Yzaguirre told Plaintiff Cantu that it was "none of her business" to just process the

transaction. Plaintiffs may call this individual to testify.  Discovery continues.

David Robledo

Brownsville Herald

1135 E. Van Buren

Brownsville, Texas 78520

(956) 542-430

It is not anticipated that this witness will be called to testify.  Discovery continues.


Texas Ethics Commission, its agents, employees, custodians of records

201 East 14th St., 10th Floor

P.O. Box 12070

Austin, Texas 78711-2070

(512) 463-5800

It is not anticipated that this witness will be called to testify.  Discovery continues.  May be called as rebuttal witness.


Richard Burst

Cameron County Attorney

974 E. Harrison St.

Brownsville, Texas

(956) 425-6043

It is not anticipated that is witness will be called to testify.

Mark A. Yates

Cameron County Auditor

P.O. Box 3846

Brownsville, TX 78521

Phone: (956) 544-0822

Cameron County Auditor.  Has knowledge as specified in Plaintiff's Complaint and knowledge

of Felix Munoz' reprimand and discipline.  During Plaintiff Munoz' service as the Project

Coordinator for the Cameron CountyAutomobile Crimes Enforcement Task Force, Defendant

Yzaguirre communicated to Mark Yates, the County Auditor, alleging that Plaintiff Munoz was

"leaking" information to Plaintiff Cantu. It is anticipated that Mark Yates will be called to testify.


Javier Guteirrez

Rt 3 Box 173 C

Harlingen, Texas 78552

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

First National Bank and its custodians of records

1010 S. Expressway 83

Harlingen, Texas 78550

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Los Fresnos Police and its custodians of records

200 N Brazil St

Los Fresnos, Texas 78566

Phone: (956)233-4473

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Gilberto R. Logoria

Los Fresnos Police

200 N Brazil St

Los Fresnos, Texas 78566

Phone: (956)233-4473

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Randall Reed Ford and its custodians of records

19000 Eastex Freeway

Humble, Texas

(281) 446-9171

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Jose L. Aguilar

Reynosa, Tamps

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Jose Luis Aguilar

Aguilar Auto Sale and his custodians of records

1318 E. Tyler

Lafayette, LA 70509

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Texas Department of Transportation and its custodians of records

Vehicle Titles & Registration

TXDOT

4000 Jackson

Austin, Texas 78779-0001

May have knowledge of improper title transactions made the basis of this lawsuit.  May have

received complaints from employees of Defendant and/or consumers of transactions made

through the Cameron County Tax Assessor - Collector's office.  It is not anticipated at this time

that anyone from this entity will be called to testify.  Discovery continues.

Tula Taylor

Texas Department of Transportation

Vehicle Titles & Registration

TXDOT

4000 Jackson

Austin, Texas 78779-0001

May have knowledge of improper title transactions made the basis of this lawsuit. May have

received complaints from employees of Defendant and/or consumers of transactions made

through the Cameron County Tax Assessor - Collector's office. If this person is called to testify it

will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern

which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness

depends on deposition testimony of Defendant Yzaguirre and others.


Eshel Z Valdez

Rt 5 Box 471-D

San Benito, Texas 78586

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.

State of Louisiana. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Department of Public Safety - Office of Motor Vehicles and its custodians of records

P.O. Box 64886

Baton Rouge, LA 70896

or 7979 Independence Blvd.

Baton Rouge, LA 70806

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Charles S. Cornwell

411 Oregon Trail

Lafayette, LA 70506

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Robles Auto Repairs #2, its employees, managers and custodians of records

1935 W. Hwy 77

San Benito, Texas 78586

(956) 399-1916

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Copart St. Farm Josie

P.O. Box 500

Greenwell Springs, LA 70739

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Jose Luis Aguilar and his custodians of records

670 Rio San Juan

Livingston LA 70754

or 2215 Quince Apt. MC-23

McAllen, Texas 78501

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Ignacio Villarreal and his custodians of records

670 Rio San Juan

Livingston LA 70754

or 2215 Quince Apt. MC-23

McAllen, Texas 78501

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Laura Elena Valdez

28248 Nelson Dr.

San Benito, Texas 78586

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.  If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


R. Garza Motors and its custodians of records

4345 Southmost Rd.

Brownsville, Texas 78521

(956) 546-8750

May have knowledge of improper title transactions made the basis of this lawsuit. This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


State of Arkansas

Office of Motor Vehicle and its custodians of records

Ragland Building

7th & Battery Streets, Room 2042

Little Rock, Arkansas 72201

501-682-4692

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Car Brokers and its custodians of records

6515 Warden Rd

Sherwood, AR 72120

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Jose Mireles Jr.

3518 Memorial

Harlingen, Texas 78552

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

City Financial and its custodians of records

P.O. Box 531405

Harlingen, Texas 78553

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


J&M Motor Sales and its custodians of records

1717 S. Expressway

Harlingen, Texas 78552

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Jorge Garza

J&M Motor Sales

1717 S. Expressway

Harlingen, Texas 78552

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Steve Nacol Used Cars, its employees, managers and custodians of records

1204 W. Main

Laporte, Texas 77571

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.  If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Venancio Ortiz

122 S. Brownell

Laporte, Texas 77571

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Carlos Orenday

2875 E. 14th St.

Brownsville, Texas 78521

(956) 550-9002

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

L.E. Gunnels and his custodians of records

Gunnels Interest Inc.

7115 Airport Blvd.

Houston, Texas 77061

(713) 847-9586

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Alfronso Garcia

1511 Ebano

San Benito, Texas 78586

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Charlies Used Car Sales and its custodian of records

2875 E. 14th St.

Brownsville Texas 78521

(956) 550-9002

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

State of Mississippi, its custodian of records

Motor Vehicle Commission

P.O. Box 16873

Jackson, MS 39236-0873

or

1755 Lelia Drive, Suite 200

Jackson, MS 39216

(601) 987-3995

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Robert E. Czachor

5212 Woodstone Rd.

Brandon, MS 39042

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.  If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Members First Federal Credit Union and its custodians of records

P.O. Box 16366

Louisville, KY 40256

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.  If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Hector Martinez

292 Kings HWY

Brownsville, Texas 78520

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Junior's Used Cars and its custodians of records

1735 Lincoln

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Hibernia National Bank and its custodians of records

P.O. Box 61007

New Orleans, LA 70161

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Mark W. Kirby

77480 Paul Stein Rd.

Covington, LA 70433

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Freeman Auto Sales, Inc. and its custodians of records

2914 25th Ave

Gulfport, MS

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Central Auto Sales and its custodians of records

18185 Florida

Baton Rouge, LA

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Junior's Used Cars and its custodians of records

1735 Lincoln

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Causeway Chrysler Center and its custodians of records

3999 Hwy 190

Covington, Louisiana 70433

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Casimiro Pulido

1601 Haverd Ford Blvd.

Harlingen, Texas 78552

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Diane J. Meche

114 James St.

Sunset, LA 70584

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Sterling Automotive Group and its custodians of records

P. O. Box 1388

Opelousas, LA 70570

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Emerald Coast Auto Sales and its custodians of records

535 Pass Rd.

Gulfport, MS 39907

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Gerardo Leal

3023 Huntington Ct.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Ramirez Used Cars and its custodians of records

5215 Southmost Rd.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Jack Alexander Inc. and its custodians of records

2403 W. Frank Ave.

Lufkin, TX 75904

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

First Bank & Trust

P.O. Box 151510

Lufkin, Texas 75915

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Jesus Cruz

2911 Morrow

Waco, Texas 76707

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Tipton Motors Inc.

3840 Expressway

Brownsville, Texas 78526

(956) 350-5600

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Javier Rodriguez

34 Otila Dr.

Or

5827 Ricky Dr.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Southmost Auto Service and its custodians of records

4942 Southmost

Brownsville, Texas 78520

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Edmundo Aguilar

1708 Florenc St.

Arlington, Texas 76010

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Earl Hyles Auto Sales and its custodians of records

2009 E. Abram

Arlington, Texas 76010

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Sergio Reyes

2681 Cottage Drive

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Clayton Coaliron

13480 3rd Street

Splendora, Texas 77372

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Ford Motor Credit Company and its custodians of records

P.O. Box 105704

Atlanta, GA 30348

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Leticia Porras Garcia

7331 St.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Expressway Motors and its custodians of records

1110 W. Expwy 83

Weslaco, Texas 78596

(956) 969-6377

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Sergio Reyes

Rafael Solis

#1101 Col Aurora

Matamoras, Tamps Mexico

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Delia Cordova

Enrique Juarez

2764 E. Avenue

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Tony Rivas, Jr.

934 S.W. 29th

Oklahoma City, OK 73109

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Eldorado Motors Inc. and its custodians of records

701 NW 5th St.

Oklahoma City, OK 73102-1603

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Noe Infante

65 Shelly Ct.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Summit Wholesalers and its custodians of records

3501 E. Central Tx. Expressway

Killeen, Texas 76543

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Kenneth A. Eichmann

4222 Broken Arrow Dr.

Harker Heights, Texas 76548

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Luz Antonio

Norma Gonzalez

14674 Johnson Lane

Harlingen, Texas 78552

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Lotus Auto Sales and its custodians of records

1904 E. 13th St.

Brownsville, Texas

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Jackie or Shelia Lawson

19969 Bay Village Rd.

Cherry Valley, AR 72324

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


The Bank of Harrisburg and its custodians of records

P.O. Box 17

Harrisburg, AR 72432

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Agustin Ortiz

2722 Granada

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Robert A. Keating

110 Tuscon Dr.

Duncanville, Texas 75116

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Jorge Anotio Ruvalcaba

6272 Tepepan Dr.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Smith Sales and its custodians of records

Opelousas, LA 70570

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Albert D. Robichaux

1015 John Avenue

Opelousas, LA 70570

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Isauro Garza

725 Olmito

Brownsville, Texas

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Brannon Motors Inc. and its custodians of records

Marshall, Texas

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Gulf Finance Co. and its custodians of records

P.O. Box 8435

Shreveport, LA 71148

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Michael Lee

143 East Reba

Ringgold, LA 71068

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Estela M. Sotelo

474 Linda Lane

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Ernesto Garcia

565 N. Illinois

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Josefina Barron

1548 E. Harrison

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Neal's Auto Sales and its custodians of records

Lufkin, Texas 75901

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Mary C. Wiggen

148 S. Dowlen Apt. 615

Beaumont, Texas 77707

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Mobil Oil Federal Credit Union

P.O. Box 2234

Beaumont, Texas 77704-2234

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Virginia H. Carmona

54 Linda Lane

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

T&J Motors Inc. and its custodians of records

420 Post Oak Rd.

Sulphur, LA 70663

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

American Security Bank and its custodians of records

126 E. Main St.

Ville Platte, LA 70586

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Janie J. Fee

51 Ed Fee Rd.

Glenmora, LA 71433

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Mike Pedersen

L.C. Auto Auction and its custodians of records

2435 Broad St.

Lake Charles, LA 70601

(337) 433-8664

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Isauro Garza

7110 Olmito St.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Auto Brokers and its custodians of records

W. Monroe, LA 71291

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Potltch Federal Credit Union and its custodians of records

P.O. Box 479

Warren, AR 71671

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Billie Simpson

601 South Main

Warren, AR 71671

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Andres Angeles

3113 Rene Ave

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Enterprise Car Sales and its custodians of records

14900 Gulf Frwy

Houston, Texas 77034

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Kevin Womack and his custodian of records

Car Sale Accounting Supervisor

Enterprise Leasing Company of Houston

9430 Old Katy Rd. #250

Houston, Texas 77055

(713) 467-1700

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Linda Hoover

Enterprise Leasing Company of Houston

9430 Old Katy Rd. #250

Houston, Texas 77055

(713) 467-1700

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Patricia A. Tollett

697 Davis Rd.

League City, Texas 77573

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Ibis Rivera

608 B. West 6th Street

Los Fresnos, Texas 78066

Enterprise Leasing Company of Houston

9430 Old Katy Rd. #250

Houston, Texas 77055

(713) 467-1700

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Interstate Wholesale and its custodians of records

7025 Paredes Line Rd.

Brownsville, Texas 78521

(956) 982-7816

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Joan C. Guidry

15323 Wentworth Ct.

Baton Rouge, LA

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Mark Garcia

55 W. Aldrin St.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Gum Ridge Auto Sales and its custodians of records

4961 Hwy 1

Marksville, LA 71351

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Corey D. McGlory

144 Forest Jacob Lane

Marksville, LA 71351

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Bulmaro Guzman

4214 Southmost Rd.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Wells Fargo and its custodians of records

P.O. Box 2219

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Sosa's Used Cars and its custodians of records

4204 Southmost

Brownsville, Texas 78521

(210) 546-2661

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Dean Woods

Rt. 9 Box 217 B

Harlingen, Texas 78552

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Reynaldo Cisneros

Erlinda Cisneros

665 Calder

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Abraham Rodriguez

9550 Military Hwy

Brownsville, Texas 78520-0000

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Valley Federal Credit Union and its custodians of records

P.O. Box 4700

Brownsville, Texas 78523

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Billy Martin

150 Jordan Creek Rd.

Collinsville, Texas 76233

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Ashely Isaac

1121 South F. St.

Harlingen, Texas 78550

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Perla Cristina Hernandez

102 Jackson

Laguna Heights

Port Isabel, Texas

(956) 943-6773

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Alejandro Mejia

102 Jackson

Laguna Heights

Port Isabel, Texas

(956) 943-6773

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


J&M Motor Sales and its custodians of records

1717 S. Expressway

Brownsville, Texas

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Jorge Garza

J&M Motor Sales and its custodians of records

1717 S. Expressway

Brownsville, Texas

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Perla C. Hernandez

P.O. Box 13257

Port Isabel, Texas 78578

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Maria Elena Gamez

184 Tudela St.

Brownsville, Texas 78520

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Tomas C. Torres

P.O. Box 9102

Port Isabel, Texas 78578

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

A&F Auto Sales and its custodians of records

6723 Griggs

Houston, Texas 77023

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Doyle Cummins

10300 Wilcrest No. 2401

Houston, Texas 77099-2867

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Union Fidelity Federal Credit Union and its custodians of records

1415 North Loop W.

Suite 110

Houston, Texas 77005

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions.  May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Estela D. Coello

55 San Agustin

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Keith Bertelson & Darleen Bertelson Re. Trust

6900 Coffeeport Rd. Ste 404

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Abraham Perez

134 E. 8 St. Apt. 1

Brownsville, Texas 78520

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


J. C. Motors and its custodians of records

2876 14th

Brownsville, Texas 78321

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

V&L Conoco

1302 S. Commercial

Harrisonville, MO 64701

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Gabriel S. Carilleja

1642 Sahara Dr.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Mark Dennington

Stonewall, LA 71078

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

E. Humphrey Motors Inc. and its custodians of records

1615 East Texas St.

Bossier City, LA 71111

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Josie Garcia

55 W. Aldrin Ct.

Brownsville, Texas 78520

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Denise Garcia

55 W. Aldrin Ct.

Brownsville, Texas 78520

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Isela Garza

4204 Castor

Houston, Texas 77033

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Plaza Motors Inc and its custodians of records

P.O. Box 802583

Houston, Texas 77280-2583

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Rosalind Gutierrez

95 Poinciana Dr. #121

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Gloria Hernandez, Manager

Popular Motors Inc and its custodians of records

1842 Wirt Rd.

Houston, Texas 77055

(713) 973-3903

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.  If

this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their

speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this

individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre

and others.


Gilberto Hinojosa

County Judge

Cameron County

964 E. Harrison St.

Brownsville, Texas 78520

(956) 544-0830

Plaintiffs anticipate calling this witness.  Has knowledge of the facts as specified in the complaint

and discovery.  Offered position to Plaintiff Alvarez contingent upon her dropping this lawsuit.


Leonor Lisbeth Salazar

1635 Tyler St.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


McDaniel Brother

11830 CF Hawn

Dallas, Texas 75253

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Fidel Bernardo Torres

Box 34567 Rt 321

Los Fresnos, Texas 78566

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Javier Zarzarua Rodriguez

1855 Wirt 171

Houston, Texas 77055

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Luis Banda

2551 Roosevelt St.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Emeterio Ramirez

Ramirez Used Cars and its custodians of records

5215 Southmost Rd.

Brownsville, Texas 78521

(956) 544-5114

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Frances Marx

P.O. Box 76525

Evant, Texas 76525

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Johnny Marsh Motor Co., Inc. and its custodians of records

P.O. Box 220

Goldthwaite, Texas 76844

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.  If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Island Cabs and its custodians of records

5310 Box

Port Isabel, Texas 78578

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Greater Houston Transportation and its custodians of records

1406 Hays

Houston, Texas 77009

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Terah F. Woodley

Sheralyn Y. Woodley

215 San Diego Ave.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Arturo's Used Cars and its custodians of records

1442 International Blvd.

Brownsville, Texas 78520

(956) 541-5962

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Becky Zoch

2009 Willow St.

Grand Prairie, Texas 75050

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Goodson Aura, Inc. and its custodians of records

1750 Airport Frwy

Irving, Texas 75062

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

David Gibbs

339 Culbertson Rd.

Moultrie, GA 31768-1789

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Suntrust and its custodians of records

P.O. Box 305053

Nashville, TN 37230-5053

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Central Auto Sales, Inc. Of Baton Rouge and its custodians of records

13185 Florida Blvd.

Baton Rouge, LA 70815

272-8048

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Juniors Used Cars and its custodians of records

1732 Line

Brownsville, Texas

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Susana Fernandez

4615 Palacio Real

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

First Street Auto Sales and its custodians of records

905 E. Cesar Chavez St.

Austin, Texas 78702

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Ichele L. Phelan

8302 Wayburn Dr.

Austin, Texas 78757

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Alicia Lerma

1949 E. Polk St.

Brownsville, Texas 78520

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.  If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


J.C. Motors and its custodians of records

2876 E. 14th St.

Brownsville, Texas 78520

(956) 546-9258

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.  If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Charles Barker, Jr.

114 S. High

Butler, MO 64730

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Delia Villarreal

2549 Jaime Circle

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Sosa's Used Cars and its custodians of records

4204 Southmost Rd.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Jimmie A. Morgan

1004 Stephen Dr.

Killeen, Texas 76542

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Robert Lerma

1404 Tesoro

Rancho Viejo, Texas 78575

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Brian T. Mesenbrink

HCR 1 Box 20-A

Del Rio, Texas 78840

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.  If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Robert's Auto Sales and its custodians of records

5212 Military Pkwy

Dallas, Texas 75227

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Norrand Leo Garza

1615 West Hwy 77 Apt 124

San Benito, Texas 78586

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Jose P. Quezada

2001 Crestmont

Corpus Christi, Texas 78418

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Leticia Porras Garcia

7331 Lohr St.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Joshua Zapata

Cameron County Automobile Crimes Enforcement Task Force

Office of the Tax Assessor-Collector

964 East Harrison, 1st Floor

Brownsville, Texas 78520

(956) 574-8163

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person

118

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Lisa Adyer

G&S Auto Sales and its custodians of records

8510 Old Galveston Road

Houston, Texas 77034

(713) 943-8602

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Clayton Coaliron

13480 3rd Street

Splendora, Texas 77372

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.  If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Lt. Javier Pena

Cameron County Automobile Crimes Enforcement Task Force

Office of the Tax Assessor-Collector

964 East Harrison, 1st Floor

Brownsville, Texas 78520

(956) 574-8163

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.  If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Adalberto Bennett, Investigator

Cameron County Automobile Crimes Enforcement Task Force

Office of the Tax Assessor-Collector

964 East Harrison, 1st Floor

Brownsville, Texas 78520

(956) 574-8163

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Marizol Sifuentes, Titles and Registration Data Analyst

Cameron County Automobile Crimes Enforcement Task Force

Office of the Tax Assessor-Collector

964 East Harrison, 1st Floor

Brownsville, Texas 78520

(956) 574-8163

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Santos De La Garza, Jr.

401 Jose Marti Unit 206

Brownsville, Texas 78521

Cameron County Automobile Crimes Enforcement Task Force

Office of the Tax Assessor-Collector

964 East Harrison, 1st Floor

Brownsville, Texas 78520

(956) 574-8163

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Maria De Los Angeles Noyola

1945 Madison

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Rosa Maria Garza

Alejandro Garza

Rt 10 Box 140

San Benito, Texas 78586

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


David Olverg

GT Motors and its custodians of records

1251 E. Exprwy 83

San Benito, Texas 78586

(956) 361-9202

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Rodolfo Chapa, Jr.

Yasmin Y. Chapa

RR 11 Box 746

Edinburg, Texas 78539

This name appears on a transaction being provided as Exhibit 44 todisclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Maria De La luz Moncada

2153 El Cauce

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Jenkins & Sons Inc and its custodians of records

2615 E. Lancaster

Ft. Worth, Texas 76103

May have knowledge of improper title transactions made the basis of this lawsuit. This name

appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to

law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions

involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These

were provided to law enforcement because they were questionable transactions. If this person is

called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters

of public concern which is made the basis of this lawsuit.  Whether or not this individual may be

called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Kiandosh N. Sobhanian

316 Woodhurst Pl

Coppell, Texas 75019

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Gregorio Cantu

4615 Central Circle

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Benchis Motors and its custodians of records

P.O. Box 1039

Chandler, Texas 75758

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Wendell W. Gibson

P.O. Box 961

Hallsville, Texas 75650

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Gerardo Gonzalez

1141 Dukle Dr.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Mario Solis Used Cars and its custodians of records

1024 McDavitt

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Scarlett Fritz

1951 Old FM 306 #712

New Braunfels, Texas 78130

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Hilaria Cardenas

188 El Valle Drive

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Vista Cars & Trucks and its custodians of records

8224 North Freeway

Houston, Texas 77037

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Oscar M. Garza

Cecilia A. Garza

111 Blalock 81

Houston, Texas 77055

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Maria Lambarri

Navarra 104

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Central H/S and its custodians of records

1385 Florida Blue

Baton Rouge, LA 70815

This name appears on a transaction being provided as Exhibit 44 todisclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Jose Maria Canales

932 E. Van Buren

Brownsville, Texas 78520

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Jose L. Judito

1007 Francis

Pasadena, Texas 77506

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Francisco A. Rios

27100 Paloma Blvd.

Harlingen, Texas 78552

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Select Cars and its custodians of records

5009 Indiana

S.O. Houston, Texas 77587

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Justino M. Manzano

3703 Kaplan Dr.

Pasadena, Texas 77503

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Rosa Elvia De Leon

238 Granjeno

Brownsville, Texas 78520

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


V.I.P. Auto Sales and its custodians of records

5936 Philips Hwy

JKSV, FL 32216

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Automotive Rentals Inc

655 Blanding Bvld

Orange Park, FL 32073-5059

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Mario Solis Used Cars and its custodians of records

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Bexar County 9332

224 Dwyer

San Antonio, Texas 78204

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Josefa Gonzalez

755 San James

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.  If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Sosa's Used Cars and its custodians of records

4204 Southmost Rd.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.  If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Viola Martinez

P.O. Box 277

Raymondville, Texas 78580

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Jaime Isaias Vasquez

1729 W. Elizabeth No. 2

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Saturn of Houston Gulf Fwy

11901 Gulf Freeway

Houston, Texas 77034

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Ralph Zaragoza

4414 McKinney

Houston, Texas 77023

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Israel Gutierrez

614 Hortencia Blvd.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Nora Hilda Martinez

3042 La Plaza

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

International Cargo Express and its custodians of records

P.O. Box 3694

Brownsville, Texas 78523

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.  If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Alberto Javier Hernandez

1900 FM Rd 802 #C-9

Brownsville, Texas 78523

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Rafael E. Solis

1504 Mockingbird Ln

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Mario Solis Used Cars and its custodians of records

1024 McDavitt

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions.  May have knowledge of improper title transactions made the basis of this lawsuit.  If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Claire Dewey

6830 Country Haven

San Antonio, Texas 78240

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions.  May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Eduardo Cuevas

101 N. Milan

San Benito, Texas 78586

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

GT Motors and its custodians of records

1251 E. Expressway 83

San Benito, Texas 78586

(956) 361-9202

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Richard DeLeon Jr. and Cynthia W. DeLeon

4040 Parliament Drive 234

Alexandria, LA 71303

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Javier Rodriguez

175 Cameron Ave

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Morris L. Cavett

Linda Cavett

809 Marigold

Cedar Hill, Texas 75104

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Sergio Trevino

GT Motors and its custodians of records

1251 E. Expressway 83

San Benito, Texas 78586

(956) 361-9202

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Alex Flores

GT Motors and its custodians of records

1251 E. Expressway 83

San Benito, Texas 78586

(956) 361-9202

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Flora A. Cavazos

325 N. Dakota Ave.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

GT Motors and its custodians of records

1251 E. Expressway 83

San Benito, Texas 78586

(956) 361-9202

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Mario Solis Used Cars and its custodians of records

1024 McDavitt

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

GT Motors and its custodians of records

1251 E. Expressway 83

San Benito, Texas 78586

(956) 361-9202

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.  If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Tony P. Sanchez

Guadalupe D. Sanchez

10547 Kinder Hook

San Antonio, Texas 78245

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


GT Motors and its custodians of records

1251 E. Expressway 83

San Benito, Texas 78586

(956) 361-9202

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Estela O. Solis

2425 E. 30th St.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions. If

this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


GT Motors and its custodians of records

1251 E. Expressway 83

San Benito, Texas 78586

(956) 361-9202

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Luis Zaragoza

1406 West Harris

Pasadena, Texas 77506

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

GT Motors and its custodians of records

1251 E. Expressway 83

San Benito, Texas 78586

(956) 361-9202

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions.  May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Vehicle Titles and Registration Division

Texas Department of Transportation

its employees, managers, supervisors, contractors and custodians of records

Austin, Texas 78779-0001

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


GT Motors and its custodians of records

1251 E. Expressway 83

San Benito, Texas 78586

(956) 361-9202

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Transouth Financial and its custodians of records

2001 Beach St. Suite 700

Ft. Worth, Texas 77034

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


GT Motors and its custodians of records

1251 E. Expressway 83

San Benito, Texas 78586

(956) 361-9202

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Aurora B. Deanda

864 John Ave.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions. If

this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their

speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this

individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre

and others.


GT Motors and its custodians of records

1251 E. Expressway 83

San Benito, Texas 78586

(956) 361-9202

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Guillermo Vasquez

Star Rte Bx 11

M. Granville NY 12849

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Florencia Estrada

1587 Monterrey Dr.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


State Farm Insurance and its custodians of records

7010 Champions Plaza Drive

Houston, Texas 77069

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Donald W. Wood

Janice N. Wood

19543 Cypress Moss

Katy, Texas 77449

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.



Joe Stranz

Federal Bureau of Investigation

1700 Paredes Line Rd

Brownsville, 78521

(956) 546-6922

It is anticipated that Plaintiffs will call this individual as a witness. Investigated improper title

transactions and related issues made the basis of this lawsuit.

Rick Canales

845 E. Harrison

Brownsville, Texas 78520

It is undetermined whether or not this individual may be called as a witness. Discovery continues.


Benjamin Euresti, Jr.

Judge of the 107th Judicial District

Cameron County

Brownsville, Texas

It is not anticipated that this individual will be called as a witness.


Maria C. Ramirez

148 Bates St.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual

162

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Alma Rosa Sandavol

2725 Naranjo St.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Coastal Bank

3302 Boca Chica Blvd.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


G.T. Motors

1251 Est. Expressway 83

San Benito, Texas 78586

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


David Almaguer

4914 Eloy St.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Danielle Ericka Cole

9 Skipton Circle

Ft. Myers, Florida 33905

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Jose A. Cepeda

28 Cela Ave.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

FRW Auto Sales, Inc.

Roswell, Georgia

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Juan Trevino

15 Bates St.

Brownsville, Texas

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.  If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Dill Motors

Ardmore, Oklahoma

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Carlos Garza Perez

c/o 4735 Southmost Rd. B

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Classic Auto Sales

Donna, Texas 78537

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Jose Angel Villarreal Jr.

4976 Paseo Del Rey

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


E&E Auto Sales

6075 Southmost Rd.

Brownsville, Texas 78521

(956) 554-3298

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Maria DeLa LuzGarza

5896 Lourdes Blvd.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Ramiro Pelaez

POB 189

Greevenville, TN 37744

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Iglecia De Dios

El Salvador

POB 1747

San Benito, Texas 78586

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Cardoza Used Cars and its custodians of records

9365 US Hwy 281

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Genoveva E. Rodriguez

2304 S. Indiana

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Crown Motor Co. And its custodians of records

3301 S. Gen. Buici

Temple, Texas 76504-6332

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

172

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Javier Garcia

4008 N. Expressway Lot 40

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Jose Guadalupe Sosa Jr.

1235 Taft Apt. 5

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Jessica Jimenez

14400 Hwy 59 North #1413

Humble, Texas 77936

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Lilia Rodriguez

4648 Deo Juvante Dr.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Bill Phillips Auto Sales, Inc. And its custodians of records

5867 Hwy 90 W

Theodore, AL 36582

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Billy Bendolph Jr.

853 S. Broad St.

Mobile, Al 36605

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Eleazar Villafranca

454 Milpa Verde

Brownsville, Texas 78521

or 438 Pedernales

Brownsville, Texas 78520

This name appears on a transaction being provided as Exhibit 44 to these disclosures.  Exhibit 44

was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation

into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Max & Lorene Lafferty

Seymour, IN 47274

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Hector Armando Barron

124 Carlton

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Carmax

3100 SPUR 482

Irving, Texas 75062

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Robin Taliancich

43 Alan A Dale

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

David Taliancich

216 Westover Dr. Apt. 6-F

Hattiesburg, MS 3902

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Raul Gonzalez

9431 Divisadero Rod

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Marlin B. Raley

603 Judy Lane

Copperas Cove, Texas 76522

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Braulio Segovia

3065 Stanolind

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Jose Morva

558 Villa Verde

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Mark Anthony Munoz

1605 Russell

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Honda of Clear Lake and its custodians of records

Webster, Texas 77598

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Ramon Pena

2325 Tulipan

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Americas Car Mart, Inc. And its custodians of records

740 Rageline

Joplin, MO 64801

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Omar O Martinez

2821 Cottage Dr.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Martinez

855 US 6W Lot 7C

Ligonier, IN 46767

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Jose Ambrosio Garcia

2401 Magdalena

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


LTD Auto Sales

1327 E. Kearney Spfd.

Springfield, MO 65803-1605

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Justino Tello

718 E. Van Buren

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Eloina M. Gonzalez

116 N. 10th St. 2

De Kalb, IL 60115

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Luceros Car Center and its custodians of records

1801 W Harrison

Harlingen, Texas 78550

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Cameron County J8156 and its custodians of records

964 E. Harrison

Brownsville, Texas 78520

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Marylou G. Urbina

2119 E. Harrison

Harlingen, Texas 78550

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Eugene-Vaughn Ford Sales, Inc. And its custodians of records

POB 430

Marked Tree, AR 72365

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Juan Franciso Salinas

525 San Pedro Lane

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Charlie's Used Cars and its custodians of records

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Ana Maria Casiano

1224 E. 14th St. D

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Ronald A. Ougel, Jr.

P.O. Box 1365

Coldsprings, Texas 77331

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Roberto Gonzalez

386 Mango Line

Brownsville, Texas 78520

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Cox Used Cars

2801 Highway 1650

Graham, Texas 76450

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Digna V. Arizmendi

9301 Rincon Dr.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Pro-Quip Sales and its custodians of records

1350 W. US Hwy 84

Fairfield, Texas 75840

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Maria Maribel Ramos

1965 Del Prado St.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Tony Evans - Darphenia Evans

651 Watwick

Ducanville, Texas 75137

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Rodolfo Olivarez

1951 Turqueza Dr.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Higinio Jose Carrillo

5490 Proctor St.

Detroit, MI 48210

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Jose Alberto Hernandez

4695 Espada Grande Ave

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Cedars Motors and its custodians of records

62 NW 27 Ave.

Miami, Florida

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Alejandro C. Martinez

1659 Sahara Dr.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Allstate Inc. Co.

POB 578

Alamo, Texas 78516

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Jesus Martin Rivas

1534 Southmost Rd. Apt. 1

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Jose A. Guerra

1101 Cental Blvd 8

Brownsville, Texas 78520

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Juan N. Guerra

24 Heather St.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Franciso Rangel

3301 Coffee Port #22

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Taylor Auto Credit and its custodians of records

Taylor, Texas 76574

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


George Guzman

318 Hortencia

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Sherral A. Gomez

Ricardo Gomez, Jr.

1203 7th St.

Corpus Christi, Texas 78404

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Ernesto Geraldo Aguirre

518 E. Polk

Harlingen, Texas 78550

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Gumercindo Botello

1918 Montana

Harlingen, Texas 78550

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Araceli Altamirano

67 McKenzie Lot 17

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Miguel DeLaCerda Jr.

654 Santa Cruz Ct.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Crown Auto Sales and its custodians of records

11837 W. Montgomery

Houston, Texas 77086

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Hector Hugo Hernandez

3512 Warwick Glen

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Gunnels Used Cars and its custodians of records

Houston, Texas 77087

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Richard Stanely Jones Jr.

28842 Morning Glory Ct.

San Benito, Texas 78586

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Jack Earl Ellis

505 Rd. S. 22 ½ San Antonio Circle

Alamo, Texas 78516

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Giovanni Daniel Ramos

304 Paredes Drive Apt. D

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Laura Diprimio

5773 Woodway Dr. Apt 273

Houston, Texas 77057

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Roberto Sanchez

1084 Pasadero Dr.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Javier/Rosie Masiel

1703 White Stone Dr.

Bryan, Texas

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Carlos E. Trevino

3694 Valle Escondido

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Robert L. Prepejchal

129 Applewood St.

Brownsville, Texas 78520

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Juan Manuel Salinas

5260 Guillen

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Interstate Auto Wholesale and its custodians of records

7025 Paredes Line Rd.

Brownsville, Texas 78521

(956) 982-7816

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Florencio Rodriguez

2415 Jaime Circle

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Gabrino Vega

1552 Gessner 121

Houston, Texas 77080

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Julia Robledo

724 E. 5th Street

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Albert Marieta

3529 N. Beneva Rd. Apt. C

Sarasota, FL 34232-4608

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Miguel A. Abarca

412 Ciruela Lane

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Steven R. Allen

2621 Southerland A206

Dallas, Texas 75203

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


E E Auto Sales and its custodians of records

6075 Southmost Rd.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Ortiz Auto Sales and its custodians of records

4335 Southmost Road.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Teresa De Jesus Rincon

116 York St.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

S&S Truck Sales & Equip and its custodians of reocrds

6595 N. Expressway

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Jose de Jesus Mandonado

413 E. Tyler

Harlingen, Texas 78550

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


J C Motors and its custodians of records

2876 E. 14th

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Vicente R. Rodea

6922 Lagua De Palmas

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Gelacio Torres

13010 Apple Glen

Houston, Texas 77072-3102

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Maria De Lourdes Silva

2482 Sunny Sky Road Lot 32

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Javier Francisco Torres

222 1st St.

Montgomery, MN 56069

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Raymundo Jose Arellano

Mayra S. Arellano

2001 Heron Ave.

McAllen, Texas 78504

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Jesus Escandon

223 C. Royal Palm

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Shelton Breaux

510 Third St.

Jennings, LA 70546

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Juana Pintor Rojas

427 Medina St.

Brownsville, Texas 78520

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Brownsville Police Department and its custodian of records

600 E. Jackson St.

Brownsville, Texas 78520

(956) 548-7131

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Marcos Noe Garza

313 San Cristobal

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Walter J. Pilisko

8204 Tonkinese Dr.

Round Rock, Texas 78681

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Jose Alvarado

717 West Right

Harlingen, Texas 78550

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Manuel Mejia

219 Citrus Dr.

Orange Grove, CA 93646

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Santos Daniel Monjaraz

POB 889

San Benito, Texas 78586

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

G.T. Motors and its custodians of records

1251 E. Expressway 83

San Benito, Texas 78586

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Jesus Roman

2605 Rancho Viejo Ave.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Jesus Diaz

4641 La Sater Rd. Lot 67

Mesquite, Texas 75181

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Marisa Vega

14 W Madison

Brownsville, Texa s78520

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Roger Beasley Suzuki South and its custodians of records

5432 SIH 35

Austin, Texas 78745

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


San Juana Gomez

2501 Sunny Sky

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.  If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Freedom Auto Sales and its custodians of records

49 Greensboro Hwy

Watkinsville, Georgia

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Juan De Dios Lopez

2737 Florencia Ave.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Robert Scott

1155 Paredes Line Rd. No. 1508

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Iliana V. Nevarez

9175 Boca Chica

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Martinez Used Cars and its custodians of records

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Juan Ochoa Jr.

805 Del Prado Dr.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

James Dickens

1547 N. Reagan Apt. 53

San Benito, Texas 78586

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Jose Alvarado

717 West Right

Harlingen, Texas 78550

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Oscar Lopez

6442 Meadow Rd.

Norcross, GA 30092-0000

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Emilio Covarrubias

27935 FM 803

San Benito, Texas 78586

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Norman Bartel

5034 Boca Chica Blvd. Lot 53

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Miguel F. Villarreal

2571 Rockwell Dr. Apt. 3

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Jose E. Vasquez

4078 E. Lancaster

Ft. Worth, Texas 76103

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Felipe Soto

POB 656

Combes, Texas 78535

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Cristina Moreno

380 Dulce St.

Brownsville, Texas 78520

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Maricela Urbina

1230 Ebano

San Benito, Texas 78586

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Ricardo Hinojosa

4731 Camino Verde

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Allstate Central Salvage and its custodians of records

Unit 1017

1000 Dalton

Austin, Texas 78742

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Weston Bonner Pool

22802 El Kana Deane Lane

Katy, Texas 77449

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Nora I. Sanchez

7086 Cerro De Oro

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Julie A. Eakin

908 Renfro

White Settlement, Texas 76108

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Hilario Romero

4415 Pine Lane

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Downtown Motor Company and its custodians of records

14462 Dedeaux Rd.

Gulfport, MS 3905

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.  If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Maria Lydia Lopez

512 Vermillion Road

Brownsville, Texas 78520

This name appears on a transaction being provided as Exhibit 44 to these disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If

this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Veronica Tovar

728 Florence Lane

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Lawrence S. Graham

Frances E. Graham

438 Ernest Drive

Marshall, Texas 75670

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.  If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Maria E. Hernandez

662 Saint James St.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.  If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Lauterback Motors and its custodians of records

208 N. Pecan

Arlington, Texas 76011

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Sandra Errisuriz

231 Fresno

San Benito, Texas 78586

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

VIP Finance and its custodians of records

801 East Division

Arlington, Texas 76011

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Phinehas Harris

1659 Green Briar

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Charles Gulotta

Rt 3 Box 755

Greenville, MS 38701

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Rodolfo Sarmiento

RR 4 Box 301 21

Weslaco, Texas 78596

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


J&G Auto Sales and its custodians of records

423 S. Bedford St.

Georgetown, DC 19947

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Abraham Garcia

1572 La Posada

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


International Ruby Auto Sales and its custoidans of reocrds

3813 Harrisburg

Houston, Texas 77003

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Paul Henry Gonzalez

6141 Dockberry Rd

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Tex Mex Cold Storage Inc. And its custodians of records

6665 E. 14th St.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Rodolfo Sarmiento

RR 4 Box 301 21

Weslaco, Texas 78596

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Georgetown Auto Sales and its custodians of records

Georgetown, DC 19947

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Roberto Sanchez

1084 Pasadero Dr.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Cen-Tex Auto Sales and its custodians of records

Bryan, Texas 77803

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Maria L. Sanchez

35 San Agustin

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Valley Star Truck Sales and its custodians of records

6377 N. 77 Expressway

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Jose Luis Sias

34410 Bingley Rd

Los Fresnos, Texas 78566

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Corado Sanchez Jr.

230 Dawn Ave

San Benito, Texas 78586

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Elvia Luiton

176 Denise Ave.

San Benito, Texas 78586

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Junior Compton Motors and its custodians of records

1900 Mathis Mill Rd

Albertville, AL 35951

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Marcelo Guerra

64 San Francisco

Brownsville, Texas 78520

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Rene Lopez

114 Haggar Dr.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Jose G. Cisneros Jr.

361 Cedarelm Crossings

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Eduardo Reyes

2152 S. Oklahoma

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Alejandro Gonzales

300 ½ S. Vine St.

Commerce, OK 74339-2213

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Claudia Hernandez

RR 1 Box 94 F

La Feria, Texas 78559

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Elizabeth Isassi

5810 Paso Real

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Mery Ellen Bilokury

Carlos F. Rodriguez

3524 25th St.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Joe Costello

704 E. Front

Tyler, Texas 75702-8324

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Juan Jose Hinojosa

4855 Austin Rd

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Manual S. Martinez

819 Havenway Rd

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Ana Bertha De La Cruz

4645 McKenzie Rd

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Gunnels Interest Inc. And its custodians of records

6750A Gulf Frwy

Houston, Texas 77087

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Alfredo Ambriz

1145 Sandy Lane

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Specialty Motor Cars

7667 Sonoma

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Luis Alberto Lezama

3185 Southmost Rd

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Paul C. Ralston

POB 792533

San Antonio, Texas 78279

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Lezama Lumber Company

3185 Southermost Rd

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Lawrence Hffpauir

2814 Oleander Dr.

Pasadena, Texas 77503

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Sergio Garcia

498 Yvonne Dr.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Bernardino Castro

2784 Carolina

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Lidia Cisneros

6613 Simon Place

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Hector Sanchez

24310 Mountain View

Bonita Springs, Florida 34135-8859

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Victor Diaz

1814 Taxco

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Joshua L. Fairchild

Stephanie Tilton

14501 Empanada Dr. #1417

Houston, Texas 77083

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Ismael D. Olivarez

N. Olmito Rd.

POB 133

Rio Hondo, Texas 78583

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Albert Archuleta

24 Lake View Lane

Huntsville, Texas 77340

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Francisco L. Flores

145 Portway

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Sosa's Used Cars

4204 Southmost Rd.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Salvador Castillo

9133 Vallehermoso

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Andrew Arbour

4805 Cark St.

Santa Fe, Texas 77517

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Raul L. Gracia

6207 Jennifer

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to these disclosures.  Exhibit 44

was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation

into transactions involving notaries and others and the Cameron County Tax Assessor -

Collector's office.  These were provided to law enforcement because they were questionable

transactions. May have knowledge of improper title transactions made the basis of this lawsuit.


Q Vo Auto Sales

3805 N. Southmost Rd.

Brownsville, Texas

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Jose A. Reyna

3375 McAllen Rd. 203

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Esmeralda Villarreal

49 Joymar Dr. #5

Saint Cloud, MN 56301-9460

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Maria G. Rios

6962 Laguna De Palmas

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Tomas Alfredo Herrera

3435 Gardenia St.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Haris Auto

Fayetteville, AR 72702

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Alfredo Villarreal Jr.

2304 Shidler

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Juanita Y Castaneda

462 Diaz St.

San Benito, Texas 78586

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Richard Jenkin's Auto Sales

2609 Hwy 175

Seagull, Texas 75199

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Luis Nieto

3531 FM 802

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Gary C. Smith

Baton Rouge, LA

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Jose Ernesto Gracia

646 La Quinta Dr.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Pedro Mendoza

6500 Dockberry Rd.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Jose Cruz Elias Jr.

6705 Tolowood Cr

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Juan Poy

9553 Pelon Rd

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Mark A. Draleaus

245 Duncan Road

New Johnovile, TN 37134

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Alma Sandoval

36813 Montalvo Sub

San Benito, Texas 78586

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Charlie's Used Cars and its custodians of records

14th Street

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Ruben S. Alvarado

467 San Cristobal

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Anthony Rico

825 San Pedro Lane

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Juanita Gonzalez

2205 Rockwell Dr.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Darrel W. Sterling

Baton Rouge, LA

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Veronica Barocio

3054 E. 21st

Brownsville, Texas 78520

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

George Garcia

3504 E. 27th St.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Jesus V. Gonzalez

223 Sweet Rose

Brownsville, Texas 78520

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


CMW Motors and its custodians of records

217 W. Verterans Memorial Blvd.

Killeen, Texas 76541

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Alfredo Aviles

7410 Villa Pancho Apt. C

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Alex Auto Sales and its custodians of records

1101 Wayside

Houston, Texas 77020

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Elique DeLaFuente

105 W. Madison

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Joe A. Ponce

3023 Woodcreek Lane #209

Houston, Texas 77073-0000

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Antonio Guzman

2480 Jaime Circle

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Phil Wilgus

1075 Bowles Rd.

Gilmer, Texas 75644

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Sarita B. Abrego

23 Ash

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Irma Quintero

Box 78091

Lafferia, Texas 78559

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Beningna Rojas Roquis

145 Fresno

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Albert Davila Jr.

5485 Boca Chica Blvd.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


West Liberty Auto Sales and its custodians of records

West Liberty, IA

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Maria Gregoria Garcia

35059 Leal Rd.

San Benito, Texas 78586

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Diana Sanders

1100 Sims

Jonesboro, AR 72401

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Dionicio Mendoza Jr.

C/o 1659 Sahara Dr.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Rick/Michael Marirose Mann

4855 SW Sit6 Rd 116

Bluffton, IN 46714

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Domingo Estrada

172 Kleberg

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Miguel Gomez

18 Lakeview

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Venancio Gonzalez

64 San Eugenio

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Tampa Machinery Auction Inc. And its custodians of records

POB 291069

Tampa, FL 33687

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Primitivo Chapa

Rt. 27 Box 283

Mission, Texas 78572

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Rickey Dearmon

17155 A Hwy 26W

Lucedale, MS 39452

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Rebecca Carrera

5073 Camellia Lane

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


State Farm Ins. Co. And its custodians of records

505 Idlewild Rd.

Grand Prarie, Texas 75051

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Roberto Santillana

1554 W. St. Francis

Brownsville, Texas 78520

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Rood Rounner Motor Co. And tis custodians of records

Tulsa, OK 74101-1159

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Merced Cantu III

POB 1847

Port Isabel, Texas 78578

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Felipe or Jesus Zamora

POB 1500

Port Isabel, Texas 78578

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Sandra E. Valenzuela

663 N. Dakota Ave.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Gilberto Garza

Fremont, OH 48420

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Adriana Esther Vela

1803 Apollo Ave.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Roberto Herrera Jr.

11043 Southmost Rd.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Leticia Garcia

1854 Oasis Drive

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Lovens Auto Sales

Alexandria, IN

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Francisco Leija Jr.

6039 Tecate Dr.

Brownsville, Texas 78520

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Jose Mario Sanchez

824 Milpa Verde St.

Brownsville, Texas 78520

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Miguel Roque

100 Gonales 523

Port Isabel, Texas 78578

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Gildardo Escalon

2702 8th Ave. S.

Fort Dodge, IA

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Franco Bautista

924 E. Strenger Lot 18

San Benito, Texas 78586

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Burnice Newman

Linda Carlise

Arkansas

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Ricardo Bilbao

3717 E. 23rd St.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Apolinar Lopez

300 Eaton

Romeoville, IL 60441

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Ernesto Olvera

1445 E. Adams St. 117

Brownsville, Texas 78520

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Cental A/S

Baton Rouge, LA

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Martha Alicia Chavez

1875 Cleveland

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Klean Kars

Breau, LA

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Armando Escamilla

37 Olds Ebony Parkway

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Jose Alfredo Jimenez

4779 Mona Dr.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

CJ Franks Auto Sales and its custodians of records

Mansfield, OH

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Mario Ramirez

2685 Lima

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was
provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into
transactions involving notaries and others and the Cameron County Tax Assessor - Collector's
office.  These were provided to law enforcement because they were questionable transactions.
May have knowledge of improper title transactions made the basis of this lawsuit. If this person
is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of
matters of public concern which is made the basis of this lawsuit.  Whether or not this individual
may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Bass Motors

Shreveport, LA

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was
provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into
transactions involving notaries and others and the Cameron County Tax Assessor - Collector's
office.  These were provided to law enforcement because they were questionable transactions.
May have knowledge of improper title transactions made the basis of this lawsuit. If this person
is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of
matters of public concern which is made the basis of this lawsuit.  Whether or not this individual
may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Guillermo Perez

132 Cowan Terrace

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Clower Motor Inc.

640 E. Front St.

Arlington, VA 26011

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Martin Yado

3133 N. Buckingham Ct.

Brownsville, Texas 78526

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Roxane McKay

R3 Box 155A

Harmony, MN 55939

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit.  If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Mercedes H. Pecero

15 Lovell Ct

Brownsville, Texas

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Ramon Auto Sales and its custodians of records

3785 Southmost

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Segundo Lopez

34 Oro Circle

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Brasher Motor Co. Of Weimer, Inc. And its custodians of records

Weimer, Texas

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Maria De Lourdes Gamboa

356 Winchell

San Benito, Texas 78586

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Yvette A. Weiland

POB 253

Geneva, IN 46740-0253

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Jose A. Martinez

405 Willow Lane

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Netos Auto Sales and its custodians of records

1067 S. Expressway

Brownsville, Texas 78520

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Ramon Arriaga

824 Jenny Cir B

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Barnett Sthubs Ford and its custodians of records

Franklin, Georgia

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Cesar Gustavo Barrera

2755 El Granero

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Conrad Guthrie

4002 Postwood Dr.

Spring, Texas 77388

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Miguel Vasquez

320 Red Rose St.

Brownsville, Texas 78520

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Gerald T. Flanagan

4006 Windsor Dr.

Deer Park, Texas 78520

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Jose Daniel Vasquez

110 Kleberg

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Omro Auto Sales and its custodians of records

Omro, WI 54963

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Alfredo Ramirez

6936 Vivero Dr.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.  If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Ron Carter Ford Inc. And its custodians of records

FM 528

Alvin, Texas 77511

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Irma Celia Garcia

2734 Florencia Ave.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Second Hand Motors and its custodians of records

Garland, Texas 75042

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Veronica Velez

1900 E. Elizabeth Street

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.


Stephen & Brenda King

Buford, GA 30519

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Kristopher Armstrong

906 N. 26th

Harlingen, Texas 78550

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Charlene Townsend

4444 Broadmook Rd.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Manuel Garcia

2620 Dennis CMR Park

Brownsville, Texas 78520

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Big John Motor Co. And its custodians of records

Fort Worth, Texas 76117

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Roberto Santillana Jr.

125 Portway

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Maribel Escalera

174 Mebec Cr.

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Lee Martinez

POB 1512 Old Dallas Rd

Los Fresnos, Texas 78566

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Esther Betancourt

924 East Stenger 57

San Benito, Texas 78578

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit. Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Juan Martin Rangel

2111 S. Indiana

Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.

Regal Automotive and its custodians of records

Houston, Texas 77063

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Maria Guadalupe Acevedo

240 North Bonham

San Benito, Texas 78586

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of

matters of public concern which is made the basis of this lawsuit.  Whether or not this individual

may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Loganville Auto Auction and its custodians of records

Loganville, GA

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office.  These were provided to law enforcement because they were questionable transactions.

May have knowledge of improper title transactions made the basis of this lawsuit. If this person

is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Byron Joe Harmon

9 Cela Ave. Apt 7

Brownsville, Texas 78520

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Clifford Allen Carroll

Marilyn Rose Carroll

612 2nd Street

Radford, VA 24141-1432

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


Sonia Castano

234 Southmost Rd

Brownsville, Texas 78520

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit.  Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others.


UMS Unidad Medica Sandoval and the custodian of records

Analisis Clinicos

Q.F.B. Celia Carrera Martinez

Ej. Estacion Sandoval Mpio. De H. Matamoros, Tam.

Tel: 847-21-15

Plaintiffs anticipate calling this witness.  Provided medical services to Vicenta Cantu for

damages she sustained as a result of the facts made the basis of this lawsuit.  May be called to

provide expert testimony.


Dr. Gustavo M. Rivero Aragon and his custodians of records

Universidad Autonoma De Guerrero

Domicilio Concocido S/N

Estacion Sandoval

H. Matamoros, Tamps

Tel: 868 847-2115

Plaintiffs anticipate calling this witness. Provided medical services to Vicenta Cantu for damages

she sustained as a result of the facts made the basis of this lawsuit.  May be called to provide

expert testimony.


Diana Munoz

P.O. Box 4743

Brownsville, Texas 78523

(956) 778-0447

Plaintiffs anticipate calling this witness. Has knowledge of Plaintiff Munoz' damages.  Has

knowledge of how the incidents made the lawsuit effected Plaintiff Munoz - emotionally and

financially.

Dr. Gale Thomas Downey

Austin Dr. Ass.

1867 North Shore Dr.

San Benito, Texas

(512) 305-7030

Plaintiffs anticipate calling this witness.

Robert McGinnis

P.O.Box 4613

Brownsville, Texas 78523

Plaintiffs anticipate calling this witness. Plaintiff's husband.  Has knowledge of Plaintiff's

damages - emotional distress, financial difficulties, mental anguish, insomnia.

Annabel Trevino

(956) 545-7224

Plaintiffs anticipate calling this witness. Plaintiff's sister.  Has knowledge of Plaintiff Weaver's

difficulties and emotional problems related to the facts made the basis of this lawsuit.

John Cruzvillarreal

1st Lt. Auto Crimes Task Force

Plaintiffs anticipate calling this witness. May have knowledge of the facts made the basis of this lawsuit.

Victor Alvarado

Cameron County Sherriff's Department

Olmito, Texas

Plaintiffs anticipate calling this witness. May have knowledge of the facts made the basis of this lawsuit.

Maz Martinez

UTB Police Academy

Brownsville, Texas

Plaintiffs anticipate calling this witness. May have knowledge of the facts made the basis of this lawsuit.

Rolando Mancillas

Cameron County Parks Ranger

South Padre Island

Plaintiffs anticipate calling this witness. May have knowledge of the facts made the basis of this lawsuit.

Plaintiffs incorporate by reference all persons identified by any Plaintiff and/or Defendant in response to disclosures and/or interrogatories as a person with relevant knowledge as if fully set-out herein and may request anyone so identified testify at the time of trial.

Plaintiffs designate all persons and experts designated by any party to this lawsuit and may request anyone so identified testify at the time of trial.  Plaintiff may call additional witnesses as rebuttal witnesses.

> Law Office of Gay E. Gilson
> 719 South Shoreline, Suite 301A
> Corpus Christi, Texas 78401
> Telephone: (361) 887-0552
> Facsimile:  (361) 887-0554
>
> By:  /s/ Gay E. Gilson
> GAY E. GILSON
> SBN 00784131/Fed.I.D. 16385
> ATTORNEY IN CHARGE  FOR
> PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that a copy of this instrument was served on the following attorney's of record according to the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Texas:

Roger Hughes
Adams & Graham, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429

Mr. Charles Willette
Willette & Guerra, L.L.P.
1534 East 6th Street Suite 200
Brownsville, Texas 78520

on this January 3, 2006

>   /s/ Gay E. Gilson
> Gay E. Gilson