IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 1 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| **VICENTA CANTU, ET AL.,** | § | |
| **Plaintiffs** | § | |
| | § | |
| v. | § | C.A. No. B-03-96 |
| | § | |
| **CAMERON COUNTY, ET AL.,** | § | |
| **Defendants.** | § | |

## ORDER

BE IT REMEMBERED that on January 9, 2006, the Court **ORDERED** the parties to refer to and comply with Rule 6 of the Chamber Civil Procedures. The District Clerk's Office must receive a hard courtesy copy on the same day as the electronic filing for any filings that are greater than 25 (twenty-five) pages in length, including any attachments. Failure to comply with this procedure will result in the striking of the documents.

DONE this 9 day of January 2006, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge