LAW OFFICES OF

# ADAMS & GRAHAM, L.L.P.

**ROGER HUGHES**
RHughes@adamsgraham.com

222 E. VAN BUREN, WEST TOWER
P. O. DRAWER 1429
HARLINGEN, TEXAS 78551

TEL. (956) 428-7495
FAX (956) 428-2954
adamsgraham.com

January 16, 2006

Mr. Michael Milby, Clerk                                                                                      *Via E-File*
**UNITED STATES DISTRICT COURT**
600 East Harrison Room #306
Brownsville, TX 78520-7114

**Re:    Civil Action No. B-03-096**
**Cantu, et al v. Cameron County, et al.**
**Our File No. Y-80**

Dear Mr. Milby:

Please find enclosed herewith for filing among the papers in the above referenced cause, the following:

1.  **Defendant Yzaguirre's Motion to Compel Plaintiff Cantu to Provide Adequate Answers to Interrogatories; and Proposed Order.**

2.  **Defendant Yzaguirre's Motion to Compel Plaintiff Munoz to Provide Adequate Answers to Interrogatories; and Proposed Order.**

3.  **Defendant Yzaguirre's Motion to Compel Plaintiff Weaver to Provide Adequate Answers to Interrogatories; and Proposed Order.**

4.  **Defendant Yzaguirre's Motion to Compel Plaintiff Alvarado to Provide Adequate Answers to Interrogatories; and Proposed Order**

By copy hereof, we are forwarding a copy of same to all counsel of record and interested parties.

Thank you for your kind courtesies.

Sincerely,

**ADAMS & GRAHAM, L.L.P.**

/s/ *Roger W. Hughes*

Mr. Michael Milby, Clerk
Re:    Civil Action No. B-03-096
December 8, 2005
Page 2



ROGER W. HUGHES

RWH:fmg
Enclosure(s):  As stated.
cc:

| | |
|---|---|
| Ms. Gay E. Gilson | *CM/RRR 7005 1160 0000 5657 5738* |

**LAW OFFICE OF GAY E. GILSON**
719 South Shoreline, Suite 301A
Corpus Christi, TX 78401

| | |
|---|---|
| Mr. David Lee McGee | *Via Ordinary Mail* |

**LAW OFFICES OF DAVID LEE McGEE, P.C.**
201 S. 15th, Ste. 204, McAllen (78501)
701 Park Avenue
Corpus Christi, TX 78401

| | |
|---|---|
| Mr. Richard O. Burst | *Via Ordinary Mail* |

**CAMERON COUNTY CIVIL LEGAL DEPARTMENT**
964 East Harrison Street
Brownsville, TX 78520

| | |
|---|---|
| Mr. Charles Willette | *Via Ordinary Mail* |

**WILLETTE & GUERRA, L.L.P.**
1534 E. 6th Street, suite 200
Brownsville, TX 78520

| | |
|---|---|
| Mr. Richard Bilbie | *Via Ordinary Mail* |

Assistant District Attorney
974 East Harrison Street
Brownsville, TX 78520

Mr. Michael Milby, Clerk
Re:   Civil Action No. B-03-096
December 8, 2005
Page 3



bc:

Mr. Tony Yzaguirre, Jr.
Cameron County Tax Assessor-Collector
P.O. Box 5563
Brownsville, TX 78523

Mr. Richard Burst
*Civil Legal Division*
**CAMERON COUNTY COMMISSIONERS' COURT**
964 E. Harrison Street
Brownsville, TX 78520

Mr. Tony Yzaguirre, Jr.
Cameron County Tax Assessor-Collector
P.O. Box 5563
Brownsville, TX 78523

Ms. Gay E. Gilson
**LAW OFFICE OF GAY E. GILSON**
719 South Shoreline, Suite 301A
Corpus Christi, TX 78401

Mr. David Lee McGee
**LAW OFFICES OF DAVID LEE McGEE, P.C.**
701 Park Avenue
Corpus Christi, TX 78401

Mr. Charles Willette
**WILLETTE & GUERRA, L.L.P.**
1534 East 6th Street, Suite 200
Brownsville, TX 78520

Mr. Richard Bilbie
ASSISTANT DISTRICT ATTORNEY
974 East Harrison Street
Brownsville, TX 78520