IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU, et al. | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. B-03-096 |
| | : | |
| CAMERON COUNTY, et al. | : | |
| | : | |
| Defendants | | |

**ORDER GRANTING DEFENDANT YZAGUIRRE'S
MOTION TO COMPEL PLAINTIFF MUNOZ TO PROVIDE
ADEQUATE ANSWERS TO INTERROGATORIES**

BE IT REMEMBERED on this _____ day of _____, 2003, came to be considered Defendant Yzaguirre's Motion to Plaintiff Munoz to Provide Adequate Answers to Interrogatories and it is the Court's opinion that it should be granted.

IT IS THEREFORE ORDERED that that within 10 days of entry of an order on this motion that Plaintiff Munoz:

a.  provide complete answers to Interrogatories 7-8, 10-11, 13;

b.  that he be limited in her proof at trial to proof that he spoke out only on an alleged impropriety on the one occasion alleged in his Rule 7a Reply ¶44 [Dkt #23] and;

c.  that he not be permitted to offer evidence of any other alleged improprieties or that he spoke out on any other alleged improprieties, illegal acts, or corrupt acts.

SIGNED FOR ENTRY this _____ day of _____, 2006, at Brownsville, Texas.

_____
Judge Presiding