IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

VICENTA CANTU, et al.                          :
                                               :
        Plaintiffs                             :
                                               :
vs.                                            :          CIVIL ACTION NO. B-03-096
                                               :
CAMERON COUNTY, et al.                         :
                                               :
        Defendants

**ORDER GRANTING DEFENDANT YZAGUIRRE'S
MOTION TO COMPEL PLAINTIFF ALVARADO TO PROVIDE
ADEQUATE ANSWERS TO INTERROGATORIES**

BE IT REMEMBERED on this _____ day of _____, 2003, came to be considered

Defendant Yzaguirre's Motion to Plaintiff Alvarado to Provide Adequate Answers to Interrogatories

and it is the Court's opinion that it should be granted.

IT IS THEREFORE ORDERED that  that within 10 days of entry of an order on this

motion that Plaintiff Alvarado:

a.      provide complete answers to Interrogatories 7-11 and 13;

b.      that she be limited in her proof at trial on her speech retaliation claims to the

        alleged attempt to leave a message for David Montoya and the allege

        conditional offer of employment; and,

c.       that she not be permitted to offer evidence of any other alleged improprieties

        or that she spoke out on any other alleged improprieties, illegal or corrupt acts

SIGNED FOR ENTRY this _____ day of _____, 2006, at Brownsville, Texas.

_____
Judge Presiding