IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 19 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| VICENTA CANTU, ET AL. § | |
| Plaintiffs § | |
| § | |
| v. § | C.A. No. B-03-96 |
| § | |
| CAMERON COUNTY AND TONY § | |
| YZAGUIRRE, Tax Assessor-Collector § | |
| of Cameron County and Director, § | |
| Cameron County Automobile Crimes § | |
| Enforcement Task Force, in his § | |
| individual capacity § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED that on January 19, 2006, the Court **STRUCK** Defendant Tony Yzaguirre's Motion to Compel Plaintiff Cantu to Provide Adequate Answers to Interrogatories [Dkt. No. 93]; Defendant Tony Yzaguirre's Motion to Compel Plaintiff Munoz to Provide Adequate Answers to Interrogatories [Dkt. No. 94]; Defendant Tony Yzaguirre's Motion to Compel Plaintiff Weaver to Provide Adequate Answers to Interrogatories [Dkt. No. 95]; and Defendant Tony Yzaguirre's Motion to Compel Plaintiff Alvarado to Provide Adequate Answers to Interrogatories [Dkt. No. 96]. These motions concern Plaintiffs' responses to interrogatories 7 through 13.

Pursuant to Rule 33(b)(1) of the Federal Rules of Civil Procedure, each interrogatory shall be answered separately and fully in writing unless the party objects to the it. If a party fails to make a disclosure, any other party may move to compel disclosure. Fed. R. Civ. P. 37(a)(2)(A). "The motion must include a certification that the movant has in good faith conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure without court action." *Id.* Defendant has failed to include a certification of conferral in these motions to compel.

Additionally, Local Rule 7.1D requires that opposed motions include an averment that the movant has conferred with opposing counsel and could not reach an agreement. Defendant did not include such a statement in these motions.

Defendant has failed to comply with the Federal Rules of Civil Procedure governing motions to compel and Local Rules of the Southern District of Texas. Therefore, the Court **STRIKES** Defendant Tony Yzaguirre's Motion to Compel Plaintiff Cantu to Provide Adequate Answers to Interrogatories [Dkt. No. 93]; Defendant Tony Yzaguirre's Motion to Compel Plaintiff Munoz to Provide Adequate Answers to Interrogatories [Dkt. No. 94]; Defendant Tony Yzaguirre's Motion to Compel Plaintiff Weaver to Provide Adequate Answers to Interrogatories [Dkt. No. 95]; and Defendant Tony Yzaguirre's Motion to Compel Plaintiff Alvarado to Provide Adequate Answers to Interrogatories [Dkt. No. 96].

DONE this 14th day of January 2006, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge