IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU, et al. | § | |
| | § | CIVIL ACTION NO. B-03-096 |
| vs. | § | |
| | § | |
| CAMERON COUNTY, et al. | § | |

---

### JOINT EMERGENCY MOTION TO EXTEND ALL DEADLINES

---

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW Defendants Cameron County and Tony Yzaguirre, Jr., and Plaintiffs Vicenta Cantu, et al., and file this their Joint Emergency Motion to Extend All Deadlines, and would respectfully show the Court as follows:

### I.
### CERTIFICATE OF CONFERENCE

Counsel for Defendants have conferred with counsel for Plaintiffs and all parties have agreed to file a Joint Emergency Motion to Extend All Deadlines.

### II.

This is a suit by four Plaintiffs under 42 U.S.C. § 1983 for alleged retaliation for speech activities and association against Defendants Cameron County and Tony Yzaguirre, Jr. Dkt.# 58, 59. Due to the number of parties involved in this lawsuit, the extensive amount of written discovery conducted, the motions filed by Defendants regarding discovery, and the discovery that remains to be completed, Defendants and Plaintiffs request that all current deadlines be extended by six (6) months so that all of the necessary discovery be completed.

## III.

Defendants and Plaintiffs request the Court extend all deadlines currently set in this lawsuit by six (6) months so that the ongoing discovery may be completed. There has been an extensive amount of written discovery conducted. There still remains outstanding written discovery and Defendants have filed several motions with the Court regarding written discovery. In an effort to complete their discovery by the current deadline of February 1, 2006, Plaintiffs recently noticed the oral depositions of sixteen (16) individual witnesses without conferring with Defendants' counsel's schedules. Defendants' counsel will be unavailable to attend these depositions. Further, Defendants have not noticed any of the Plaintiffs' depositions because of the outstanding written discovery that still remains to be completed. As a result of the amount of necessary discovery that still remains to be completed, Defendants and Plaintiffs cannot complete all discovery by the current deadline of February 1, 2006. Therefore, Defendants and Plaintiffs request that all current deadlines in this lawsuit be extended by six (6) months, and that the current trial date be reset so that all parties can adequately complete all discovery necessary to properly prepare this case for trial.

WHEREFORE, PREMISES CONSIDERED, Defendants and Plaintiffs pray this Court grant the relief requested and any other such relief to which they are entitled.

Signed on January ____, 2006.

Respectfully submitted,

Richard Burst
State Bar No. 00785586
**CAMERON COUNTY LEGAL DIVISION**
964 E. Harrison
Brownsville, TX 78520
Telephone: (956) 550-1345
Facsimile: (956) 550-1348


By:    /s/ Charles Willette              
       **Charles Willette, Jr.**
       State Bar No. 21509700
       Fed. Bar No. 1937
       **WILLETTE & GUERRA, L.L.P.**
       1534 E. 6th St., Suite 200
       Brownsville, TX 78520
       Telephone: (956) 541-1846
       Facsimile: (956) 5411-1893


Attorneys for *Defendant* CAMERON COUNTY

Richard Bilbie
State Bar No. 02313500
Federal Bar No. 2239
ARMANDO R. VILLALOBOS,
CAMERON COUNTY DISTRICT ATTORNEY
974 E. Harrison
Brownsville, TX 78520
Telephone: (956) 544-0849
Facsimile: (956) 544-0869


By:    /s/ Roger Hughes              
By:    /s/ Charles Willette with permission   
       **Roger W. Hughes**
       State Bar No. 10229500
       Federal ID No. 5950
       **Craig H. Vittitoe**
       State Bar No. 20593900
       Federal ID NO. 18756

By:   /s/ Gay E. Gilson                    
By:   /s/ Charles Willette with permission   

Gay E. Gilson
LAW OFFICE OF GAY E. GILSON
719 South Shoreline, Suite 301A
Corpus Christi, Texas 78401
Telephone: (361) 887-0552
Facsimile: (361) 887-0554
State Bar No. 00784131
Federal Bar No. 16385

David Lee McGee
LAW OFFICE OF DAVID LEE MCGEE, P.C.
3827 North 10th Street, Suite 302A
Plaza 10 Building
McAllen, Texas 78501
Telephone: (956) 687-2010
Facsimile: (956) 687-2937
State Bar No. 13612550
Federal Bar No. 5932

Attorneys for *Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of above and foregoing instrument was forwarded to the following counsel of record on this the 20th day of January, 2006.

Ms. Gay E. Gilson                                                    *CMRRR*
**LAW OFFICE OF GAY E. GILSON**
719 South Shoreline, Suite 301A
Corpus Christi, TX 78401

Mr. David Lee McGee                                          *Via Ordinary Mail*
**LAW OFFICES OF DAVID LEE McGEE, P.C.**
201 S. 15th, Ste. 204, McAllen (78501)
701 Park Avenue
Corpus Christi, TX 78401

Mr. Roger Hughes                                              *Via Ordinary Mail*
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429


_____/s/ Charles Willette_____
Charles Willette, Jr.