IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU, et al. | § | |
| | § | CIVIL ACTION NO. B-03-096 |
| vs. | § | |
| | § | |
| CAMERON COUNTY, et al. | § | |

**ORDER GRANTING JOINT EMERGENCY
MOTION TO EXTEND ALL DEADLINES**

BE IT REMEMBERED that on this ____ day of _____, 2006 came to be considered Defendants' and Plaintiffs' Joint Emergency Motion to Extend All Deadlines and the Court is of the opinion that same should be granted.

IT IS THEREFORE ORDERED that all current deadlines be extended by six (6) months and that a new scheduling order with a new trial date be issued to reflect the six (6) month extension.

SIGNED FOR ENTRY on this ____ day of _____, 2006 in Brownsville, Texas.

_____
United States District Judge