IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU, et al. | § | |
| | § | CIVIL ACTION NO. B-03-096 |
| vs. | § | |
| | § | |
| CAMERON COUNTY, et al. | § | |

**ORDER SETTING HEARING ON
JOINT EMERGENCY MOTION TO EXTEND ALL DEADLINES**

On this the ____ day of _____, 2006 came on for consideration, Defendants' and Plaintiffs' Joint Emergency Motion to Extend All Deadlines. The Court, having reviewed said motion together with the papers on file is of the opinion that a hearing shall be held thereon.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED, that Defendants' and Plaintiffs' Joint Emergency Motion to Extend All Deadlines is hereby set for hearing on the _____ day of _____, 2006 at _____ o'clock in this Honorable Court.

Signed for entry on this _____ day of _____, 2006.

_____
United States District Judge