IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU, et al. | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. B-03-096 |
| | : | |
| CAMERON COUNTY, et al. | : | |
| | : | |
| Defendants | | |

**ORDER GRANTING DEFENDANT YZAGUIRRE'S AMENDED
MOTION TO COMPEL PLAINTIFF WEAVER TO PROVIDE
ADEQUATE ANSWERS TO INTERROGATORIES**

BE IT REMEMBERED on this _____ day of _____, 2006, came to be considered Defendant Yzaguirre's Amended Motion to Plaintiff Weaver to Provide Adequate Answers to Interrogatories and it is the Court's opinion that it should be granted.

IT IS THEREFORE ORDERED that within 10 days of entry of an order on this motion that Weaver:

    a.    provide complete answers to Interrogatories 7-11, 13

    b.    that she be limited in her proof at trial to proof that she spoke out only those twenty-four vehicle registration applications alleged in her Supplemental Rule 7a Reply ¶8 [Dkt #41] and;

    c.    that she not be permitted to offer evidence of any other alleged improprieties or that she spoke out on any other alleged improprieties, illegal or corrupt acts.

SIGNED FOR ENTRY this _____ day of _____, 2006, at Brownsville, Texas.

_____
Judge Presiding