IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU, et al. | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. B-03-096 |
| | : | |
| CAMERON COUNTY, et al. | : | |
| | : | |
| Defendants | | |

**ORDER GRANTING DEFENDANT YZAGUIRRE'S AMENDED
MOTION TO COMPEL PLAINTIFF ALVARADO TO PROVIDE
ADEQUATE ANSWERS TO INTERROGATORIES**

BE IT REMEMBERED on this _____ day of _____, 2006, came to be considered Defendant Yzaguirre's Amended Motion to Plaintiff Alvarado to Provide Adequate Answers to Interrogatories and it is the Court's opinion that it should be granted.

IT IS THEREFORE ORDERED that within 10 days of entry of an order on this motion that Plaintiff Alvarado:

    a.    provide complete answers to Interrogatories 7-11 and 13;

    b.    that she be limited in her proof at trial on her speech retaliation claims to the alleged attempt to leave a message for David Montoya and the allege conditional offer of employment; and,

    c.    that she not be permitted to offer evidence of any other alleged improprieties or that she spoke out on any other alleged improprieties, illegal or corrupt acts

SIGNED FOR ENTRY this _____ day of _____, 2006, at Brownsville, Texas.

                                                             _____
                                                             Judge Presiding