United States District Court
Southern District of Texas
ENTERED

JAN 2 4 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VICENTA CANTU, ET AL.<br>Plaintiffs<br><br>v.<br><br>CAMERON COUNTY AND TONY YZAGUIRE, Tax Assessor-Collector of Cameron County and Director, Cameron County Automobile Crimes Enforcement Task Force, in his individual capacity<br>Defendants. | §<br>§<br>§<br>§   C.A. No. B-03-96<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

BE IT REMEMBERED that on January 23, 2006, the Court considered the Joint Emergency Motion to Extend All Deadlines [Dkt. No. 99]. For the reasons that follow, the Court **DENIES** this motion.

The Court ordered that discovery be completed by February 1, 2006 in the Scheduling Order of May 23, 2005 [Dkt. No. 69]. In that order, the Court stated that "[c]ounsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court." The current motion requesting more time for discovery is a joint motion. Therefore, the parties appear to agree and no intervention by the Court is necessary at this time. Therefore, the Court **DENIES AS MOOT** the Joint Emergency Motion to Extend All Deadlines [Dkt. No. 99]

The Court reminds the parties that dates for filing of dispositive motions and trial will not be affected by this agreed extension of discovery deadlines.

DONE this 23rd day of January 2006, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge