IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU, et al. | § § | CIVIL ACTION NO. B-03-096 |
| vs. | § § § | |
| CAMERON COUNTY, et al. | § | |

### ORDER GRANTING DEFENDANTS' MOTION FOR SANCTIONS TO EXCLUDE PLAINTIFFS' EXPERT WITNESSES, PERSONS WITH RELEVANT KNOWLEDGE, AND FACT WITNESSES

BE IT REMEMBERED that on this _____ day of _____, 2006 came to be considered Defendants' Motion For Sanctions to Exclude Plaintiffs' Expert Witnesses, Persons With Relevant Knowledge, and Fact Witnesses and the Court is of the opinion that same should be granted.

IT IS THEREFORE ORDERED that all of Plaintiffs' expert witnesses, persons with relevant knowledge, and fact witnesses be excluded.

IT IS FURTHER ORDERED that within ten (10) days after the entry of this order, Plaintiffs shall comply with the Court's original orders (Dkt.#'s 84 and 86), Plaintiffs shall submit to depositions within thirty (30) days after complying with the Court's orders (Dkt.#'s 84 and 86) and before and further discovery proceeds, and Defendants are allowed up to ten (10) hours to depose each Plaintiff.

IT IS FURTHER ORDERED that the time to complete discovery be extended by six (6) months, that the time to submit dispositive motions and the pre-trial order be extended by nine (9) months, and that the final pre-trial conference and trial date be re-set to reflect the extended deadlines.

SIGNED FOR ENTRY on this _____ day of _____, 2006 in Brownsville, Texas.

_____
United States District Judge