IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU, et al. | § | |
| | § | CIVIL ACTION NO. B-03-096 |
| vs. | § | |
| | § | |
| CAMERON COUNTY, et al. | § | |

**ORDER SETTING HEARING ON DEFENDANTS' MOTION FOR SANCTIONS
TO EXCLUDE PLAINTIFFS' EXPERT WITNESSES, PERSONS
WITH RELEVANT KNOWLEDGE, AND FACT WITNESSES**

On this the _____ day of _____, 2006 came on for consideration, Defendants'

Motion For Sanctions to Exclude Plaintiffs' Expert Witnesses, Persons With Relevant Knowledge,

and Fact Witnesses.  The Court, having reviewed said motion together with the papers on file is of

the opinion that a hearing shall be held thereon.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED, that Defendants' Motion

For Sanctions to Exclude Plaintiffs' Expert Witnesses, Persons With Relevant Knowledge, and Fact

Witnesses is hereby set for hearing on the _____ day of _____, 2006 at _____

o'clock in this Honorable Court.

Signed for entry on this _____ day of _____, 2006.


_____
United States District Judge