**Civil Action B-03-096**

**DEFENDANTS' MOTION FOR SANCTIONS
TO EXCLUDE PLAINTIFFS'
EXPERT WITNESSES, PERSONS
WITH RELEVANT KNOWLEDGE, AND FACT
WITNESSES**

# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU; FELIX R. MUNOZ; RUTH WEAVER; DIAMANTINA ALVARADO; AND LINDA GARCIA | § § § § § | |
| Plaintiffs | § § | |
| vs. | § § | Civil Action No. 03-CV-96 |
| CAMERON COUNTY and TONY YZAGUIRE, JR., Tax Assessor-Collector of Cameron County and Director, Cameron County Automobile Crimes Enforcement Task Force, in his individual capacity | § § § § § § | **JURY TRIAL REQUESTED** |

## PLAINTIFFS' FIRST AMENDED DESIGNATION OF EXPERTS

Pursuant to FRCP 26(a)(2) and the Court's Order, Plaintiff designates the following persons as persons who may be asked to give expert testimony in this case. These persons are not "retained" experts and, therefore, no reports are available.

Vicenta Cantu

c/o Law Office of Gay E. Gilson

719 S. Shoreline, Suite 301A

Corpus Christi, Texas 78401

(361) 887-0552

Plaintiff in this case. Will testify about the claims, facts and damages as specified in complaint. As an

employee of the Cameron County Tax Assessor- Collector's office for numerous years, Ms. Cantu may

be called to testify as an expert about procedures, regulations, standards or other related matters related

to her work at the Cameron County Tax Assessor - Collector's office. Her work experience and training

with the Cameron County Tax Assessor-Collector's office makes her qualified to offer opinions and

expert opinions regarding policies, practices, standards and other related topics. It is anticipated that this witness may be asked to give expert testimony about such topics if necessary. This witness may be called to give an expert opinions as to the reason why the transactions she identified in the pleadings and discovery responses were not proper and/or unlawful. Further, this witness may testify as to the inappropriateness of Defendant Yzaguirre's response to the concerns raised about these transactions.


Felix R. Munoz

c/o Law Office of Gay E. Gilson

719 S. Shoreline, Suite 301A

Corpus Christi, Texas 78401

(361) 887-0552

Plaintiff in this case. Will testify about the claims, facts and damages as specified in complaint. As an employee of the Cameron County Tax Assessor- Collector's office for numerous years and one of its highest ranking officials, Mr. Munoz may be called to testify as an expert about procedures, regulations, standards or other related matters related to his work at the Cameron County Tax Assessor - Collector's office. His work experience and training with the Cameron County Tax Assessor-Collector's office makes him qualified to offer opinions and expert opinions regarding policies, practices, standards and other related topics. It is anticipated that this witness may be asked to give expert testimony about such topics if necessary. This witness may be called to give an expert opinions as to the reason why transactions identified in the pleadings and discovery responses were not proper and/or unlawful. Further, this witness may testify as to the inappropriateness of Defendant Yzaguirre's response to the concerns raised about these transactions.

Ruth Weaver

c/o Law Office of Gay E. Gilson

719 S. Shoreline, Suite 301A

Corpus Christi, Texas 78401

(361) 887-0552

Plaintiff in this case. Will testify about the claims, facts and damages as specified in complaint. As an employee of the Cameron County Tax Assessor- Collector's office for numerous years, Ms Weaver-McGinnis may be called to testify as an expert about procedures, regulations, standards or other related matters related to her work at the Cameron County Tax Assessor - Collector's office. Her work experience and training with the Cameron County Tax Assessor-Collector's office makes her qualified to offer opinions and expert opinions regarding policies, practices, standards and other related topics. It is anticipated that this witness may be asked to give expert testimony about such topics if necessary. This witness may be called to give an expert opinions as to the reason why transactions identified in the pleadings and discovery responses were not proper and/or unlawful. Further, this witness may testify as to the inappropriateness of Defendant Yzaguirre's response to the concerns raised about these transactions.

Diamantina Alvarado

c/o Law Office of Gay E. Gilson

719 S. Shoreline, Suite 301A

Corpus Christi, Texas 78401

3

(361) 887-0552

Plaintiff in this case. Will testify about the claims, facts and damages as specified in complaint.

As an employee of the Cameron County Tax Assessor- Collector's office for numerous years, Ms. Alvarado may be called to testify as an expert about procedures, regulations, standards or other related matters related to her work at the Cameron County Tax Assessor - Collector's office. Her work experience and training with the Cameron County Tax Assessor-Collector's office makes her qualified to offer opinions and expert opinions regarding policies, practices, standards and other related topics. It is anticipated that this witness may be asked to give expert testimony about such topics if necessary. This witness may be called to give an expert opinions as to the reason why transactions identified in the pleadings and discovery responses were not proper and/or unlawful.  Further, this witness may testify as to the inappropriateness of Defendant Yzaguirre's response to the concerns raised about these transactions.


Tony Yzaguirre, Jr.

Cameron County Tax Assessor-Collector

964 E. Harrison

Brownsville, Texas

(956) 544-0800

Defendant in this case. Anticipated that he will testify regarding his version of the events made the basis of this lawsuit; Plaintiff's terminations, demotions and transfers and possibly Plaintiff's damages. He may be asked to testify about other matters. May be called to give expert testimony relevant to his work as the Cameron County Tax Assessor-Collector.  It is difficult to state exactly what topics he may be

4

called to testify as an expert on, if any. However, his expert testimony be relevant to the defenses raised
in this case.


David Lee McGee

Law Offices of David Lee McGee

3827 N. 10th Street, Suite 302-B

McAllen, Texas 78501

(956) 687-2010

Attorney for Plaintiffs. Has knowledge of reasonable and necessary attorney's fees in this case. May

testify as an expert on this subject if attorney's fees if this issue is reached.


Gay E. Gilson

Law Office of Gay E. Gilson

719 S. Shoreline, Suite 301A

Corpus Christi, Texas 78401

(361) 887-0552

Attorney for Plaintiffs. Has knowledge of reasonable and necessary attorney's fees in this case. May

testify as an expert on this subject if this issue is reached.


Mr. Charles Willette

Willette & Guerra, L.L.P.

1534 East 6th St., Suite 200

Brownsville, Texas 78520

(956) 541-1846

Attorney for Defendant. May have knowledge of reasonable and necessary attorney's fees in this case. Expert testimony from this witness may be requested if this issue is reached.


Mr. Craig Vittitoe

Mr. Roger Hughes

Adams & Graham, L.L.P.

222 E Van Buren West Tower

Harlingen, Texas 78550

(956) 428-7495

Attorney for Defendant. May have knowledge of reasonable and necessary attorney's fees in this case. Expert testimony from this witness may be requested if this issue is reached.


Cameron County Automobile Crimes Enforcement Task Force, its supervisors, directors, employees and contractors. May have knowledge of the facts made the basis of this lawsuit as alleged in Plaintiffs' pleadings, motions and responses and Defendant's pleadings and discovery requests. Discovery continues and it is difficult to ascertain prior to the conclusion of discovery which employees may testify. Based upon their experience, education and training, may be called to give expert opinions regarding policies, regulations, standards and related topics if necessary.


Texas Automobile Theft Prevention Authority, its employees, managers, and custodians of records 4000 Jackson Avenue

6

Austin, Texas 78731

Telephone: (512) 374-5101

At this time, it is undetermined if any employee from this agency may testify. If qualified by

experience, education and training, may be called to give expert opinions regarding policies,

regulations, standards and related topics if necessary. Discovery continues.


Texas Department of Transportation, Texas Motor Vehicle Enforcement Division

125 E. 11th St.

Austin, Texas 78701-2483

At this time, it is undetermined if any employee from this agency may testify. If qualified by

experience, education and training, may be called to give expert opinions regarding policies,

regulations, standards and related topics if necessary. Discovery continues.


Jesse Garcia, Jr.

Chief Deputy - Administration

Cameron County 031 / PH

P. O. Box 952, Brownsville, TX 78522-0952

964 E. Harrison, 1st Floor, Brownsville, TX , TX 78520

Tel : 956.544.0804

Plaintiffs anticipate that this individual will testify at the time of trial as they should have knowledge

of facts relevant to his position with Cameron County. If qualified by experience, education and

training, may be called to give expert opinions regarding policies, regulations, standards and related

7

topics if necessary.  Discovery continues.


Joe Mireles

Chief of Investigation

ATPA

P. O. Box 952, Brownsville, TX 78522-0952

964 E. Harrison, 1st Floor, Brownsville, TX , TX 78520

Tel : 956.544.0804

Plaintiffs anticipate that this individual will testify at the time of trial as they should have knowledge

of facts relevant to his position with Cameron County. If qualified by experience, education and

training, may be called to give expert opinions regarding policies, regulations, standards and related

topics if necessary.  Discovery continues.


David E. Montoya,

Executive Director

Texas Board of Tax Professional Examiners

333 Guadalupe

Tower 2, Suite 520

Austin, Texas 78701-3942

It is not anticipated that this individual will testify at this time.  However, as evidence develops,

Plaintiffs may desire to call Mr. Montoya as a witness. If qualified by experience, education and

training, may be called to give expert opinions regarding policies, regulations, standards and related topics if necessary.   Discovery continues.

Cameron County District Attorney's Office and its employees, attorneys, supervisors and custodians of records

974 East Harrison Street

Brownsville, Texas 78520

Plaintiffs anticipate that they may call some employees of this entity as a witness relevant to the prosecution of the notaries.  If qualified by experience, education and training, may be called to give expert opinions regarding policies, regulations, standards and related topics if necessary.   Discovery continues.

Cameron County Attorney's Office and its employees, attorneys, supervisors and custodians of records

974 East Harrison Street

Brownsville, Texas 78520

Plaintiffs anticipate that they may call some employees of this entity as a witness relevant to the prosecution of the notaries. If qualified by experience, education and training, may be called to give expert opinions regarding policies, regulations, standards and related topics if necessary.   Discovery continues.

Ismael Hinojosa

Cameron County District Attorney's Office

974 East Harrison Street

Brownsville, Texas 78520

Plaintiffs may call this individual relevant to the prosecution of the notaries. If qualified by

experience, education and training, may be called to give expert opinions regarding policies,

regulations, standards and related topics if necessary.   Discovery continues.


Michael LePore

U.S. Customs Service

1800 Paredes Line Road

Brownsville, Texas 7521

(956) 542-7831

Plaintiffs anticipate calling this witness for both liability and damage issues. If qualified by

experience, education and training, may be called to give expert opinions regarding policies,

regulations, standards and related topics if necessary.  May be called to give testimony relevant to

criminal and other investigations of the Cameron County Tax Assessor-Collector's office and related

issues such as policies, standards, regulations and related topics.  Discovery continues.


Trip Felton

Internal Revenue Service

10

1036 E. Levee

Brownsville, Texas

(956) 986-2232

Plaintiffs anticipate calling this witness relevant to liability and possibly damages. If qualified by

experience, education and training, may be called to give expert opinions regarding policies,

regulations, standards and related topics if necessary.  May be called to give testimony relevant to

criminal and other investigations of the Cameron County Tax Assessor-Collector's office and related

issues such as policies, standards, regulations and related topics.  Discovery continues.


Becky Beck

Custodian of Records

Texas Department of Transportation

7901 North I35

Austin, Texas 78761-5726

Plaintiffs may call this individual as a witness as this person was identified as a witness in the notary

criminal cases by Cameron County.  If qualified by experience, education and training, may be called

to give expert opinions regarding policies, regulations, standards and related topics if necessary.

Discovery continues.


Lupita DeLeon

c/o Cameron County Tax Assessor-Collector's Office

Brownsville, Texas

11

It is anticipated that Plaintiffs will call Lupita DeLeon as a witness. If qualified by experience, education and training, may be called to give expert opinions regarding policies, regulations, standards and related topics if necessary. Discovery continues.

Rene Medrano

Texas Department of Transportation and its custodians of records

600 W. Expwy 83

Pharr, Texas 78577

(956) 781-3291

It is undetermined whether or not Plaintiffs will call Rene Medrano as a witness. If qualified by experience, education and training, may be called to give expert opinions regarding policies, regulations, standards and related topics if necessary. Discovery continues.

Jeffrey Chen

Assistant County & District Atty.

Cameron County District Attorney

974 E. Harrison Street

Brownsville, Texas 78520

(956) 544-0849

Has knowledge of the criminal charges brought against the notaries. If qualified by experience, education and training, may be called to give expert opinions regarding policies, regulations, standards and related topics if necessary. Discovery continues.

David A. Coronado

Assistant County & District Atty.

Cameron County District Attorney

974 E. Harrison Street

Brownsville, Texas 78520

(956) 544-0849

Has knowledge of the prosecution of the notaries made the basis of this lawsuit. A copy of the criminal files have been provided to Defendants. Plaintiffs may call this individual to testify. If qualified by experience, education and training, may be called to give expert opinions regarding policies, regulations, standards and related topics if necessary. Discovery continues.


Yolanda de Leon

Assistant County & District Atty.

Cameron County District Attorney

974 E. Harrison Street

Brownsville, Texas 78520

(956) 544-0849

Has knowledge of the prosecution of the notaries made the basis of this lawsuit. A copy of the criminal files have been provided to Defendants. Plaintiffs may call this individual to testify. If qualified by experience, education and training, may be called to give expert opinions regarding policies, regulations, standards and related topics if necessary. Discovery continues.

13

Julio Hernandez

Cameron County Tax Assessor-Collector

Cameron County 031 / PH

P. O. Box 952, Brownsville, TX 78522-0952

964 E. Harrison, 1st Floor, Brownsville, TX , TX 78520

Tel : 956.544.0804

Has knowledge as stated in the affidavit of Ruth Weaver which was attached to Plaintiffs'

Supplemental FRCP 7(a) Reply to Defendants' Motion to Dismiss for Failure to State a Claim and

on Immunity. Regarding Transaction I.D.: 03110136550154532 Plaintiff Cantu instructed Julio

Hernandez to hold the paperwork and set-up an appointment for the title holder to meet with either

Plaintiff Cantu or one of the investigators with the Cameron County Auto Crimes Task Force.

Within minutes of Plaintiff Cantu's instructions to Julio Hernandez, Defendant Yzaguirre called

Plaintiff Cantu and asked her why she had instructed Mr. Hernandez to hold the title.  Plaintiff Cantu

explained that the title had passed through the Cameron County Auto Crimes Task Force

approximately six months ago and that it had been stamped sold for export.  Defendant Yzaguirre

told Plaintiff Cantu that it was "none of her business" to just process the transaction. Plaintiffs may

call this individual to testify.  If qualified by experience, education and training, may be called to

give expert opinions regarding policies, regulations, standards and related topics if necessary.

Discovery continues.


Texas Ethics Commission, its agents, employees, custodians of records

14

201 East 14th St., 10th Floor

P.O. Box 12070

Austin, Texas 78711-2070

(512) 463-5800

It is not anticipated that this witness will be called to testify. If qualified by experience, education

and training, may be called to give expert opinions regarding policies, regulations, standards and

related topics if necessary. Discovery continues. May be called as rebuttal witness.


Richard Burst

Cameron County Attorney

974 E. Harrison St.

Brownsville, Texas

(956) 425-6043

It is not anticipated that is witness will be called to testify. As one who may have knowledge of

prosecution of notaries related to transactions with the Cameron County Tax Assesor-Collector's

office, may be called to give expert opinions regarding violations of law, standards, policies and

related topics. Discovery continues.


Mark A. Yates

Cameron County Auditor

P.O. Box 3846

Brownsville, TX 78521

Phone: (956) 544-0822

Cameron County Auditor. Has knowledge as specified in Plaintiff's Complaint and knowledge of

Felix Munoz' reprimand and discipline. During Plaintiff Munoz' service as the Project Coordinator

for the Cameron County Automobile Crimes Enforcement Task Force, Defendant Yzaguirre

communicated to Mark Yates, the County Auditor, alleging that Plaintiff Munoz was "leaking"

information to Plaintiff Cantu. It is anticipated that Mark Yates will be called to testify. If qualified

by experience, education and training, may be called to give expert opinions regarding policies,

regulations, standards of Cameron County, State of Texas and Federal Government and related

topics if necessary. Discovery continues.


Texas Department of Transportation and its custodians of records

Vehicle Titles & Registration

TXDOT

4000 Jackson

Austin, Texas 78779-0001

May have knowledge of improper title transactions made the basis of this lawsuit. May have

received complaints from employees of Defendant and/or consumers of transactions made through

the Cameron County Tax Assessor - Collector's office. It is not anticipated at this time that anyone

from this entity will be called to testify. If qualified by experience, education and training, may be

called to give expert opinions regarding policies, regulations, standards and related topics if

necessary. Discovery continues.


16

Tula Taylor

Texas Department of Transportation

Vehicle Titles & Registration

TXDOT

4000 Jackson

Austin, Texas 78779-0001

May have knowledge of improper title transactions made the basis of this lawsuit. May have received

complaints from employees of Defendant and/or consumers of transactions made through the

Cameron County Tax Assessor - Collector's office. If this person is called to testify it will be to

substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is

made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on

deposition testimony of Defendant Yzaguirre and others. If qualified by experience, education and

training, may be called to give expert opinions regarding policies, regulations, standards and related

topics if necessary.   Discovery continues.


Joshua Zapata

Cameron County Automobile Crimes Enforcement Task Force

Office of the Tax Assessor-Collector

964 East Harrison, 1ˢᵗ Floor

Brownsville, Texas 78520

(956) 574-8163

This name appears on a transaction being provided as Exhibit 44 to disclosures.  Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public concern which is made the basis of this lawsuit. Whether or not this individual may be called as a witness depends on deposition testimony of Defendant Yzaguirre and others. If qualified by experience, education and training, may be called to give expert opinions regarding policies, regulations, standards and related topics if necessary. Discovery continues.

Lt. Javier Pena

Cameron County Automobile Crimes Enforcement Task Force

Office of the Tax Assessor-Collector

964 East Harrison, 1st Floor

Brownsville, Texas 78520

(956) 574-8163

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit. If this person is called to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public

concern which is made the basis of this lawsuit. Whether or not this individual may be called as a

witness depends on deposition testimony of Defendant Yzaguirre and others. If qualified by

experience, education and training, may be called to give expert opinions regarding policies,

regulations, standards and related topics if necessary. Discovery continues.


Adalberto Bennett, Investigator

Cameron County Automobile Crimes Enforcement Task Force

Office of the Tax Assessor-Collector

964 East Harrison, 1st Floor

Brownsville, Texas 78520

(956) 574-8163

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions. May

have knowledge of improper title transactions made the basis of this lawsuit. If this person is called

to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public

concern which is made the basis of this lawsuit. Whether or not this individual may be called as a

witness depends on deposition testimony of Defendant Yzaguirre and others. If qualified by

experience, education and training, may be called to give expert opinions regarding policies,

regulations, standards and related topics if necessary. Discovery continues.


19

Marizol Sifuentes, Titles and Registration Data Analyst

Cameron County Automobile Crimes Enforcement Task Force

Office of the Tax Assessor-Collector

964 East Harrison, 1st Floor

Brownsville, Texas 78520

(956) 574-8163

This name appears on a transaction being provided as Exhibit 44 to disclosures. Exhibit 44 was

provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into

transactions involving notaries and others and the Cameron County Tax Assessor - Collector's

office. These were provided to law enforcement because they were questionable transactions. May

have knowledge of improper title transactions made the basis of this lawsuit. If this person is called

to testify it will be to substantiate Plaintiff's claims of good faith in their speech of matters of public

concern which is made the basis of this lawsuit. Whether or not this individual may be called as a

witness depends on deposition testimony of Defendant Yzaguirre and others. If qualified by

experience, education and training, may be called to give expert opinions regarding policies,

regulations, standards and related topics if necessary. Discovery continues.

Joe Stranz

Federal Bureau of Investigation

1700 Paredes Line Rd

Brownsville, 78521

(956) 546-6922

It is anticipated that Plaintiffs will call this individual as a witness. Investigated improper title

transactions and related issues made the basis of this lawsuit. If qualified by experience, education

and training, may be called to give expert opinions regarding criminal investigations and relevant

policies, regulations, standards and related topics to the underlying litigation if necessary.

Discovery continues.


Dr. Gale Thomas Downey

Austin Dr. Assoc.

1867 North Shore Dr.

San Benito, Texas

(512) 305-7030

Plaintiffs anticipate calling this witness. Will provide expert testimony regarding medical treatment

provided to Vicenta Cantu.  His qualifications for providing expert testimony are his education,

training and work as a physician.


John Cruzvillarreal

1st Lt. Auto Crimes Task Force

Plaintiffs anticipate calling this witness. May have knowledge of the facts made the basis of this

lawsuit and questionable transactions processed by Defendant Yzaguirre. If qualified by experience,

education and training, may be called to give expert opinions regarding policies, regulations,

standards and related topics if necessary.   Discovery continues.


Victor Alvarado

21

Cameron County Sherriff's Department

Olmito, Texas

Plaintiffs anticipate calling this witness. May have knowledge of the facts made the basis of this

lawsuit and questionable transactions processed by Defendant Yzaguirre. If qualified by experience,

education and training, may be called to give expert opinions regarding policies, regulations,

standards and related topics if necessary.   Discovery continues.


Maz Martinez

UTB Police Academy

Brownsville, Texas

Plaintiffs anticipate calling this witness. May have knowledge of the facts made the basis of this

lawsuit and questionable transactions processed by Defendant Yzaguirre. If qualified by experience,

education and training, may be called to give expert opinions regarding policies, regulations,

standards and related topics if necessary.   Discovery continues.


Rolando Mancillas

Cameron County Parks Ranger

South Padre Island

Plaintiffs anticipate calling this witness. May have knowledge of the facts made the basis of this

lawsuit and questionable transactions processed by Defendant Yzaguirre. If qualified by experience,

education and training, may be called to give expert opinions regarding policies, regulations,

standards and related topics if necessary.   Discovery continues.

22

UMS Unidad Medica Sandoval and the custodian of records

Analisis Clinicos

Q.F.B. Celia Carrera Martinez

Ej. Estacion Sandoval Mpio. De H. Matamoros, Tam.

Tel: 847-21-15

Provided medical services to Vicenta Cantu for damages she sustained as a result of the facts made

the basis of this lawsuit. May be called to provide expert testimony. A copy of Ms. Cantu's medical

records have been provided through disclosures.


Dr. Gustavo M. Rivero Aragon and his custodians of records

Universidad Autonoma De Guerrero

Domicilio Concocido S/N

Estacion Sandoval

H. Matamoros, Tamps

Tel: 868 847-2115

Provided medical services to Vicenta Cantu for damages she sustained as a result of the facts made

the basis of this lawsuit. May be called to provide expert testimony. A copy of Ms. Cantu's medical

records have been provided through disclosures.


Jose Estrella, Physician

Ave • Espana #151

Col. Buena Vista

Matamoros, Mexico

17-87-15

Provided medical services to Diamantina Alvarado for damages she sustained as a result of the facts

made the basis of this lawsuit. Maybe called to provide expert testimony.


Plaintiffs incorporate by reference all persons identified by Defendant in response to disclosures

and/or interrogatories as a person with relevant knowledge as if fully set-out herein and may request

to the Court that anyone so identified testify at the time of trial and provide some expert testimony if

said witness is qualified by education, training and experience and their expert testimony may be

relevant. It is anticipated that if this testimony is requested, it will be in the form of testimony

regarding policies, practices, regulations and related topics. Discovery is still pending.


Plaintiffs designate all persons and experts designated by any party to this lawsuit as an expert

witness and may request anyone so identified testify at the time of trial. Plaintiff may call additional

witnesses as rebuttal witnesses.


Any Plaintiff may call their medical provider to provide expert testimony regarding injury received

as a result of the incidents made the basis of this lawsuit; need for medical care, reason for medical

care and cost of said medical care.


Further, Plaintiff retains the right to supplement this expert designation as discovery continues.

Respectfully submitted,

By:   /s/ Gay E. Gilson
GAY E. GILSON
Law Office of Gay E. Gilson
719 South Shoreline, Suite 301A
Corpus Christi, Texas 78401
(361) 887-0552
Facsimile (361) 887-0554
SBN 00784131/Fed.I.D. 16385
ATTORNEY IN CHARGE FOR PLAINTIFFS

DAVID LEE MCGEE
Law Office of David Lee McGee, P.C.
3827 North 10th Street, Suite 302 A
Plaza 10 Building
McAllen, Texas 78501
SBN 13612550/Fed I.D.5932
Telephone: (956) 687-2010
Facsimile:  (956) 687-2937
CO-COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that a copy of this instrument was served on the following attorney's of record according to the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Texas:

Roger Hughes
Adams & Graham, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429

Mr. Charles Willette
Willette & Guerra, L.L.P.
1534 East 6th Street Suite 200
Brownsville, Texas 78520

on this January 11, 2006.

   /s/ Gay E. Gilson
Gay E. Gilson