Civil Action B-03-096

**DEFENDANTS' MOTION FOR SANCTIONS
TO EXCLUDE PLAINTIFFS'
EXPERT WITNESSES, PERSONS
WITH RELEVANT KNOWLEDGE, AND FACT
WITNESSES**

# EXHIBIT 2
# Pages 1-50

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU; FELIX R. MUNOZ; RUTH WEAVER; DIAMANTINA ALVARADO; AND LINDA GARCIA<br><br>Plaintiffs<br><br>vs.<br><br>CAMERON COUNTY and TONY YZAGUIRE, JR., Tax Assessor-Collector of Cameron County and Director, Cameron County Automobile Crimes Enforcement Task Force, in his individual capacity | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 03-CV-96<br><br>**JURY TRIAL REQUESTED** |

## PLAINTIFF'S SECOND SUPPLEMENTAL INITIAL DISCLOSURES

Pursuant to the Federal Rule of Civil Procedure 26(a), Plaintiff provides the following information:

(A)  The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information:

Vicenta Cantu
c/o Law Office of Gay E. Gilson
719 S. Shoreline, Suite 301A
Corpus Christi, Texas 78401
(361) 887-0552
Plaintiff in this case. Has knowledge of the claims, facts and damages as specified in complaint.

Felix R. Munoz
c/o Law Office of Gay E. Gilson
719 S. Shoreline, Suite 301A
Corpus Christi, Texas 78401
(361) 887-0552
Plaintiff in this case. Has knowledge of the claims, facts and damages as specified in complaint.

Ruth Weaver
c/o Law Office of Gay E. Gilson
719 S. Shoreline, Suite 301A
Corpus Christi, Texas 78401
(361) 887-0552
Plaintiff in this case. Has knowledge of the claims, facts and damages as specified in complaint.

Diamantina Alvarado
c/o Law Office of Gay E. Gilson
719 S. Shoreline, Suite 301A
Corpus Christi, Texas 78401
(361) 887-0552
Plaintiff in this case. Has knowledge of the claims, facts and damages as specified in complaint.

Linda Garcia
c/o Law Office of Gay E. Gilson
719 S. Shoreline, Suite 301A
Corpus Christi, Texas 78401
(361) 887-0552
Has knowledge of the claims, facts and damages as specified in complaint.

Tony Yzaguirre, Jr.
Cameron County Tax Assessor-Collector
964 E. Harrison
Brownsville, Texas
(956) 544-0800
Defendant in this case. Has knowledge of the claims, facts and damages as specified in the
complaint.

David Lee McGee
Law Offices of David Lee McGee
3827 N. 10th Street, Suite 302-B
McAllen, Texas 78501
(956) 687-2010
Attorney for Plaintiffs. Has knowledge of reasonable and necessary attorney's fees in this case.
May testify as an expert on this subject.

Gay E. Gilson
Law Office of Gay E. Gilson
719 S. Shoreline, Suite 301A
Corpus Christi, Texas 78401
(361) 887-0552
Attorney for Plaintiffs. Has knowledge of reasonable and necessary attorney's fees in this case.
May testify as an expert on this subject.

2

Mr. Charles Willette
Mr. Roman "Dino" Esparza
Willette & Guerra, L.L.P.
1534 East 6th St., Suite 200
Brownsville, Texas 78520
(956) 541-1846
Attorney for Defendant. May have knowledge of reasonable and necessary attorney's fees in this case.

Mr. Craig Vittitoe
Mr. Roger Hughes
Adams & Graham, L.L.P.
222 E Van Buren West Tower
Harlingen, Texas 78550
(956) 428-7495
Attorney for Defendant. May have knowledge of reasonable and necessary attorney's fees in this case.

Cameron County Automobile Crimes Enforcement Task Force, its supervisors, directors, employees and contractors. Has knowledge of the facts made the basis of this lawsuit as alleged in Plaintiffs' pleadings, motions and responses.

Texas Automobile Theft Prevention Authority, its employees, managers, and custodians of records
4000 Jackson Avenue
Austin, Texas 78731
Telephone: (512) 374-5101
Has knowledge of the facts as alleged in detail in Plaintiffs' pleadings, motions and responses. May have knowledge of complaints faxed for investigation. May have knowledge of transactions made the basis of Plaintiff's free speech and association claims.

Texas Department of Transportation, Texas Motor Vehicle Enforcement Division
125 E. 11th St.
Austin, Texas 78701-2483
Has knowledge of the facts as alleged in detail in Plaintiffs' pleadings, motions and responses. May have knowledge of complaints faxed for investigation. May have knowledge of transactions made the basis of Plaintiff's free speech and association claims.

Dillards Department Store, its supervisors, managers and employees
1248 N Expwy 83
Brownsville, TX 78520
(956) 546-4581
Diamantina Alvarado's employer. May have knowledge of Plaintiff's claims and damages made the basis of this lawsuit. Tony Yzaguirre has a relative that works with Plaintiff Alvarado at

3

Dillards Department store. This relative has retaliated against Ms. Alvarado for her free speech and association made the basis of this lawsuit.

Jesse Garcia, Jr.
Chief Deputy - Administration
Cameron County 031 / PH
P. O. Box 952, Brownsville, TX 78522-0952
964 E. Harrison, 1st Floor, Brownsville, TX , TX 78520
Tel : 956.544.0804
Has knowledge of the facts and damages as specified in Plaintiff's pleadings.

Joe Mireles
Chief of Investigation
ATPA
P. O. Box 952, Brownsville, TX 78522-0952
964 E. Harrison, 1st Floor, Brownsville, TX , TX 78520
Tel : 956.544.0804
Investigator for the Automobile Crime Enforcement Task Force. May have knowledge of the facts and damages as specified in Plaintiff's pleadings.

David E. Montoya,
Executive Director
Texas Board of Tax Professional Examiners
333 Guadalupe
Tower 2, Suite 520
Austin, Texas 78701-3942
Executive Director for the Texas Board of Tax Professional Examiners. Plaintiff Alvarado had called David E. Montoya and she left a message attempting to make a complaint against Defendant Yzaguirre stating that he was violating Texas laws in the manner in which he was running the office and that she was being denied required training so that her license may be updated. Mr. Montoya returned Plaintiff Alvarado's call, but the office staff was instructed to not allow the call to go through to Plaintiff Alvarado.

Enrique Barreda, Sr.
2800 FM 802 Apt.2085
Brownsville, Texas 78521
One of the notaries made the basis of this lawsuit. Plaintiffs allege that Mr. Barreda was allowed to pass through transactions through the Tax Assessor- Collector's office which did not meet legal requirements in exchange for favors to Tony Yzaguirre, Jr.

Enrique Barrera, Jr.
174 Hagger
Brownsville, Texas 78521
One of the notaries made the basis of this lawsuit. Plaintiffs allege that Mr. Barreda was allowed

4

to pass through transactions through the Tax Assessor- Collector's office which did not meet legal requirements in exchange for favors to Tony Yzaguirre, Jr.


Moises Leonel Torres
1543 Codorniz Dr.
Brownsville, Texas 75526
(956) 546-4130
One of the notaries made the basis of this lawsuit. Plaintiffs allege that Mr. Torres was allowed to pass through transactions through the Tax Assessor- Collector's office which did not meet legal requirements in exchange for favors to Tony Yzaguirre, Jr.

Mark Garcia
1879 Royal Oak
Brownsville, Texas 78520
Nearest relative of Moises Torres. May have knowledge of his location.

Torres Insurance, its employees, owners, managers and custodians of records
Southmost Rd
Brownsville, Texas 78521
Moises Torres' employer. May have knowledge of Mr. Torres' location and may have knowledge of the facts made the basis of this lawsuit.

Cameron County District Attorney's Office and its employees, attorneys, supervisors and custodians of records
974 East Harrison Street
Brownsville, Texas 78520
Has knowledge of the criminal charges brought against the notaries made the basis of this lawsuit. A copy of these charges have been provided through disclosures.

Cameron County Attorney's Office and its employees, attorneys, supervisors and custodians of records
974 East Harrison Street
Brownsville, Texas 78520
Has knowledge of the criminal charge brought against the notaries made the basis of this lawsuit. A copy of these charges have been provided through disclosures.

Ismael Hinojosa
Cameron County District Attorney's Office
974 East Harrison Street
Brownsville, Texas 78520
Has knowledge of the criminal charge brought against the notaries made the basis of this lawsuit. Helped prosecute these cases.

5

Michael LePore
U.S. Customs Service
1800 Paredes Line Road
Brownsville, Texas 7521
(956) 542-7831
Witness for the prosecution regarding charges brought against the notaries made the basis of this
lawsuit. Met with some of the Plaintiffs, specifically Vicenta Cantu, about the charges made
basis of this lawsuit. Reviewed documents and other documentation provided by Ms. Cantu
regarding the charges made the basis of this lawsuit. May have knowledge of Ms. Cantu's
emotional distress and other damages.

Trip Felton
Internal Revenue Service
1036 E. Levee
Brownsville, Texas
(956) 986-2232
Witness for the prosecution regarding charges brought against the notaries made the basis of this
lawsuit. May have knowledge of the investigation leading to charges being brought against
notaries for transactions with the Cameron County Tax Assessor - Collector's office.

Becky Beck
Custodian of Records
Texas Department of Transportation
7901 North I35
Austin, Texas 78761-5726
Witness for the prosecution regarding charges brought against the notaries made the basis of this
lawsuit. Identified by Defendant, Cameron County, as a witness regarding the notary cases. A
copy of the criminal files were previously provided through disclosures.

Lupita DeLeon
c/o Cameron County Tax Assessor-Collector's Office
Brownsville, Texas
On or about December 12, 2001, Defendant Yzaguirre removed Plaintiff Cantu from
her job duties as Titles and Registration Examiner for the Cameron County Automobile Crimes
Enforcement Task Force and replaced her with Lupita DeLeon. Ms. DeLeon was given a
$3,000.00/year raise to assume that position. She may have knowledge of the facts made the
basis of this lawsuit.

Rene Medrano
Texas Department of Transportation and its custodians of records
600 W. Expwy 83
Pharr, Texas 78577
(956) 781-3291
Has knowledge of the criminal charges brought against Estella Guerra. Identified by Cameron

6

County, Defendant, as a person with knowledge regarding that criminal complaint.

Reynaldo G. Garza, III
Law Offices of Ernesto Gamez, Jr., P.C.
777 East Harrison Street
Brownsville, Texas 78520
Attorney for Estella Guerra. Has knowledge of criminal charges brought against her.

Estella Guerra
1385 E. 9th St.
Brownsville, Texas 78520
One of the notaries made the basis of this lawsuit. Plaintiffs allege that Ms. Guerra was allowed
to pass through transactions through the Tax Assessor- Collector's office which did not meet
legal requirements in exchange for favors to Tony Yzaguirre, Jr.

Carlos Torres
6552 Tepeyac
Brownsville, Texas 78521
(956) 831-7606
One of the notaries made the basis of this lawsuit. Plaintiffs allege that Mr. Torres was allowed
to pass through transactions through the Tax Assessor- Collector's office which did not meet
legal requirements in exchange for favors to Tony Yzaguirre, Jr.

Irene Machuca
1604 Beush Dr.
Pasadena, Texas
(713) 534-7764
Has knowledge of the criminal charges brought against Carlos Torres made the basis of this
lawsuit. Identified by Defendant Cameron County in the criminal file as someone who had
knowledge of those charges.

Francisco Rios
27100 Paloma Bvld.
Harlingen, Texas 78552
Has knowledge of the criminal charges brought against Carlos Torres made the basis of this
lawsuit. Identified by Defendant Cameron County in the criminal file as someone who had
knowledge of those charges.

Darleen Bertelsen
6900 Coffeeport Rd. Ste 404
Brownsville, Texas 78521
(956) 831-9855
Has knowledge of the criminal charges brought against Carlos Torres made the basis of this
lawsuit. Identified by Defendant Cameron County in the criminal file as someone who had

knowledge of those charges.

Estela D. Coello
55 San Agustin
Brownsville, Texas 78521
Has knowledge of the criminal charges brought against Carlos Torres made the basis of this
lawsuit.   Identified by Defendant Cameron County in the criminal file as someone who had
knowledge of those charges.

Sheleo Walton
1000 Dalton Lane
Austin, Texas 78741
(512) 385-3126
Has knowledge of the criminal charges brought against Carlos Torres made the basis of this
lawsuit.  Identified by Defendant Cameron County in the criminal file as someone who had
knowledge of those charges.

Ricardo Hinojosa
4731 Camino Verde
Brownsville, Texas 78521
(956) 968-1511
Has knowledge of the criminal charges brought against Carlos Torres made the basis of this
lawsuit.   Identified by Defendant Cameron County in the criminal file as someone who had
knowledge of those charges.

Israel Perez
875 Quail Hollow
Weslaco, Texas
(956) 778-9570
Has knowledge of the criminal charges brought against Carlos Torres made the basis of this
lawsuit.   Identified by Defendant Cameron County in the criminal file as someone who had
knowledge of those charges.

Jeffrey Chen
Assistant County & District Atty.
Cameron County District Attorney
974 E. Harrison Street
Brownsville, Texas 78520
(956) 544-0849
Has knowledge of the criminal charges brought against the notaries.  A copy of the criminal files
have been provided to Defendants.

8

David A. Coronado
Assistant County & District Atty.
Cameron County District Attorney
974 E. Harrison Street
Brownsville, Texas 78520
(956) 544-0849
Has knowledge of the prosecution of the notaries made the basis of this lawsuit. A copy of the
criminal files have been provided to Defendants.

Yolanda de Leon
Assistant County & District Atty.
Cameron County District Attorney
974 E. Harrison Street
Brownsville, Texas 78520
(956) 544-0849
Has knowledge of the prosecution of the notaries made the basis of this lawsuit. A copy of the
criminal files have been provided to Defendants.

Rebecca Cabrera
5073 Camelia Lane
Brownsville, Texas
(956) 504-2153
Has knowledge of the criminal charges brought against Irma Torres made the basis of this
lawsuit. Identified by Defendant Cameron County in the criminal file as someone who had
knowledge of those charges.

Mireya Gutierrez
1858 Crooks Court
Grand Prairie, Texas 75051
(972) 266-9448
Has knowledge of the criminal charges brought against Irma Torres made the basis of this
lawsuit. Identified by Defendant Cameron County in the criminal file as someone who had
knowledge of those charges.

Peter M. Zavaletta
The Zavaletta Law Firm
603 E. St. Charles St.
Brownsville, Texas 78520
(956) 546-5567
Represented Irma Torres. Has knowledge of the criminal charges brought against Irma Torres.

Migdalia Lopez
197th Judicial District
Cameron County

Brownsville, Texas
Has knowledge of the criminal charges brought against the notaries in this case. Judge in one of the criminal cases.

Fred Kowalski
902 E. Madison St.
Brownsville, Texas
Attorney for Erique Barreda, Sr. Has knowledge of the criminal charges brought against Mr. Barreda.

Irma Torres
1543 Cordorniz Dr.
Brownsville, Texas 78526
Criminal charges were filed against Irma Torres which are, in part, the basis of this lawsuit. Plaintiffs allege that Ms. Torres was allowed to pass through transactions through the Tax Assessor- Collector's office which did not meet legal requirements in exchange for favors to Tony Yzaguirre, Jr.

Julio Hernandez
Cameron County Tax Assessor-Collector
Cameron County 031 / PH
P. O. Box 952, Brownsville, TX 78522-0952
964 E. Harrison, 1st Floor, Brownsville, TX , TX 78520
Tel : 956.544.0804
Has knowledge as stated in the affidavit of Ruth Weaver which was attached to Plaintiffs' Supplemental FRCP 7(a) Reply to Defendants' Motion to Dismiss for Failure to State a Claim and on Immunity. Regarding Transaction I.D.: 03110136550154532 Plaintiff Cantu instructed Julio Hernandez to hold the paperwork and set-up an appointment for the title holder to meet with either Plaintiff Cantu or one of the investigators with the Cameron County Auto Crimes Task Force. Within minutes of Plaintiff Cantu's instructions to Julio Hernandez, Defendant Yzaguirre called Plaintiff Cantu and asked her why she had instructed Mr. Hernandez to hold the title. Plaintiff Cantu explained that the title had passed through the Cameron County Auto Crimes Task Force approximately six months ago and that it had been stamped sold for export. Defendant Yzaguirre told Plaintiff Cantu that it was "none of her business" to just process the transaction.

David Robledo
Brownsville Herald
1135 E. Van Buren
Brownsville, Texas 78520
(956) 542-430
Wrote a story in the Brownsville Herald relevant to the present case, "Notary publics jailed on forgery charges. Has knowledge of information published.

10

Texas Ethics Commission, its agents, employees, custodians of records
201 East 14th St., 10th Floor
P.O. Box 12070
Austin, Texas 78711-2070
(512) 463-5800
Has knowledge and records relevant to Tony Yzaguirre's violation of Ethics Commission regulations. A copy of these records has been provided through disclosures.

Richard Burst
Cameron County Attorney
974 E. Harrison St.
Brownsville, Texas
(956) 425-6043
Has knowledge of Felix Munoz' reprimand in or about September 2004. May have knowledge of related facts. May have knowledge of attorney's fees.

Mark A. Yates
Cameron County Auditor
P.O. Box 3846
Brownsville, TX 78521
Phone: (956) 544-0822
Cameron County Auditor. Has knowledge as specified in Plaintiff's Complaint and knowledge of Felix Munoz' reprimand and discipline. During Plaintiff Munoz' service as the Project Coordinator for the Cameron CountyAutomobile Crimes Enforcement Task Force, Defendant Yzaguirre communicated to Mark Yates, the County Auditor, alleging that Plaintiff Munoz was "leaking" information to Plaintiff Cantu.

Javier Guteirrez
Rt 3 Box 173 C
Harlingen, Texas 78552
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

First National Bank and its custodians of records
1010 S. Expressway 83
Harlingen, Texas 78550
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

11

Los Fresnos Police and its custodians of records
200 N Brazil St
Los Fresnos, Texas 78566
Phone: (956)233-4473
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Gilberto R. Logoria
Los Fresnos Police
200 N Brazil St
Los Fresnos, Texas 78566
Phone: (956)233-4473
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Randall Reed Ford and its custodians of records
19000 Eastex Freeway
Humble, Texas
(281) 446-9171
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jose L. Aguilar
Reynosa, Tamps
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Luis Aguilar
Aguilar Auto Sale and his custodians of records
1318 E. Tyler
Lafayette, LA 70509

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Texas Department of Transportation and its custodians of records
Vehicle Titles & Registration
TXDOT
4000 Jackson
Austin, Texas 78779-0001
May have knowledge of improper title transactions made the basis of this lawsuit. May have received complaints from employees of Defendant and/or consumers of transactions made through the Cameron County Tax Assessor - Collector's office.

Tula Taylor
Texas Department of Transportation
Vehicle Titles & Registration
TXDOT
4000 Jackson
Austin, Texas 78779-0001
May have knowledge of improper title transactions made the basis of this lawsuit. May have received complaints from employees of Defendant and/or consumers of transactions made through the Cameron County Tax Assessor - Collector's office.

Eshel Z Valdez
Rt 5 Box 471-D
San Benito, Texas 78586
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

State of Louisiana
Department of Public Safety - Office of Motor Vehicles and its custodians of records
P.O. Box 64886
Baton Rouge, LA 70896
or 7979 Independence Blvd.
Baton Rouge, LA 70806
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable

13

transactions. May have knowledge of improper title transactions made the basis of this lawsuit.
Charles S. Cornwell
411 Oregon Trail
Lafayette, LA 70506
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Robles Auto Repairs #2
1935 W. Hwy 77
San Benito, Texas 78586
(956) 399-1916
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Copart St. Farm Josie
P.O. Box 500
Greenwell Springs, LA 70739
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Luis Aguilar and his custodians of records
670 Rio San Juan
Livingston LA 70754
or 2215 Quince Apt. MC-23
McAllen, Texas 78501
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Ignacio Villarreal and his custodians of records
670 Rio San Juan
Livingston LA 70754
or 2215 Quince Apt. MC-23

14

McAllen, Texas 78501
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Laura Elena Valdez
28248 Nelson Dr.
San Benito, Texas 78586
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

R. Garza Motors and its custodians of records
4345 Southmost Rd.
Brownsville, Texas 78521
(956) 546-8750
May have knowledge of improper title transactions made the basis of this lawsuit. This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions.

State of Arkansas
Office of Motor Vehicle and its custodians of records
Ragland Building
7th & Battery Streets, Room 2042
Little Rock, Arkansas 72201
501-682-4692
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Car Brokers and its custodians of records
6515 Warden Rd
Sherwood, AR 72120
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor -

Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Mireles Jr.
3518 Memorial
Harlingen, Texas 78552
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

City Financial and its custodians of records
P.O. Box 531405
Harlingen, Texas 78553
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

J&M Motor Sales and its custodians of records
1717 S. Expressway
Harlingen, Texas 78552
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jorge Garza
J&M Motor Sales
1717 S. Expressway
Harlingen, Texas 78552
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Steve Nacol Used Cars
1204 W. Main
Laporte, Texas 77571
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44

16

was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Venancio Ortiz
122 S. Brownell
Laporte, Texas 77571
This name appears on a transaction being provided as Exhibit 44 to these disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Carlos Orenday
2875 E. 14th St.
Brownsville, Texas 78521
(956) 550-9002
This name appears on a transaction being provided as Exhibit 44 to these disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

L.E. Gunnels and his custodians of records
Gunnels Interest Inc.
7115 Airport Blvd.
Houston, Texas 77061
(713) 847-9586
This name appears on a transaction being provided as Exhibit 44 to these disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Alfronso Garcia
1511 Ebano
San Benito, Texas 78586
This name appears on a transaction being provided as Exhibit 44 to these disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

17

Charlies Used Car Sales and its custodian of records
2875 E. 14th St.
Brownsville Texas 78521
(956) 550-9002
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

State of Mississippi
Motor Vehicle Commission
P.O. Box 16873
Jackson, MS 39236-0873
or
1755 Lelia Drive, Suite 200
Jackson, MS 39216
(601) 987-3995
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Robert E. Czachor
5212 Woodstone Rd.
Brandon, MS 39042
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Members First Federal Credit Union
P.O. Box 16366
Louisville, KY 40256
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Hector Martinez
292 Kings HWY
Brownsville, Texas 78520
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Junior's Used Cars and its custodians of records
1735 Lincoln
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Hibernia National Bank and its custodians of records
P.O. Box 61007
New Orleans, LA 70161
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Mark W. Kirby
77480 Paul Stein Rd.
Covington, LA 70433
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Freeman Auto Sales, Inc. and its custodians of records
2914 25th Ave
Gulfport, MS
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

19

Central Auto Sales and its custodians of records
18185 Florida
Baton Rouge, LA
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Junior's Used Cars and its custodians of records
1735 Lincoln
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Causeway Chrysler Center and its custodians of records
3999 Hwy 190
Covington, Louisiana 70433
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Casimiro Pulido
1601 Haverd Ford Blvd.
Harlingen, Texas 78552
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Diane J. Meche
114 James St.
Sunset, LA 70584
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Sterling Automotive Group and its custodians of records
P. O. Box 1388
Opelousas, LA 70570
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Emerald Coast Auto Sales and its custodians of records
535 Pass Rd.
Gulfport, MS 39907
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Gerardo Leal
3023 Huntington Ct.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Ramirez Used Cars and its custodians of records
5215 Southmost Rd.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jack Alexander Inc. and its custodians of records
2403 W. Frank Ave.
Lufkin, TX 75904
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

First Bank & Trust
P.O. Box 151510
Lufkin, Texas 75915
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jesus Cruz
2911 Morrow
Waco, Texas 76707
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Tipton Motors Inc.
3840 Expressway
Brownsville, Texas 78526
(956) 350-5600
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Javier Rodriguez
34 Otila Dr.
Or
5827 Ricky Dr.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Southmost Auto Service and its custodians of records
4942 Southmost
Brownsville, Texas 78520
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation

into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Edmundo Aguilar
1708 Florenct St.
Arlington, Texas 76010
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Earl Hyles Auto Sales and its custodians of records
2009 E. Abram
Arlington, Texas 76010
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Sergio Reyes
2681 Cottage Drive
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Clayton Coaliron
13480 3rd Street
Splendora, Texas 77372
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Ford Motor Credit Company and its custodians of records
P.O. Box 105704
Atlanta, GA 30348
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44

was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Leticia Porras Garcia
7331 St.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Expressway Motors and its custodians of records
1110 W. Expwy 83
Weslaco, Texas 78596
(956) 969-6377
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Sergio Reyes
Rafael Solis
#1101 Col Aurora
Matamoras, Tamps Mexico
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Delia Cordova
Enrique Juarez
2764 E. Avenue
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Tony Rivas, Jr.
934 S.W. 29th
Oklahoma City, OK 73109
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Eldorado Motors Inc. and its custodians of records
701 NW 5th St.
Oklahoma City, OK 73102-1603
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Noe Infante
65 Shelly Ct.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Summit Wholesalers and its custodians of records
3501 E. Central Tx. Expressway
Killeen, Texas 76543
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Kenneth A. Eichmann
4222 Broken Arrow Dr.
Harker Heights, Texas 76548
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Luz Antonio
Norma Gonzalez
14674 Johnson Lane
Harlingen, Texas 78552
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Lotus Auto Sales and its custodians of records
1904 E. 13th St.
Brownsville, Texas
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jackie or Shelia Lawson
19969 Bay Village Rd.
Cherry Valley, AR 72324
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

The Bank of Harrisburg and its custodians of records
P.O. Box 17
Harrisburg, AR 72432
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Agustin Ortiz
2722 Granada
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable

transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Robert A. Keating
110 Tuscon Dr.
Duncanville, Texas 75116
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jorge Anotio Ruvalcaba
6272 Tepepan Dr.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Smith Sales and its custodians of records
Opelousas, LA 70570
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Albert D. Robichaux
1015 John Avenue
Opelousas, LA 70570
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Isauro Garza
725 Olmito
Brownsville, Texas
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable

transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Brannon Motors Inc. and its custodians of records
Marshall, Texas
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Gulf Finance Co. and its custodians of records
P.O. Box 8435
Shreveport, LA 71148
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Michael Lee
143 East Reba
Ringgold, LA 71068
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Estela M. Sotelo
474 Linda Lane
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Ernesto Garcia
565 N. Illinois
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable

transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Josefina Barron
1548 E. Harrison
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Neal's Auto Sales and its custodians of records
Lufkin, Texas 75901
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Mary C. Wiggen
148 S. Dowlen Apt. 615
Beaumont, Texas 77707
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Mobil Oil Federal Credit Union
P.O. Box 2234
Beaumont, Texas 77704-2234
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Virginia H. Carmona
54 Linda Lane
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable

transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

T&J Motors Inc. and its custodians of records
420 Post Oak Rd.
Sulphur, LA 70663
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

American Security Bank and its custodians of records
126 E. Main St.
Ville Platte, LA 70586
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Janie J. Fee
51 Ed Fee Rd.
Glenmora, LA 71433
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Mike Pedersen
L.C. Auto Auction and its custodians of records
2435 Broad St.
Lake Charles, LA 70601
(337) 433-8664
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Isauro Garza
7110 Olmito St.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44

was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Auto Brokers and its custodians of records
W. Monroe, LA 71291
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Potlitch Federal Credit Union and its custodians of records
P.O. Box 479
Warren, AR 71671
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Billie Simpson
601 South Main
Warren, AR 71671
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Andres Angeles
3113 Rene Ave
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Enterprise Car Sales and its custodians of records
14900 Gulf Frwy
Houston, Texas 77034
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44

was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Kevin Womack and his custodian of records
Car Sale Accounting Supervisor
Enterprise Leasing Company of Houston
9430 Old Katy Rd. #250
Houston, Texas 77055
(713) 467-1700
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Linda Hoover
Enterprise Leasing Company of Houston
9430 Old Katy Rd. #250
Houston, Texas 77055
(713) 467-1700
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Patricia A. Tollett
697 Davis Rd.
League City, Texas 77573
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Ibis Rivera
608 B. West 6th Street
Los Fresnos, Texas 78066
Enterprise Leasing Company of Houston
9430 Old Katy Rd. #250
Houston, Texas 77055
(713) 467-1700

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Interstate Wholesale and its custodians of records
7025 Paredes Line Rd.
Brownsville, Texas 78521
(956) 982-7816
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Joan C. Guidry
15323 Wentworth Ct.
Baton Rouge, LA
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Mark Garcia
55 W. Aldrin St.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Gum Ridge Auto Sales and its custodians of records
4961 Hwy 1
Marksville, LA 71351
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Corey D. McGlory

144 Forest Jacob Lane
Marksville, LA 71351
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Bulmaro Guzman
4214 Southmost Rd.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Wells Fargo and its custodians of records
P.O. Box 2219
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Sosa's Used Cars and its custodians of records
4204 Southmost
Brownsville, Texas 78521
(210) 546-2661
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Dean Woods
Rt. 9 Box 217 B
Harlingen, Texas 78552
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Reynaldo Cisneros
Erlinda Cisneros
665 Calder
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Abraham Rodriguez
9550 Military Hwy
Brownsville, Texas 78520-0000
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Valley Federal Credit Union and its custodians of records
P.O. Box 4700
Brownsville, Texas 78523
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Billy Martin
150 Jordan Creek Rd.
Collinsville, Texas 76233
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Ashely Isaac
1121 South F. St.
Harlingen, Texas 78550
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable

transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Perla Cristina Hernandez
102 Jackson
Laguna Heights
Port Isabel, Texas
(956) 943-6773
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Alejandro Mejia
102 Jackson
Laguna Heights
Port Isabel, Texas
(956) 943-6773
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

J&M Motor Sales and its custodians of records
1717 S. Expressway
Brownsville, Texas
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jorge Garza
J&M Motor Sales and its custodians of records
1717 S. Expressway
Brownsville, Texas
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Perla C. Hernandez

36

P.O. Box 13257
Port Isabel, Texas 78578
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Maria Elena Gamez
184 Tudela St.
Brownsville, Texas 78520
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Tomas C. Torres
P.O. Box 9102
Port Isabel, Texas 78578
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

A&F Auto Sales and its custodians of records
6723 Griggs
Houston, Texas 77023
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Doyle Cummins
10300 Wilcrest No. 2401
Houston, Texas 77099-2867
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Union Fidelity Federal Credit Union and its custodians of records
1415 North Loop W.
Suite 110
Houston, Texas 77005
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Estela D. Coello
55 San Agustin
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Keith Bertelson & Darleen Bertelson Re. Trust
6900 Coffeeport Rd. Ste 404
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Abraham Perez
134 E. 8 St. Apt. 1
Brownsville, Texas 78520
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

J. C. Motors and its custodians of records
2876 14th
Brownsville, Texas 78321
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable

transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

V&L Conoco
1302 S. Commercial
Harrisonville, MO 64701
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Gabriel S. Carilleja
1642 Sahara Dr.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Mark Dennington
Stonewall, LA 71078
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

E. Humphrey Motors Inc. and its custodians of records
1615 East Texas St.
Bossier City, LA 71111
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Josie Garcia
55 W. Aldrin Ct.
Brownsville, Texas 78520
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable

transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Denise Garcia
55 W. Aldrin Ct.
Brownsville, Texas 78520
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Isela Garza
4204 Castor
Houston, Texas 77033
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Plaza Motors Inc and its custodians of records
P.O. Box 802583
Houston, Texas 77280-2583
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Rosalind Gutierrez
95 Poinciana Dr. #121
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Gloria Hernandez, Manager
Popular Motors Inc and its custodians of records
1842 Wirt Rd.
Houston, Texas 77055
(713) 973-3903
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44

was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions.

Gilberto Hinojosa
County Judge
Cameron County
964 E. Harrison St.
Brownsville, Texas 78520
(956) 544-0830
Has knowledge of the facts as specified in the complaint and discovery. Offered position to Plaintiff Alvarez contingent upon her dropping this lawsuit.

Leonor Lisbeth Salazar
1635 Tyler St.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

McDaniel Brother
11830 CF Hawn
Dallas, Texas 75253
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Fidel Bernardo Torres
Box 34567 Rt 321
Los Fresnos, Texas 78566
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Javier Zarzarua Rodriguez
1855 Wirt 171
Houston, Texas 77055

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Luis Banda
2551 Roosevelt St.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Emeterio Ramirez
Ramirez Used Cars and its custodians of records
5215 Southmost Rd.
Brownsville, Texas 78521
(956) 544-5114
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Frances Marx
P.O. Box 76525
Evant, Texas 76525
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Johnny Marsh Motor Co., Inc. and its custodians of records
P.O. Box 220
Goldthwaite, Texas 76844
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Island Cabs and its custodians of records
5310 Box
Port Isabel, Texas 78578
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Greater Houston Transportation
1406 Hays
Houston, Texas 77009
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Terah F. Woodley
Sheralyn Y. Woodley
215 San Diego Ave.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Arturo's Used Cars and its custodians of records
1442 International Blvd.
Brownsville, Texas 78520
(956) 541-5962
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Becky Zoch
2009 Willow St.
Grand Prairie, Texas 75050
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor -

43

Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Goodson Aura, Inc. and its custodians of records
1750 Airport Frwy
Irving, Texas 75062
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

David Gibbs
339 Culbertson Rd.
Moultrie, GA 31768-1789
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Suntrust and its custodians of records
P.O. Box 305053
Nashville, TN 37230-5053
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Central Auto Sales, Inc. Of Bataon Rouge and its custodians of records
13185 Florida Blvd.
Baton Rouge, LA 70815
272-8048
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Juniors Used Cars and its custodians of records
1732 Line
Brownsville, Texas
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44

was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Susana Fernandez
4615 Palacio Real
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

First Street Auto Sales and its custodians of records
905 E. Cesar Chavez St.
Austin, Texas 78702
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Ichele L. Phelan
8302 Wayburn Dr.
Austin, Texas 78757
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Alicia Lerma
1949 E. Polk St.
Brownsville, Texas 78520
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

J.C. Motors and its custodians of records
2876 E. 14th St.
Brownsville, Texas 78520

45

(956) 546-9258
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Charles Barker, Jr.
114 S. High
Butler, MO 64730
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Delia Villarreal
2549 Jaime Circle
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Sosa's Used Cars and its custodians of records
4204 Southmost Rd.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jimmie A. Morgan
1004 Stephen Dr.
Killeen, Texas 76542
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Robert Lerma
1404 Tesoro
Rancho Viejo, Texas 78575
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Brian T. Mesenbrink
HCR 1 Box 20-A
Del Rio, Texas 78840
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Robert's Auto Sales and its custodians of records
5212 Military Pkwy
Dallas, Texas 75227
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Norrand Leo Garza
1615 West Hwy 77 Apt 124
San Benito, Texas 78586
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jose P. Quezada
2001 Crestmont
Corpus Christi, Texas 78418
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Leticia Porras Garcia
7331 Lohr St.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Joshua Zapata
Cameron County Automobile Crimes Enforcement Task Force
Office of the Tax Assessor-Collector
964 East Harrison, 1st Floor
Brownsville, Texas 78520
(956) 574-8163
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Lisa Adyer
G&S Auto Sales and its custodians of records
8510 Old Galveston Road
Houston, Texas 77034
(713) 943-8602
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Clayton Coaliron
13480 3rd Street
Splendora, Texas 77372
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Lt. Javier Pena
Cameron County Automobile Crimes Enforcement Task Force
Office of the Tax Assessor-Collector

48

964 East Harrison, 1st Floor
Brownsville, Texas 78520
(956) 574-8163
This name appears on a transaction being provided as Exhibit 44 to these disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Adalberto Bennett, Investigator
Cameron County Automobile Crimes Enforcement Task Force
Office of the Tax Assessor-Collector
964 East Harrison, 1st Floor
Brownsville, Texas 78520
(956) 574-8163
This name appears on a transaction being provided as Exhibit 44 to these disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Marizol Sifuentes, Titles and Registration Data Analyst
Cameron County Automobile Crimes Enforcement Task Force
Office of the Tax Assessor-Collector
964 East Harrison, 1st Floor
Brownsville, Texas 78520
(956) 574-8163
This name appears on a transaction being provided as Exhibit 44 to these disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Santos De La Garza, Jr.
401 Jose Marti Unit 206
Brownsville, Texas 78521
Cameron County Automobile Crimes Enforcement Task Force
Office of the Tax Assessor-Collector
964 East Harrison, 1st Floor
Brownsville, Texas 78520
(956) 574-8163
This name appears on a transaction being provided as Exhibit 44 to these disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor -

Collector's office.  These were provided to law enforcement because they were questionable transactions.  May have knowledge of improper title transactions made the basis of this lawsuit.

Maria De Los Angeles Noyola
1945 Madison
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Rosa Maria Garza
Alejandro Garza
Rt 10 Box 140
San Benito, Texas 78586
This name appears on a transaction being provided as Exhibit 44 to these disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

David Olverg
GT Motors and its custodians of records
1251 E. Exprwy 83
San Benito, Texas 78586
(956) 361-9202
This name appears on a transaction being provided as Exhibit 44 to these disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Rodolfo Chapa, Jr.
Yasmin Y. Chapa
RR 11 Box 746
Edinburg, Texas 78539
This name appears on a transaction being provided as Exhibit 44 to these disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.