Civil Action B-03-096

**DEFENDANTS' MOTION FOR SANCTIONS
TO EXCLUDE PLAINTIFFS'
EXPERT WITNESSES, PERSONS
WITH RELEVANT KNOWLEDGE, AND FACT
WITNESSES**

# EXHIBIT 2
# Pages 51-100

Maria De La luz Moncada
2153 El Cauce
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jenkins & Sons Inc and its custodians of records
2615 E. Lancaster
Ft. Worth, Texas 76103
May have knowledge of improper title transactions made the basis of this lawsuit.
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions.

Kiandosh N. Sobhanian
316 Woodhurst Pl
Coppell, Texas 75019
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Gregorio Cantu
4615 Central Circle
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Benchis Motors and its custodians of records
P.O. Box 1039
Chandler, Texas 75758
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable

transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Wendell W. Gibson
P.O. Box 961
Hallsville, Texas 75650
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Gerardo Gonzalez
1141 Dukle Dr.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Mario Solis Used Cars and its custodians of records
1024 McDavitt
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Scarlett Fritz
1951 Old FM 306 #712
New Braunfels, Texas 78130
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Hilaria Cardenas
188 El Valle Drive
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor -

Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Vista Cars & Trucks and its custodians of records
8224 North Freeway
Houston, Texas 77037
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Oscar M. Garza
Cecilia A. Garza
111 Blalock 81
Houston, Texas 77055
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Maria Lambarri
Navarra 104
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Central H/S and its custodians of records
1385 Florida Blue
Baton Rouge, LA 70815
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Maria Canales
932 E. Van Buren
Brownsville, Texas 78520
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44

was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jose L. Judito
1007 Francis
Pasadena, Texas 77506
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Francisco A. Rios
27100 Paloma Blvd.
Harlingen, Texas 78552
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Select Cars and its custodians of records
5009 Indiana
S.O. Houston, Texas 77587
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Justino M. Manzano
3703 Kaplan Dr.
Pasadena, Texas 77503
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Rosa Elvia De Leon
238 Granjeno
Brownsville, Texas 78520

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

V.I.P. Auto Sales and its custodians of records
5936 Philips Hwy
JKSV, FL 32216
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Automotive Rentals Inc
655 Blanding Bvld
Orange Park, FL 32073-5059
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Tony Yzaguirre, Jr.
1305 Honeydale
Brownsville, Texas 78523
Defendant in this case. Plaintiffs exercised their first amendment rights of speech and association and were retaliated against by Yzaguirre for their exercise of their rights. May have knowledge of improper title transactions made the basis of this lawsuit.

Mario Solis Used Cars and its custodians of records
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Bexar County 9332
224 Dwyer
San Antonio, Texas 78204
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation

into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Josefa Gonzalez
755 San James
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Sosa's Used Cars and its custodians of records
4204 Southmost Rd.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Viola Martinez
P.O. Box 277
Raymondville, Texas 78580
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jaime Isaias Vasquez
1729 W. Elizabeth No. 2
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Saturn of Houston Gulf Fwy
11901 Gulf Freeway
Houston, Texas 77034
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44

was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Ralph Zaragoza
4414 McKinney
Houston, Texas 77023
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Israel Gutierrez
614 Hortencia Blvd.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Nora Hilda Martinez
3042 La Plaza
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

International Cargo Express and its custodians of records
P.O. Box 3694
Brownsville, Texas 78523
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Alberto Javier Hernandez
1900 FM Rd 802 #C-9
Brownsville, Texas 78523

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Rafael E. Solis
1504 Mockingbird Ln
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Mario Solis Used Cars and its custodians of records
1024 McDavitt
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Claire Dewey
6830 Country Haven
San Antonio, Texas 78240
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Eduardo Cuevas
101 N. Milan
San Benito, Texas 78586
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

GT Motors and its custodians of records
1251 E. Expressway 83

San Benito, Texas 78586
(956) 361-9202
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Richard DeLeon Jr. and Cynthia W. DeLeon
4040 Parliament Drive 234
Alexandria, LA 71303
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Javier Rodriguez
175 Cameron Ave
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Morris L. Cavett
Linda Cavett
809 Marigold
Cedar Hill, Texas 75104
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Sergio Trevino
GT Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
(956) 361-9202
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor -

Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Alex Flores
GT Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
(956) 361-9202
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Flora A. Cavazos
325 N. Dakota Ave.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions.

GT Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
(956) 361-9202
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Mario Solis Used Cars and its custodians of records
1024 McDavitt
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions.

GT Motors and its custodians of records
1251 E. Expressway 83

San Benito, Texas 78586
(956) 361-9202
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Tony P. Sanchez
Guadalupe D. Sanchez
10547 Kinder Hook
San Antonio, Texas 78245
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions.

GT Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
(956) 361-9202
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Estela O. Solis
2425 E. 30th St.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions.

GT Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
(956) 361-9202
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor -

61

Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Luis Zaragoza
1406 West Harris
Pasadena, Texas 77506
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions.

GT Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
(956) 361-9202
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Vehicle Titles and Registration Division
Texas Department of Transportation
its employees, managers, supervisors, contractors and custodians of records
Austin, Texas 78779-0001
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. . These were provided to law enforcement because they were questionable transactions.

GT Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
(956) 361-9202
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Transouth Financial and its custodians of records
2001 Beach St. Suite 700

62

Ft. Worth, Texas 77034
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions.

GT Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
(956) 361-9202
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Aurora B. Deanda
864 John Ave.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions.

GT Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
(956) 361-9202
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Guillermo Vasquez
Star Rte Bx 11
M. Granville NY 12849
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable

transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Florencia Estrada
1587 Monterrey Dr.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

State Farm Insurance and its custodians of records
7010 Champions Plaza Drive
Houston, Texas 77069
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Donald W. Wood
Janice N. Wood
19543 Cypress Moss
Katy, Texas 77449
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Joe Stranz
Federal Bureau of Investigation
1700 Paredes Line Rd
Brownsville, 78521
(956) 546-6922
Investigated improper title transactions and related issues made the basis of this lawsuit.

Rick Canales
845 E. Harrison
Brownsville, Texas 78520
Has knowledge of the criminal charges brought against the notaries made the basis of this lawsuit. Employed by Defendant.

Benjamin Euresti, Jr.
Judge of the 107th Judicial District
Cameron County
Brownsville, Texas
Has knowledge of the criminal charges brought against the notaries made the basis of this lawsuit. Acted as judge as to the chares.

Maria C. Ramirez
148 Bates St.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Alma Rosa Sandavol
2725 Naranjo St.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Coastal Bank
3302 Boca Chica Blvd.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

G.T. Motors
1251 Est. Expressway 83
San Benito, Texas 78586
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

David Almaguer
4914 Eloy St.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Danielle Ericka Cole
9 Skipton Circle
Ft. Myers, Florida 33905
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jose A. Cepeda
28 Cela Ave.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

FRW Auto Sales, Inc.
Roswell, Georgia
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Juan Trevino
15 Bates St.
Brownsville, Texas
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

66

Dill Motors
Ardmore, Oklahoma
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Carlos Garza Perez
c/o 4735 Southmost Rd. B
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Classic Auto Sales
Donna, Texas 78537
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Angel Villarreal Jr.
4976 Paseo Del Rey
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

E&E Auto Sales
6075 Southmost Rd.
Brownsville, Texas 78521
(956) 554-3298
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Maria DeLa LuzGarza
5896 Lourdes Blvd.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Ramiro Pelaez
POB 189
Greevenville, TN 37744
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Iglecia De Dios
El Salvador
POB 1747
San Benito, Texas 78586
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Cardoza Used Cars and its custodians of records
9365 US Hwy 281
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Genoveva E. Rodriguez
2304 S. Indiana
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable

transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Crown Motor Co. And its custodians of records
3301 S. Gen. Buici
Temple, Texas 76504-6332
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Javier Garcia
4008 N. Expressway Lot 40
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Guadalupe Sosa Jr.
1235 Taft Apt. 5
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jessica Jimenez
14400 Hwy 59 North #1413
Humble, Texas 77936
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Lilia Rodriguez
4648 Deo Juvante Dr.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor -

Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Bill Phillips Auto Sales, Inc. And its custodians of records
5867 Hwy 90 W
Theodore, AL 36582
This name appears on a transaction being provided as Exhibit 44 to these disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Billy Bendolph Jr.
853 S. Broad St.
Mobile, Al 36605
This name appears on a transaction being provided as Exhibit 44 to these disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Eleazar Villafranca
454 Milpa Verde
Brownsville, Texas 78521
or 438 Pedernales
Brownsville, Texas 78520
This name appears on a transaction being provided as Exhibit 44 to these disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Max & Lorene Lafferty
Seymour, IN 47274
This name appears on a transaction being provided as Exhibit 44 to these disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Hector Armando Barron
124 Carlton
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures.  Exhibit 44

was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Carmax
3100 SPUR 482
Irving, Texas 75062
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Robin Taliancich
43 Alan A Dale
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

David Taliancich
216 Westover Dr. Apt. 6-F
Hattiesburg, MS 3902
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Raul Gonzalez
9431 Divisadero Rod
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Marlin B. Raley
603 Judy Lane
Copperas Cove, Texas 76522

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Braulio Segovia
3065 Stanolind
Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Morva
558 Villa Verde
Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Mark Anthony Munoz
1605 Russell
Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Honda of Clear Lake and its custodians of records
Webster, Texas 77598

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Ramon Pena
2325 Tulipan
Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Americas Car Mart, Inc. And its custodians of records
740 Rageline
Joplin, MO 64801

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Omar O Martinez
2821 Cottage Dr.
Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Martinez
855 US 6W Lot 7C
Ligonier, IN 46767

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Ambrosio Garcia
2401 Magdalena
Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

LTD Auto Sales
1327 E. Kearney Spfd.

73

Springfield, MO 65803-1605
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Justino Tello
718 E. Van Buren
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Eloina M. Gonzalez
116 N. 10th St. 2
De Kalb, IL 60115
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Luceros Car Center and its custodians of records
1801 W Harrison
Harlingen, Texas 78550
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Cameron County J8156 and its custodians of records
964 E. Harrison
Brownsville, Texas 78520
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Marylou G. Urbina

2119 E. Harrison
Harlingen, Texas 78550
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Eugene-Vaughn Ford Sales, Inc. And its custodians of records
POB 430
Marked Tree, AR 72365
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Juan Franciso Salinas
525 San Pedro Lane
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Charlie's Used Cars and its custodians of records
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Ana Maria Casiano
1224 E. 14th St. D
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Ronald A. Ougel, Jr.

P.O. Box 1365
Coldsprings, Texas 77331

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Roberto Gonzalez
386 Mango Line
Brownsville, Texas 78520

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Cox Used Cars
2801 Highway 1650
Graham, Texas 76450

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Digna V. Arizmendi
9301 Rincon Dr.
Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Pro-Quip Sales and its custodians of records
1350 W. US Hwy 84
Fairfield, Texas 75840

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Maria Maribel Ramos
1965 Del Prado St.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Tony Evans - Darphenia Evans
651 Watwick
Ducanville, Texas 75137
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Rodolfo Olivarez
1951 Turqueza Dr.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Higinio Jose Carrillo
5490 Proctor St.
Detroit, MI 48210
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Alberto Hernandez
4695 Espada Grande Ave
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Cedars Motors and its custodians of records
62 NW 27 Ave.
Miami, Florida
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Alejandro C. Martinez
1659 Sahara Dr.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Allstate Inc. Co.
POB 578
Alamo, Texas 78516
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jesus Martin Rivas
1534 Southmost Rd. Apt. 1
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jose A. Guerra
1101 Cental Blvd 8
Brownsville, Texas 78520
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Juan N. Guerra
24 Heather St.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Franciso Rangel
3301 Coffee Port #22
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Taylor Auto Credit and its custodians of records
Taylor, Texas 76574
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

George Guzman
318 Hortencia
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Sherral A. Gomez
Ricardo Gomez, Jr.
1203 7th St.
Corpus Christi, Texas 78404
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Ernesto Geraldo Aguirre
518 E. Polk
Harlingen, Texas 78550
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Gumercindo Botello
1918 Montana
Harlingen, Texas 78550
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Araceli Altamirano
67 McKenzie Lot 17
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Miguel DeLaCerda Jr.
654 Santa Cruz Ct.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Crown Auto Sales and its custodians of records
11837 W. Montgomery
Houston, Texas 77086
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Hector Hugo Hernandez
3512 Warwick Glen
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Gunnels Used Cars and its custodians of records
Houston, Texas 77087
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Richard Stanely Jones Jr.
28842 Morning Glory Ct.
San Benito, Texas 78586
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jack Earl Ellis
505 Rd. S. 22 ½ San Antonio Circle
Alamo, Texas 78516
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Giovanni Daniel Ramos
304 Paredes Drive Apt. D
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Laura Diprimio
5773 Woodway Dr. Apt 273
Houston, Texas 77057
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Roberto Sanchez
1084 Pasadero Dr.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Javier/Rosie Masiel
1703 White Stone Dr.
Bryan, Texas
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Carlos E. Trevino
3694 Valle Escondido
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Robert L. Prepejchal
129 Applewood St.
Brownsville, Texas 78520
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Juan Manuel Salinas
5260 Guillen
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Interstate Auto Wholesale and its custodians of records
7025 Paredes Line Rd.
Brownsville, Texas 78521
(956) 982-7816
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Florencio Rodriguez
2415 Jaime Circle
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Gabrino Vega
1552 Gessner 121
Houston, Texas 77080
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Julia Robledo
724 E. 5th Street
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable

transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Albert Marieta
3529 N. Beneva Rd. Apt. C
Sarasota, FL 34232-4608
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Miguel A. Abarca
412 Ciruela Lane
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Steven R. Allen
2621 Southerland A206
Dallas, Texas 75203
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

E E Auto Sales and its custodians of records
6075 Southmost Rd.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Ortiz Auto Sales and its custodians of records
4335 Southmost Road.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor -

Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Teresa De Jesus Rincon
116 York St.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

S&S Truck Sales & Equip and its custodians of reocrds
6595 N. Expressway
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Enrique Barreda
174 Hagger Dr
Brownsville, Texas 78520
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jose de Jesus Mandonado
413 E. Tyler
Harlingen, Texas 78550
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

J C Motors and its custodians of records
2876 E. 14th
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation

into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Vicente R. Rodea
6922 Lagua De Palmas
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Gelacio Torres
13010 Apple Glen
Houston, Texas 77072-3102
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Maria De Lourdes Silva
2482 Sunny Sky Road Lot 32
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Javier Francisco Torres
222 1st St.
Montgomery, MN 56069
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Raymundo Jose Arellano
Mayra S. Arellano
2001 Heron Ave.
McAllen, Texas 78504

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jesus Escandon
223 C. Royal Palm
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Shelton Breaux
510 Third St.
Jennings, LA 70546
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Juana Pintor Rojas
427 Medina St.
Brownsville, Texas 78520
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Brownsville Police Department and its custodian of records
600 E. Jackson St.
Brownsville, Texas 78520
(956) 548-7131
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Marcos Noe Garza
313 San Cristobal
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Walter J. Pilisko
8204 Tonkinese Dr.
Round Rock, Texas 78681
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Alvarado
717 West Right
Harlingen, Texas 78550
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Manuel Mejia
219 Citrus Dr.
Orange Grove, CA 93646
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Santos Daniel Monjaraz
POB 889
San Benito, Texas 78586
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

G.T. Motors and its custodians of records
1251 E. Expressway 83
San Benito, Texas 78586
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jesus Roman
2605 Rancho Viejo Ave.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jesus Diaz
4641 La Sater Rd. Lot 67
Mesquite, Texas 75181
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Marisa Vega
14 W Madison
Brownsville, Texa s78520
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Roger Beasley Suzuki South and its custodians of records
5432 SIH 35
Austin, Texas 78745
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

San Juana Gomez
2501 Sunny Sky
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Freedom Auto Sales and its custodians of records
49 Greensboro Hwy
Watkinsville, Georgia
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Juan De Dios Lopez
2737 Florencia Ave.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Robert Scott
1155 Paredes Line Rd. No. 1508
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Iliana V. Nevarez
9175 Boca Chica
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Martinez Used Cars and its custodians of records
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Juan Ochoa Jr.
805 Del Prado Dr.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

James Dickens
1547 N. Reagan Apt. 53
San Benito, Texas 78586
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Alvarado
717 West Right
Harlingen, Texas 78550
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Oscar Lopez
6442 Meadow Rd.
Norcross, GA 30092-0000
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Emilio Covarrubias
27935 FM 803
San Benito, Texas 78586
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Norman Bartel
5034 Boca Chica Blvd. Lot 53
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Miguel F. Villarreal
2571 Rockwell Dr. Apt. 3
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jose E. Vasquez
4078 E. Lancaster
Ft. Worth, Texas 76103
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Felipe Soto
POB 656
Combes, Texas 78535
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Cristina Moreno
380 Dulce St.
Brownsville, Texas 78520
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Maricela Urbina
1230 Ebano
San Benito, Texas 78586
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Ricardo Hinojosa
4731 Camino Verde
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Allstate Central Salvage and its custodians of records
Unit 1017
1000 Dalton
Austin, Texas 78742
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions.

Weston Bonner Pool
22802 El Kana Deane Lane
Katy, Texas 77449
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable

transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Nora I. Sanchez
7086 Cerro De Oro
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Julie A. Eakin
908 Renfro
White Settlement, Texas 76108
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Hilario Romero
4415 Pine Lane
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Downtown Motor Company and its custodians of records
14462 Dedeaux Rd.
Gulfport, MS 3905
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Maria Lydia Lopez
512 Vermillion Road
Brownsville, Texas 78520
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor -

Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Veronica Tovar
728 Florence Lane
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Lawrence S. Graham
Frances E. Graham
438 Ernest Drive
Marshall, Texas 75670
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Maria E. Hernandez
662 Saint James St.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Lauterback Motors and its custodians of records
208 N. Pecan
Arlington, Texas 76011
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Sandra Errisuriz
231 Fresno
San Benito, Texas 78586
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44

was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

VIP Finance and its custodians of records
801 East Division
Arlington, Texas 76011
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Phinehas Harris
1659 Green Briar
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Charles Gulotta
Rt 3 Box 755
Greenville, MS 38701
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Rodolfo Sarmiento
RR 4 Box 301 21
Weslaco, Texas 78596
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

J&G Auto Sales and its custodians of records
423 S. Bedford St.
Georgetown, DC 19947

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Abraham Garcia
1572 La Posada
Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

International Ruby Auto Sales and its custoidans of reocrds
3813 Harrisburg
Houston, Texas 77003

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Paul Henry Gonzalez
6141 Dockberry Rd
Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Tex Mex Cold Storage Inc. And its custodians of records
6665 E. 14th St.
Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Rodolfo Sarmiento
RR 4 Box 301 21

Weslaco, Texas 78596

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Georgetown Auto Sales and its custodians of records
Georgetown, DC 19947

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Roberto Sanchez
1084 Pasadero Dr.
Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Cen-Tex Auto Sales and its custodians of records
Bryan, Texas 77803

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Maria L. Sanchez
35 San Agustin
Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Valley Star Truck Sales and its custodians of records
6377 N. 77 Expressway
Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Luis Sias
34410 Bingley Rd
Los Fresnos, Texas 78566
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Corado Sanchez Jr.
230 Dawn Ave
San Benito, Texas 78586
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Elvia Luiton
176 Denise Ave.
San Benito, Texas 78586
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Junior Compton Motors and its custodians of records
1900 Mathis Mill Rd
Albertville, AL 35951
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Marcelo Guerra
64 San Francisco

Brownsville, Texas 78520
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Rene Lopez
114 Haggar Dr.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jose G. Cisneros Jr.
361 Cedarelm Crossings
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Eduardo Reyes
2152 S. Oklahoma
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Alejandro Gonzales
300 ½ S. Vine St.
Commerce, OK 74339-2213
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.