Civil Action B-03-096

**DEFENDANTS' MOTION FOR SANCTIONS
TO EXCLUDE PLAINTIFFS'
EXPERT WITNESSES, PERSONS
WITH RELEVANT KNOWLEDGE, AND FACT
WITNESSES**

# EXHIBIT 2
# Pages 101-134

Claudia Hernandez
RR 1 Box 94 F
La Feria, Texas 78559
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Elizabeth Isassi
5810 Paso Real
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Mery Ellen Bilokury
Carlos F. Rodriguez
3524 25th St.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Joe Costello
704 E. Front
Tyler, Texas 75702-8324
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Juan Jose Hinojosa
4855 Austin Rd
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable

101

transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Manual S. Martinez
819 Havenway Rd
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Ana Bertha De La Cruz
4645 McKenzie Rd
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Gunnels Interest Inc. And its custodians of records
6750A Gulf Frwy
Houston, Texas 77087
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Alfredo Ambriz
1145 Sandy Lane
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Specialty Motor Cars
7667 Sonoma
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable

transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Luis Alberto Lezama
3185 Southmost Rd
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Paul C. Ralston
POB 792533
San Antonio, Texas 78279
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Lezama Lumber Company
3185 Southermost Rd
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Lawrence Hffpauir
2814 Oleander Dr.
Pasadena, Texas 77503
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Sergio Garcia
498 Yvonne Dr.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor -

103

Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Bernardino Castro
2784 Carolina
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Lidia Cisneros
6613 Simon Place
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Hector Sanchez
24310 Mountain View
Bonita Springs, Florida 34135-8859
This name appears on a transaction being provided as Exhibit 44 to these disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Victor Diaz
1814 Taxco
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures.  Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office.  These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Joshua L. Fairchild
Stephanie Tilton
14501 Empanada Dr. #1417
Houston, Texas 77083
This name appears on a transaction being provided as Exhibit 44 to these disclosures.  Exhibit 44

was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Ismael D. Olivarez
N. Olmito Rd.
POB 133
Rio Hondo, Texas 78583
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Albert Archuleta
24 Lake View Lane
Huntsville, Texas 77340
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Francisco L. Flores
145 Portway
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Sosa's Used Cars
4204 Southmost Rd.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Salvador Castillo
9133 Vallehermoso

Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Andrew Arbour
4805 Cark St.
Santa Fe, Texas 77517
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Raul L. Gracia
6207 Jennifer
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Q Vo Auto Sales
3805 N. Southmost Rd.
Brownsville, Texas
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jose A. Reyna
3375 McAllen Rd. 203
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Esmeralda Villarreal

49 Joymar Dr. #5
Saint Cloud, MN 56301-9460
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Maria G. Rios
6962 Laguna De Palmas
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Tomas Alfredo Herrera
3435 Gardenia St.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Haris Auto
Fayetteville, AR 72702
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Alfredo Villarreal Jr.
2304 Shidler
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Juanita Y Castaneda

462 Diaz St.
San Benito, Texas 78586
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Richard Jenkin's Auto Sales
2609 Hwy 175
Seagull, Texas 75199
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Luis Nieto
3531 FM 802
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Gary C. Smith
Baton Rouge, LA
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Ernesto Gracia
646 La Quinta Dr.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Pedro Mendoza

6500 Dockberry Rd.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Cruz Elias Jr.
6705 Tolowood Cr
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Juan Poy
9553 Pelon Rd
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Mark A. Draleaus
245 Duncan Road
New Johnovile, TN 37134
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Alma Sandoval
36813 Montalvo Sub
San Benito, Texas 78586
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Charlie's Used Cars and its custodians of records
14th Street
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Ruben S. Alvarado
467 San Cristobal
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Anthony Rico
825 San Pedro Lane
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Juanita Gonzalez
2205 Rockwell Dr.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Darrel W. Sterling
Baton Rouge, LA
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Veronica Barocio
3054 E. 21st
Brownsville, Texas 78520
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

George Garcia
3504 E. 27th St.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jesus V. Gonzalez
223 Sweet Rose
Brownsville, Texas 78520
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

CMW Motors and its custodians of records
217 W. Verterans Memorial Blvd.
Killeen, Texas 76541
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Alfredo Aviles
7410 Villa Pancho Apt. C
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Alex Auto Sales and its custodians of records
1101 Wayside
Houston, Texas 77020
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Elique DeLaFuente
105 W. Madison
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Joe A. Ponce
3023 Woodcreek Lane #209
Houston, Texas 77073-0000
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Antonio Guzman
2480 Jaime Circle
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Phil Wilgus
1075 Bowles Rd.
Gilmer, Texas 75644
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Sarita B. Abrego
23 Ash
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Irma Quintero
Box 78091
Lafferia, Texas 78559
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Beningna Rojas Roquis
145 Fresno
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Albert Davila Jr.
5485 Boca Chica Blvd.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

West Liberty Auto Sales and its custodians of records
West Liberty, IA
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Maria Gregoria Garcia
35059 Leal Rd.
San Benito, Texas 78586

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Diana Sanders
1100 Sims
Jonesboro, AR 72401

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Dionicio Mendoza Jr.
C/o 1659 Sahara Dr.
Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Rick/Michael Marirose Mann
4855 SW Sit6 Rd 116
Bluffton, IN 46714

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Domingo Estrada
172 Kleberg
Brownsville, Texas 78521

This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Miguel Gomez
18 Lakeview
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Venancio Gonzalez
64 San Eugenio
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Tampa Machinery Auction Inc. And its custodians of records
POB 291069
Tampa, FL 33687
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Primitivo Chapa
Rt. 27 Box 283
Mission, Texas 78572
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Rickey Dearmon
17155 A Hwy 26W
Lucedale, MS 39452
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Rebecca Carrera
5073 Camellia Lane
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

State Farm Ins. Co. And its custodians of records
505 Idlewild Rd.
Grand Prarie, Texas 75051
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Roberto Santillana
1554 W. St. Francis
Brownsville, Texas 78520
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Rood Rounner Motor Co. And tis custodians of records
Tulsa, OK 74101-1159
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Merced Cantu III
POB 1847
Port Isabel, Texas 78578
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Felipe or Jesus Zamora
POB 1500
Port Isabel, Texas 78578
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Sandra E. Valenzuela
663 N. Dakota Ave.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Gilberto Garza
Fremont, OH 48420
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Adriana Esther Vela
1803 Apollo Ave.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Roberto Herrera Jr.
11043 Southmost Rd.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Leticia Garcia
1854 Oasis Drive
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Lovens Auto Sales
Alexandria, IN
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Francisco Leija Jr.
6039 Tecate Dr.
Brownsville, Texas 78520
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Mario Sanchez
824 Milpa Verde St.
Brownsville, Texas 78520
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Miguel Roque
100 Gonales 523
Port Isabel, Texas 78578
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Gildardo Escalon
2702 8th Ave. S.
Fort Dodge, IA
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Franco Bautista
924 E. Strenger Lot 18
San Benito, Texas 78586
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Burnice Newman
Linda Carlise
Arkansas
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Ricardo Bilbao
3717 E. 23rd St.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Apolinar Lopez
300 Eaton
Romeoville, IL 60441
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Ernesto Olvera
1445 E. Adams St. 117
Brownsville, Texas 78520
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Cental A/S
Baton Rouge, LA
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Martha Alicia Chavez
1875 Cleveland
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Klean Kars
Breau, LA
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Armando Escamilla
37 Olds Ebony Parkway
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Alfredo Jimenez

4779 Mona Dr.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

CJ Franks Auto Sales and its custodians of records
Mansfield, OH
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Mario Ramirez
2685 Lima
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Bass Motors
Shreveport, LA
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Guillermo Perez
132 Cowan Terrace
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Clower Motor Inc.
640 E. Front St.
Arlington, VA 26011
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Martin Yado
3133 N. Buckingham Ct.
Brownsville, Texas 78526
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Roxane McKay
R3 Box 155A
Harmony, MN 55939
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Mercedes H. Pecero
15 Lovell Ct
Brownsville, Texas
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Ramon Auto Sales and its custodians of records
3785 Southmost
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Segundo Lopez
34 Oro Circle
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Brasher Motor Co. Of Weimer, Inc. And its custodians of records
Weimer, Texas
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Maria De Lourdes Gamboa
356 Winchell
San Benito, Texas 78586
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Yvette A. Weiland
POB 253
Geneva, IN 46740-0253
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jose A. Martinez
405 Willow Lane
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44
was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation
into transactions involving notaries and others and the Cameron County Tax Assessor -
Collector's office. These were provided to law enforcement because they were questionable
transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Netos Auto Sales and its custodians of records
1067 S. Expressway
Brownsville, Texas 78520
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Ramon Arriaga
824 Jenny Cir B
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Barnett Sthubs Ford and its custodians of records
Franklin, Georgia
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Cesar Gustavo Barrera
2755 El Granero
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Conrad Guthrie
4002 Postwood Dr.
Spring, Texas 77388
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Miguel Vasquez
320 Red Rose St.
Brownsville, Texas 78520
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Gerald T. Flanagan
4006 Windsor Dr.
Deer Park, Texas 78520
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Jose Daniel Vasquez
110 Kleberg
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Omro Auto Sales and its custodians of records
Omro, WI 54963
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Alfredo Ramirez
6936 Vivero Dr.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Ron Carter Ford Inc. And its custodians of records
FM 528
Alvin, Texas 77511
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Irma Celia Garcia
2734 Florencia Ave.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Second Hand Motors and its custodians of records
Garland, Texas 75042
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Veronica Velez
1900 E. Elizabeth Street
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Stephen & Brenda King
Buford, GA 30519
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

126

Kristopher Armstrong
906 N. 26th
Harlingen, Texas 78550
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Charlene Townsend
4444 Broadmook Rd.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Manuel Garcia
2620 Dennis CMR Park
Brownsville, Texas 78520
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Big John Motor Co. And its custodians of records
Fort Worth, Texas 76117
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Roberto Santillana Jr.
125 Portway
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Maribel Escalera
174 Mebec Cr.
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Lee Martinez
POB 1512 Old Dallas Rd
Los Fresnos, Texas 78566
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Esther Betancourt
924 East Stenger 57
San Benito, Texas 78578
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Juan Martin Rangel
2111 S. Indiana
Brownsville, Texas 78521
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Regal Automotive and its custodians of records
Houston, Texas 77063
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Maria Guadalupe Acevedo
240 North Bonham
San Benito, Texas 78586
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Loganville Auto Auction and its custodians of records
Loganville, GA
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Byron Joe Harmon
9 Cela Ave. Apt 7
Brownsville, Texas 78520
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Clifford Allen Carroll
Marilyn Rose Carroll
612 2nd Street
Radford, VA 24141-1432
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

Sonia Castano
234 Southmost Rd
Brownsville, Texas 78520
This name appears on a transaction being provided as Exhibit 44 to these disclosures. Exhibit 44 was provided to law enforcement by Vicenta Cantu as part of law enforcement's investigation into transactions involving notaries and others and the Cameron County Tax Assessor - Collector's office. These were provided to law enforcement because they were questionable transactions. May have knowledge of improper title transactions made the basis of this lawsuit.

UMS Unidad Medica Sandoval and the custodian of records
Analisis Clinicos
Q.F.B. Celia Carrera Martinez
Ej. Estacion Sandoval Mpio. De H. Matamoros, Tam.
Tel: 847-21-15
Provided medical services to Vicenta Cantu for damages she sustained as a result of the facts made the basis of this lawsuit. May be called to provide expert testimony.

Dr. Gustavo M. Rivero Aragon and his custodians of records
Universidad Autonoma De Guerrero
Domicilio Concocido S/N
Estacion Sandoval
H. Matamoros, Tamps
Tel: 868 847-2115
Provided medical services to Vicenta Cantu for damages she sustained as a result of the facts made the basis of this lawsuit. May be called to provide expert testimony.

Diana Munoz
P.O. Box 4743
Brownsville, Texas 78523
(956) 778-0447
Has knowledge of Plaintiff Munoz' damages. Has knowledge of how the incidents made the lawsuit effected Plaintiff Munoz - emotionally and financially.

Dr. Gale Thomas Downey
Austin Dr. Ass.
1867 North Shore Dr.
San Benito, Texas
(512) 305-7030

Robert McGinnis
P.O.Box 4613
Brownsville, Texas 78523
Plaintiff's husband. Has knowledge of Plaintiff's damages - emotional distress, financial difficulties, mental anguish, insomnia.

Annabel Trevino
(956) 545-7224
Plaintiff's sister. Has knowledge of Plaintiff Weaver's difficulties and emotional problems related to the facts made the basis of this lawsuit.

130

John Cruzvillarreal
1st Lt. Auto Crimes Task Force
May have knowledge of the facts made the basis of this lawsuit.

Victor Alvarado
Cameron County Sherriff's Department
Olmito, Texas
May have knowledge of the facts made the basis of this lawsuit.

Maz Martinez
UTB Police Academy
Brownsville, Texas
May have knowledge of the facts made the basis of this lawsuit.

Rolando Mancillas
Cameron County Parks Ranger
South Padre Island
May have knowledge of the facts made the basis of this lawsuit.

Plaintiff incorporates by reference all persons identified by any Plaintiff and/or Defendant in response to disclosures and/or interrogatories as a person with relevant knowledge as if fully set-out herein.

Plaintiffs designate all persons and experts designated by any party to this lawsuit. Plaintiff may call additional witnesses as rebuttal witnesses.

(B)    A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings.

**The following documents are being produced herewith unless otherwise indicated:**

**44** . . . . . . . . . . **Questionable transactions provided to law enforcement during investigation**
**(Bate Stamped 1-1914)**
**45** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **Offense Report filed by Tina Alvarado**
**46** . . . . . . . . . . . . . . . . . . . . . **Reclassification Warning Letter to Diamantina Alvarado**
**47** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **Resume of Diamantina Alvarado**

(C)    A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials hearing on the nature and extent of injuries suffered.

Response:

131

Plaintiffs seeks damages in the form of:

1.   Compensatory damages;
2.   Actual damages;
3.   Exemplary and/or Puntive damages as allowed by law;
4.   Front pay;
5.   Back pay;
6.   Pre-judgment interest;
7.   Post-judgment interest;
8.   Loss of past earnings;
9.   Loss of future earnings;
10.  Loss of retirement/other benefits;
11.  Future mental anguish and emotional distress;
12.  Past mental anguish and emotional distress;
13.  Attorneys' fees and court costs as allowed by law;
14.  Injunctive and equitable relief;
15.  Defendants be ordered to refrain from any retaliatory actions against  Plaintiffs; and
16.  Such other relief as Plaintiffs may show themselves justly entitled to by law or equity.

Damages calculated through approximately September 2004 are as follows:

### DIAMANTINA ALVARADO

| | |
|---|---|
| Wage Loss: | $30,569.94 |
| Health Insurance Loss: | $ 7,200.00 |
| Retirement Loss: | $ 2,026.44 |
| Sick Leave Loss: | $ 2,251.20 |
| Vacation Loss | $ 2,369.76 |

Ms. Alvarado also lost a funeral policy; life insurance policy and her disability policy when her employment with the County ended.  Ms. Alvarado also has damages related to a conditioned job offer on behalf of Cameron County in 2004. This is not an exhaustive account of Ms. Alvarado's out of pocket losses.  Ms. Alvarado incurred additional losses such as medical expenses and other work-related losses.

### RUTH WEAVER

| | |
|---|---|
| Loss of Leave from 07/01/02 through 09/27/02 valued at approximately: | $6,760.74 |
| Loss of Wages from 09/27/02 through 10/16/02: | $1,572.27 |
| Loss of Sick Leave and Vacation: | $ 628.90 |
| Wage difference from 10/16/02 | |

132

through September 2004:                              $7,479.00

This is not an exhaustive account of Ms. Weaver's out of pocket losses. Ms. Weaver has also incurred medical related losses and other losses related to work such as loss of retirement.

## VICENTA CANTU

| | |
|---|---|
| Wage Loss (While not working): | $30,439.06 |
| Wage Difference (Current Job): | $ 5,754.32 |
| Health Insurance Loss: | $ 9,600.00 |
| Retirement Loss: | $ 3,570.00 |
| Sick Leave Loss: | $ 4,958.40 |
| Vacation Loss | $ 3,331.22 |

Ms. Cantu has lost other benefits such as her life insurance, funeral insurance and cancer insurance. Further, Ms. Cantu has additional out of pocket expenses for things such as medical expenses related to the present claims.

## FELIX MUNOZ

| | |
|---|---|
| Loss of Stipend: | $ 6,000.00 |
| Losses Incident to Involuntary Transfer: | $21,574.80 |

This amount does not include pay and benefit issues related to such things as failure to pay overtime due to a change in Mr. Munoz' status; loss of work tools and other damages such as loss of retirement benefits.

Plaintiff must conduct discovery to be able to respond to this request more specifically and will supplement for damages incurred from approximately September 2004 to the time of supplementation.

D.     For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Response:     Not applicable.

133

Law Office of Gay E. Gilson
719 South Shoreline, Suite 301A
Corpus Christi, Texas 78401
Telephone: (361) 887-0552
Facsimile: (361) 887-0554

By: _____
GAY E. GILSON
SBN 00784131/Fed.I.D. 16385
ATTORNEY IN CHARGE  FOR
PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that a copy of this instrument was served on the following attorney's of record according to the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Texas:

Roger Hughes
Adams & Graham, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429

Mr. Charles Willette
Willette & Guerra, L.L.P.
1534 East 6th Street Suite 200
Brownsville, Texas 78520

on this December 27, 2005.

_____
Gay E. Gilson

134