UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU; FELIX R. MUNOZ; RUTH WEAVER; DIAMANTINA ALVARADO; AND LINDA GARCIA | § § § § § | |
| Plaintiffs | § § | |
| vs. | § § | Civil Action No. 03-CV-96 |
| CAMERON COUNTY and TONY YZAGUIRE, JR., Tax Assessor-Collector of Cameron County and Director, Cameron County Automobile Crimes Enforcement Task Force, in his individual capacity | § § § § § § | **JURY TRIAL REQUESTED** |

## PLAINTIFF'S FIRST SUPPLEMENTAL IDENTIFICATION OF POTENTIAL WITNESSES

Pursuant to the Court's order, Plaintiffs identify the following persons as anticipated witnesses at the trial of this case.

John Cruzvillarreal

1st Lt. Auto Crimes Task Force

May have knowledge of the facts made the basis of this lawsuit regarding improper transactions in Cameron County Tax Assessor-Collector's Office which are similar to those made the basis of this lawsuit.

Victor Alvarado

Cameron County Sherriff's Department

Olmito, Texas

May have knowledge of the facts made the basis of this lawsuit. Cameron County Tax Assessor-Collector's Office which are similar to those made the basis of this lawsuit.

Maz Martinez

UTB Police Academy

Brownsville, Texas

May have knowledge of the facts made the basis of this lawsuit. Cameron County Tax Assessor-Collector's Office which are similar to those made the basis of this lawsuit.

Rolando Mancillas

Cameron County Parks Ranger

South Padre Island

May have knowledge of the facts made the basis of this lawsuit. Cameron County Tax Assessor-Collector's Office which are similar to those made the basis of this lawsuit.

Elena Garza

1567 Pinon Drive

Brownsville, Texas

(956) 466-7292

Plaintiff Cantu's sister.  Has knowledge of her damages such as emotional distress.

Law Office of Gay E. Gilson

719 South Shoreline, Suite 301A
Corpus Christi, Texas 78401
Telephone: (361) 887-0552
Facsimile:  (361) 887-0554

By:  /s/ Gay E. Gilson
GAY E. GILSON
SBN 00784131/Fed.I.D. 16385
ATTORNEY IN CHARGE FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

     I certify that a copy of this instrument was served on the following attorney's of record according to the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Texas:

Roger Hughes
Adams & Graham, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429

Mr. Charles Willette
Willette & Guerra, L.L.P.
1534 East 6th Street Suite 200
Brownsville, Texas 78520

on this February 1, 2006.

   /s/ Gay E. Gilson
   Gay E. Gilson