IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 2 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| VICENTA CANTU, ET AL.<br>　　　　Plaintiffs<br><br>v.<br><br>CAMERON COUNTY AND TONY YZAGUIRE, Tax Assessor-Collector of Cameron County and Director, Cameron County Automobile Crimes Enforcement Task Force, in his individual capacity<br>　　　　Defendants. | §<br>§<br>§<br>§　C.A. No. B-03-96<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### ORDER

BE IT REMEMBERED that on February 2, 2006, the Court considered Plaintiffs' Objection to Defendants' Motion for Sanctions to Exclude Plaintiffs' Expert Witnesses, Persons with Relevant Knowledge and Fact Witnesses and Request to Follow Local Rule 7.3 [Dkt. No. 107].

The Court **VACATES** its January 31, 2006 order granting in part and denying in part Defendants' Motion for Sanctions to Exclude Plaintiffs' Expert Witnesses, Persons with Relevant Knowledge, and Fact Witnesses [Dkt. No. 106]. Defendants' Motion remains under advisement in compliance with Local Rule 7.3.

DONE this 2 day of February 2006, at Brownsville, Texas.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Hilda G. Tagle
　　　　　　　　　　　　　　　　United States District Judge