# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

MICHAEL N. MILBY
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

FEB 1 0 2006

MICHAEL N. MILBY, CLERK OF COURT

Richard L Bilbie
Attorney at Law
2202 S Bus 77
Ste G
Harlingen TX 78550

---

Case: 1:03-cv-00096   Instrument: 91   (1 pages)
Date: Jan 11, 2006
Control: 060112330
FAX number: 956-440-1183 fax   (2 Total pages including cover sheet)
Notice: The attached order has been entered.

---

You could have received this notice faster by e-mail,
    and
You can serve other parties through the court's electronic filing system.

Electronic Noticing and Filing is authorized in Civil, Criminal and Bankruptcy Cases.

Read more about it at www.txs.uscourts.gov under CM/ECF - Electronic Filing,
    and
Register on-line for a training class to receive your user privileges.


If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.  For questions, please call (713) 250-5768.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS



UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

FEB 1 0 2006

MICHAEL N. MILBY, CLERK OF COURT







Hasler

US POSTAGE