Witnesses Cruzvillarreal, Alvarado, Martinez and Mancillas. I have supplemented their information and filed an amended witness list. My clients do not know what type of specific information these individuals may know. It is believed, however, that these individuals worked with transactions which are similar to the ones made the basis of this lawsuit and, based upon that, believe that they are aware of the improper transactions that Mr. Yzaguirre allowed to pass through his office.

At the bottom of page 4 of your motion there is a reference to 1914 pages of title applications, titles and related documents similar to those attached to Plaintiffs' Rule 7(a) Reply. There is no other statement. I don't know why that sentence is contained in your Motion. Regardless, your own statement makes it clear that you have had specific information about those transactions for at least two years – meaning you have had names, dates, transaction numbers and the underlying documents at issue. Further, these are the same documents which were provided to you through disclosures which were sent to you on June 13, 2005 – identified as Plaintiff document production no. 9. There was a very severe water leak in my office building in about March of 2005. I was forced to evacuate my office in a matter of minutes as the water was pouring from the ceiling and culminated in standing water of about 4". I moved into temporary space down the hall, but my files were not in the best order – I am still in the process of arranging files. I did not get a "permanent office" until July of 2005. I could not find the box that contained Plaintiffs' First Supplemental Disclosures to confirm that I had sent the transactions – so I sent them again as Plaintiff Document Production 44 to ensure your receipt. Document Production 9 and Document Production 44 are the same.

Also, I assume that you have not changed the motion except to provide certificate of conference information.

Please feel free to continue a discussion of these issues as I believe they may be worked out between the parties rather than seeking the Court's intervention.

Sincerely,

Law Office of Gay E. Gilson

By: 

Gay E. Gilson

cc:   David Lee McGee