UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU; FELIX R. MUNOZ; RUTH WEAVER; DIAMANTINA ALVARADO; AND LINDA GARCIA | § § § § § | |
| Plaintiffs | § § | |
| vs. | § § | Civil Action No. 03-CV-96 |
| CAMERON COUNTY and TONY YZAGGUIRE, JR., Tax Assessor-Collector of Cameron County and Director, Cameron County Automobile Crimes Enforcement Task Force, in his individual capacity | § § § § § § § | **JURY TRIAL REQUESTED** |

## ORDER DENYING DEFENDANTS' MOTION FOR SANCTIONS TO EXCLUDE PLAINTIFFS' EXPERT WITNESSES, PERSONS WITH RELEVANT KNOWLEDGE AND FACT WITNESSES

On the _____ day of _____, 2006, the Court considered Defendants' Motion for Sanctions to Exclude Plaintiffs' Expert Witnesses, Persons with Relevant Knowledge and Fact Witnesses and Plaintiffs' Objections to that motion. The COURT DENIES Defendants' Motion.

SIGNED this _____ day _____, 2006.

_____
PRESIDING JUDGE