UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 1 2006

Michael N. Milby
Clerk of Court

| | |
|---|---|
| VICENTA CANTU, ET AL, <br> Plaintiffs, <br> <br> vs. <br> <br> CAMERON COUNTY and <br> TONY YZAGGUIRE, JR., Tax Assessor- <br> Collector of Cameron County and Director, <br> Cameron County Automobile Crimes <br> Enforcement Task Force, in his <br> individual capacity, <br> Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. B-03-CV-96 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

ENTRY OF APPEARANCE
FOR DEFENDANT CAMERON COUNTY

1. Defendant, Cameron County, designates Bruce W. Hodge of counsel..

2. Bruce W. Hodge is a member in good standing with the State Bar of Texas and is admitted to practice before this Court.

3. Bruce W. Hodge's Texas Bar Number is 09751700, his Federal Number is 4003, and his office address, telephone, and fax number are as shown below, above his signature.

4. This entry of appearance is at the direction of the Cameron County Commissioners Court, based on their action during their regular meeting of February 14, 2006.

5. Richard O. Burst remains in this case as Attorney in Charge for Defendant Cameron County. Charles Willette and the firm of Willette & Guerra, L.L.P. remain in the case as Of Counsel for Defendant Cameron County.

Respectfully submitted,

CIVIL LEGAL DEPARTMENT
COMMISSIONERS COURT
964 East Harrison Street

        Brownsville, Texas 78520
        Telephone: (956) 550-1345
        Facsimile: (956) 550-1348

        BY: _____
        Richard O. Burst
        Attorney In Charge
        Texas State Bar No. 00785586
        Federal Bar No. 15515

        BY: _____
        Bruce W. Hodge
        Of Counsel
        Texas Bar No. 0951700
        Federal Bar No. 4003

        Dylbia L. Jefferies – Vega
        Of Counsel
        Texas State Bar #00786516
        Federal Bar No. 17065

### CERTIFICATE OF SERVICE

     I, Richard O. Burst do hereby certify that a true and correct copy of the foregoing Entry and Designation has been mailed, certified mail, return receipt requested, or faxed to the following on this _____ day of February, 2006:

Gay E. Gilson
719 Shoreline, Suite 301A
Corpus Christi, Texas 78401
Facsimile (361) 887-0554

Roger Hughes
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429
Facsimile (956) 428 2954

Charles Willette
WILLETTE & GUERRA, L.L.P.
1534 E. 6th Street, Suite 200
Brownsville, Texas 78520
Facsimile (956) 541 1893

                                                    _____
                                                    Richard O. Burst