# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VICENTA CANTU, ET AL, )<br>　　Plaintiffs, )<br> )<br> )<br>vs. )<br> )<br>CAMERON COUNTY and )<br>TONY YZAGGUIRE, JR., Tax Assessor- )<br>Collector of Cameron County and Director, )<br>Cameron County Automobile Crimes )<br>Enforcement Task Force, in his )<br>individual capacity, )<br>　　Defendants. ) | Civil Action No. B-03-CV-96 |

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF TEXAS　　　）
COUNTY OF CAMERON　）

"I declare under penalty of perjury under the laws of the United States of America that the attached are true and correct copies of Pages 149 and 150 of the Diamantina Alvarado Deposition taken in this case on February 15, 2006."

"I declare under penalty of perjury that the foregoing is true and correct."

Executed on February 28, 2006.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Bruce W. Hodge
　　　　　　　　　　　　　　　　　　　　　Attorney in Charge
　　　　　　　　　　　　　　　　　　　　　For Cameron County

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VICENTA CANTU, FELIX R. MUNOZ, RUTH WEAVER AND DIAMANTINA ALVARADO,<br>       Plaintiffs | )(<br>)(<br>)(<br>)( |
| VS. | )( |
| CAMERON COUNTY and TONY YZAGUIRRE, JR., Tax Assessor-Collector of Cameron County and Director, Cameron County Automobile Crimes Enforcement Task Force, in his Individual Capacity,<br>       Defendants | )(<br>)(  CIVIL ACTION NO. 03-CV-96<br>)(<br>)(<br>)(<br>)(<br>)(<br>)(<br>)( |

ORAL DEPOSITION OF
DIAMANTINA ALVARADO
FEBRUARY 15, 2006

    ORAL DEPOSITION OF DIAMANTINA ALVARADO, produced

as a witness at the instance of the DEFENDANT TONY

YZAGUIRRE, JR., TAX ASSESSOR-COLLECTOR OF CAMERON COUNTY

AND DIRECTOR, CAMERON COUNTY AUTOMOBILE CRIMES

ENFORCEMENT TASK FORCE, IN HIS INDIVIDUAL CAPACITY,

taken in the above-styled and numbered cause on FEBRUARY

15, 2006, reported by CORINNA N. GARCIA, Certified Court

Reporter No. 5210, in and for the State of Texas, at

Adams & Graham, L.L.P., 222 East Van Buren, West Tower,

Harlingen, Texas.

1  happened to be there when Bibi was paying her bill, it
2  didn't get worse the day after that, did it?
3      A.  Yes, it did.  I got transferred to San Benito.
4      Q.  The day after the Dillard's store?
5      A.  Days, two days after.
6      Q.  Two or three days after Dillard's?
7      A.  Yes.
8      Q.  Did you ever talk to Judge Hinojosa about this
9  emergency response team job offer?
10     A.  I don't remember, sir.  Just -- I remember the
11 secretary calling me.
12     Q.  Okay.
13     A.  That he wanted to hire me.
14     Q.  You remember talking to Alice?
15     A.  Alice.
16     Q.  And Remi?
17     A.  Remi.
18     Q.  Tom?
19     A.  Tom and Jarred.
20     Q.  And Jarred -- Jarret or Jarred?
21     A.  Jarred -- I don't --
22     Q.  One or the other.  Hockema, right?
23     A.  Hockema, yes.
24     Q.  Okay.  I don't remember you saying that you ever
25 spoke with the county judge himself.  Did you or not?

1   A.   I don't remember, sir.

2   Q.   Okay.  After you met with Tom and Jarred, what
3   happened with respect to that job?  Do you know?

4   A.   I told them that I would think about it, that I
5   needed more time because I didn't think it was fair for
6   them to be asking me to dismiss my lawsuit.

7   Q.   Okay.  Did you ever call them back?

8   A.   Yes, on Monday.

9   Q.   Oh, you did.  And what did you tell them?

10  A.   That I wasn't going to take their offer.  And I
11  e-mailed Judge Hinojosa the letter telling him that I
12  didn't appreciate him telling me what to do with my
13  lawsuit in order for me to get an employment with him.

14  Q.   Did he respond to that e-mail?

15  A.   No, he never responded at all.

16  Q.   Do you still have that e-mail?

17  A.   Yes.

18       MR. HODGE:  Is it among the documents?

19       MR. HUGHES:  Yes.

20  Q.   All right.  How did you get along with Lupita
21  while you worked under her supervision?

22  A.   I got along great.

23  Q.   No problems?

24  A.   No.

25  Q.   There were no personal hard feelings between you