# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU, ET AL, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No. B-03-CV-96 |
| | ) | |
| CAMERON COUNTY and | ) | |
| TONY YZAGGUIRE, JR., Tax Assessor- | ) | |
| Collector of Cameron County and Director, | ) | |
| Cameron County Automobile Crimes | ) | |
| Enforcement Task Force, in his | ) | |
| individual capacity, | ) | |
|     Defendants. | ) | |

## AFFIDAVIT OF GILBERTO HINOJOSA

STATE OF TEXAS
COUNTY OF CAMERON

Before me, the undersigned notary public, on this day personally appeared Gilberto Hinojosa, who is known to me, and first being duly sworn on his oath said:

1.      My name is Gilberto Hinojosa. I am competent to make this affidavit. The facts stated in this affidavit are withing my personal knowledge and are true and correct.

2.      I am the Cameron County Judge, Cameron County, Texas.

3.      Sometime in March 2004, while shopping at Dillards Department Store in Brownsville, Texas, I spoke with Tina Alvarado, who is known to me. In the conversation she let me know she would like to work for the County. I told her about an opening in Emergency Management and told her to submit an application.

4.      I had no more communication or contact with Tina Alvarado concerning this job application.

      Further affiant saith not.

Gilberto Hinojosa

BEFORE ME, the undersigned notary public, on this day personally appeared Gilberto Hinojosa, who, being first by me duly sworn, upon his oath deposed and said that he is the affiant that he has read the foregoing document and that the statements contained therein are within his

personal knowledge and are true and correct, and I personally know or have verified the identity of the affiant by a current identification card or other document used by a state or federal government containing a photograph and the signature of the affiant.

SUBSCRIBED AND SWORN TO before me on this _25th_ day of February, 2006, by the affiant.

_[signature]_

Notary Public
in and for the State of Texas

Commission expires: _10/27/08_

[seal]

IRENE GUERRA
Notary Public, State of Texas
My Commission Expires
OCT. 27, 2008