# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VICENTA CANTU, ET AL, <br>     Plaintiffs, <br><br> vs. <br><br> CAMERON COUNTY and <br> TONY YZAGGUIRE, JR., Tax Assessor- <br> Collector of Cameron County and Director, <br> Cameron County Automobile Crimes <br> Enforcement Task Force, in his <br> individual capacity, <br>     Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. B-03-CV-96 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

AFFIDAVIT OF THOMAS D. HUSHEN

STATE OF TEXAS
COUNTY OF CAMERON

Before me, the undersigned notary public, on this day personally appeared Thomas D. Hushen, who is known to me, and first being duly sworn on his oath said:

1. My name is Thomas D. Hushen. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am the Director of the Cameron County Emergency Management Department. I am appointed by and serve at the discretion of the Cameron County Judge. As part of my duties the County Judge has given me discretion to hire and fire employees of the Cameron County Emergency Management Department. As Director I am a custodian of the records of the Cameron County Emergency Management Department.

3. The Cameron County Commissioners set employment policy. It is in written form in the Personnel Policies Manual of Cameron County Texas.

4. Section 3.01 as it appears in the Policies Manual states: "Cameron County is committed to provide equal employment opportunity without regard to race, color, religion, national origin, sex, age, handicap or veteran's status, as required by state and federal laws. The County's commitment extends to all employment-related decisions and terms and conditions of employment." (See, Personnel Policies Manual of Cameron County, Texas attached to Affidavit of the Human Resources Director, Manuel Villarreal.)

5. Section 4.02 in the Personnel Policies Manual states: "Employee vacancies in county

departments are filled on the basis of merit, whether by promotion from within or by initial appointment. Selections of the persons best matched to fill the vacancies are made only on the basis of occupational qualifications and job related factors such as skill, knowledge, educations, experience, and ability to perform the specific job." (See, Personnel Policies Manual of Cameron County, Texas attached to Affidavit of the Human Resources Director, Manuel Villarreal.)

6.    As Director, I interviewed Diamantina "Tina" Alvarado to fill the slot for personal secretary to the director of Emergency Management on or about May 3, 2004. I offered her the position. I made no requirement concerning her existing lawsuit against Cameron County.

7.    I am the only person in the Cameron County Emergency Management Department with authority to hire or terminate Emergency Management Department employees.

Further affiant saith not.

Thomas D Hushen

BEFORE ME, the undersigned notary public, on this day personally appeared Thomas D. Hushen, who, being first by me duly sworn, upon his oath deposed and said that he is the affiant that he has read the foregoing document and that the statements contained therein are within his personal knowledge and are true and correct, and I personally know or have verified the identity of the affiant by a current identification card or other document used by a state or federal government containing a photograph and the signature of the affiant.

SUBSCRIBED AND SWORN TO before me on this 28th day of February, 2006, by the affiant.

Notary Public
in and for the State of Texas

Commission expires: 10/27/08

[seal]



IRENE GUERRA
Notary Public, State of Texas
My Commission Expires
OCT. 27, 2008