# EXHIBIT 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VICENTA CANTU, ET AL,<br>    Plaintiffs,<br><br>vs.<br><br>CAMERON COUNTY and<br>TONY YZAGGUIRE, JR., Tax Assessor-<br>Collector of Cameron County and Director,<br>Cameron County Automobile Crimes<br>Enforcement Task Force, in his<br>individual capacity,<br>    Defendants. | )<br>)<br>)<br>)  Civil Action No. B-03-CV-96<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

AFFIDAVIT OF MANUEL VILLARREAL

STATE OF TEXAS
COUNTY OF CAMERON

Before me, the undersigned notary public, on this day personally appeared Manuel Villarreal, who is known to me, and first being duly sworn on his oath said:

1.    My name is Manuel Villarreal. I am competent to make this affidavit. The facts stated in this affidavit are withing my personal knowledge and are true and correct.

2.    I am the Director of the Human Resources Department for Cameron County, Texas. I have been the Director continuously since December 15, 1997. As Director I am a custodian of the records of the Human Resources Department.

3.    Attached is a copy of the Personnel Policies Manual of Cameron County, Texas that is currently in effect. This manual was adopted, and from time to time revised by the Cameron County Commissioners Court and is kept in the course of a regularly conducted County activity. It was the regular practice of the Cameron County Commissioners Court's activity to adopt and to revise the manual. The manual was adopted or revised by the Cameron County Commissioners Court at or near the time of the revision dates shown on the manual cover page. And, the manual was made by, or from information transmitted by the Cameron County Commissioners Court during their meetings, acting in the regular course of County business.

4.    Sections 3.01 and 4.02 of the Personnel Policies Manual were in effect in March of 2003 as those sections now appear.

5.    As Director of Human Resources I maintain the Personnel Policies Manual of Cameron

County, Texas, as adopted and, from time to time, revised by the Cameron County Commissioners Court.

    Further affiant saith not.

_____<br>Manuel Villarreal

    BEFORE ME, the undersigned notary public, on this day personally appeared Manuel Villarreal, who, being first by me duly sworn, upon his oath deposed and said that he is the affiant that he has read the foregoing document and that the statements contained therein are within his personal knowledge and are true and correct, and I personally know or have verified the identity of the affiant by a current identification card or other document used by a state or federal government containing a photograph and the signature of the affiant.

    SUBSCRIBED AND SWORN TO before me on this 28th day of February, 2006, by the affiant.

_____<br>Notary Public<br>in and for the State of Texas

Commission expires: 10/27/08

[seal]

IRENE GUERRA
Notary Public, State of Texas
My Commission Expires
OCT. 27, 2008