

# PERSONNEL POLICIES MANUAL

# OF

# CAMERON COUNTY, TEXAS

The Personnel Policies Manual is not intended to create any contractual or other legal rights, but is designed solely as a guide. Periodically, this Manual may be revised and updated.

Adopted by the Cameron County Commissioners Court

October 1, 1984

Revisions approved on the following dates:

October 1, 1986
April 17, 1989
March 5, 1990
May 28, 1991
December 9, 1991
February 10, 1992
August 10, 1992
August 10, 1993
November 2, 1999
May 21, 2002
March 11, 2003
April 29, 2003
October 28, 2003
January 4, 2005
March 3, 2005
March 22, 2005
May 24, 2005
September 13, 2005
November 22, 2005

# TABLE OF CONTENTS

## 1.00 INTRODUCTION

1.01 CAMERON COUNTY ...................................................PAGE 1
1.02 AUTHORITY ........................................................... 1
1.03 RESPONSIBILITY .................................................... 1
1.04 PURPOSE .............................................................. 1
1.05 APPLICABILITY OF POLICIES ................................... 2
1.06 DISSEMINATION OF POLICIES ................................ 2
1.07 COMMUNICATION ................................................. 2

## 2.00 EMPLOYEE RESPONSIBILITIES

2.01 GENERAL ............................................................. 3
2.02 TIMELINESS ......................................................... 3
2.03 OUTSIDE EMPLOYMENT ......................................... 3
2.04 CONFLICT OF INTEREST ........................................ 3
2.05 POLITICAL ACTIVITY ............................................ 4
2.06 NATURAL DISASTERS AND EMERGENCIES ............... 4
2.07 USE OF COUNTY-OWNED VEHICLES ........................ 4
2.08 USE OF PERSONAL VEHICLES ................................ 4

## 3.00 EMPLOYMENT STANDARDS

3.01 EQUAL EMPLOYMENT OPPORTUNITY .................... 6
3.02 SEXUAL HARASSMENT ........................................ 6
3.03 PHYSICAL STANDARD .......................................... 7
3.04 DRESS CODE ....................................................... 7
3.05 EMPLOYMENT OF RELATIVES ................................ 7

## 4.00 RECRUITMENT AND SELECTION

4.01 GENERAL POLICY ................................................ 10
4.02 VACANCIES ........................................................ 10
4.03 QUALIFICATIONS ................................................ 10
4.04 RECRUITMENT AND SELECTION ............................ 10
4.05 PUBLIC ANNOUNCEMENT ..................................... 11
4.06 APPLICATION FOR EMPLOYMENT .......................... 11
4.07 CONSIDERATION OF CURRENT EMPLOYEES ............ 11
4.08 DISQUALIFICATION ............................................. 11

## 5.00 TYPES OF EMPLOYMENT

5.01 CATEGORIES ...................................................... 12
5.02 EVALUATION PERIOD ........................................... 12

5.03 ASSIGNED STAFF ……………………………………………    12

## 6.00 WORK SCHEDULE AND TIME REPORTING

6.01 ADMINISTRATIVE WORK …………………………………    13
6.02 SCHEDULE ADJUSTMENTS ………………………………    13
6.03 OFFICIAL CLOSING …………………………………………    13
6.04 NUMBER OF HOURS WORKED ……………………………    13
6.05 OVERTIME AND COMPENSATORY TIME ………………….    13

## 7.00 EMPLOYEE COMENSATION AND ADVANCEMENT

7.01 PAY PERIOD …………………………………………………    15
7.02 PAYROLL DEDUCTION ………………………………………    15
7.03 PAY PLAN ……………………………………………………    15
7.04 PROMOTIONS …………………………………………………    15
7.05 LATERAL TRANSFERS ………………………………………    16
7.06 DEMOTIONS …………………………………………………    16
7.07 APPROVING AUTHORITY ……………………………………    16
7.08 PRIOR SERVICE WITH COUNTY ……………………………    16
7.09 CALCULATION OF TERMINATION PAY …………………….    17

## 8.00 SUMMARY OF EMPLYEE BENEFITS

8.01 MEDICAL ………………………………………………………    18
8.02 SOCIAL SECURITY ……………………………………………    18
8.03 RETIREMENT PLAN …………………………………………    18
8.04 WORKER'S COMPENSATION …………………………………    19
8.05 UNEMPLOYMENT INSURANCE ………………………………    19
8.06 VACATION TIME ………………………………………………    19

## 9.00 LEAVE AND HOLIDAYS

9.01 DEFINITIONS …………………………………………………    20
9.02 APPROVAL OF LEAVE …………………………………………    20
9.03 VACATION LEAVE ……………………………………………    20
9.04 SICK LEAVE …………………………………………………    21
9.05 MILITARY LEAVE ……………………………………………    22
9.06 CITIZENSHIP LEAVE …………………………………………    23
9.07 LEAVE OF ABSENCE FOR NON-MEDICAL REASONS …………    23
9.08 FAMILY MEDICAL LEAVE ……………………………………    23
9.09 REASONS FOR LEAVE OF ABSENCE …………………………    24
9.10 USING LEAVE IN COMBINATION ……………………………    26
9.11 HOLIDAYS ……………………………………………………    26
9.12 LEAVE AND HOLIDAY RECORDS ……………………………    27
9.13 FUNERAL LEAVE ……………………………………………    27

9.14 OTHER TIME ............................................................... 27

## 10.00 HEALTH AND SAFE

10.01 SAFETY POLICY ........................................................ 28
10.02 EMPLOYEE RESPOSIBILITIES ............................ 28
10.03 EMPLOYEE SUGGESTIONS ................................... 28
10.04 ON-THE-JOB INJURIES ........................................... 28
10.05 DRUG AND CHEMICAL DEPENDANCY POLICY .................. 30

## 11.00 PERFORMANCE EVALUATIONS

11.01 PURPOSE ................................................................. 33
11.02 PERFORMANCE EVALUATION REPORT ............................ 33

## 12.00 DISCIPLINE

12.01 REASON FOR DISCIPLINARY ACTION .............................. 34
12.02 PROGRESSIVE DISCIPLINE ............................................. 35
12.03 SUSPENSION FOLLOWING INDICTMENT ........................... 35

## 13.00 SEPARATIONS

13.01 TYPES OF SEPARATION .................................................. 37
13.02 RESIGNATION ............................................................... 37
13.03 RETIREMENT ............................................................... 37
13.04 REDUCATION IN FORCE ............................................... 37
13.05 ELIMINATION OF POSITION ......................................... 38
13.06 DISMISSAL .................................................................. 38
13.07 DISABILITY ................................................................. 38
13.08 DEATH ....................................................................... 38
13.09 EXIT INTERVIEW AND RECORDS ................................... 38

## 14.00 GRIEVANCES

14.01 POLICY ...................................................................... 40
14.02 GROUNDS FOR A GRIEVANCE ..................................... 40
14.03 INFORMAL GRIEVANCES ............................................. 40
14.04 FORMAL GRIEVANCES ................................................ 40
14.05 ADVISORY GRIEVANCE COMMITTEE PROCEDURES ............. 41

## 15.00 PERSONNEL FILES

15.01 GENERAL ................................................................... 43
15.02 PERSONNEL ACTION FORM ......................................... 43
15.03 CONTENTS OF PERSONNEL FILES ................................. 43

15.04 LEAVE RECORDS ............................................................    44

## 16.00 COUNTY BUSINESS TRAVEL

16.01 REIMBURSEMENT ...........................................................    45
16.02 TRAVEL ADVANCES ........................................................    45
16.03 AVAILABLE FUNDS ..........................................................    45
16.04 HOTEL ALLOWANCES ......................................................    45
16.05 ASSOCIATION SEMINARS .................................................    46
16.06 EXPENSE VERIFICATION ..................................................    46
16.07 RESPONSIBILITY .............................................................    47

## 17.00 EXEMPT POSITIONS

17.00 EXEMPT POSITIONS ........................................................    48

# 1.00 INTRODUCTION

## 1.01 CAMERON COUNTY

Cameron County's governmental organization is established by The Constitution of the State of Texas and by the State Statutes. State and federal govern its operations Law and by actions of the Commissioners Court.

The Commissioners Court consists of Four County Commissioners, each elected by the voters of a Commissioner's Precinct, and the County Judge, elected by all of the voters of the County. The Commissioners Court is the policy making Body of the County.

County operations are conducted through departments each administered by an elected official or appointed Department Head.

## 1.02 AUTHORITY

These policies are established by the Commissioners Court of Cameron County. They replace all previously approved Policies to the extent of any conflict. Amended, revised, or new policies must be approved by the Commissioners Court.

Any benefits herein offered to the employees are contingent upon available funds in each County Department's budget and in the General Cameron County operating budget.

## 1.03 RESPONSIBILITY FOR IMPLEMENTATION OF PERSONNEL POLICIES

Each Department Head, elected or appointed, is responsible for the administration of the personnel policies within their department and may issue detailed departmental operating procedures to implement these adopted policies as long as they are consistent with these policies.

## 1.04 PURPOSE

These policies set forth the primary rules governing employment with Cameron County. The policies contained here inform employees of the benefits and obligations of employment with the county. They have been prepared and adopted in order to promote consistent, equitable, and effective practices which will result in high quality public service by both employees and supervisors.

Receipt of the Personnel Policies Handbook by the employee does not constitute any type of employment agreement or contract with the County. Cameron County is an At-Will employer.

## 1.05 APPLICABILITY OF PERSONNEL POLICIES

The personnel policies apply equally to all employees and officials of the County unless a class of employees is specifically exempted. In cases where federal law or regulation supercedes local policy for specific groups of employees, such laws or regulations will substitute for these personnel policies only insofar as necessary to comply. Elected officials are personally exempt from the personnel policies but must abide by the personnel policies in the administration of their Departments.

## 1.06 DISSEMINATION OF PERSONNEL POLICIES

The Human Resources Department shall maintain complete sets of the Personnel Policies with all revisions for reference purposes. The Human Resources Department or a designee shall provide each employee with a copy of the employee Handbook and information about any revisions, and shall provide each department head with a copy of the Personnel Policies Manual.

Each department head, elected or appointed, and each employee shall acknowledge receipt in writing of a copy of the Personnel Policies Manual or Handbook.

## 1.07 COMMUNICATION

Employees are encouraged to make constructive suggestions for improvements in these policies or in work procedures or conditions to their immediate supervisors or department heads.

## 2.00 EMPLOYEE RESPONSIBILITIES

### 2.01 GENERAL

Cameron County is a public tax-supported organization. Exceptions include the Cameron County Park System and the International Bridge Department, which are operated as enterprise funds, and are self-sustaining departments. Cameron County employees must adhere to high standards of public service that emphasizes professionalism, courtesy, and avoidance of even the appearance of illegal or unethical conduct. Employees are expected to carry out efficiently the work items assigned as their responsibility to maintain good moral conduct, and to do their part in maintaining good relationships with the public, with other governmental employees and officials, with their supervisors, and with fellow employees.

### 2.02 TIMELINESS

Employees are to be punctual in maintaining work hours, keeping appointments and meeting schedules for completion of work.

### 2.03 OUTSIDE EMPLOYMENT

An employee wishing to engage in outside employment must request approval to do so from his or her Department Head. The Department Head may deny the request if it is determined that the outside employment would:

1.  be inconsistent or incompatible with employment with the County, or

2.  adversely affect the employee's job performance.

### 2.04 CONFLICT OF INTEREST

An employee may not:

1.  Solicit, accept, or agree to accept a financial benefit, directly or indirectly, other than from the County, that might reasonably tend to influence his or her performance of duties for the county, or that he or she knows or should know is offered with intent to influence the employee's performance.

2.  accept employment or compensation that might reasonably induce him or her to disclose confidential information acquired in the performance of job duties;

3.  accept outside employment or compensation that might reasonably tend to impair independence of judgment in performance of duties for the County.

4.   make any personal investment that might reasonably be expected to create a substantial conflict between the employee's private interest and duties for the County; or

5.   Solicit, accept, or agree to accept a financial benefit form another person in exchange for having performed duties as a County employee in favor of that person.

## 2.05   POLITICAL ACTIVITY

Employees of Cameron County are encouraged to vote and to exercise other prerogatives of Citizenship consistent with state and federal law and these policies.

1.   A county employee may not use his or her official authority or influence to interfere with or affect the result of an election of nomination for office. The wearing of buttons or display of other advertising on the employee during working hours is prohibited when the employee is dealing with the public, and when in the course of dealing with the public in unreasonably disrupts the smooth operation of the department.

2.   A county employee may not directly or indirectly coerce, attempt to coerce, command, or advise a state or county official or employee to pay, lend, or contribute anything of value to a party, committee, organization, agency or person for political purpose.

3.   A county employee who chooses to run for the office of the Department in he/she works must resign at the time of filing.

## 2.06 NATURAL DISASTERS AND EMERGENCIES

Employees of Cameron County may be required to work during any natural disaster or emergency. These emergencies may require separation from family members for extended periods and each employee is encouraged to provide for his or her family accordingly. Refusal to work during such emergencies may result in disciplinary action, up to and including termination. This is a formal condition of employment with Cameron County. The determination to which positions or natural disaster and the designation of personnel who shall be required to work during such emergencies shall be made by each department heads and is incorporated in Cameron County's Emergency Operation's Plan.

## 2.07   USE OF COUNTY-OWNED VEHICLES

- **This section has been superseded by the Vehicle Use Policy.**

**Approved by Commissioners Court April 29, 2003**

## 2.08   USE OF PERSONAL VEHICLE TO CONDUCT COUNTY BUSINESS

Employees who are authorized to operate their personal vehicle to conduct county business must observe the following.

- Must show proof of current liability insurance.

- The vehicle must have current registration and inspection. A copy of insurance verification must be provided to the county auditor's office.

- Employee must posses a clean driving record as per county liability insurance check.

## 3.00 EMPLOYMENT STANDARS AND PRACTICES

### 3.01    EQUAL EMPLOYMENT OPPORTUNITY

Cameron County is committed to provide equal employment opportunity without regard to race, color, religion, national origin, sex, age, handicap or veteran's status, as required by state and federal laws. The County's commitment extends to all employment-related decisions and terms and conditions of employment.

### 3.02    SEXUAL HARASSMENT

Cameron County strictly prohibits any conduct, which constitutes sexual harassment. Sexual harassment is defined as unwelcome sexual advances, request for sexual favors, and any other conduct of a sexual nature (including sexually explicit language, jokes, etc.) when:

1. The employee must submit to the offensive conduct as an explicit or implicit condition of employment.

2. The employee rejects advances and risks losing a job, promotion, privileges, or benefits; whereas, the employee who submits gains favors and advantages.

3. The employee's job performance is interfered with as a result of the offensive behavior, or the work atmosphere becomes hostile or intimidating.

It is the responsibility of Cameron County Management staff to create an atmosphere free of sexual harassment. It is the responsibility of each employee to respect the rights of fellow employees. For purposes of interpretation and application of this policy, the following forms of sexual harassment are set forth:

1. overt physical:  the employee is subjected to actual touching or objectionable conduct.

2. overt non-physical: the employee is approached with the suggestion of sexual relations, along with stated or suggested adverse job consequences that would result from rejection of the advances.

3. subtle: the employee is approached in a more subtle manner, with the suggestion that "friendly" employees will have more opportunities for advancement.

An employee who believes he or she is a victim of sexual harassment on the job should immediately report the matter to his or her immediate supervisor or to the Human Resources Administrator. The choice of whom to report the harassment is the employee's alone to make. Any employee found to be sexually harassing another employee or applicant for employment shall be dealt with under the disciplinary policies and procedures contained in this manual.

## 3.03 PHYSICAL STANDARDS

Cameron County is committed to equal employment opportunity and will reasonably accommodate job applicants and employees with disabilities. All Cameron County employees are expected to be able to perform their job duties as required by their job description.

Employees whose positions pose some special risk of injury or public safety risk are required to have a post-offer physical examination. This requirement will be specified in the employee's job description. Examples of these positions include but are not limited to the following positions: deputy sheriff, park ranger, heavy equipment operators, and positions with lifting or driving requirements.

The post-offer physical examinations will be conducted by a physician of the County's choice and at the County's expense.

## 3.04 DRESS CODE

A dress code may be implemented by department directors/heads for professional standards (uniform, coat, tie, etc.) as required.

## 3.05 EMPLOYMENT OF RELATIVES

Nepotism is the showing of favoritism toward a relative. The practice of nepotism in hiring personnel or awarding contracts is forbidden by the County. No person may be hired who is related within the second degree by affinity (marriage or within the third degree by consanguinity (blood) to any member of the Commissioners Court, to a County official who appoints him or her to the position, or to any employee who would directly supervise his or her job performance. Prohibited degrees of relationship are defined in the following Figures 1 and 2.

In the event that two current county employees become related in a manner prohibited by this section, the two parties will be given a reasonable time for one or the other to secure another position, either within the County in another department, or outside County government. For purposes of this policy, a reasonable time will not normally exceed two months. If the two parties cannot decide which of them will forfeit his or her job, the party with the least seniority will be terminated.

CONSANGUINITY KINSHIP CHART
FIGURE 1



**NEPOTISM
CHART**
**AFFINITY KINSHIP CHART
FIGURE 2**



**NEPOTISM
CHART**

## 4.00 RECRUITMENT AND SELECTION

### 4.01 GENERAL POLICY

Each department head, elected or appointed, is responsible for the selection and tenure of his or her employees within budget and numerical limits set by the commissioners Court. Personnel budgets and authorized numbers of positions are established by the county budget and salary schedules and amendments thereto, as approved by the Commissioners Court.

### 4.02 VACANCIES

Employee vacancies in county departments are filled on the basis of merit, whether by promotion from within or by initial appointment. Selections of the persons best matched to fill the vacancies are made only on the basis of occupational qualifications and job related factors such as skill, knowledge, education, experience, and ability to perform the specific job.

### 4.03 QUALIFICATIONS

Cameron County maintains a job description, which establishes for each staff position the required knowledge, skills, and abilities and the acceptable levels of experience and training for the position. The job description sets forth the minimum acceptable qualifications to fill the position.

Cameron County will make a reasonable effort to accommodate job applicants and employees who have disabilities.

### 4.04 METHODS OF RECRUITMENT AND SELECTION

Cameron County has four methods of recruiting and selecting persons to fill vacancies. They are as follows:

1. promotion from within;

2. lateral transfer form within;

3. public announcements and competitive consideration of applications for employment, and

4. selection from a valid current eligibility list. Each department head determines the method of selection to be used in filling a vacancy.

### 4.05 PUBLIC ANNOUNCEMENTS

Cameron County is an "AT WILL" equal employment opportunity employer and Public announcements of position openings with the County are disseminated by the Human Resources Administrator and the respective department head, in the manner most appropriate to the particular position being held. Each job posting shall be posted for a minimum of ten (10) working days. Further, the Auditor office shall verify the job posting prior entry of the individual into the payroll system.

**Approved by Commissioners Court March 11, 2003.**

4.06    APPLICATION FOR EMPLOYEMENT

Each applicant for county employment must submit a written application and other pertinent information regarding training and experience. The department head shall make appropriate inquiries to verify experience, character, and suitability of any applicant.

4.07    CONSIDERATION OF CURRENT EMPLOYEES

Employees of the County will be notified by the Human Resources Administrator of known vacancies in the organization for which applications will be accepted. Employees will be permitted to apply for positions for which they believe themselves to be qualified.

4.08    DISQUALIFICATION

An applicant is disqualified from employment by the County if he or she does not meet the minimum qualifications for performance of the duties of the position involved; knowingly has made a false statement on the application form; has committed fraud during the selection process; or is not legally permitted to hold the position.

An employee may be terminated if it is later discovered that he or she knowingly falsified information on the application form.

## 5.00 TYPES OF EMPLOYMENT

### 5.01    CATEGORIES

There are three categories of employment with Cameron County:

Regular Full-Time.  A regular full-time employee is employed to hold an authorized position that involves, on the average, at least forty (40) hours per week.

Regular Part-Time.  A regular part-time employee is employed to hold an authorized position that involves, on the average, fewer than **thirty two (32) hours per week**, but no less than eighteen (18) hours per week.

Temporary.  A temporary employee is an employee hired to complete a specific project within a specified period of time. Temporary employees may be full time or part time.

There is no tenure or permanent lifetime employment or appointment for Cameron County employees.  All employees are subject to periodic performance review and evaluation at least once a year in accordance with the Personnel Policies.

**Approved by Commissioners Court October 28, 2003**

### 5.02    EVALUATION PERIOD

In order to become a regular employee, each employee must complete an evaluation period of six months following initial employment or reemployment in a regular budgeted position.  The evaluation period may be extended by the Department Head for a period of up to an additional six months.

The Department head may immediately terminate an employee at anytime during the evaluation period.  After completing the evaluation period, the employee will be subject to periodic performance evaluations at least once a year.

Cameron County is "AT WILL" employer and there is no tenure or permanent lifetime employment or appointment.

### 5.03    ASSIGNED STAFF

Staff who are assigned to the County for supervision but who are directly paid by another government or private organization are not County employees.  Benefits are as specified in the individual's contract for services.  As a condition of their assignment, they are governed by all terms of these policies not in conflict with their contract for services.

## 6.00  WORK SCHEDULE AND TIME REPORTING

### 6.01    ADMINISTRATIVE WORKWEEK

The normal work schedule for county employees is from 8:00 a.m. to 5:00 p.m., Monday through Friday, with a one (1) one hour unpaid lunch period, for a total of forty (40) hours per work period, excluding Law Enforcement Personnel.  The normal work schedule for Law Enforcement Personnel shall be determined in accordance with designated schedules totaling 171 hours per 28-day period.

Employees must report punctually for duty at their place of work; work their established work schedule as determined by their Department.  **Employees may be authorized to take an unpaid meal break, which must be at least 30 minutes, but should not be more than one hour.  Employees must be completely relieved from duty during unpaid meal breaks.**

**The employee is not relieved if he/she is required to perform any duties, whether active or inactive, while eating.  An employee who is required to remain at his/her duty station while eating is working while eating and must be paid for "working while eating".**

**Employees may be authorized to take two fifteen minute paid rest breaks, one in the morning and one in the afternoon.  Should the employee's duties or workload not permit him/her to take a rest break, this time cannot be accumulated.**

Department Heads or Supervisors have the right to set the times for meals and rest breaks taken by employees in their Departments.

**Approved by Commissioners Court March 3, 2005**

### 6.02    SCHEDULE ADJUSTMENTS BY DEPARTMENT HEADS

Adjustments to the regular hours of operation may be made by a Department Head in order to better serve the public or to meet requirements for continuous services related to the protection of public health and safety.

Offices may remain open during the noon hour, and lunch periods may be staggered according to the requirements of the office and the decisions of the Department Head.

### 6.03    OFFICIAL CLOSINGS OF COUNTY OFFICES

County offices may be closed at any time during the regular workweek only by order of the Commissioners Court or the County Judge for reasons such as bad weather or funeral services for county officials.  Work time lost by employees due to official closings of County offices will be charged to "other time", unless the employee was already on some

other type of leave, e.g., vacation, sick leave, etc., in which case that particular leave status remains in effect.

6.04    NUMBER OF HOURS WORKED

Department heads may determine the number of hours worked by an employee for the compensation to be received subject to laws governing working hours and subject to the provisions of the County budget and approved salary schedules.

6.05    OVERTIME AND COMPENSATORY TIME

General. Cameron County employees will receive compensatory time off for overtime hours worked, but may receive cash payment if money is available for this purpose in their department budget. Requests to work overtime must be submitted to the Department Head before the overtime is worked on the Agreement to Work Overtime form, on which the Department Head will specify if the request is approved or denied, the number of hours to be worked, and the method of compensation that will apply.

For the purpose of computing overtime, time away from the job during the workweek, such as vacation, holidays, illness, or approved absences, will not be included in a workweek.

Non-Law Enforcement Personnel. Employees covered by the Fair Labor Standards Act will receive compensatory time off for time worked beyond the forty (40) hour workweek, which runs from Friday to the following Thursday, but may receive cash payment if there is money in the department budget for this purpose, and the Department Head has approved the cash payment. The maximum accumulation of compensatory time is twenty-four (24) hours, and it is accumulated at one and on half (1-½) times the overtime hours worked. Payment for overtime is calculated at one and one half (1 ½) regular hourly rate.

Law Enforcement Personnel. Deputies and jailers Personnel will receive compensatory time for time worked beyond the one hundred seventy-one hours (171) per twenty-eight (28) day pay period, but may receive cash payment if there is money in the department budget, and the Department Head has approved the cash payment. The maximum accumulation of compensatory time is forty (40) hours, and it is accumulated at one and one half (1-½) times the overtime hours worked. Payment for overtime is calculated at one-half (1/2) the regular hourly rate.

Transfer Employees. An employee who is transferred from one department will be allowed to transfer his or her compensatory time if the new Department head is in agreement, or will be permitted to use all accumulated compensatory time prior to the transfer.

**6.06    OVERTIME    AND    COMPENSATORY    TIME    FOR    EXEMPT EMPLOYEES DURING COUNTY DISASTERS**

Exempt non-law enforcement employees shall be compensated for hours worked, during a declared disaster, in excess of 40 hours within a 40 hour work-period (see paragraph 6.05).

Exempt law enforcement employees (deputies and jailers) shall be compensated for hours worked, during a declared disaster, in excess of 171 hours within a 171 hour, 28 day work period (see paragraph 6.05).

"Declared disaster" in this paragraph means a disaster declaration made by the county judge under the authority of Cameron County, Office of Emergency Management, Annex U, (Paragraph V,2). "Exempt" means excluded from FLSA coverage.

Approved by commissioners September 13, 2005

## 7.00  EMPLOYEE COMPENSATION AND ADVANCEMENT

### 7.01  PAY PERIOD

Cameron County will pay its salaries, full-time and part-time employees every fourteen **(14) days on Friday**.  In the event that a payday falls on a County Holiday, checks are distributed on the previous working day.

**Approved by Commissioners Court October 28, 2003**

### 7.02  PAYROLL DEDUCTIONS

Deductions will be made from each employee's pay for the following:

- Federal Income Taxes;

- Social Security;

- Medicare; and

- Employee's contribution to the County and District Retirement System

In accordance with policies and general procedures approved by the Commissioners Court, deductions from an employee's pay may be authorized by the employee for:

- Deferred Compensation;

- Group Health/Medical Insurance for dependents;

- Credit Union Deposits;

- United Way Contributions; or

- Supplemental policies as authorized by the Commissioners Court

### 7.03  PAY PLAN

Each year the Commissioners Court, under statutory budgetary procedures, decides the number of regular and temporary positions allowed to each department and the salary range of each.  Requests for additional positions or changes in position salary not granted at budget time must be submitted to and approved by the Commissioners Court.

### 7.04  PROMOTIONS

Promotions are changes in the duty assignment of an employee from a position in one classification to a position in another classification in a higher pay group.  A promotion

recognized advancement to a higher position requiring higher qualifications and involving greater responsibility.

A promoted employee will receive a salary increase.

Promotions are approved by the department head within the staffing pattern and budget limits approved by the Commissioners Court.

Upon promotion, an employee is in evaluation period in the new position for a period of six months from the date of the written approval of the promotion, unless extended by the department head for an additional period of up to six months.

## 7.05    LATERAL TRANSFERS

Lateral transfers are movements of an employee between positions in the same pay group. Lateral transfers may be made within the same department or among other departments of the County with the approval of the Department Heads.

## 7.06    DEMOTIONS

A demotion is a change of duty assignment of an employee from position in one classification in a lower pay group. Demotions may be made for the purpose of voluntary assumption of a less responsible performance in a higher position, or as a result of elimination of the higher positions.

## 7.07    APPROVING AUTHORITY

The Department Head is the final authority for all departmental payrolls and for any pay increases, decreases, or payroll transfers granted under the terms of these policies, or the annual budget and salary schedules.

## 7.08    PRIOR SERVICE WITH COUNTY

New hires with prior service with Cameron County may be considered for appointment above customary entry level and allowed to retain years of service if:

1. Rehire is same or similar position.

2. Slot being filled is at required pay level.

3. Was laid-off or separated due to reduction in work force and/or separated in good standing with previous department.

4. The break in service with the county must be within same fiscal year and retirement funds not withdrawn.

5. All adjustments must be executed at time of rehire and authorized by the Elected Official or Department Head.

6. Effective date of policy concurrent with fiscal year as of October 1, not retroactive.

Note: A previous hire returning to work with the County may buy back pension credits in accordance with retirement system rules. (Texas County and District Retirement System handbook or Human Resources/Safety Risk Department for more details.)

**Approved by Commissioners Court 05-21-02**

7.09   CALCULATION OF TERMINATION PAY

Upon termination from County employment, employees who have completed the initial six-month evaluation period will be paid for earned and unused vacation leave up to the limit of their maximum allowable accumulation based upon length of employment, and for earned and unused compensatory time up to the maximum allowable accumulation based upon job classification Law Enforcement or non-Law Enforcement. Payment for vacation time and compensatory time will be included in the employee's final paycheck and will be calculated in the following manner:

- The total work time, allowable vacation leave time (as if worked), and compensatory time will be laid out on the calendar. If the result covers a full pay period or periods, the employee will be paid the full pay period(s) amount. If the result requires payment for less than a full pay period, the employee will be paid a prorated share of the full pay for the period. Partial pays periods will be paid on an hourly basis based on the number of work hours in the year.

## 8.00  SUMMARY OF EMPLOYEE BENEFITS

8.01    MEDICAL

Cameron County provides group health and life insurance coverage for regular employees who work more than **thirty two (32) hours per week.** Premiums for employees are paid in full by the County. Group coverage will commence the 1st of the month following a thirty (30) day grace period after the date of employment. An eligible employee may add dependent coverage for his or her family members to any such plan at his or her expense. This coverage will become effective in accordance with the group policy provisions. All premiums for dependent coverage shall be deducted and remitted to the insurance company on a prepaid basis.

HIPAA, Health Insurance Portability and Accountability Act of 1996, puts a limit on pre-existing condition exclusions in-group health plans and gives new enrollees credit for prior coverage. In addition to these "Portability" requirements, the law also makes it illegal to use health status a reason for denying coverage, guarantees group coverage for employers with 50 or fewer employees, and guarantees renew ability of group health plans.

COBRA, Consolidated Omnibus Budget Reconciliation Act, we enacted to ensure that employees and their dependents do not lose their health insurance when workers lose their jobs. COBRA requires group health insurance policies to permit group members to continue their insurance when they leave the group temporary and are intended as a stopgap until insurance can be obtained from another source, such as a new employer. Under both state and federal laws, continuation requires the insured to pay the full premium (including former employers share), but the insured does get the advantage of the cheaper rate. (HIPAA and COBRA complement each other).

**Approved by Commissioners Court 10-28-03**

8.02    SOCIAL SECURITY

All employees of Cameron County are covered by Social Security. The County matches each employee's contribution to the Social Security System dollar for dollar.

8.03    RETIREMENT PLAN

Cameron County participates in the Texas County and District Retirement System. The County contributes an amount equal to seven percent of the employee's pay to the retirement fund to match a seven- percent contribution that the employee makes. Mandatory participation in the Retirement plan is required by state law for regular employees who work more that nine hundred (900) hours a year. Regular retirement benefits and disability retirement benefits are available to retirement system members.
A terminated employee who has less than four (4) years of service with the County may leave his or her deposits in the System for a periods of five (5) years from the date of last

deposit, thus retaining membership and all related credited service on deposits at the end of each year during the period. However, if at the end of the five (5) year period of inactivity the inactive member has not resumed participation with the system, membership will terminate and all previously earned credited service will be forfeited. No further interest will be earned on deposits.

A terminated employee who has earned at least four (4) years (but less than ten years) of credited service may leave his or her deposits in the system of as long as desired; thereby retaining membership and all related credited service as well as the right to receive interest on the balance of deposits at the end of each year. However, additional credited service with the system or one of the other statewide systems must be earned to satisfy the length of service requirement for service retirement.

Withdrawal of deposits in the event of death. Every employee who becomes a beneficiary at the time of application for membership. The member should review the designation from time to time and change the designation if necessary. In the event of the member's death, the beneficiary will receive all of the member's deposits with interest provided the member was not eligible for deferred service retirement benefits, in which case the beneficiary may receive a monthly income for a specific number of years, or for life. If the deceased member was not eligible for deferred service retirement and had not designated a beneficiary, the member's deposits and interest earnings are payable to the member's estate.

## 8.04 WORKER'S COMPENSATION

All employees of Cameron County and its elected officials and appointed Department Heads are covered under a worker's compensation policy purchased by the County. The County pays the premium for this insurance. The purpose of the insurance is to provide all benefits (e.g., medical costs and lost wage benefits) afforded under the Texas Worker's Compensation Law to any County employee injured on the job who is protected by such law.

## 8.05 UNEMPLOYMENT INSURANCE

All employees of the County are covered under the Texas Unemployment compensation Insurance Program and the County pays this tax.

## 8.06 VACATION TIME

Cameron County employees are eligible for vacation leave as set forth in Section 9.03.

## 9.00    LEAVE AND HOLIDAYS

### 9.01    DEFENITIONS

Leave time is time during regular working hours in which an employee does not engage in the performance of job duties.  Leave time may be either paid or unpaid.  Holidays are days designated by the Commissioners Court when County offices are closed on what would otherwise be regular business days.

### 9.02    APPROVAL OF LEAVE

**All leave taken by County employees must be approved in writing by the employee's Department head.**

All Appointed Department Heads will notify the County Judges office prior to taking annual or sick leave.

**Approved by Commissioners Court 10-28-03**

### 9.03    VACATION LEAVE

Regular full-time employees earn vacation leave according to the following schedule:

| No. of Years Employed | Vacation Leave Per Year |
|---|---|
| O thru completion of 5 | 10 days |
| 5  thru completion of 15 | 15 days |
| 15 and over | 20 days |

The amount of vacation leave to which a full-time employee is entitled is calculated by determining the number of years of continuous, uninterrupted service with the County that the employee has as of the beginning of the fiscal year.  Provided that, a break in service of 30 days or less shall be considered "uninterrupted".

Regular part-time employees are eligible for vacation leave in proportion to the number of hours worked in a forty (40) hour workweek.

Temporary employees are not eligible for vacation leave. With the exception of first year employees whose probationary period extends beyond the fiscal year of hire, employees are required to use their full vacation allowance before the end of the fiscal year, or the vacation time is lost.

Employees are not eligible to take vacation leave during the six (6) months probationary period.

Upon completion of the six (6) month probationary period, a regular, full-time employee may take vacation leave in accordance with the table on the preceding page at any time during the fiscal year, subject to the Department Head's approval.

An employee whose six (6) month probationary period extends beyond the fiscal year of hire may take vacation leave the subsequent fiscal year, prorated according to the number of months worked in the fiscal year of hire. The vacation time for said previous fiscal year must be taken within three months after the end of the probationary period.

In the event that an employee is unable to take vacation leave prior to the end of the fiscal year because the request for vacation leave is denied by the Department Head due to scheduling problems or other needs of the Department, the employee is entitled to a grace period during the first three (3) months of the next fiscal year. The vacation leave will be reflected in the records for the previous fiscal year, and must be taken by the end of the calendar year, i.e. December 31st. **A shift work employee who works in a department that operates 24 hours a day, 7 days a week may be paid for unused vacation hours accumulated during the preceding fiscal year, and only the preceding fiscal year, if the employee is denied vacation by his or her supervisor between October 1st through December 31st. Such paid vacation is subject to approval of the Commissioners Court. The application to the Commissioners Court for paid vacation must be supported by written documentation evidencing the denial of vacation leave and the reason for the denial (written application for vacation, and written denial). The department head must have funds in his or her budget to pay the unused vacation leave.**

**Approved by Commissioners Court November 22, 2005**

Regular part-time employees are eligible for vacation leave according to the table on the preceding page in proportion to the number of hours worked in a forty- (40) hour week.

Employees who are transferred from one department to another will be transferred with accumulated vacation time, provided the new department is in agreement, or will be permitted to take all vacation time prior to the transfer.

Vacation leave to be taken by an employee shall be in the amounts and at the times approved by the Department Head. Department Heads shall schedule vacation leaves in the manner least disruptive to the operations of the department. Seniority will be used as the basis for resolving any conflict among vacation dates requested by employees within a department.

In the event that a regular employee leaves employment with the County and has taken all vacation time prior to completing employment for that particular fiscal year, the County reserves the right to deduct any unearned vacation leave salary from a final warrant (paycheck) or to make claim for such unearned amount, but only after providing such employee with notice and an opportunity to be heard.

9.04    SICK LEAVE

Regular employees are eligible for sick leave with pay not to exceed ten (10) days per year.

1.    Personal illness or physical or mental incapacity;

2.    Illness or physical or mental incapacity of member of the immediate household;

3.    Medical, dental, or optical examinations or treatments; or

4.    Medical quarantine resulting from exposure to a contagious disease.

Medical Statement.  The Department Head may request, and employees must provide, a physician's written verification of medical disability precluding availability for duty at any time that sick leave benefits are requested for a period of more than three days.  The physician's written statement should identify the nature and extent of the disability and when the employee can be expected to work on a full-time basis.  The Department Head may also require proof of illness in cases where the employee has compiled a poor attendance record or has exhibited a pattern of absences.

Notification.  To receive paid sick leave, an employee shall personally communicate with his/her immediate supervisor, Department Head, no later than one hour after that time set for beginning work on a daily basis, except in cases where the employee is physically unable to communicate.

Accrual of Sick Leave.  Regular full-time employees accrue sick leave benefits at the rate of **6.67 hours per month** beginning at the date of employment, but not to exceed more than ten (10) days per year.  Regular part-time employees accrue sick leave benefits based upon the proportion of the time worked to a forty (40) hour workweek.

Accumulation of Sick Leave.  Sick leave not used during the year in which it accrues, accumulated and is available for use in succeeding years.  The maximum allowable accumulation of sick leave is sixty (60) days(480) hours.

Exhaustion of Sick Leave.  An employee who has exhausted earned sick leave benefits may request a leave of absence without pay for a period not to exceed sixty (60) days.

No advance of unearned sick leave benefits will be made except in the case of absence due to bona fide on-the-job injuries that are covered by worker's compensation benefits.

Cancellation upon termination.  Unused sick leave is cancelled upon termination of employment without compensation to the employee.

**Approved by Commissioners Court 05-24-05**

9.05    MILITARY LEAVE

Regular employees of the County who are members of the State Military Forces or Members of any of the Reserve Components of the Armed Forces of the United States are entitled to leave of absence from their duties, without loss of time or efficiency rating or vacation time or salary, on all days during which they are engaged in authorized training or duty ordered by proper authority, for a period not to exceed fifteen (15) days in any one calendar year. Requests for approval for military leave must have copies of the relevant military orders attached. Military leave in excess of fifteen (15) days will be charged to vacation leave or leave without pay.

**Activation and deployment to active duty for undetermined time due to national emergency are to be authorized and regulated as per USERRA 1992 and as amended by changes approved by congress and signed by president December 10, 2004.**

Regular employees of the County who enter active duty with the State Military Forces or with the Armed Forces of the United States is entitled to be restored to employment subject to the provisions of the law upon honorable release from active duty.

**Approved by Commissioners Court 03-22-05**

9.06    CITIZENSHIP LEAVE

Employees will be granted citizenship leave with pay for jury duty, for serving as a subpoenaed witness in an official proceeding, and for the purpose of voting. Citizenship leave cannot be used by an employee who is absent from work for a personal case in which he or she serves in a capacity as a party to the proceeding.

9.07    LEAVE OF ABSENCE FOR NON-MEDICAL REASONS

Leave of absence for non-medical reasons is an approved absence from duty in a non-pay status. Upon approval of the Department Head, an employee may be granted up to sixty days unpaid leave of absence. Employees on leave of absence for non-medical reasons receive no compensation and accrue no benefits such as vacation or sick leave. However, previously accrued benefits are exhausted or utilized during leave of absence unless otherwise prohibited by the terms or provisions of the benefit programs. An unpaid leave of absence for non-medical reasons can be extended beyond sixty days by action of the Commissioners Court provided the employee has worked no less than 1250 hours in the previous twelve months at time of request.

A leave of absence for non-medical reasons is appropriate for one or more of the following reasons:

1.      Educational purposes when successful completion will contribute to the work of the County.

2.  The undertaking of a public service assignment; or

3.  Attending to important personal business.

## 9.08   LEAVE OF ABSENCE FOR FAMILY AND MEDICAL REASONS

Upon approval of the Department Head, an employee may be granted up to sixty (60) workdays leave of absence, during any 12-month period, for family and medical reasons. The 12-month period in which the 60-work day's leave of absence occurs shall be based on a rolling 12-month period and must have worked no less than 1250 hours measured backward, from the date an employee uses any leave for family and medical reasons.

Leave of absence for family and medical reasons is an absence from duty in a paid or unpaid status or combination thereof.  Employees on leave of absence for family and medical reasons receive no compensation and accrue no benefits, such as vacation, sick leave or County contribution on retirement plan, unless said leave is in a paid status. However, employees on leave of absence for family and medical reasons, whether in a paid or unpaid status, shall retain coverage under the County's group health insurance plan, assuming said coverage would have been provided if the employee had continued working.  If the employee wishes to retain existing dependent coverage while on leave arrangements for direct payment of dependent health benefit premiums must be requested during non-pay leave.

Leave of absence for family and medical reasons may be extended beyond 60 workdays if the employee has worked no less than 1250 hour in the previous twelve months and must be approved by the Commissioner's Court and provided there is a reasonable expectation that the employee will return to work.

## 9.09   REASONS FOR LEAVE OF ABSENCE

A leave of absence for family and medical reasons is Appropriate for one or more of the following reasons:

1.  Family, because of the birth of a son or daughter of the employee and in order to bond with son or daughter;

2.  Family, because of the placement of a son or daughter with the employee for adoption or foster care;

3.  Medical, in order to care for the spouse, or a son, daughter, or parent, of the employee, if such spouse, son, daughter, or parent has a serious health condition; and

4.  Medical, because of a serious health condition that makes the employee unable to perform the functions of the position of such employee.

Entitlement to leave under Reasons 1. and 2. above, for a birth or placement of a son or daughter, shall expire at the end of the 12-month period beginning on the date of such birth or placement.

In the event a husband and wife are both entitled to leave, under the Reasons 1. and 2. above, and both are employed by the County, the aggregate number of work days of leave to which both are entitled shall be limited to 60 workdays, during any 12-month period. This limitation shall also apply to leave for the care of a parent with a serious health condition, as stated in Reason 3.

EMPLOYEE ELIGIBILITY

To be eligible for an absence of leave for family and medical reasons an employee must have worked for the County for at least twelve (12) months and not fewer than 1,250 hours over the immediate twelve (12) months preceding the leave request.

REQUIRED NOTICE AND CERTIFICATION

To be granted an absence of leave for family and medical reasons an employee must provide thirty (30) days advance notice when the leave is foreseeable based on expected medical treatment. If the date of such treatment requires leave to begin in less than thirty (30) days, the employee shall provide such notice as soon as practical.

INTERMITTENT LEAVE

An employee may take leave of absence for family and medical reasons intermittently or by working a reduced leave schedule to reduce the number of work hours per day or workweek. Approval by the Department Head, unless medically necessary and medically certified.

In the case of a planned or foreseeable intermittent leave request, the Department Head may allow an employee to temporarily transfer to an alternate position, for which the employee is qualified, if such a position is available. In general, intermittent leave shall not be applicable to Reasons 1. and 2. above unless both the employee and Department Head otherwise agree.

RETURN FROM LEAVE

Upon return from leave of absence for family and medical reasons, an employee shall be restored to his or her original or equivalent position with equal pay, benefits, and applicable employment terms. However, upon return from leave for the employee's own serious health condition, the Department Head may require a "fitness-for-duty" certification from the employee. The required "fitness-for-duty" certification form shall be made available by the County and shall be completed by the employee's health care provider.

DENIAL OF RESTORATION

A Department Head may deny an otherwise eligible employee restoration of equivalent position with equal pay, benefits, and applicable employment terms, if:

1.  Such denial is necessary to prevent substantial and grievous economic injury to the operations of the County.

2.  The Department Head notifies the employee of the intent of the County to deny restoration on such basis at the time the County determines such injury would occur; and

3.  In any case in which the leave has commenced, the employee elects not to return to employment after receiving such notice.

An eligible employee as described in this paragraph is a salaried eligible employee who is among the highest paid ten (10) percent of the employees employed by the County.

REVOCATION OF LEAVE

Failure to provide the required medical certification or medical status reports or to contact the employee's supervisor, as may be agreed to by the employee and the supervisor prior to commencement of leave, shall be grounds for revoking an employee's leave of absence and for taking disciplinary action.

9.10    USING LEAVE IN COMBINATION

Unless an employee who is absent on sick leave requests leave without pay, upon exhaustion of sick leave, he or she will automatically be a place on annual leave status until annual leave is exhausted.

Sick leave cannot be used for vacation purposes when vacation leave is exhausted. With the approval of an employee's supervisor and the Department Head, other types of leave and holidays can be used in any combination if it is determined to be in the best interest of the County and the employee.

9.11    HOLIDAYS

Prior to the start of the fiscal year, the Commissioners Court will adopt the Holiday Schedule for that year. Holidays can be changed from year to year by vote of the Commissioners Court.

The following days are generally observed as paid holidays for regular County employees:

- New Year's Day

- Martin Luther King, Jr.

- Presidents Day

- Cesar Chavez Day

- Good Friday

- Memorial Day

- Independence Day

- Labor Day

- Veteran's Day

- Thanksgiving Day

- Christmas

In the event that a holiday falls on Saturday, County offices will be closed the preceding Friday. When a holiday falls on Sunday, county offices will be closed the following Monday.

Employees whose regular day off falls on a holiday or who are required to work on a holiday will be provided an alternate day off.

Official County holidays occurring during an employee's vacation leave or sick leave shall not be counted against leave use. A County employee who is paid out of a combination of State and County funds is entitled to take the above-mentioned holidays only, and is not entitled to take State holidays, which are not offered by the County.

All regular part-time employees (900 hours or more per year) will also observe All county holidays, but will be compensated only for the number of hours they normally or regularly would have worked on that holiday.

9.12   LEAVE AND HOLIDAY RECORDS

In order to be given credit for leave, an employee must have leave time available as evidenced by attendance and leave reports in his or her file.

9.13   FUNERAL LEAVE

Funerals. Up to three (3) consecutive calendar days absence with pay, chargeable against sick leave/annual leave, shall be granted to a County employee following a death within the "immediate family," as defined in below, provided that it shall be the duty of the Department Head or the designated Department representative to determine that application for such leaves is justified. Furthermore, it shall be within the discretion of

the Department Head or the designated department representative to limit such leave to any amount less than three (3) days.

"Immediate Family," for the purpose of this section, shall include only the following relations of the County employee:

Father, mother, sister, brother, wife, husband, mother-in-law, father-in-law, son, daughter, son-in-law, daughter-in-law, grandchildren, or grandparents, (of either the employee or the employee's spouse).

9.14    OTHER TIME

Work time lost by County employees due to official closings of County Offices, for reasons such as bad weather or funeral services for County Officials, will be paid and charged to "Other Time."

## 10.00   HEALTH AND SAFE

### 10.01 SAFETY POLICY

It is the policy of Cameron County to make every effort to provide healthful and safe working conditions for all of its employees.

### 10.02   EMPLOYEE RESPONSIBILITIES

Employees are responsible for conducting their work activities in a manner that is protective of their own health and safety, as well as that of other employees and public. An accident, no matter how minor, must be reported immediately to an employee's supervisor, who must complete a first report of injury or illness TWCC-1 form and submit it to the Human Resources/Safety Risk Department no later than a week after the accident.

### 10.03   EMPLOYEE SUGGESTIONS

Employees shall report immediately to their supervisors any conditions that, in their judgment, threaten the health and safety of employees or visitors.   Employees are encouraged to make suggestions to their supervisors of improvements that would make the County work place safer or more healthful.

### 10.04   ON-THE-JOB INJURIES

Insurance.   The County provides Worker's Compensation insurance coverage, which provides for certain benefits (e.g., medical costs and lost wage benefits) if an employee is absent from work because of a bona fide on-the-job injury for more than seven (7) days. A bona fide on-the-job injury is defined as an injury arising out of or resulting from the performance of job duties by an officer or employee of the County, which takes place during an activity which normally would be compensated by the county.

Compensation.   If a County employee sustains a bona fide on-the-job injury, which renders him or her, unfit and unable to perform the duties of the said employee's job, then the said employee will be compensated as follows:

1.    For up to seven days the County employee receives his or her regular pay for that period with time charged against accrued sick leave or against future sick leave benefits to be earned.

2.    Beginning on the eighth day and for any days thereafter that the said employee receives payments from the insurance carrier in accordance with the Texas Worker's compensation Law, the said employee may use up to twenty (20) days earned sick leave or whatever vacation leave has been earned to provide compensation above the insurance payment (i.e. two-thirds of employee salary), but not to exceed an amount equal to the employee's