UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VICENTA CANTU, ET AL, )<br>    Plaintiffs, )<br> )<br>vs. )<br> )<br>CAMERON COUNTY and )<br>TONY YZAGGUIRE, JR., Tax Assessor- )<br>Collector of Cameron County and Director, )<br>Cameron County Automobile Crimes )<br>Enforcement Task Force, in his )<br>individual capacity, )<br>    Defendants. ) | Civil Action No. B-03-CV-96 |

<u>ORDER GRANTING
CAMERON COUNTY'S MOTION FOR PARTIAL SUMMARY JUDGMENT
AGAINST PLAINTIFF ALVARADO
ON THE ISSUE THAT
THE DIRECTOR OF CAMERON COUNTY EMERGENCY MANAGEMENT
IS NOT A POLICYMAKER FOR PURPOSES OF SECTION 1983</u>

The Court having before it Cameron County's Motion for Partial Summary Judgment, filed on the 28th day of February, 2006 and having before it Plaintiffs' response, and being familiar with the file and arguments of Counsel, FINDS, that it should be GRANTED.

IT IS SO ORDERED!

SIGNED this _____ of _____, 2006.

_____
Judge Presiding