IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU, et al. | : | |
|     Plaintiffs | : | |
| | : | |
| vs. | : | |
| | : | CIVIL ACTION NO. B-03-096 |
| CAMERON COUNTY, et al. | : | |
|     Defendants | : | |
| | : | |

**ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
ON PLAINTIFFS' FIRST AMENDMENT CLAIMS FOR RETALIATION FOR
EXERCISE OF ASSOCIATIONAL RIGHTS**

BE IT REMEMBERED that on the ____ day of _____, 2006 came to be heard Defendants' Motion for Summary Judgment on Plaintiffs' First Amendment Claims for Retaliation for Exercise of Associational Rights and the Court is of the opinion that summary judgment should be granted as requested.

IT IS THEREFORE ORDERED that Plaintiffs take nothing on their First Amendment Claims for retaliation for exercise of associational rights against Defendants Cameron County, Texas and Tony Yzaguirre Assessor-Collector of Cameron County and Director of Cameron County Automobile Crimes Enforcement Task Force in his Individual Capacity.

SIGNED THIS __ day of _____, 2006 at Brownsville, Texas.

_____
JUDGE PRESIDING