IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU, et al. | : | |
|     Plaintiffs | : | |
| | : | |
| vs. | : | |
| | : | CIVIL ACTION NO. B-03-096 |
| CAMERON COUNTY, et al. | : | |
|     Defendants | : | |
| | : | |

**ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
ON PLAINTIFF ALVARADO'S FIRST AMENDMENT SPEECH CLAIMS**

BE IT REMEMBERED that on the ____ day of _____, 2006 came to be heard Defendants' Motion for Summary Judgment on Plaintiff Alvarado's First Amendment Speech Claims and the Court is of the opinion that summary judgment should be granted as requested.

IT IS THEREFORE ORDERED that the First Amendment Claims of Plaintiff Diamantina Alvarado for exercise of free speech under the First Amendment are hereby dismissed and summary judgment is hereby granted and Plaintiff Alvarado should take nothing on such claims against Defendants Cameron County, Texas and Tony Yzaguirre, Individually and as Tax Assessor-Collector of Cameron County and Director of Cameron County Automobile Crimes Enforcement Task Force.

SIGNED THIS __ day of _____, 2006 at Brownsville, Texas.

_____
JUDGE PRESIDING