IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

VICENTA CANTU, et al.                    :
      Plaintiffs                          :
                                          :
vs.                                      :
                                          :    CIVIL ACTION NO. B-03-096
CAMERON COUNTY, et al.                   :
      Defendants                          :
                                          :

**ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
ON PLAINTIFF CANTU'S FIRST AMENDMENT SPEECH CLAIMS**

BE IT REMEMBERED that on the _____ day of _____, 2006 came to be heard Defendants' Motion for Summary Judgment on Plaintiff Cantu's First Amendment Speech Claims and the Court is of the opinion that summary judgment should be granted as requested.

IT IS THEREFORE ORDERED that Plaintiff Vicenta "Bibi" Cantu take nothing on her First Amendment Claims for deprivation of free speech on the First Amendment against Defendants Cameron County, Texas and Tony Yzaguirre Assessor-Collector of Cameron County and Director of Cameron County Automobile Crimes Enforcement Task Force in his Individual Capacity.

SIGNED THIS __ day of _____, 2006 at Brownsville, Texas.

                                      _____

                                      JUDGE PRESIDING