IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU, et al.<br>　　　Plaintiffs | :<br>:<br>: | |
| vs. | : | CIVIL ACTION NO. B-03-096 |
| CAMERON COUNTY, et al.<br>　　　Defendants | :<br>:<br>:<br>: | |

### UNOPPOSED SECOND MOTION TO SUBSTITUTE COUNSEL BY DEFENDANT YZAGUIRRE

TO THE SAID HONORABLE COURT:

COMES NOW Defendant Tony Yzaguirre, Jr. and files this Unopposed Motion to Substitute Counsel by Defendant Yzaguirre, Jr. and would show this honorable court as follows:

### I.  Certificate of Conference

Counsel for Defendant Yzaguirre has conferred with counsel for Plaintiffs and the Co-Defendant.  The motion is not opposed.

### II.

Defendant Yzaguirre desires to substitute Craig H. Vittitoe for Richard "Rick" Bilbie as counsel.

### III.

Mr. Vittitoe's Texas Bar Number is 20593900, his Federal Number is 18756, and his office address, telephone and fax number are shown below.

Wherefore, premises considered, Defendant Yzaguirre prays that this request be granted and that Craig H. Vittitoe be substituted for Attorney Richard "Rick" Bilbie.

Respectfully submitted,

By: /s/ Richard Bilbie
     **Richard "Rick" Bilbie**
     State Bar No. 02313500
     Federal ID No. 2239
     **CAMERON COUNTY D.A.'S OFFICE**
     974 E. Harrison, 2nd Floor
     Brownsville, Texas 78520
     Phone: 956/544-0849; Fax: 956/544-0869

By: /s/ Craig H. Vittitoe
     **Craig H. Vittitoe**
     State Bar No. 20593900
     Federal ID No. 18756
     **Roger W. Hughes**
     State Bar No. 10229500
     Federal ID No. 5950
     **ADAMS & GRAHAM, L.L.P.**
     P. O. Drawer 1429
     Harlingen, Texas 78551-1429
     Phone: 956/428-7495; Fax: 956/428-2954

Attorneys For Defendant TONY YZAGUIRRE, JR., TAX ASSESSOR-COLLECTOR OF CAMERON COUNTY AND DIRECTOR OF CAMERON COUNTY AUTOMOBILE CRIMES ENFORCEMENT TASK FORCE IN HIS INDIVIDUAL CAPACITY

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of above and foregoing instrument was forwarded to the following counsel of record on this the 3rd day of March, 2006.

Ms. Gay E. Gilson                                       *CM/RRR 7005 1160 0000 5657 5998*
**LAW OFFICE OF GAY E. GILSON**
719 South Shoreline, Suite 301A
Corpus Christi, TX 78401

| | |
|---|---|
| Mr. David Lee McGee<br>**LAW OFFICES OF DAVID LEE McGEE, P.C.**<br>701 Park Avenue<br>Corpus Christi, TX 78401 | *Via Ordinary Mail* |
| Mr. Richard O. Burst<br>Mr. Bruce Hodge<br>**CAMERON COUNTY CIVIL LEGAL DEPARTMENT**<br>964 East Harrison Street<br>Brownsville, TX 78520 | *Via Ordinary Mail* |
| Mr. Charles Willette<br>**WILLETTE & GUERRA, L.L.P.**<br>1534 E. 6th Str., Suite 200<br>Brownsville, TX 78520 | *Via Ordinary Mail* |
| Mr. Rick Bilbie<br>Assistant District Attorney<br>974 East Harrison Street<br>Brownsville, TX 78520 | *Via Ordinary Mail* |

/s/ *Roger W. Hughes*
Roger W. Hughes