IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU, et al. | : | |
|     Plaintiffs | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. B-03-096 |
| | : | |
| CAMERON COUNTY, et al. | : | |
|     Defendants | : | |
| | : | |

---

**ORDER ON UNOPPOSED SECOND MOTION TO SUBSTITUTE COUNSEL
BY DEFENDANT YZAGUIRRE**

---

BE IT REMEMBERED that on this __ day of _____, 2006 came to be heard Unopposed Second Motion to Substitute Counsel by Defendant Yzaguirre and the Court is of the opinion it should be granted.

IT IS THEREFORE ORDERED that Attorney Craig H. Vittitoe will be substituted as counsel in the place of Rick Bilbie.

SIGNED this ___ day of _____, 2006, at Brownsville, Texas.


_____
JUDGE PRESIDING