LAW OFFICES OF

# ADAMS & GRAHAM, L.L.P.

**ROGER HUGHES**
RHughes@adamsgraham.com

222 E. VAN BUREN, WEST TOWER
P. O. DRAWER 1429
HARLINGEN, TEXAS 78551

TEL. (956) 428-7495
FAX (956) 428-2954
adamsgraham.com

March 3, 2006

Mr. Michael Milby, Clerk *Via E-File*
**UNITED STATES DISTRICT COURT**
600 East Harrison Room #306
Brownsville, TX 78520-7114

**Re:**   Civil Action No. B-03-096 - Cantu, et al v. Cameron County, et al.
          Our File No. Y-80

Dear Mr. Milby:

Please find enclosed herewith for filing among the papers in the above referenced cause, the following:

**1.   Unopposed Second Motion to Substitute Counsel by Defendant Yzaguirre; and Proposed Order.**

By copy hereof, we are forwarding a copy of same to all counsel of record and interested parties.

Thank you for your kind courtesies.

Sincerely,

**ADAMS & GRAHAM, L.L.P.**

/s/ *Roger W. Hughes*
ROGER W. HUGHES

RWH:fmg
Enclosure(s):  As stated.

Mr. Michael Milby, Clerk
Re:   Civil Action No. B-03-096
March 3, 2006
Page 2



cc:

Ms. Gay E. Gilson                                                                       *CM/RRR 7005 1160 0000 5657 5998*
**LAW OFFICE OF GAY E. GILSON**
719 South Shoreline, Suite 301A
Corpus Christi, TX 78401

Mr. David Lee McGee                                                                      *Via Ordinary Mail*
**LAW OFFICES OF DAVID LEE MCGEE, P.C.**
701 Park Avenue
Corpus Christi, TX 78401

Mr. Charles Willette                                                                     *Via Ordinary Mail*
**WILLETTE & GUERRA, L.L.P.**
3505 Boca Chica Blvd., Suite 460
Brownsville, TX 78520

Mr. Bruce Hodge                                                                          *Via Ordinary Mail*
Mr. Richard O. Burst
**CAMERON COUNTY ATTORNEY'S OFFICE**
964 E. Harrison
Brownsville TX 78520

Mr. Richard Bilbie
ASSISTANT DISTRICT ATTORNEY
974 E. Harrison Street
Brownsville, TX 78520