UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**ADR MEMORANDUM TO CLERK OF COURT**
(To be submitted in duplicate
if case settles before ADR *or* within
10 days after completion of ADR.)

United States District Court
Southern District of Texas
FILED

MAR 1 0 2006

Michael N. Milby
Clerk of Court

VICENTA CANTU; FELIX R. MUNOZ;
RUTH WEAVER; DIAMANTINA ALVARADO
                    Plaintiff(s)

V.

CAMERON COUNTY AND TONY
YZAGUIRE, JR., Tax Assessor-Collector, et al
                    Defendant(s)

DIVISION   BROWNSVILLE
CIVIL ACTION NO.   03-CV-96

ADR METHOD:   Mediation   X     Arbitration   ____
                   Mini-trial   ____   Summary Jury Trial   ____

TYPE OF CASE:   *Civil Rights/Employment*

1. Please check one of the following:
   The case referred to ADR settled   X   or did not settle ____.

2. My total fee and expenses were: $ 3,000.00.
   (If you had no fees and expenses, please indicate if the case settled before ADR, OR if the ADR proceeding was conducted on a no-fee basis pursuant to order of the Court or agreement of the parties.)

3. Please list names, addresses and telephone numbers of all parties and all counsel of record:

   Vicenta Cantu, Felix R. Munoz, Ruth Weaver and Diamantina Alvarado, Plaintiffs

   Ms. Gay E. Gilson, Attorney
   LAW OFFICE OF GAY E. GILSON
   719 South Shoreline, Ste. 301A
   Corpus Christi, Texas 78401
   (361) 887-0552 - telephone
   (361) 887-0554 - telefax

   Mr. David Lee McGee, Co-Counsel
   LAW OFFICE OF D.L.McGEE
   701 Park Ave.
   Corpus Christi, Texas 78401
   (361) 888-6489 - telephone
   (361) 888-5585 - telefax

   Cameron County, Defendant
   Mr. Richard Burst, Attorney
   ATTORNEY AT LAW
   964 E. Harrison Street
   Brownsville, Texas 78520
   (956) 550-1345 - telephone
   (956) 550-1348 - telefax

   Tony Yzaguire, Jr., Defendant
   Mr. Craig Vittitoe, Attorney
   ADAMS & GRAHAM, L.L.P.
   222 E. Van Buren, West Tower
   Harlingen, Texas 78550
   (956) 428-7495 - telephone
   (956) 428-2954 - telefax

ADR PROVIDER

Date: 3/08/06

Name:   Alfred T. Denham

Signature: /s/ Alfred T. Denham

SDTX-ADR-5/(Rev 6-15-93)