# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 0 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **VICENTA CANTU, ET AL.** | § | |
| **Plaintiffs** | § | |
| | § | |
| **v.** | § | **C.A. No. B-03-96** |
| | § | |
| **CAMERON COUNTY AND TONY** | § | |
| **YZAGUIRE, Tax Assessor-Collector** | § | |
| **of Cameron County and Director,** | § | |
| **Cameron County Automobile Crimes** | § | |
| **Enforcement Task Force, in his** | § | |
| **individual capacity** | § | |
| **Defendants.** | § | |

## ORDER

BE IT REMEMBERED that on April _10_, 2006, the Court **ORDERED** the parties to submit documentation of the settlement reached through mediation on March 10, 2005 [Dkt. No. 126]. The documentation must be signed by all parties and filed by April 28, 2006.

DONE this _10_ day of April 2006, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge