United States District Court
Southern District of Texas
FILED

APR 1 3 2006

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU, ET AL<br>Plaintiff, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. B-03-096 |
| | §<br>§ | |
| CAMERON COUNTY, TEXAS, ET AL<br>Defendants. | §<br>§ | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(2).

1. The Parties request an Order On Stipulation With Prejudice because the Parties have settled all matters in controversy and the nothing remains requiring the Court's attention.

2. Defendants have answered, but have not filed a counter-claim.

3. This case is not a class action.

4. A receiver has not been appointed in this action.

5. Dismissal is requested with prejudice.

WHEREFORE, the Parties pray that the Court enter an Order On Stipulation Of Dismissal With Prejudice dismissing this suit with each party to pay its own costs of court.

_____
Bruce W. Hodge
CIVIL LEGAL DEPARTMENT
COMMISSIONERS COURT
964 East Harrison Street
Brownsville, Texas 78520
Telephone: (956) 550-1345
Facsimile: (956) 550-1348
Texas State Bar No. 09751700
Southern District No. 4003
ATTORNEY FOR DEFENDANT,
CAMERON COUNTY

_____
Gay E. Gilson
LAW OFICE OF GAY E. GILSON
719 South Shoreline, Suite 301A
Corpus Christi, Texas 78401
Telephone: (361) 887-0552
Facsimile: (361) 887-0554
Texas State Bar No. 00784131
Southern District No. 16385
ATTORNEY FOR PLAINTIFFS

_[signature]_ w/ permission        _[signature]_

Roger Hughes                        David Lee McGee
ADAMS & GRAHAM, L.L.P.              LAW OFFICE OF DAVID LEE
P.O. Drawer 1429                    MCGEE, P.C.
Harlingen, Texas 78551-1429         3827 North 10th Street, Suite 302A
Telephone: (956) 428-7495           McAllen, Texas 78501
Facsimile: (956) 428-2954           Telephone: (956) 687-2010
Texas State Bar No. 10229500        Facsimile: (956) 687-2937
Southern District No. 5950          Texas State Bar No. 13612550
ATTORNEY FOR DEFENDANT              Southern District No. 5932
TONY YZAGUIRRE                      ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I, David McGee do hereby certify that a true and correct copy of the foregoing Motion to Dismiss has been mailed, certified mail, return receipt requested, or faxed to the following on this **29** day of March, 2006:

Bruce W. Hodge
CAMERON COUNTY COMMISSIONER'S
COURT-CIVIL LEGAL DIVISION
964 E. Harrison St.
Brownsville, TX 78520

Roger Hughes
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, TX 78551

_[signature]_
David L. McGee