IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTA CANTU, ET AL<br>    Plaintiff, | §<br>§<br>§ | |
| VS. | §<br>§<br>§ | CIVIL ACTION NO. B-03-096 |
| CAMERON COUNTY, TEXAS, ET AL<br>    Defendants. | §<br>§<br>§<br>§ | |

### ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

Now on this date the Court has before it Parties' Stipulation of Dismissal With Prejudice. After considering the Stipulation, and in accordance therewith:

IT IS ORDERED that this case is DISMISSED WITH PREJUDICE each party to pay its own costs of court.

SIGNED ON this _____ day of _____, 200__, in Brownsville, Texas.

_____
Judge Presiding

cc:   Bruce W. Hodge, 964 E. Harrison St., Brownsville, TX 78520
      Roger Hughes, P.O. Drawer 1429, Harlingen, TX 78551
      Gay E. Gilson, 719 S. Shoreline, Ste. 301A, Corpus Christi, TX 78401
      David Lee McGee, 3827 N. 10th Street, Ste. 302A, McAllen, TX 78501