IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 3 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk _R- Campos_

| | | |
|---|---|---|
| VICENTA CANTU, ET AL<br>Plaintiff, | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. B-03-096 |
| | §<br>§ | |
| CAMERON COUNTY, TEXAS, ET AL<br>Defendants. | §<br>§<br>§ | |

### ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

Now on this date the Court has before it Parties' Stipulation of Dismissal With Prejudice. After considering the Stipulation, and in accordance therewith:

IT IS ORDERED that this case is DISMISSED WITH PREJUDICE each party to pay its own costs of court.

SIGNED ON this 13 day of April, 2006, in Brownsville, Texas.

_____
Judge Presiding

cc: Bruce W. Hodge, 964 E. Harrison St., Brownsville, TX 78520
Roger Hughes, P.O. Drawer 1429, Harlingen, TX 78551
Gay E. Gilson, 719 S. Shoreline, Ste. 301A, Corpus Christi, TX 78401
David Lee McGee, 3827 N. 10th Street, Ste. 302A, McAllen, TX 78501